# **EXHIBIT 1**

Neiman Brothers & Associates

NB170268 (from NB170239)
[15.7834, 25.2493] Inch

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-317-742**

**Effective Date of Registration:**
March 03, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NB170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |

NB170119

NB170120

NB170121

NB170122

NB170123

NB170124

NB170125

NB170126

NB170127

NB170128

NB170129

NB170130

NB170131

NB170132

NB170133

NB170134

NB170136

NB170137

NB170138

NB170139

NB170140

NB170141

NB170142

NB170143

NB170144

NB170145

NB170146

NB170147

NB170148

NB170149

NB170150

NB170151
NB170152
NB170201
NB170202
NB170203
NB170204
NB170205
NB170206
NB170207
NB170209
NB170210
NB170211
NB170212
NB170213
NB170214
NB170215
NB170216
NB161027
NB170222
NB170231
NB170232
NB170233
NB170235
NB170236
NB170237
NB170238
NB170239
NB170240
NB170241
NB170246

NB170247

NB170248

NB170249

NB170253

NB170254

NB170255

NB170256

NB170257

NB170258

NB170259

NB170261

NB170263

NB170264

NB170265

NB170267

NB170268

NB170269

NB170270

NB170271

NB170272

NB170273

NB170274

NB170275

NB170276

NB170277

NB170278

NB170279

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** NEMAN BROTHERS
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection

# **EXHIBIT 2**



**07H 03M 11S**

English  •  USD  •  🇺🇸 United States     FREE SHIPPING on orders over $35.00      Order Status    FAQs

**PatPat**    | Search |    SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale



## Toddler Girl Pretty Floral Print Striped Dress

| Price | ~~$33.99~~ |
| --- | --- |
| | **$11.99**   - 65% |

Color    Light Blue

Size    **3 Years**   3-4 Years     Size Chart

      4-5 Years   5-6 Years

Height: **34-37.5 inch**, Weight: **30.2-32 lb**, Bust: **24.4 inch**

Qty    [ − ] 1 [ + ]

Status    **In Stock**

Add to Bag

189 liked



## Description

* Soft and comfy
* Material: 95% Cotton, 5% Polyester
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

30 Days Return

100% Secured Payments

Highest Quality Guarantee

## All Reviews (1)

# 5.0

Average Rating

| | |
|---|---|
| 5 | 1 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |



لدين

Helpful (0)

**PatPat Customer**

Aug 9, 2020

## You May Also Like



Baby / Toddler Girl Pretty Heart Embroidery Dresses

$10.99 ~~$30.99~~



Baby / Toddler Girl Pretty Floral Allover Dresses

$9.99 ~~$36.99~~



Baby / Toddler Girl Stylish Colorblock Doll Collar...

$9.99 ~~$31.99~~



Baby / Toddler Girl Pretty Floral Print Bowknot...

$9.99 ~~$30.99~~



Toddler Girl Bowknot Button Decor Sleeveless...

$12.99 ~~$30.99~~



Baby / Toddler Girl Casual Solid Bowknot Dresses

$11.99 ~~$39.99~~



Baby / Toddler Girl Solid Striped Doll Collar Dress

$11.99 ~~$32.99~~



Baby / Toddler Girl Pretty Floral Print Tulle Dress

$9.99 ~~$30.99~~

| 100% Secured Payments | Customer Service Mail & Telephone | 30 Days to Change Your Mind | Highest Quality Guarantee |



Download PatPat for iphone

Download PatPat for Android

## Company Info

About Us

How PatPat Works

Term of Service

Privacy Policy

DMCA Policy

PatPat Affiliate Program

Influencer Program

Wholesale Program

PatPat Community

## Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

**Subscribe Now for Exclusive Sales**

Email | Subscribe

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

**Follow us**

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



Wash with co...
No bleach
Line dry
Iron on low
Do not dry...

MADE IN C...

100% COTTON

WASH SEPARATELY
PROFESSIONAL
DRY CLEAN
RECOMMENDED
MADE IN CHINA



Wash with cold water
No bleach
Line dry
Iron on low heat
Do not dryclean

MADE IN CHINA 202007



Foshan SCCQ
Trading Ltd.

