NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Chan Y. Jeong, Esq. (SBN 255244)
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
(213)-688-2001

ATTORNEY(S) FOR: Plaintiff, NEMAN BROTHERS & ASSOC., INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NEMAN BROTHERS & ASSOC., INC., a California Corporation;

Plaintiff(s),

v.

INTERFOCUS, INC., a Delaware Corporation; and DOES 1-10, inclusive,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff, NEMAN BROTHERS & ASSOC., INC.  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| NEMAN BROTHERS & ASSOC., INC., a California Corporation | Plaintiff |
| INTERFOCUS, INC., a Delaware Corporation | Defendant |
| DOES 1-10, inclusive, | Defendant |

12/9/2020
Date

/s/ Chan Yong Jeong
Signature

Attorney of record for (or name of party appearing in pro per):

NEMAN BROTHERS & ASSOC., INC.