# **EXHIBIT 1**

Neiman Brothers & Associates

NB170268 (from NB170239)
[15.7834, 25.2493] Inch

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-317-742**

**Effective Date of Registration:**
March 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NB170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |

NB170119

NB170120

NB170121

NB170122

NB170123

NB170124

NB170125

NB170126

NB170127

NB170128

NB170129

NB170130

NB170131

NB170132

NB170133

NB170134

NB170136

NB170137

NB170138

NB170139

NB170140

NB170141

NB170142

NB170143

NB170144

NB170145

NB170146

NB170147

NB170148

NB170149

NB170150

NB170151
NB170152
NB170201
NB170202
NB170203
NB170204
NB170205
NB170206
NB170207
NB170209
NB170210
NB170211
NB170212
NB170213
NB170214
NB170215
NB170216
NB161027
NB170222
NB170231
NB170232
NB170233
NB170235
NB170236
NB170237
NB170238
NB170239
NB170240
NB170241
NB170246

NB170247

NB170248

NB170249

NB170253

NB170254

NB170255

NB170256

NB170257

NB170258

NB170259

NB170261

NB170263

NB170264

NB170265

NB170267

NB170268

NB170269

NB170270

NB170271

NB170272

NB170273

NB170274

NB170275

NB170276

NB170277

NB170278

NB170279

## Completion/Publication

**Year of Completion:**   2017

## Author

- **Author:** NEMAN BROTHERS
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection

## **EXHIBIT 2**



07H 03M 11S

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status    FAQs

## PatPat

Search                                         SIGN IN    FAVORITES    BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale







### Toddler Girl Pretty Floral Print Striped Dress

Price    ~~$33.99~~

**$11.99**    - 65%

Color    [ ] Light Blue

Size    [ 3 Years ]  [ 3-4 Years ]    [ Size Chart ]

[ 4-5 Years ]  [ 5-6 Years ]

Height: **34-37.5 inch**, Weight: **30.2-32 lb**, Bust: **24.4 inch**

Qty    [ - ]  1  [ + ]

Status    **In Stock**

Add to Bag

189 liked

✓ Norton
by Symantec

## Description

* Soft and comfy
* Material: 95% Cotton, 5% Polyester
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

30 Days Return

100% Secured Payments

Highest Quality Guarantee

## All Reviews (1)

**5.0**

Average Rating

| | |
|---|---|
| 5 | 1 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |



نادين

**PatPat Customer**

Aug 9, 2020

Helpful (0)

## You May Also Like



Baby / Toddler Girl Pretty Heart Embroidery Dresses

$10.99 ~~$30.99~~



Baby / Toddler Girl Pretty Floral Allover Dresses

$9.99 ~~$36.99~~



Baby / Toddler Girl Stylish Colorblock Doll Collar...

$9.99 ~~$31.99~~



Baby / Toddler Girl Pretty Floral Print Bowknot...

$9.99 ~~$30.99~~



Toddler Girl Bowknot Button Decor Sleeveless...

$12.99 ~~$30.99~~



Baby / Toddler Girl Casual Solid Bowknot Dresses

$11.99 ~~$39.99~~



Baby / Toddler Girl Solid Striped Doll Collar Dress

$11.99 ~~$32.99~~



Baby / Toddler Girl Pretty Floral Print Tulle Dress

$9.99 ~~$30.99~~

| 100% Secured Payments | Customer Service Mail & Telephone | 30 Days to Change Your Mind | Highest Quality Guarantee |
| --- | --- | --- | --- |

Download PatPat for iphone


Download PatPat for Android

Company Info

About Us                    PatPat Affiliate Program
How PatPat Works            Influencer Program
Term of Service             Wholesale Program
Privacy Policy              PatPat Community
DMCA Policy

Customer Support

FAQs
Return Policy
Shipping Info
Order Status
Contact Us

Subscribe Now for Exclusive Sales

| Email | Subscribe |

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility





100% COTTON

WASH SEPARATELY
PROFESSIONAL
DRY CLEAN
RECOMMENDED
MADE IN CHINA

30°

MADE IN C

Do not dry
Iron on low
Line dry
No bleach
Wash with co

Wash with cold water
No bleach
Line dry
Iron on low heat
Do not dryclean

MADE IN CHINA 202007



Foshan SCCQ
Trading Ltd.

