# **<u>EXHIBIT 5</u>**



SIGN IN    FAVORITES    BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale

## Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

Price    ~~$15.99~~

$11.99    25%    Clearance

Color     Red    Grey    Royal Blue

Size    S    M    L    Size Chart

XL    XXL

Top Length: **31.9 inch,** Bust: **35.8 inch**

Qty    −    1    +

Status    **Only 1 left**

Add to Bag

168 liked







PatPat

SIGN IN     FAVORITES     BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

* Material: 95% Polyester, 5% Spandex
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

## All Reviews (2)

# 5.0

| | |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

Average Rating



**d\*\*\*7**

July 24, 2020

Super cute. great fit and perfect length on my short frame. Fits true to size. Love it.

Helpful (0)

Case 2:20-cv-11181-CAS-JPR Document 108 Filed 01/05/21 Page 4 of 34 Page ID #:121



SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

Show More

## You May Also Like



Striped Floral Long-sleeve
Maternity Nursing Top

$12.99  $16.89



Maternity V-neck Floral
full print Deep Blue Knee...

$11.99  $15.99



Maternity Deep V Neck
Stripes full print Dark...

$12.99  $16.89



Casual Floral Print Short-
sleeve Nursing Dress

$11.99  $15.99



Trendy Floral Print
Sleeveless Nursing Dress

$9.99  $13.99



Casual Striped and Floral
Short-sleeve Nursing Tee

$10.99  $24.99



Graceful Allover
Sleeveless Nursing Dress

$12.99  $18.99



Pretty Floral Print
Sleeveless Nursing Dress

$11.99  $15.99





## PatPat

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

### Company Info

About Us

How PatPat Works

Term of Service

Privacy Policy

DMCA Policy

PatPat Affiliate Program

Influencer Program

Wholesale Program

PatPat Community

### Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

### Subscribe Now for Exclusive Sales

| Email | Subscribe |
| --- | --- |

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

### Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



Wash with cold water
No bleach
Dry flat
Iron on low heat
Do not dryclean

MADE IN CHINA 2020007

Short
SKU
SIZE
Material
Machine
Wash S

Dry
Iron
Do not

Made in Chi



Maternity Round collar Floral full print
Short Slip Sleeveless Nursing Dress

SKU: CM-14166+458707
Size: XXL

Material: 95% Polyester 5% Spandex
Machine wash, tumble dry
Wash Symbols

wash with cold water

bleach

try flat

Iron on low heat

Do not dryclean

Made in China

Guangzhou
GZXQYJ

LotNo.28072082

PD: 458707
95% Polyester
5% Spandex

**Maternity Round collar Floral full print**
**Short Slip Sleeveless Nursing Dress**

SKU: CN-14180-458707
SIZE: XXL
* Material: 95% Polyester  5% Spandex *
Machine wash, tumble dry * |
Wash Symbols



wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

Made in China



# **<u>EXHIBIT 6</u>**

$100+10% OFF+10% Cashback   FOR NEW CUSTOM

English • USD • 🇺🇸 United States     FREE SHIPPING on orders over $35.00          Order Status

**PatPat**          Search                    SIGN IN     FAVORITES

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessor

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



     

## Baby/ Toddler Girl's Striped Floral Pr
and Denim Shorts

| Price | ~~$25.99~~ |
|---|---|
| | **$17.99**  - 31% |

Color    **Dark Blue**

Size    | 12-18 Months |

| 18-24 Months | 2-3 Years |

| 3-4 Years | 4-5 Years |

Top Length: 42 cm, Bottom Length:
27 cm, Bust: 32 cm, Waist: 24 cm,
Sleeve: 11 cm

Qty      −   1   +

Status   **In Stock**

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM



FRONT



BACK

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## NEMAN ARTWORK
## NB170268

## INFRINGING GARMENT



# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## CLOSE-UPS



**INFRINGING GARMENT**



**ORIGINAL ARTWORK**

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM







## ALL TAGS ON GARMENT

**$100+10% OFF+10% Cashback**  FOR NEW CUSTOMERS

English  •  USD  •  🇺🇸 United States      FREE SHIPPING on orders over $35.00      Order Status    Help Center

