NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CHAN YONG JEONG, ESQ. (SBN 255244)
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035
jeong@jeonglikens.com

ATTORNEY(S) FOR: NEMAN BROTHERS & ASSOC., INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-11181 CAS (JPRx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:       THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          NEMAN BROTHERS & ASSOC., INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., | Plaintiff |
| INTERFOCUS, INC. d.b.a. www.patpat.com, | Defendant |
| CAN WANG; | Defendant |
| DOES 1-10, | Defendants |

January 5, 2021
_____
Date

/s/ Chan Yong Jeong
_____
Signature

Attorney of record for (or name of party appearing in pro per):

Chan Yong Jeong, Esq.
_____