# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS AND ASSOC., INC.<br><br>Plaintiff(s), | CASE NUMBER:<br><br>2:20−cv−11181−CAS−JPR |
| v.<br><br>INTERFOCUS, INC., et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   1/5/2021

Document Number(s):   12

Title of Document(s):   CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events – select – Other Filings – select – Notices – select – Certificate/Notice of Interested Parties

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: January 6, 2021                    By:  /s/ Sharon Hall−Brown  213−894−3651
                                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.