CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorneys for Plaintiff
NEWMAN BROTHERS & ASSOC., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>　　　　Plaintiff,<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG; an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants, | Case No. 2020cv11181CASJPR<br><br>PROOF OF SERVICE |

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 220cv11181CASJPR    Case Name: Neman Brothers & Assoc., Inc. vs Interfocus, Inc. d.b.a. www.patpat.com

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: Interfocus, Inc. d.b.a. www.patpat.com, a Delaware Corporation
was received by me on January 07, 2021

☐ I personally served the Summons on First Amended Complaint and First Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination on an Action or Appeal Regarding a Copyright on the individual at , , on 1:51 AM

☐ I left the above listed documents at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to Jame Park , Manager Person Apparently in Charge who is designated by law to accept service of process on behalf of Interfocus, Inc. d.b.a. www.patpat.com, a Delaware Corporation on January 14, 2021 1:51 AM at 650 Castro St Ste 120-458 Mountain View, Ca 94041-2055

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 103.90 for services, for a total of $ 103.90*

*I declare under penalty of perjury that this information is true.*

Date: January 14, 2021

_____
Server's signature

Gabriel Aragon
Printed name and title

Contracted by DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
(714) 662-5555
Server's Address

A0440-104206A

| Attorney or Party without Attorney:<br>Chan Yong Jeong, Esq., SBN: 255244<br>Jeong & Likens, LC<br>222 S Oxford Ave<br>Los Angeles, CA 900045105<br>TELEPHONE No.: (213) 688-2001   E-MAIL ADDRESS (Optional): info@jeonglikens.com;jeong@jeonglikens.com<br>FAX No. (Optional): (213) 688-2002 | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff Neman Brothers & Assoc., Inc.    Ref No. or File No.: Neman Brothers v Interfocus | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: Neman Brothers & Assoc., Inc.
Defendant: Interfocus, Inc. d.b.a. www.patpat.com

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 220cv11181CASJPR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons on First Amended Complaint and First Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination on an Action or Appeal Regarding a Copyright;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as follows:

   a. Date of Mailing:     January 15, 2021
   b. Place of Mailing:     Costa Mesa, CA
   c. Addressed as follows:     Interfocus, Inc. d.b.a. www.patpat.com, a Delaware Corporation
   ATTENTION: Can Gao - Agent for Service
   650 Castro St Ste 120-458
   Mountain View, CA 94041-2055

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.

Fee for Service: $ 103.90
DDS Legal Support
2900 Bristol Street
DDS Costa Mesa, CA 92626
(714) 662-5555
Ref: Neman Brothers v Interfocus

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 19, 2021**.

Signature: _____
Monica Figueroa

PROOF OF SERVICE BY MAIL

Order#: 104206A/mailproof