Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

Chan Yong Jeong (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Telephone: 213.688.2001
Facsimile: 213.315.5035

Attorneys for Plaintiff
NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-11181-CAS-JPR<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Plaintiff Neman Brothers & Assoc., Inc. and Defendant Interfocus,
2  Inc.("Interfocus"), through their respective counsel, stipulate that Interfocus may
3  have up to and including February 19, 2021 to respond to the First Amended
4  Complaint, styled the "Complaint," filed in this action on January 5, 2021 as Dkt.
5  No. 10.

7  Dated:  February 3, 2021                JEONG & LIKENS, L.C.

                                           By: /s/ Chan Yong Jeong
                                               Chan Yong Jeong

                                           Attorneys for Plaintiff
                                           NEMAN BROTHERS & ASSOC., INC.

   Dated:  February 3, 2021                RIMON, P.C.

                                           By: /s/ Mark S. Lee
                                               Mark S. Lee
                                               Zheng Liu

                                           Attorneys for Defendants
                                           INTERFOCUS, INC. d.b.a.
                                           www.patpat.com