Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPR<br><br>**COUNTERCLAIM OF DEFENDANT INTERFOCUS, INC. FOR BREACH OF CONTRACT AGAINST NEMAN BROTHERS & ASSOCIATES, INC.**<br><br>**DEMAND FOR JURY TRIAL**<br><br>(The Hon. Christine A. Snyder)<br><br>Amended Complaint filed January 5, 2021 |

Defendant and Counterclaimant InterFocus, Inc ("InterFocus") alleges as follows against Plaintiff and Counter-Defendant Neman Brothers & Associates, Inc. ("Neman Brothers'), without waiving the defenses set forth in its answer.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this Counterclaim pursuant to 28 USC 1331, 28 U.S.C. 2201. 28 U.S.C. 1338(a) and 28 U.S.C. 1367(a).

2. Venue is proper in this district on this Counterclaim pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Counterclaimant InterFocus is a Delaware corporation with its principal place of business in Mountain View, California.

4. InterFocus is informed and believes that Counter-Defendant Neman Brothers is a California Corporation with its principal place of business in the County of Los Angeles, State of California.

## CLAIM FOR BREACH OF CONTRACT

5. InterFocus realleges and incorporates by reference the allegations of paragraphs 1 through 4 above.

6. Neman Brothers filed suit against InterFocus on or about November 26, 2019, alleging copyright infringement and related claims in that certain action entitled *Neman Brothers & Associates, Inc. v. InterFocus, Inc.*, Case No. 2:29-cv-10112 (the "Previous Action").

7. InterFocus denied and continues to deny liability to Neman Brothers for all claims that were or could have been asserted against in in the Prior Action, but elected to buy its peace and settle the Previous Action. InterFocus therefore entered into a settlement agreement (the "Settlement Agreement") with Neman Brothers to resolve all claims and disputes that were or could have been alleged against InterFocus in the Previous Action, effective March 23, 2020.

8. The Settlement Agreement contains a confidentiality provision, and InterFocus therefore does not attach a copy of it as an exhibit to this counterclaim. However, in the Settlement Agreement Neman Brothers and Inter Focus agreed in

relevant part as follows:

  a. Without admitting liability for Neman Brothers' claims in the Previous Action, InterFocus in paragraph 3 of the Settlement Agreement agreed to pay Neman Brothers an amount of money (the "Settlement Amount");

  b. In return for InterFocus' payment of the Settlement Amount, Neman Brothers in paragraph 7 of the Settlement Agreement agreed to release and forever discharge InterFocus and its agents, principals, officers, directors, employees, etc. for all claims that were or could have been asserted in or related to the Previous Action up to the date the parties entered into the Settlement Agreement, except for breach of the Settlement Agreement itself; and

  c. In paragraph 5 of the Settlement Agreement, Neman Brothers agreed to give InterFocus adequate notification in writing of any alleged future copyright or other intellectual property infringement, and agreed to allow InterFocus seven business days from receipt of such notification to cure the alleged infringement by removing the allegedly infringing goods from its platform without incurring additional liability to Neman Brothers for said infringement.

9. InterFocus has performed all, or substantially all, of the material terms of the Settlement Agreement for which it is responsible, or it has been excused from doing so by Neman Brothers' misconduct.

10. In a letter dated September 15, 2020, Neman Brothers wrote InterFocus and claimed that InterFocus infringed Neman Brothers' copyrights through sales of the following garments:

| ID No. | Image |
|---|---|
| 45696 | |
| 458707 | |
| 385561 | |
| 45870 | |
| 399267 | |

3

COUNTERCLAIM OF DEFENDANT INTERFOCUS, INC. FOR BREACH OF CONTRACT AGAINST NEMAN BROTHERS & ASSOCIATES, INC.

414159 

11. InterFocus denied and denies liability for infringing Neman Brothers rights with regard to any sales of the above-described garments. Further, sales of at least three of the garments Neman Brothers described in its September 15, 2020 letter had stopped in 2019, before Neman Brothers entered into the Settlement Agreement in the Previous Action, and Neman Brothers therefore had already released InterFocus from liability for those claims when it entered into the Settlement Agreement. Although InterFocus denied and denies liability to Neman Brothers for sales of the other three allegedly infringing garments, pursuant to paragraph 5 of the Settlement Agreement, InterFocus removed from its platform the other products Neman Brothers complained of in its September 15 letter within seven days of receipt of Neman Brothers' notification, and therefore cured any alleged infringement with regard to those products as follows:

| **ID No.** | **Image** | **Take Down Date** |
|---|---|---|
| 456969 | | 9/16/2020 |
| 458707 | | 9/17/2020 |

4
COUNTERCLAIM OF DEFENDANT INTERFOCUS, INC. FOR BREACH OF CONTRACT AGAINST NEMAN BROTHERS & ASSOCIATES, INC.

385561  9/17/2020

12. Notwithstanding Neman Brothers' entry into the Settlement Agreement and InterFocus' compliance with its obligations thereunder, Neman Brothers filed the present action on or about December 9, 2020, which alleges infringement of "the exact same Subject Designs" for which it had filed suit in the Prior Action. See Dkt. No. 1, paragraph 16 herein.  By filing and pursuing this action Neman Brothers breaches and continues to breach the Settlement Agreement in numerous ways, including but not limited to the following:

    a. Neman Brothers seeks to recover for copyright infringement of fabric designs that were the subject of the Settlement Agreement, liability for which InterFocus was released as set forth in the Settlement Agreement;

    b. Neman Brothers seeks to recover for copyright infringement of fabric designs InterFocus removed from its platform within seven days of receipt of Neman Brothers' notification, such that InterFocus has no liability to Neman Brothers for those "cured" infringements as provided in the Settlement Agreement; and

    c. Neman Brothers seeks to recover for alleged copyright infringement of fabric designs and garments for which Neman Brothers never sent a notification to InterFocus, in violation of paragraph 5 of the Settlement Agreement. See Dkt. No. 10 and Exhs. 8 and 9 thereto.

13. By taking the actions set forth above, Neman Brothers has breached and is continuing to breach the Settlement Agreement.

14. As a proximate result of Neman Brothers' misconduct and breach of

the Settlement Agreement as set forth above, InterFocus has been and is being damaged in an amount to be determined at trial.

### PRAYER FOR RELIEF

Wherefore, InterFocus prays for relief as follows:

1. For an award of compensatory damages to InterFocus as a result of Neman Brothers' breaches of the Settlement Agreement;

2. For an award of incidental damages in an amount to be determined at trial; and

3. For such other and further legal or equitable relief as the Court deems just and proper.

Dated:  February 19, 2021            RIMON, P.C.

By: /s/ Mark S. Lee
    Mark S. Lee
    Zheng Liu

    Attorneys for Defendants
    INTERFOCUS, INC. d.b.a.
    www.patpat.com

## **DEMAND FOR JURY TRIAL**

InterFocus demands a jury trial on all claims and defenses triable to a jury.

Dated: February 19, 2021                    RIMON, P.C.

                                                 By: /s/ Mark S. Lee
                                                        Mark S. Lee
                                                        Zheng Liu

                                                        Attorneys for Defendants
                                                        INTERFOCUS, INC. d.b.a.
                                                        www.patpat.com