# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS AND ASSOC., INC.<br><br>Plaintiff(s),<br><br>v.<br><br>INTERFOCUS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–11181–CAS–JPR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __2/19/2021__

Document Number(s):   __18__

Title of Document(s):   __COUNTERCLAIM OF DEFENDANT INTERFOCUS, INC. FOR BREACH OF CONTRACT AGAINST NEMAN BROTHERS & ASSOCIATES, INC__

**ERROR(S) WITH DOCUMENT:**

Please include all case captions on all documents filed with the Court. i.e., Complaint; Counterclaim, etc.

Other:

No further shall be taken until the filing of subsequent documents.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 22, 2021    By:  /s/ *Sharon Hall–Brown  213–894–3651*
                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS