CHAN YONG JEONG, ESQ. (SBN 255244)
  jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>      Plaintiff/Counter-Defendant,<br><br>      vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>      Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**NEMAN BROTHERS & ASSOC., INC.'S ANSWER TO COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |

Counter-Defendant NEMAN BROTHERS & ASSOC., INC. ("Counter-Defendant" or "NEMAN"), by and through its undersigned attorneys, answers the allegations of Defendant/Counter-Claimant INTERFOCUS, INC.'s ("Counter-Claimant" or "SELECT") Counterclaim as follows:

## PARTIES

1.     Counter-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1, and on this basis, denies those same allegations.

2.      Counter-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2, and on this basis, denies those same allegations.

3.      Counter-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and on this basis, denies those same allegations.

4.      Counter-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and on this basis, denies those same allegations.

## CLAIM FOR BREACH OF CONTRACT

5.      Counter-Defendant realleges and incorporated by reference the answers of paragraphs 1 through 4 hereinabove.

6.      Counter-Defendant admits the allegations in paragraph 6.

7.      Counter-Defendant admits the allegations in paragraph 7.

8.      Counter-Defendant admits the allegations in paragraph 8.

9.      Counter-Defendant denies the allegations in paragraph 9.

10.      Counter-Defendant admits the allegations in paragraph 10, except the ID numbers about which it does not have sufficient information or knowledge.

11.      Counter-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and on this basis, denies those same allegations.

12.      Counter-Defendant denies the allegations in paragraph 12.

13.      Counter-Defendant denies the allegations in paragraph 13.

14.      Counter-Defendant denies the allegations in paragraph 14.

15.      Counter-Defendant denies Counter-Claimant suffered any damages.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

Counter-Claimant's Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

**(Unclean Hands)**

Counter-Claimant's Counterclaim and each cause of action within it fail due to Counter-Claimant's unclean hands.

## THIRD AFFIRMATIVE DEFENSE

**(Insufficient Evidence)**

Counter-Claimant's Counterclaim and each cause of action within it fail because Counter-Claimant has failed to present sufficient evidence for its counterclaims.

## FOURTH AFFIRMATIVE DEFENSE

**(Excuse)**

Counter-Claimant's material breach of the express or implied terms excused or justified any alleged breach, if any, by Counter-Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

**(Justification)**

Counter-Claimant's counterclaims are barred, either in whole or in part, because Counter-Defendant's actions in all respects were justified.

## FIFTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate Damages)**

Counter-Claimant's counterclaims are barred, either in whole or in part, by Counter-Claimant's duty to mitigate.

## SIXTH AFFIRMATIVE DEFENSE

**(Intervening/Superseding Causes)**

Counter-Defendant is informed and believes, and thereon alleges, as a separate and affirmative defense to each cause of action that any and all events and

COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM

happenings in connection with the incidents complained of in Defendant/Counter-Claimant's Counterclaim, and the resulting damages, if any, were proximately caused and contributed to by the acts or conduct of Defendant/Counter-Claimant and/or by other or unknown third parties, which acts or conduct were intervening and superseding causes of the injuries and damage, if any, about which Counter-Claimant's Counterclaim complains, thus barring Counter-Claimant from recovery against this answering Counter-Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith Attempts and Substantial Compliance)

Defendant/Counter-Claimant's Counterclaim and each cause of action and any associated penalties, damages, or attorney's fees or other claims for relief are barred and should be denied because Counter-Defendant acted at all times in good faith and in a reasonable manner in attempting to comply with, and/or actually and substantially complying with, any applicable law.

## ADDITIONAL AFFIRMATIVE DEFENSES

### (Reservation of All Rights to Additional Affirmative Defenses)

Counter-Defendant reserves the right to allege additional affirmative defenses as they may become known, or as they evolve during the litigation, and its right to amend this Answer accordingly.

Dated: Mach 11, 2021                    Respectfully submitted,


                                        By: */s/ Chan Yong Jeong*
                                        Chan Yong Jeong, Esq.
                                        JEONG & LIKENS, L.C.
                                        Attorney for Plaintiff/Counter-Defendant,
                                        NEMAN BROTHERS & ASSOC., INC.