UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: 2:20–cv–11181–CAS–JPR | | Date: 3/12/2021 |
| Title: NEMAN BROTHERS & ASSOC., INC. V. INTERFOCUS, INC. ET AL | | |

Present: The Honorable  CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

PROCEEDINGS:   (IN CHAMBERS) – ORDER SETTING SCHEDULING CONFERENCE

    This matter is set for a Scheduling Conference on **April 19, 2021**, at **11:00 AM**. The Scheduling Conference will be held pursuant to F.R.Civ.P 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the date of the Rule 16(b) Scheduling Conference and to report to the Court not later than 14 days after they confer on a discovery plan and the other matters required by F.R.Civ.P. 26(f) and the Local Rules of this Court.

    At the Rule 16(b) Scheduling Conference, the Court will issue an order setting forth at least the following dates: the last date for joining parties, the last date to file any motion, whether or not dispositive, and the last date to complete discovery. Scheduling Conferences will ordinarily not be continued.

    Failure to comply may lead to the imposition of sanctions.

    Judge Snyder is located at 350 West First Street Courthouse, in Courtroom 8D, on the eight floor.

Initials of Preparer: cj