CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorneys for Plaintiff
NEWMAN BROTHERS & ASSOC., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; <br><br> Plaintiff, <br><br> INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG; an individual; and DOES 1-10, inclusive, <br><br> Defendants, | Case No. 2020cv11181CASJPR <br><br> PROOF OF SERVICE |

Civil Action No. **220cv11181CASJPR**     Case Name: **Neman Brothers & Assoc., Inc. vs Interfocus, Inc. d.b.a. www.patpat.com**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **Can Wang; an individual**
**was received by me on  January 7, 2021**

☐ I personally served the Summons on First Amended Complaint and First Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination on an Action or Appeal Regarding a Copyright on the individual at   , ,  on   1:51 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on  *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to   , who is designated by law to accept service of process on behalf of  **Can Wang; an individual**  on  **January 14, 2021  1:51 PM**
Sub served Jame Park Manager of UPS Store, Person Apparently in Charge
Race: Asian  Sex: Male  Age: 40yrs   Height: 6'0   Weight: 170lbs  Hair: Black

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

My fees are $ .00 for travel and $ 50.00 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date:  January 14, 2021                                      _____
                                                              *Server's signature*


                                                              **Gabriel Aragon**
                                                              *Printed name and title*

                                                              **Contracted by DDS Legal Support**
                                                              **2900 Bristol Street**
                                                              **Costa Mesa, CA 92626**
                                                              **(714) 662-5555**
                                                              *Server's Address*

| Attorney or Party without attorney: Chan Yong Jeong, Esq., SBN: 255244<br>Jeong & Likens, LC<br>222 S Oxford Ave<br>Los Angeles, CA 900045105<br>TELEPHONE No.: (213) 688-2001    FAX No. (Optional): (213) 688-2002<br>E-MAIL ADDRESS (Optional): info@jeonglikens.com;jeong@jeonglikens.com<br>Attorney for: Plaintiff Neman Brothers & Assoc., Inc. | Ref No. or File No.:<br>Neman Brothers v Interfocus | FOR COURT USE ONLY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT - FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Plaintiff: Neman Brothers & Assoc., Inc.
Defendant: Interfocus, Inc. d.b.a. www.patpat.com

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>220cv11181CASJPR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons on First Amended Complaint and First Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination on an Action or Appeal Regarding a Copyright;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as follows:

   a. Date of Mailing:         January 15, 2021
   b. Place of Mailing:        Costa Mesa, CA
   c. Addressed as follows:    Can Wang; an individual
                               650 Castro St Ste 120 box 458
                               Mountain View, CA 94041-2055

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.

Fee for Service: **$ 50.00**
**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**Ref: Neman Brothers v Interfocus**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 25, 2021**.

Signature: _____
**Monica Figueroa**

**PROOF OF SERVICE BY MAIL**

Order#: 104206B/mailproof