# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS AND ASSOC., INC.<br><br>Plaintiff(s),<br><br>v.<br><br>INTERFOCUS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–11181–CAS–JPR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/8/2021__

Document Number(s):   __22__

Title of Document(s):   __Proof of Service of Summons and Complaint__

**ERROR(S) WITH DOCUMENT:**

SERVICE UNDER FRCP 5(b)(2)(D) Executed was not made under this statute as the Court did not serve the Summons on First Amended Complaint

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 9, 2021__   By: __/s/ *Sharon Hall–Brown*  213–894–3651__
                                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.