## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-11181-CAS(JPRx) | Date | April 19, 2021 |
|---|---|---|---|
| Title | *NEMAN BROTHERS AND ASSOCIATES, INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM; ET AL. [AND RELATED COUNTERCLAIM]* | | |

Present: The Honorable     CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Chan Jeong                                              Mark Lee

**Proceedings:**          TELEPHONE SCHEDULING CONFERENCE

Hearing held by telephone and counsel are present.   The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: June 11, 2021;
Settlement Completion Cutoff:   July 31, 2021;
Factual Discovery Cut-off: November 30, 2021;
Last Day to File Motions: January 10, 2022;
Exchange of Expert Reports Cut-off: September 30, 2021;
Exchange of Rebuttal Reports Cut-off: October 31, 2021;
Expert Discovery Cut-off: November 30, 2021;
Status Conference re: Settlement **(11:00 A.M.): August 9, 2021**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): March 14, 2022;**
and Jury Trial **(9:30 A.M.): March 29, 2022.**

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

ADR-12 to issue.

|  | 00 | : | 19 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |