Chan Yong Jeong, Esq.
Jeong and Likens, Law Corp.
222 South Oxford Avenue, Los Angeles, CA 90004
Tel. 213-688-2001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; <br><br> Plaintiff(s) <br> v. <br><br> INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG; an individual; and DOES 1-10, inclusive, <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:20-cv-11181 CAS (JPRx) <br><br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Ms. Gail Title, Esq._____ may serve as the Panel Mediator in the above-captioned case. _____Chan Yong Jeong, Esq._____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 5/27/2021        /s/ Chan Yong Jeong, Esq.
                        Attorney For Plaintiff   Neman Brothers

Dated: _____          _____
                        Attorney For Plaintiff   _____

Dated: 5/27/2021        /s/ Mark Lee, Esq.
                        Attorney For Defendant   Interfocus and Can Wang

Dated: _____          _____
                        Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.