| | |
|---|---|
| 1 | RIMON, P.C.<br>Mark Lee (SBN 94103) |
| 2 | mark.lee@rimonlaw.com<br>2029 Century Park East, Suite 400N |
| 3 | Los Angeles, California 90067<br>Telephone/Facsimile: 213.375.3811 |
| 4 | |
| 5 | RIMON, P.C.<br>Zheng Liu (SBN: 229311) |
| 6 | zheng.liu@rimonlaw.com<br>800 Oak Grove Avenue, Suite 250 |
| 7 | Menlo Park, California 94025<br>Telephone/Facsimile: 650.461.4433 |
| 8 | Attorneys for Defendants<br>INTERFOCUS INC. d.b.a. www.patpat.com |
| 9 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| 13 | NEMAN BROTHERS & ASSOC., INC., a California Corporation, | Case No. 2:20-cv-11181-CAS-JPRC |
| 14 | | **DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT** |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive., | |
| 18 | | |
| 19 | Defendants. | Date: August 16, 2021<br>Time:    10:00 am<br>Courtroom: Courtroom 8D |
| 20 | | |
| 21 | INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive, | The Hon. Christina A. Snyder |
| 22 | | |
| 23 | Counterclaim Plaintiffs, | |
| 24 | v. | |
| 25 | NEMAN BROTHERS & ASSOC., INC., a California Corporation, | |
| 26 | | |
| 27 | Counterclaim Defendant. | |
| 28 | | |

APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, under Local Rule 79-5.2.2(a), Defendant and Counterclaim Plaintiff InterFocus Inc., d.b.a. www.patpat.com. ("InterFocus") respectfully applies to file under seal a settlement agreement previously entered into between InterFocus and Plaintiff Neman Brothers, Inc. ("Neman Brothers"). A redacted version of that agreement is attached as Exhibit 2 to the Declaration of Weiwei Le filed in support of InterFocus' Motion for Summary Judgment. An unredacted copy of that settlement agreement is designated Exhibit 3 and reattached to the concurrently filed Declaration of Mark S. Lee in support of this Application. A Proposed Order is also filed concurrently herewith.

RIMON, P.C.

Dated:  July 13, 2021

By: /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants and Counterclaim Plaintiffs INTERFOCUS, INC. d.b.a. www.patpat.com