1  RIMON, P.C.
   Mark Lee (SBN 94103)
2  mark.lee@rimonlaw.com
   2029 Century Park East, Suite 400N
3  Los Angeles, California 90067
   Telephone/Facsimile: 213.375.3811
4
   RIMON, P.C.
5  Zheng Liu (SBN: 229311)
   zheng.liu@rimonlaw.com
6  800 Oak Grove Avenue, Suite 250
   Menlo Park, California 94025
7  Telephone/Facsimile: 650.461.4433

8  Attorneys for Defendants
   INTERFOCUS INC. d.b.a. www.patpat.com
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>        Defendants.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>        Counterclaim Defendant. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**DECLARATION OF MARK S. LEE IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT**<br><br>Filed Concurrently with Application to File Under Seal and [Proposed] Order<br><br>Date: August 16, 2021<br>Time:   10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |

1

DECLARATION OF MARK S. LEE IN SUPPORT OF APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT

I, Mark S. Lee, declare:

1. I am a lawyer admitted to practice before this Court, and am a partner at Rimon, P.C., counsel of record for Interfocus, Inc. d.b.a. www.patpat.com ("Interfocus") in this matter. I have personal knowledge of the following facts except where otherwise indicated based on my personal participation in the matters described, and if called upon as a witness, I could and would competently testify thereto.

2. InterFocus is concurrently filing and has designated as Exhibit 2 a redacted version of a settlement agreement it entered into with Neman Brothers before Neman Brothers filed suit in this action in support of its motions for summary judgment and partial summary judgment herein. That settlement agreement has a provision designating its contents as confidential. InterFocus wants to fully comply with its obligations under that agreement by maintaining its confidentiality as much as possible.

3. However, InterFocus has filed a counterclaim against Neman Brothers herein which alleges that Neman Brothers breached that settlement agreement, and it also wants the Court to have available to it the complete contents of that settlement agreement when it evaluates InterFocus' motions. An order allowing the complete agreement to be filed under seal would allow the Court such access while maintaining its confidential nature from the public. We thus attach as Exhibit 3 an unredacted copy of the entire settlement agreement.

4. On behalf of InterFocus, I respectfully request that the Court order the unredacted settlement agreement to be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of July, 2021, at Los Angeles, California.

        /s/ Mark S. Lee
        Mark S. Lee