RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT**<br><br>Date: August 16, 2021<br>Time:   10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |

---

1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT

1     Good cause appearing, it is ordered that the unredacted settlement agreement
2 designated Exhibit 3 is ordered filed under seal.
3 [judge's signature block]
4
5 **IT IS SO ORDERED.**
6 Dated: _____
7                                          The Honorable Christine A. Snyder
                                         United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL PREVIOUSLY ENTERED INTO SETTLEMENT AGREEMENT