# EXHIBIT 1

# WESTLAW CLASSIC

**NARROW:**

[Apply Filters] [Cancel]

**Search within results**

**Jurisdiction**
☐ FEDERAL DISTRICT CT. C.d. Ca — 94

**Key Nature of Suit** — Select

**Date**
All

**Judge** — Select

**Attorney** — Select

**Law Firm** — Select

**Viewed in the last 30 days**
with Client ID BOOK
☐ Viewed
☐ Not Viewed

**Documents in Folders**
☐ Saved to a Folder
☐ Not Saved to a Folder

**Annotated Documents**
☐ Highlighted
☐ Notes
☐ Not Annotated

[Apply Filters] [Cancel]

**Search other sources:**
News
Dockets
Intellectual Property
Public Records
Company Investigator

---

Back to California Federal District Court Dockets - Central District

## California Federal District Court Dockets - Central District (94)

**YOUR SEARCH** edit

Key Search Terms: copyright    Party Type: All Parties    Participant Name: Neman /1 Brothers

1 - 94    Sort by: Case Title    ⌄ PDATE

☐ Select all items    No items selected

☐ **1. Hyosik Chang et al v. Forever 21 Inc et al**
March 22, 2005   CA U.S. Dist. Ct., Cent.   2:05-CV-02034   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson

☐ **2. In Re: Neman Brothers & Assoc., Inc. et al**
December 09, 2020   CA U.S. Dist. Ct., Cent.   2:20-CV-11179   Intellectual Property, Copyright

☐ **3. In Re: Neman Brothers & Associates Inc et al**
March 07, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01727   Intellectual Property, Copyright

☐ **4. LA Printex Industries, Inc. v. J. C. Penney Company, Inc. et al**
April 28, 2008   CA U.S. Dist. Ct., Cent.   2:08-CV-02758   Intellectual Property, Copyright   Judge(s): Judge George H. King

☐ **5. Neman Brothers & Assoc., Inc. v. Avenue Stores, LLC et al**
May 12, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03590   Intellectual Property, Copyright   Judge(s): Judge Ronald S.W. Lew

☐ **6. Neman Brothers & Assoc., Inc. v. Burlington Stores, Inc. et al**
May 20, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-03837   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **7. Neman Brothers & Assoc., Inc. v. Fallas Management, Inc. et al**
October 14, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-08067   Intellectual Property, Copyright   Judge(s): Judge Consuelo B. Marshall

☐ **8. Neman Brothers & Assoc., Inc. v. Imerc, LLC, et al**
January 14, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-00310   Intellectual Property, Copyright   Judge(s): Judge Philip S. Gutierrez

☐ **9. Neman Brothers & Assoc., Inc. v. Interfocus, Inc.**
November 26, 2019   CA U.S. Dist. Ct., Cent.   2:19-CV-10112   Intellectual Property, Copyright   Judge(s): Judge John A. Kronstadt

☐ **10. Neman Brothers & Assoc., Inc. v. Interfocus, Inc. et al**
December 09, 2020   CA U.S. Dist. Ct., Cent.   2:20-CV-11181   Intellectual Property, Copyright   Judge(s): Judge Christina A. Snyder

☐ **11. Neman Brothers & Assoc., Inc. v. Ross Stores, Inc. et al**
November 08, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-08321   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **12. Neman Brothers & Assoc., Inc. v. SQBG, Inc. et al**
March 15, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-02159   Intellectual Property, Copyright   Judge(s): Judge Stephen V. Wilson

☐ **13. Neman Brothers & Assoc., Inc. v. Stylewe.com et al**
May 16, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03697   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **14. Neman Brothers & Assoc., Inc. v. Textile One, Inc. et al**

February 15, 2019   CA U.S. Dist. Ct., Cent.   2:19-CV-01200   Intellectual Property, Copyright   Judge(s): Judge Andre Birotte, Jr

