# EXHIBIT 4

# J&L JEONG & LIKENS, L.C.

222 South Oxford Avenue, Los Angeles, CA 90004   • Tel: 213.688.2001   • Fax: 213-315-5035   • Email: info@jeonglikens.com

September 15, 2020

VIA U.S MAIL AND EMAIL

InterFocus, Inc. dba PatPat.com
650 Castro St, Ste 120-458
Mountain View, CA 94041
EMAIL: service@patpat.com
        vivi@patpat.com
        albert.wang@patpat.com

**Re: Neman Brothers & Associates' Copyrighted Designs**

**DEMAND TO CEASE AND DESIST VIOLATIONS OF COPYRIGHT LAWS – ACTION TO BE TAKEN PURSUANT TO 17 U.S.C. § 401 *et seq.***

Dear Sir or Madam:

This firm represents Neman Brothers and Associates, for purposes of prosecuting the infringement of its intellectual property rights. Our investigation has recently revealed your company, InterFocus, Inc. dba PatPat.com, is producing, manufacturing, distributing, and/or offering for sale garments (Exhibits 2, 4 and 5) which infringe our client's copyrights in a two-dimensional artworks, NB170268 (Exhibit 1) and NB161106 (Exhibit 3) ("Subject Designs"). Any production and distribution for sale or otherwise of fabric or garments bearing the Subject Design by your company is unauthorized and constitutes a violation of our client's intellectual property rights under federal copyright law. Your product information includes below:

(1) Toddler Girl Pretty Floral Print Striped Dress (Exhibit 2)
(2) Maternity Round Collar Floral full print Short Slip – Sleeveless Nursing Dress (Exhibit 4)
(3) Maternity Round Collar Floral full print Short Slip – Sleeveless Nursing Dress (Exhibit 5)

Attached hereto as Exhibits 1 and 3 are a faithful reproduction of our client's proprietary copyrighted artworks. The purpose of providing such reproduction is to identify the Subject Design being infringed. Please note that reproduction of the Subject Design is not to be interpreted as authorization for use. Also attached hereto as Exhibits 2, 4 and 5 are a reproduction of the garments with the infringing Subject Design being sold by your company ("Subject Garment"). The reproduction of this Subject Garment is not meant to be inclusive of all garments alleged to infringe the Subject Design.

Specifically, your sales of these garments constitute a violation of 17 U.S.C. § 501 *et seq.*, ("Copyright Act"). Under the Copyright Act, your company is liable for all profits realized through the sale of infringing goods, all damages incurred by our client as a result of these sales, attorneys' fees, costs and pre-judgment interest.

In the alternative, under 17 U.S.C. § 504(c), your company may be liable for statutory damages of up to $150,000.00. In this present case, Interfocus was put on clear notices as to our client's designs and copyrights because the two Subject Designs in this case were also litigated in the prior case. (Exhibits 6 and 7). However, Interfocus again sold the Accused Garments bearing the same designs thereupon, which establishes Interfocus' reckless/intentional/knowing disregards of our client's designs and copyrights, sufficiently supporting claims for willful infringement.

This correspondence shall serve as our client's formal demand that you **IMMEDIATELY CEASE AND DESIST** from all distribution and/or sales of the fabric and garments discussed above. This correspondence shall further serve as our client's demand for an accounting of the following information:

1. The total quantity of the infringing fabric or garments your company manufactured and/or purchased at any time up to and including the present;
2. The total quantity of the infringing garments and/or fabric your company sold at any time up to and including the present;
3. The amount of units of allegedly infringing product currently in your inventory;
4. The purchase price per unit your company paid to the wholesaler or manufacturer, or both, who provided or is providing the infringing fabric or garments to your company;
5. Any documentation regarding any license, assignment or transfer of any kind regarding the use of the infringed design and the name, address and telephone number of any party involved in that transaction, including but not limited to, legal representation;
6. The name, address and telephone number of and purchase price paid to any converter who provided the allegedly infringing fabric to the company;
7. The name, address and telephone number of and purchase price paid to any mill that provided the allegedly infringing fabric to the company;
8. The name, address and telephone number of and purchase price paid to any manufacturer, importer, or exporter involved in the delivery of the allegedly infringing fabric and/or garments;
9. The name, address and telephone number of and purchase price paid to any party used in the delivery of the allegedly infringing fabric or garments;
10. The name of any party involved in cutting, sewing, stitching, and any other aspect of producing garments from the allegedly infringing fabric or garments;
11. The total quantity of the allegedly infringing garments sold to date;
12. The sales price per unit of the allegedly infringing garments sold to date;
13. The name, address and telephone number of any retailers or wholesalers to which your company sold the allegedly infringing garments;
14. The amount of profits derived by your company and its affiliates from the sale of the allegedly infringing garments at any time up to and including the present;
15. The name, address and telephone number and company affiliation of the individual(s) responsible for providing your company with the design on the allegedly infringing garments;
16. The name, address and telephone number of any company to which your company provided the design on the allegedly infringing garments;
17. The amount of profits derived by your company and its affiliates from the sale of the allegedly infringing garments at any time up to and including the present;