LotNo.28072085

PD: 457696
95% Cotton
5% Polyester



**Toddler Girl Pretty Floral Print Striped**
**Dress**
SKU: CN-172876-457696
SIZE: 5-6 Years
* Soft and comfy * Material was
Polyester * Machine was
Wash Symbols    wash with cold water

No bleach

Line dry

Iron on low heat

Do not dryclean

Made in China

# **EXHIBIT 3**



NB161106-R
 September 15, 2020 - 09:13
[18.7189, 24.0000] Inch

Wine

18.7189 Inch

24.0000 Inch



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Perl Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-304-334**

**Effective Date of Registration:**
January 13, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 2016 DECEMBER ARTWORKS |
| **Content Title:** | NB110955X |
| | NB141058X2 |
| | NB150230X6 |
| | NB150228X2 |
| | NB151015X5 |
| | NB160424X3 |
| | NB160428X4 |
| | NB160518X2 |
| | NB160612X2 |
| | NB160708X2 |
| | NB160818X |
| | NB161009 |
| | NB161010X |
| | NB161011 |
| | NB161026 |
| | NB161106 |

## Completion/Publication

**Year of Completion:** 2016

## Author

| | |
|---|---|
| **Author:** | NEMAN BROTHERS AND ASSOCIATES |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS AND ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES

# **EXHIBIT 4**



SIGN IN          FAVORITES          BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale



## Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

Price    ~~$31.99~~

$13.99    - 56%    Clearance

Color    [Red]    [Grey]    [Royal Blue]

Size    [S]    [M]    [L]          [Size Chart]

[XL]    [XXL]

Top Length: **31.9 inch**, Bust: **35.8 inch**

Qty    [-]  1  [+]

Status    **Only 3 left**

Add to Bag

168 liked



Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress Only $1.49 - patpat.us



* Material: 95% Polyester, 5% Spandex
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

## All Reviews (2)

# 5.0

| | |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

Average Rating



d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame. Fits true to size. Love it.

Helpful (0)



SIGN IN   FAVORITES   BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

Show More

## You May Also Like









Striped Floral Long-sleeve Maternity Nursing Top

$12.99  ~~$16.89~~

Maternity V-neck Floral full print Deep Blue Knee...

$11.99  ~~$15.99~~

Maternity Deep V Neck Stripes full print Dark...

$12.99  ~~$16.99~~

Casual Floral Print Short-sleeve Nursing Dress

$11.99  ~~$15.99~~









Trendy Floral Print Sleeveless Nursing Dress

$9.99  ~~$13.99~~

Casual Striped and Floral Short-sleeve Nursing Tee

$10.99  ~~$24.99~~

Graceful Allover Sleeveless Nursing Dress

$12.99  ~~$18.99~~

Pretty Floral Print Sleeveless Nursing Dress

$11.99  ~~$15.99~~



 PatPat

SIGN IN     FAVORITES     BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

## Company Info

About Us

How PatPat Works

Term of Service

Privacy Policy

DMCA Policy

PatPat Affiliate Program

Influencer Program

Wholesale Program

PatPat Community

## Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

### Subscribe Now for Exclusive Sales

| Email | Subscribe |

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

### Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



Maternity Round collar Floral full print

Short Slip Sleeveless Nursing Dress

SKU: CN 4160-4567U7

SIZE: XXL

"Material: 95% Polyester 5% Spandex "

Machine wash, tumble dry, " I "

Wash Symbols

wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

Made in China



MADE

95% POLYESTER
5% SPANDEX

WASH SEPARATELY
PROFESSIONAL
DRY CLEAN
RECOMMENDED
MADE IN CHINA



No bleach
Dry flat
Iron on low heat
Do not dryclean

MADE IN CHINA 202007



Shenzhen YS
Garment Factory

PD : 444572
LotNo.28072010
100% Cotton

ash with cold wate

# **EXHIBIT 5**

9/4/2020
Case 2:20-cv-11181-CAS-JPR Document 1-1 Filed 12/09/20 Page 32 of 49 Page ID #:42
Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress | PatPat



PatPat

SIGN IN          FAVORITES          BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale

## Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

Price   ~~$15.99~~

**$11.99**   25%   Clearance

Color   [Red]   [Grey]   [Royal Blue]

Size   [S]   [M]   [L]   [Size Chart]

[XL]   [XXL]

Top Length: **31.9 inch**, Bust: **35.8 inch**

Qty   [ - | 1 | + ]

Status   **Only 1 left**

Add to Bag

168 liked





Maternity Round collar Floral full-print Short Slip Sleeveless Nursing Dress Only on PatPat

SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale



* Material: 95% Polyester, 5% Spandex
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

## All Reviews (2)

# 5.0

| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

Average Rating



d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame. Fits true to size. Love it.