LotNo:28072085

PD: 457696
95% Cotton
5% Polyester



Toddler Girl Pretty Floral Print Striped
**Dress**
SKU: CN-172878-4570586
SIZE: 5-6 Years · Material: 95% Cotton 5%
Polyester · Machine was
· Soft and comfy
Wash Symbols
Wash with cold water
No bleach
Line dry
Iron on low heat
Do not dryclean

Made in China

# EXHIBIT 3

Neman Brothers & Associates

NB161106-R
September 15, 2020 - 09:13
[18.7189, 24.0000] Inch

Wine

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Leigh Clapett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-304-334**

**Effective Date of Registration:**
January 13, 2017

---

**Title** _____

       **Title of Work:**   2016 DECEMBER ARTWORKS

       **Content Title:**   NB110955X
                    NB141058X2
                    NB150230X6
                    NB150228X2
                    NB151015X5
                    NB160424X3
                    NB160428X4
                    NB160518X2
                    NB160612X2
                    NB160708X2
                    NB160818X
                    NB161009
                    NB161010X
                    NB161011
                    NB161026
                    NB161106

---

**Completion/Publication** _____

     **Year of Completion:**   2016

**Author** _____

           •    **Author:**   NEMAN BROTHERS AND ASSOCIATES
      **Author Created:**   2-D artwork
   **Work made for hire:**   Yes
         **Citizen of:**   United States

**Copyright Claimant** _____

   **Copyright Claimant:**   NEMAN BROTHERS AND ASSOCIATES
                        1525 S. BROADWAY ST., LOS ANGELES

# **<u>EXHIBIT 4</u>**

Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress - $13.99 Patpat US



## Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress



Price ~~$31.99~~

$13.99   -56%   Clearance

Color   Red   Grey   Royal Blue

Size   S   M   L   Size Chart

XL   XXL

Top Length: **31.9 inch,** Bust: **35.8 inch**

Qty   −   1   +

Status   **Only 3 left**

Add to Bag

168 liked



* Material: 95% Polyester, 5% Spandex
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

All Reviews (2)

# 5.0

| | |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

Average Rating



d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame. Fits true to size. Love it.

Helpful (0)

Case 2:20-cv-11181-CAS-JPR Document 10-1 Filed 01/05/21 Page 24 of 30 Page ID #:111

 PatPat

SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

Show More

## You May Also Like



Striped Floral Long-sleeve Maternity Nursing Top

$12.99  $16.89



Maternity V-neck Floral full print Deep Blue Knee...

$11.99  $15.99



Maternity Deep V Neck Stripes full print Dark...

$12.99  $16.99



Casual Floral Print Short-sleeve Nursing Dress

$11.99  $15.99



Trendy Floral Print Sleeveless Nursing Dress

$9.99  $13.99



Casual Striped and Floral Short-sleeve Nursing Tee

$10.99  $24.99



Graceful Allover Sleeveless Nursing Dress

$12.99  $18.99



Pretty Floral Print Sleeveless Nursing Dress

$11.99  $15.99


Download PatPat for iphone

PatPat

SIGN IN     FAVORITES     BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

## Company Info

About Us                    PatPat Affiliate Program
How PatPat Works            Influencer Program
Term of Service             Wholesale Program
Privacy Policy              PatPat Community
DMCA Policy

## Customer Support

FAQs
Return Policy
Shipping Info
Order Status
Contact Us

### Subscribe Now for Exclusive Sales

Email                                          Subscribe

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

### Follow us

---

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



Maternity Round collar Floral full print
Short Slip Sleeveless Nursing Dress
SKU CN 4180-4567U7
SIZE XXL

"Material 95% Polyester 5% Spandex "
Machine wash, tumble dry " I
Wash Symbols

wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

Made in China



95% POLYESTER
5% SPANDEX

MADE

WASH SEPARATELY
PROFESSIONAL
DRY CLEAN
RECOMMENDED
MADE IN CHINA

No bleach
Dry flat
Iron on low heat
Do not dryclean

MADE IN CHINA 2020-7



Shenzhen YS
Garment Factory
LotNo.28072010
PD：444572
100% Cotton
ash with cold wate