 **PatPat**          Search                    SIGN IN      FAVORITES      CART   1

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



### Baby/ Toddler Girl's Floral Allover Ruffled Cuff Dress

Price    ~~$22.99~~

**$15.99**    - 30%

Color     Light Blue

Size    9-12 Months    12-18 Months        Size Chart

18-24 Months    2-3 Years

3-4 Years

Bust: 60 cm, Waist: 72 cm, Shoulder: 29 cm, Length: 33 cm, Neck: 41 cm

Qty    -    1    +

Status    **In Stock**

Add to Cart

42 liked

 Norton

# <u>EXHIBIT 7</u>

Case 2:19-cv-10112 Document 1-1 Filed 11/26/19 Page 58 of 91 Page ID #:59

# NB161106-PATPAT.COM



FRONT



BACK

# **EXHIBIT 8**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

# VAu 1-330-970

**Effective Date of Registration:**
April 30, 2018

---

## Title

**Title of Work:** 2018 APRIL ARTWORK

**Content Title:**

NB722X2   NB171048X5 NB180417X NB180443
NB923X    NB171247X NB180418 NB180446
NB7327X8  NB180101X NB180419 NB180447
NB120152X6  NB180108X2 NB180420 NB180449
NB140720X  NB180109X NB180421 NB180450
NB150230X7  NB180110X5 NB180422 NB180451
NB150230X8  NB180220X3 NB180423 NB180453
NB150514X   NB180226X NB180424 NB180454
NB150609X   NB180228X2 NB180425 NB180455
NB151016X2  NB180312X4 NB180426 NB180456
NB160429X4  NB180322X NB180426X NB180456X
NB170360X2  NB180401 NB180427
NB170414X7  NB180402 NB180428
NB170538X   NB180403 NB180429
NB170624X   NB180404 NB180430
NB170635X4  NB180405 NB180431
NB170683X   NB180406 NB180432
NB170764X   NB180407 NB180433
NB170764X2  NB180408 NB180434
NB170906X3  NB180409 NB180435
NB170922X   NB180410 NB180436
NB170943X2  NB180411 NB180437
NB170951X   NB180412 NB180438
NB170958X   NB180413 NB180439
NB170958X2  NB180414 NB180440
NB171012X4  NB180415 NB180440X
NB171012X5  NB180416 NB180441
NB171015X2  NB180417 NB180442

---

## Completion/Publication

**Year of Completion:** 2018

## Author

• **Author:** NEMAN BROTHERS AND ASSOC.

Page 1 of 2



# **EXHIBIT 9**



**Shenzhen SZTH Trading Ltd.**

LotNo.20100203

PDC: 17254538

5% SPANDEX
95% COTTON

WASH WITH COLD W.

BLEACH



DRYCLEAN
Iron on low heat
Do not dryclean

MADE IN CHINA 202010

Maternity V-neck Floral all print
Nursing Dress
Size XL
SKU: CN13889462013
Machine wash, tumble dry - included
Wash Symbols
Wash cold with cold
No wear
No bleach
Line dry
Iron on low heat
Dryclean
Made in China





**Guangzhou HYFZC**

LotNo.20082001

PD: 463013
95.00% POLYESTER
5.00% SPANDEX

WASH WITH COLD

WATER
NO BLEACH
LINE DRY
IRON ON LOW HEAT
DRYCLEAN



MADE IN CHINA
202008

3 DAYS  07H  14M  20S

English • USD • 🇺🇸 United States                    FREE SHIPPING on orders over $35.00                    Order Status    FAQs

 PatPat

# Cute, Quality, Grea

Search

Popular Searches
Best Seller
Halloween Costumes
Family Outfits
Baby Girls New looks
New Season Fashion                                                    HI, KEIKO  2        FAVORITES        BAG
Maternity Dresses

New Arrivals      F/W 2020      Baby      Toddler      Baby Sets Kids      Matching Outfits      Cozy At Home      Women      Home & Baby Gear      Sale

Notifications        Account

Orders                                    Placed            Processing            Packing            In Transit            Delivered

Favorites

Rewards                        Tracking:  None

Pat Points                                Thank you for shopping with PatPat! Your order has been received and is going through vertification process.

Wallet                                    2020-10-01 23:43:02

Address Book

Profile

        Maternity V-neck Floral full print Green Maxi Tunic Long-sleeve Nursing Dress
                            Color:Green;  Size:XL;  Qty:1
                            $16.99  $44.99

Order Details: #PAT-8513196
Processing time: 2-3 days                                                              Contact Support
Shipping time: 10-25 business days after order shipped

Ship to                          1525 S. BROADWAY ST.
                                Los Angeles, California, 90015, United States

Paid With                        PayPal (nonnoxoxo@yahoo.com)

Subtotal                         $16.99
Sales Tax                        $1.53
Shipping                         $5.90
Order Total                      $24.42

YOU MAY ALSO LIKE

# PatPat

Order #:8513196

Package#:5084940-A3

| # | Product | Sku | Quantity |
|---|---------|-----|----------|
| ☑ 1 | Maternity V-neck Floral full print Green Maxi Tunic Long-sleeve Nursing Dress | 019661952 | 1 |

**Total Items** 1

**Return Procedure**

If you wish to return the items in your purchase, please search "How to Initiate A Return?" in our Help Center (www.patpat.com/article/help).

Please refer to our return instructions as we don't provide refund for orders that aren't returned in accordance with our Return procedure.

**Interfocus Inc.**
Contact Us at :www.patpat.com/article/help


5084940

PO:244394



# Interfocus Inc.

650 Castro St, Ste 120-458 Mountain View,
CA 94041

1-844-9-PATPAT

WARNING - THIS BAG IS NOT A TOY.
TO AVOID DANGER OF SUFFOCATION, KEEP THIS BAG
AWAY FROM CHILD UNDER THREE.
DO NOT USE IN CRIBS, CARRIAGES OR PLAYPENS.

PE-LD

Made in China

Available on the
App Store

Available on the
Google Play

Scan the QR code to download our app



1525

B

Return Address:
3984 WASHINGTON BLVD 139
LAX
FREMONT, CA 94538
Change Service Requested

Ship To: KEIKO FUJIMAKI
KEIKO FUJIMAKI
1525 S. BROADWAY ST.
LOS ANGELES, CA 90015

1087196 PO#8513196-5084940.

59NMO   O4   P8   59

Parcel Select
US Postage Paid
Newglistics
eVS

USPS TRACKING # eVS

9261 2927 0050 9901 0011 4066 33

5555 Bandini Blvd., Bell, CA, 902019997

PatPat-standard  To: Zip:90015

(N)8513196-5084940-A3