☐ **15. Neman Brothers & Associates Inc v. B Tween LLC et al**
March 07, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01728   Intellectual Property, Copyright   Judge(s): Judge Ronald S.W. Lew

☐ **16. Neman Brothers & Associates Inc v. Deb Shops SDW LLC**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01759   Intellectual Property, Copyright   Judge(s): Magistrate Judge Michael R. Wilner

☐ **17. Neman Brothers & Associates Inc v. Hot Shot HK LLC et al**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01762   Intellectual Property, Copyright   Judge(s): Judge Andre Birotte, Jr

☐ **18. Neman Brothers & Associates Inc v. Lany Group LLC et al**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01757   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson

☐ **19. Neman Brothers & Associates Inc v. Mackson Inc et al**
August 08, 2013   CA U.S. Dist. Ct., Cent.   2:13-CV-05755   Intellectual Property, Copyright   Judge(s): Judge Otis D. Wright, II

☐ **20. Neman Brothers & Associates Inc v. Nana USA, Inc et al**
June 26, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-04858   Intellectual Property, Copyright   Judge(s): Judge Andre Birotte, Jr

☐ **21. Neman Brothers & Associates Inc v. New Ashley Stewart Inc**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01760   Intellectual Property, Copyright   Judge(s): Judge George H. Wu

☐ **22. Neman Brothers & Associates Inc v. Pride & Joys Inc et al**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01758   Intellectual Property, Copyright   Judge(s): Judge John A. Kronstadt

☐ **23. Neman Brothers & Associates Inc v. Select Clothing Company, Inc. et al**
June 18, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-04724   Intellectual Property, Copyright   Judge(s): Judge John A. Kronstadt

☐ **24. Neman Brothers & Associates Inc v. Sioni Apparel Group Corp et al**
August 08, 2013   CA U.S. Dist. Ct., Cent.   2:13-CV-05757   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson

☐ **25. Neman Brothers & Associates Inc v. SSC Apparel Inc, et al**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01761   Intellectual Property, Copyright   Judge(s): Judge Beverly Reid O'Connell

☐ **26. Neman Brothers & Associates Inc v. Wal-Mart Stores Inc et al**
September 02, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-06821   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson

☐ **27. Neman Brothers & Associates Inc v. Wear Abouts Apparel, Inc., et al**
March 10, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-01756   Intellectual Property, Copyright   Judge(s): Magistrate Judge Suzanne H. Segal

☐ **28. Neman Brothers & Associates Inc v. www.599fashion.com et al**
January 24, 2014   CA U.S. Dist. Ct., Cent.   2:14-CV-00594   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **29. Neman Brothers and Assoc Inc v. Minette Apparel, LLC. et al**
July 08, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-05014   Intellectual Property, Copyright   Judge(s): Judge Beverly Reid O'Connell

☐ **30. Neman Brothers and Assoc Inc v. R and R Goldman and Associates Inc et al**
July 20, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-05491   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **31. Neman Brothers and Assoc. Inc v. Wal-Mart Stores, Inc. et al**
July 08, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-05040   Intellectual Property, Copyright   Judge(s): Judge George H. Wu