18. The name, address and telephone number and company affiliation of the sales representative(s) responsible for the transaction(s) by which you obtained the allegedly infringing garments and/or the fabric comprising the infringing garments;

19. The name, address and telephone number of any company or companies that brokered any transactions involving fabric printed with the Subject Design; and

20. The United States Custom Entry Number(s) for shipment(s) of any fabric bearing the Subject Design and/or any shipment of fabrics used in the production of the Subject Garments.

This information must be provided with accompanying documentation, including financial and other business records, supporting the responses given to these questions. Any continuing violation of our client's intellectual property rights, or any knowing, past violation of those rights, may further subject you to punitive or willful infringement damages.

**Per Section 5 of the Settlement Agreement (Exhibit 6) between the parties, Demand is hereby made that you confirm on behalf of your company in writing, to be received by our office no later than <u>5:00 pm PDT on September 25, 2020 from the date of this letter</u>, that your company has ceased and desisted its sale of the infringing garments which exploit our client's designs. At that time, your company must also produce the documentation requested herein. Further, Per Section 5, the parties will take 30 days to negotiate the settlement of the matters, and if not settled, we will have to file a lawsuit.**

Please inform our office no later than **<u>5:00 p.m. on September 18, 2020</u>** as to whether you will comply with the above-stated deadline to cease and desist sale of the infringing products and produce the requested documents.

**Should your company fail or refuse to cease and desist from its wrongful conduct, or to provide an appropriate accounting, we will have no alternative but to file a complaint against your company in the United Stated District Court, Central District of California, seeking immediate injunctive relief, as well as compensatory, statutory and punitive damages, attorneys' fees and costs of suit.**

This letter does not waive or limit, in any manner, any of our client's rights, including without limitation, the right to seek damages against your company and its affiliates for past and present violations of our client's intellectual property rights, all of which rights are reserved to the fullest extent of the law and equity. Your prompt attention to this matter is strongly urged. If you have any questions, please feel free to contact our office.

Very truly yours,

*/s/ Chan Yong Jeong_____*
Chan Yong Jeong, Esq.
David Likens, Esq.
Alexander Diaz, Esq.

** Courtesy Copy to Ms. Linna Chen <lchen@magstonelaw.com> and Ms. Bing Zhang Ryan <bingzhangryan@magstonelaw.com>.

# **<u>EXHIBIT 1</u>**



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teal*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-317-742**

**Effective Date of Registration:**
March 03, 2017

## Title ─────────────────────────────────

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NE170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |

NB170119

NB170120

NB170121

NB170122

NB170123

NB170124

NB170125

NB170126

NB170127

NB170128

NB170129

NB170130

NB170131

NB170132

NB170133

NB170134

NB170136

NB170137

NB170138

NB170139

NB170140

NB170141

NB170142

NB170143

NB170144

NB170145

NB170146

NB170147

NB170148

NB170149

NB170150

NB170151

NB170152

NB170201

NB170202

NB170203

NB170204

NB170205

NB170206

NB170207

NB170209

NB170210

NB170211

NB170212

NB170213

NB170214

NB170215

NB170216

NB161027

NB170222

NB170231

NB170232

NB170233

NB170235

NB170236

NB170237

NB170238

NB170239

NB170240

NB170241

NB170246

NB170247

NB170248

NB170249

NB170253

NB170254

NB170255

NB170256

NB170257

NB170258

NB170259

NB170261

NB170263

NB170264

NB170265

NB170267

NB170268

NB170269

NB170270

NB170271

NB170272

NB170273

NB170274

NB170275

NB170276

NB170277

NB170278

NB170279

## Completion/Publication

**Year of Completion:**   2017

## Author

- **Author:** NEMAN BROTHERS
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection

# **EXHIBIT 2**



English  •  USD  •  🇺🇸 United States          FREE SHIPPING on orders over $35.00                    Order Status    FAQs

PatPat          Search                                          SIGN IN      FAVORITES      BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale



## Toddler Girl Pretty Floral Print Striped Dress

Price    ~~$33.99~~

**$11.99**    - 65%



Color    [ Light Blue ]

Size    [ 3 Years ]  [ 3-4 Years ]          [ Size Chart ]

[ 4-5 Years ]  [ 5-6 Years ]

Height: **34-37.5 inch**, Weight:
**30.2-32 lb**, Bust: **24.4 inch**

Qty    [ - ]  [ 1 ]  [ + ]

Status    **In Stock**

Add to Bag

189 liked



## Description

* Soft and comfy
* Material: 95% Cotton, 5% Polyester
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

30 Days Return

100% Secured Payments

Highest Quality Guarantee

## All Reviews (1)

# 5.0

Average Rating

| | |
|---|---|
| 5 | 1 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |



**PatPat Customer**

Aug 9, 2020

ﻦﺎﻳﻟ

Helpful (0)

## You May Also Like



Baby / Toddler Girl Pretty Heart Embroidery Dresses

$10.99 ~~$30.99~~



Baby / Toddler Girl Pretty Floral Allover Dresses

$9.99 ~~$36.99~~



Baby / Toddler Girl Stylish Colorblock Doll Collar...