Helpful (0)

9/4/2020    Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress | Cozy Only for the whole family - PatPat US

Case 2:20-cv-11181-CAS-JPR   Document 1-1   Filed 12/09/20   Page 34 of 49   Page ID #:44

 PatPat

SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

Show More

## You May Also Like



Striped Floral Long-sleeve
Maternity Nursing Top

$12.99 ~~$16.89~~



Maternity V-neck Floral
full print Deep Blue Knee...

$11.99 ~~$15.99~~



Maternity Deep V Neck
Stripes full print Dark...

$12.99 ~~$16.89~~



Casual Floral Print Short-
sleeve Nursing Dress

$11.99 ~~$15.99~~



Trendy Floral Print
Sleeveless Nursing Dress

$9.99 ~~$13.99~~



Casual Striped and Floral
Short-sleeve Nursing Tee

$10.99 ~~$24.99~~



Graceful Allover
Sleeveless Nursing Dress

$12.99 ~~$18.99~~



Pretty Floral Print
Sleeveless Nursing Dress

$11.99 ~~$15.99~~


Download PatPat
for iphone



SIGN IN          FAVORITES          BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

## Company Info

About Us                    PatPat Affiliate Program
How PatPat Works            Influencer Program
Term of Service             Wholesale Program
Privacy Policy              PatPat Community
DMCA Policy

## Customer Support

FAQs
Return Policy
Shipping Info
Order Status
Contact Us

### Subscribe Now for Exclusive Sales

| Email | Subscribe |

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

### Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



Wash with cold water
No bleach
Dry flat
Iron on low heat
Do not dryclean

MADE IN CHINA 2020007

Short
SKU
SIZE
* Materi
Machine
Wash S

Iron
Do not

Made in Chi



**Maternity Round collar Floral full print
Short Slip Sleeveless Nursing Dress**

SKU CN-14180-458707

SIZE XXL

* Material 95% Polyester 5% Spandex *
Machine wash, tumble dry * |

Wash Symbols

wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

**Made in China**



Maternity Round collar Floral full print
short Slip Sleeveless Nursing Dress

SKU: CN-141180J-458707

SIZE: XXL

* Material: 95% Polyester, 5% Spandex *

* Machine wash, tumble dry * |

Wash Symbols

Wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

Made in China

# **EXHIBIT 6**

**$100+10% OFF+10% Cashback** FOR NEW CUSTOM

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status

**PatPat**    Search    SIGN IN    FAVORITES

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessor

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



## Baby/ Toddler Girl's Striped Floral Pr and Denim Shorts

Price   ~~$25.99~~

**$17.99**   - 31%

Color    **Dark Blue**

Size

| 12-18 Months |
| 18-24 Months | 2-3 Years |
| 3-4 Years | 4-5 Years |

Top Length: 42 cm, Bottom Length: 27 cm, Bust: 32 cm, Waist: 24 cm, Sleeve: 11 cm

     

Qty   -   1   +

Status   **In Stock**

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM



FRONT



BACK

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## NEMAN ARTWORK
## NB170268

## INFRINGING GARMENT



# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## CLOSE-UPS





**INFRINGING GARMENT**

**ORIGINAL ARTWORK**



# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

 

 

## ALL TAGS ON GARMENT

$100+10% OFF+10% Cashback **FOR NEW CUSTOMERS**

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status    Help Center

⭕ **PatPat**    Search    SIGN IN    FAVORITES    CART  1

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



## Baby/ Toddler Girl's Floral Allover Ruffled Cuff Dress

| Price | ~~$22.99~~ |
| --- | --- |
| | **$15.99**  - 30% |

Color     Light Blue

Size    | 9-12 Months | 12-18 Months |    Size Chart

| 18-24 Months | 2-3 Years |

**3-4 Years**

Bust: 60 cm, Waist: 72 cm, Shoulder: 29 cm, Length: 33 cm, Neck: 41 cm

Qty    -    1    +

Status    **In Stock**

Add to Cart

42 liked

 Norton

# **EXHIBIT 7**

# NB161106-PATPAT.COM



FRONT



BACK