| | | |
|---|---|---|
| ☐ | **32.** | **Neman Brothers and Assoc. Inc. v. Poetry Corporation, Inc. et al** |
| | | December 11, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-09580   Intellectual Property, Copyright   Judge(s): Judge Consuelo B. Marshall |
| ☐ | **33.** | **Neman Brothers and Assoc. Inc. v. Ross Stores et al** |
| | | October 16, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-08922   Intellectual Property, Copyright   Judge(s): Judge Dale S. Fischer |
| ☐ | **34.** | **Neman Brothers and Assoc. Inc. v. ZZ Fashion Corp. et al** |
| | | May 08, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03452   Intellectual Property, Copyright   Judge(s): Judge Dale S. Fischer |
| ☐ | **35.** | **Neman Brothers and Assoc., Inc et al v. Cann Studio Inc et al** |
| | | January 17, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-00362   Intellectual Property, Copyright   Judge(s): Judge Terry J. Hatter, Jr |
| ☐ | **36.** | **Neman Brothers and Assoc., Inc v. I and I Wholesale Corp. et al** |
| | | May 22, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-04307   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner |
| ☐ | **37.** | **Neman Brothers and Assoc., Inc v. One Step Up Ltd et al** |
| | | May 22, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-04297   Intellectual Property, Copyright   Judge(s): Magistrate Judge Patrick J. Walsh |
| ☐ | **38.** | **Neman Brothers and Assoc., Inc. v. 26 International Inc et al** |
| | | May 11, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03555   Intellectual Property, Copyright   Judge(s): Judge John A. Kronstadt |
| ☐ | **39.** | **Neman Brothers and Assoc., Inc. v. 4 What It's Worth, Inc. et al** |
| | | January 07, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-00148   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson |
| ☐ | **40.** | **Neman Brothers and Assoc., Inc. v. Alpha Garment, Inc. et al** |
| | | May 29, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-04746   Intellectual Property, Copyright   Judge(s): Judge Ronald S.W. Lew |
| ☐ | **41.** | **Neman Brothers and Assoc., Inc. v. Best Dress et al** |
| | | April 06, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-02880   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson |
| ☐ | **42.** | **Neman Brothers and Assoc., Inc. v. Boohoo Group PLC** |
| | | January 07, 2019   CA U.S. Dist. Ct., Cent.   2:19-CV-00117   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner |
| ☐ | **43.** | **Neman Brothers and Assoc., Inc. v. Burlington Stores, Inc. et al** |
| | | July 26, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-05548   Intellectual Property, Copyright   Judge(s): Judge Fernando M. Olguin |
| ☐ | **44.** | **Neman Brothers and Assoc., Inc. v. Burlington Stores, Inc. et al** |
| | | August 04, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-05824   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner |
| ☐ | **45.** | **Neman Brothers and Assoc., Inc. v. Golden Egg Corp. et al** |
| | | July 13, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-05173   Intellectual Property, Copyright   Judge(s): Judge George H. Wu |
| ☐ | **46.** | **Neman Brothers and Assoc., Inc. v. Ju Qin, et al** |
| | | August 16, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-06078   Intellectual Property, Copyright   Judge(s): Judge Dolly M. Gee |
| ☐ | **47.** | **Neman Brothers and Assoc., Inc. v. Jump Clothing, Inc. et al** |
| | | May 12, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03620   Intellectual Property, Copyright   Judge(s): Judge Dale S. Fischer |
| ☐ | **48.** | **Neman Brothers and Assoc., Inc. v. La Main Connection Inc et al** |
| | | January 17, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-00348   Intellectual Property, Copyright   Judge(s): Judge Andre Birotte, Jr |
| ☐ | **49.** | **Neman Brothers and Assoc., Inc. v. M.R.R. Fabric Inc et al** |
| | | June 07, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-04013   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner |

☐ **50. Neman Brothers and Assoc., Inc. v. Marsons International, Inc. et al**
March 09, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-01634   Intellectual Property, Copyright   Judge(s): Judge Dolly M. Gee

☐ **51. Neman Brothers and Assoc., Inc. v. MJC Connection, Inc. et al**
July 19, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-05344   Intellectual Property, Copyright   Judge(s): Judge Beverly Reid O'Connell

☐ **52. Neman Brothers and Assoc., Inc. v. Natvan, Inc. et al**
May 16, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03668   Intellectual Property, Copyright   Judge(s): Judge Christina A. Snyder

☐ **53. Neman Brothers and Assoc., Inc. v. Novelle Mode, Inc. et al**
June 22, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-04618   Intellectual Property, Copyright   Judge(s): Judge Michael W. Fitzgerald