$9.99 ~~$31.99~~



Baby / Toddler Girl Pretty Floral Print Bowknot...

$9.99 ~~$30.99~~



Toddler Girl Bowknot Button Decor Sleeveless...

$12.99 ~~$30.99~~



Baby / Toddler Girl Casual Solid Bowknot Dresses

$11.99 ~~$39.99~~



Baby / Toddler Girl Solid Striped Doll Collar Dress

$11.99 ~~$32.99~~



Baby / Toddler Girl Pretty Floral Print Tulle Dress

$9.99 ~~$30.99~~



Download PatPat for iphone

Download PatPat for Android

| 100% Secured Payments | Customer Service Mail & Telephone | 30 Days to Change Your Mind | Highest Quality Guarantee |

## Company Info

About Us

How PatPat Works

Term of Service

Privacy Policy

DMCA Policy

PatPat Affiliate Program

Influencer Program

Wholesale Program

PatPat Community

## Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

**Subscribe Now for Exclusive Sales**

Email                                    Subscribe

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

**Follow us**

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility









# **EXHIBIT 3**

Neman Brothers & Associates

NB161106-R
September 15, 2020 - 09:13
[18.7189, 24.0000] Inch



Wine



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-304-334**

**Effective Date of Registration:**
January 13, 2017

### Title

| | |
|---|---|
| **Title of Work:** | 2016 DECEMBER ARTWORKS |
| **Content Title:** | NB110955X |
| | NB141058X2 |
| | NB150230X6 |
| | NB150228X2 |
| | NB151015X5 |
| | NB160424X3 |
| | NB160428X4 |
| | NB160518X2 |
| | NB160612X2 |
| | NB160708X2 |
| | NB160818X |
| | NB161009 |
| | NB161010X |
| | NB161011 |
| | NB161026 |
| | NB161106 |

### Completion/Publication

**Year of Completion:** 2016

### Author

| | |
|---|---|
| **Author:** | NEMAN BROTHERS AND ASSOCIATES |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS AND ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES

Page 1 of 2

# **EXHIBIT 4**

Case 2:20-cv-11181-CAS-JPR Document 35-5 Filed 07/13/21 Page 26 of 53 Page ID #:342





## Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

**Price**  ~~$31.99~~

**$13.99**  -56%  Clearance

**Color**  Red  Grey  **Royal Blue**

**Size**  S  M  L  **Size Chart**

XL  XXL

Top Length: **31.9 inch,** Bust: **35.8 inch**

**Qty**  −  1  +

**Status**  Only 3 left

Add to Bag

168 liked

**PatPat**

SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

* Material: 95% Polyester, 5% Spandex

* Machine wash, tumble dry

* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

All Reviews (2)

# 5.0

Average Rating

| | |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame.
Fits true to size. Love it.

Helpful (0)

PatPat

SIGN IN    FAVORITES    BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale

Show More

## You May Also Like



Striped Floral Long-sleeve Maternity Nursing Top

$12.99   $16.89



Maternity V-neck Floral full print Deep Blue Knee...

$11.99   $15.99



Maternity Deep V Neck Stripes full print Dark...

$12.99   $16.89



Casual Floral Print Short-sleeve Nursing Dress

$11.99   $15.99



Trendy Floral Print Sleeveless Nursing Dress

$9.99   $13.99



Casual Striped and Floral Short-sleeve Nursing Tee

$10.99   $24.99



Graceful Allover Sleeveless Nursing Dress

$12.99   $18.99



Pretty Floral Print Sleeveless Nursing Dress

$11.99   $15.99



**PatPat**

SIGN IN          FAVORITES          BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