☐ **54. Neman Brothers and Assoc., Inc. v. One Step Up Ltd. et al**
August 29, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-06400   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **55. Neman Brothers and Assoc., Inc. v. Paragon Creatives, Inc. et al**
June 11, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-05165   Intellectual Property, Copyright   Judge(s): Judge John F. Walter

☐ **56. Neman Brothers and Assoc., Inc. v. Poetry Corporation, Inc. et al**
December 11, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-09569   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **57. Neman Brothers and Assoc., Inc. v. Ross Stores Inc. et al**
August 19, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-06243   Intellectual Property, Copyright   Judge(s): Judge Dale S. Fischer

☐ **58. Neman Brothers and Assoc., Inc. v. Ross Stores, Inc. et al**
November 08, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-08327   Intellectual Property, Copyright   Judge(s): Judge Andre Birotte, Jr

☐ **59. Neman Brothers and Assoc., Inc. v. Ross Stores, Inc. et al**
August 03, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-05843   Intellectual Property, Copyright   Judge(s): Judge Philip S. Gutierrez

☐ **60. Neman Brothers and Assoc., Inc. v. Ross Stores, Inc. et al**
July 28, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-05638   Intellectual Property, Copyright   Judge(s): Judge Beverly Reid O'Connell

☐ **61. Neman Brothers and Assoc., Inc. v. Select Clothing Company, Inc. et al**
May 16, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-03667   Intellectual Property, Copyright   Judge(s): Judge S. James Otero

☐ **62. Neman Brothers and Assoc., Inc. v. Silver Rain Trading, Inc., et al**
May 08, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-03848   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

☐ **63. Neman Brothers and Assoc., Inc. v. The TJX Companies, Inc. et al**
August 20, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-06379   Intellectual Property, Copyright   Judge(s): Judge Fernando M. Olguin

☐ **64. Neman Brothers and Assoc., Inc. v. Touch Me Fashion, Inc. et al**
August 19, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-06235   Intellectual Property, Copyright   Judge(s): Judge Otis D. Wright, II

☐ **65. Neman Brothers and Assoc., Inc. v. True Destiny, LLC et al**
December 13, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-09224   Intellectual Property, Copyright   Judge(s): Judge John F. Walter

☐ **66. Neman Brothers and Assoc., Inc. v. United Fashions of Texas, LLC et al**
June 05, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-05011   Intellectual Property, Copyright   Judge(s): Judge Stephen V. Wilson

☐ **67. Neman Brothers and Assoc., Inc. v. Wal-Mart Stores, Inc. et al**

November 08, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-08319   Intellectual Property, Copyright   Judge(s): Judge Manuel L. Real

68. **Neman Brothers and Assoc., Inc. v. Zulily LLC et al**
April 06, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-02648   Intellectual Property, Copyright   Judge(s): Judge Manuel L. Real

69. **Neman Brothers and Assoc., Inc. v. Zulily, LLC et al**
August 23, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-07391   Intellectual Property, Copyright   Judge(s): Judge Stephen V. Wilson

70. **Neman Brothers and Assoc., Inc. v. Zulily, LLC. et al**
June 15, 2017   CA U.S. Dist. Ct., Cent.   2:17-CV-04465   Intellectual Property, Copyright   Judge(s): Judge Dolly M. Gee

71. **Neman Brothers and Associates Inc v. Citiwear Inc et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03364   Intellectual Property, Copyright   Judge(s): Judge S. James Otero

72. **Neman Brothers and Associates Inc v. Clique Public et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03365   Intellectual Property, Copyright   Judge(s): Judge Michael W. Fitzgerald

73. **Neman Brothers and Associates Inc v. Cornerstone Apparel Inc et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03370   Intellectual Property, Copyright   Judge(s): Judge Christina A. Snyder

74. **Neman Brothers and Associates Inc v. Danice Stores Inc et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03366   Intellectual Property, Copyright   Judge(s): Judge Dale S. Fischer

75. **Neman Brothers and Associates Inc v. Exist Inc et al**
April 04, 2013   CA U.S. Dist. Ct., Cent.   2:13-CV-02417   Intellectual Property, Copyright   Judge(s): Judge John F. Walter