## Company Info

About Us                    PatPat Affiliate Program

How PatPat Works            Influencer Program

Term of Service             Wholesale Program

Privacy Policy              PatPat Community

DMCA Policy

## Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

### Subscribe Now for Exclusive Sales

| Email | Subscribe |

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

### Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



Maternity Round collar Floral full print
Short Slip Sleeveless Nursing Dress
SKU: CN-14180-458707
SIZE: XXL
*Material: 95% Polyester, 5% Spandex *
Machine wash, tumble dry * I
Wash Symbols

wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

Made in China





No bleach
Dry flat
Iron on low heat
Do not dryclean

MADE IN CHINA 202007



# EXHIBIT 5

Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress - PatPat US

## PatPat

SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

# Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

Price   ~~$15.99~~

**$11.99**   - 25%   Clearance

Color    Red    Grey    Royal Blue

Size    S   M   L      Size Chart

XL   XXL

Top Length: **31.9 inch**, Bust: **35.8 inch**

Qty    −   1   +

Status    **Only 1 left**

Add to Bag

168 liked







SIGN IN   FAVORITES   BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale








* Material: 95% Polyester, 5% Spandex

* Machine wash, tumble dry

* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

## All Reviews (2)

# 5.0

Average Rating

| | |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |



d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame. Fits true to size. Love it.

Helpful (0)

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale

Show More

## You May Also Like



Striped Floral Long-sleeve Maternity Nursing Top

$12.99 ~~$16.89~~



Maternity V-neck Floral full print Deep Blue Knee...

$11.99 ~~$15.99~~



Maternity Deep V Neck Stripes full print Dark...

$12.99 ~~$16.89~~



Casual Floral Print Short-sleeve Nursing Dress

$11.99 ~~$15.99~~



Trendy Floral Print Sleeveless Nursing Dress

$9.99 ~~$13.99~~



Casual Striped and Floral Short-sleeve Nursing Tee

$10.99 ~~$24.99~~



Graceful Allover Sleeveless Nursing Dress

$12.99 ~~$18.99~~



Pretty Floral Print Sleeveless Nursing Dress

$11.99 ~~$15.99~~



**PatPat**

SIGN IN　　　FAVORITES　　　BAG

New Arrivals　F/W 2020　Baby　Toddler　Kids　Matching Outfits　Cozy At Home　Women　Home & Baby Gear　Sale

## Company Info

About Us

How PatPat Works

Term of Service

Privacy Policy

DMCA Policy

PatPat Affiliate Program

Influencer Program

Wholesale Program

PatPat Community

## Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

### Subscribe Now for Exclusive Sales

| Email | Subscribe |
|---|---|

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

### Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility











Maternity Round collar Floral full print
Short Slip Sleeveless Nursing Dress

SKU: CN-14100-558707
S/F~XXI
* Material: 95% Polyester 5% Spandex *

Machine wash, tumble dry * I

Wash Symbols

Wash with cold water

Not bleach

Dry flat

Iron on low heat

Do not dryclean

Made in China

# **EXHIBIT 6**

$100+10% OFF+10% Cashback FOR NEW CUSTOM

English · USD · 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status

 PatPat

Search                              SIGN IN    FAVORITES

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessor

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



     

## Baby/ Toddler Girl's Striped Floral Pr and Denim Shorts

Price    ~~$25.99~~

**$17.99**    –31%

Color     **Dark Blue**

Size

| 12-18 Months |
| 18-24 Months | 2-3 Years |
| 3-4 Years | 4-5 Years |

Top Length: 42 cm, Bottom Length:
27 cm, Bust: 32 cm, Waist: 24 cm,
Sleeve: 11 cm

Qty        –    1    +

Status    **In Stock**

Case 2:19-cv-10112-S Document 1-1 Filed 11/26/19 Page 69 of 81 Page ID #:82

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM



FRONT



BACK

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

NEMAN ARTWORK
NB170268

INFRINGING GARMENT



Case 2:19-cv-10112 Document 11 Filed 11/26/19 Page 71 of 91 Page ID #:92

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM

## CLOSE-UPS

**INFRINGING GARMENT**



**ORIGINAL ARTWORK**



Case 2:19-cv-10142 Document 1-1 Filed 11/26/19 Page 72 of 91 Page ID #:82

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM







## ALL TAGS ON GARMENT

*$100+10% OFF+10% Cashback* **FOR NEW CUSTOMERS**

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00        Order Status    Help Center

⚪ **PatPat**        Search                              SIGN IN    FAVORITES    CART  1

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



### Baby/ Toddler Girl's Floral Allover Ruffled Cuff Dress

| Price | ~~$22.99~~ |
| --- | --- |
|  | **$15.99**   - 30% |

Color     **Light Blue**

Size     | 9-12 Months | 12-18 Months |    Size Chart

| 18-24 Months | 2-3 Years |

**3-4 Years**

Bust: 60 cm, Waist: 72 cm, Shoulder:
29 cm, Length: 33 cm, Neck: 41 cm

Qty        -    1    +

Status    **In Stock**

Add to Cart

42 liked

 **Norton**

# **EXHIBIT 7**

Case 2:19-cv-10112 Document 1-1 Filed 11/26/19 Page 58 of 91 Page ID #:92

# NB161106-PATPAT.COM





FRONT

BACK