76. **Neman Brothers and Associates Inc v. Fashion City et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03367   Intellectual Property, Copyright   Judge(s): Judge Michael W. Fitzgerald

77. **Neman Brothers and Associates Inc v. Inspire et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03368   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

78. **Neman Brothers and Associates Inc v. Joppa Inc et al**
May 16, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-03369   Intellectual Property, Copyright   Judge(s): Judge Terry J. Hatter, Jr

79. **Neman Brothers and Associates Inc v. K Too et al**
August 04, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-05893   Intellectual Property, Copyright   Judge(s): Judge Fernando M. Olguin

80. **Neman Brothers and Associates Inc v. Love Julian Inc. et al**
June 08, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-04322   Intellectual Property, Copyright   Judge(s): Judge Consuelo B. Marshall

81. **Neman Brothers and Associates Inc v. Love Point, Inc. et al**
June 26, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-04860   Intellectual Property, Copyright   Judge(s): Judge R. Gary Klausner

82. **Neman Brothers and Associates Inc v. Timeless Fashions LLC et al**
June 08, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-04323   Intellectual Property, Copyright   Judge(s): Judge Dale S. Fischer

83. **Neman Brothers and Associates, Inc. v. Active USA, Inc. et al**
August 29, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-07570   Intellectual Property, Copyright   Judge(s): Judge Michael W. Fitzgerald

84. **Neman Brothers and Associates, Inc. v. Bonne A Mie et al**
October 09, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-07961   Intellectual Property, Copyright   Judge(s): Judge Percy Anderson

85. **Neman Brothers and Associates, Inc. v. Charlotte Russe, Inc. et al**

August 29, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-07571   Intellectual Property, Copyright   Judge(s): Judge Manuel L. Real

86. Neman Brothers and Associates, Inc. v. D and J Fashion Inc et al
May 28, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-04024   Intellectual Property, Copyright   Judge(s): Judge Terry J. Hatter, Jr

87. Neman Brothers and Associates, Inc. v. Enticing Lingerie, Inc et al
July 16, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-05422   Intellectual Property, Copyright   Judge(s): Judge Consuelo B. Marshall

88. Neman Brothers and Associates, Inc. v. Forever 21 Retail Inc et al
July 16, 2015   CA U.S. Dist. Ct., Cent.   2:15-CV-05424   Intellectual Property, Copyright   Judge(s): Judge John F. Walter

89. Neman Brothers and Associates, Inc. v. Just For Wraps, Inc. et al
April 14, 2016   CA U.S. Dist. Ct., Cent.   2:16-CV-02563   Intellectual Property, Copyright   Judge(s): Judge Dolly M. Gee

90. Neman Brothers and Associates, Inc. v. Trixxi Clothing Company, Inc. et al
August 29, 2018   CA U.S. Dist. Ct., Cent.   2:18-CV-07572   Intellectual Property, Copyright   Judge(s): Judge S. James Otero

91. NEMAN BROTHERS v. MISS CALIFORNIA APP, ET AL
October 03, 1996   CA U.S. Dist. Ct., Cent.   2:96-CV-06964   Intellectual Property, Copyright

92. NEMAN BROTHERS v. UNIVERSAL DYEING &, ET AL
October 28, 1997   CA U.S. Dist. Ct., Cent.   2:97-CV-00769   Intellectual Property, Copyright

93. United Fabrics International Inc v. Forever 21 Inc et al
February 02, 2007   CA U.S. Dist. Ct., Cent.   2:07-CV-00800   Intellectual Property, Copyright   Judge(s): Judge George P. Schiavelli

94. VolumeCocomo Apparel, Inc. v. Ross Stores, Inc. et al
March 23, 2011   CA U.S. Dist. Ct., Cent.   2:11-CV-02450   Intellectual Property, Copyright   Judge(s): Judge George H. King

100 per page