**EXHIBIT 5**

*Privileged and Confidential*

# MagStone LAW

WWW.MAGSTONELAW.COM

| | | |
|---|---|---|
| 4633 OLD IRONSIDES DR | 1633 BAYSHORE HIGHWAY | 1001 AVENUE OF THE AMERICAS |
| SUITE 160 | SUITE 390 | SUITE 1105 |
| SANTA CLARA, CA 95054 | BURLINGGAME, CA 94010 | NEW YORK, NY 10018 |

**CONFIDENTIAL SETTLEMENT COMMUNICATION**
**SUBJECT TO FEDERAL RULE OF EVIDENCE 408**
**AND CALIFORNIA EVIDENCE CODE § 1152**

October 5, 2020

**Via Email**

Mr. Chan Yong Jeong, Esq.
Jeong & Likens, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
info@jeonglikens.com

**Re:    Allegations by Neman Brothers & Assoc., Inc.**

Dear Mr. Jeong:

We write on behalf of InterFocus, Inc. in response to your letter dated September 15, 2020.

We appreciate that you have brought your client's concerns to our attention. InterFocus respects the intellectual property rights of others and takes very seriously its responsibilities as the owner of the PatPat platform. Accordingly, InterFocus promptly removed the product listings at issue after receiving your letter.

We must make clear, however, that InterFocus did not produce, manufacture, distribute, offer for sale, or sell the allegedly infringing garments identified in your letter. Rather, InterFocus operates PatPat as a platform on which manufacturers and other vendors may list and sell products directly to consumers. Product listings on PatPat are created and managed by these third-party vendors, not by InterFocus. Thus, InterFocus plays a similar role to Amazon or eBay in facilitating third-party sales, and is not liable for the copyright infringement of its platform users. *See Milo & Gabby LLC v. Amazon.com, Inc.*, 693 F. App'x 879, 885 (Fed. Cir. 2017) (affirming summary judgment that Amazon is not a "seller" or "distributor" of infringing products even though orders were fulfilled by Amazon for a third-party seller).

*Privileged and Confidential*

As a platform operator, InterFocus undertakes substantial measures to protect the intellectual property rights of third parties. Manufacturers who wish to list their products on PatPat must agree to InterFocus's terms of service, including a commitment that the products do not infringe anyone's intellectual property rights.[1] The PatPat accounts of manufacturers who violate these terms are subject to termination by InterFocus. Additionally, InterFocus provides contact information and an online form to make it easy for copyright owners to submit copyright claims without having to incur the cost of retaining counsel to do it for them.[2] InterFocus promptly investigates and takes appropriate action on every copyright notice that it receives.

As a gesture of good faith and in accordance with Section 6 of the parties' Settlement Agreement and Mutual Release dated March 23, 2020, InterFocus provides the following summary information regarding sales of the articles at issue that were made on the PatPat platform.

| ID | Picture | Units Sold | Revenues | Profit | Created on PatPat | Removed from PatPat |
|---|---|---|---|---|---|---|
| 457696 | | 28 | $358.72 | $193.18 | June 19, 2020 | September 16, 2020 |
| 458707 | | 35 | $489.65 | $264.90 | July 1, 2020 | September 17, 2020 |
| 385561 | | 13 | $238.87 | $127.26 | January 31, 2019 | September 16, 2020 |
| 458707 | | 27 | $377.73 | $203.34 | July 1, 2020 | September 17, 2020 |

---

[1] *See* https://us.patpat.com/terms.
[2] *Id.*; *see also* https://us.patpat.com/dmca_notice; https://us.patpat.com/dmca_form.

*Privileged and Confidential*

| ID | Picture | Units Sold | Revenues | Profit | Created on PatPat | Removed from PatPat |
|---|---|---|---|---|---|---|
| 399267 | | 3 | $41.17 | $19.11 | April 4, 2019 | September 16, 2020 |
| 414159 | | 17 | $319.11 | $170.66 | May 23, 2019 | August 28, 2019 |
| | **Total** | **123** | **$1,825.25** | **$978.45** | | |

As shown in the above table, the articles at issue were available on PatPat for only a brief time and generated modest sales.

To resolve your client's concerns, InterFocus has removed the product listings identified in your letter and is further prepared to pay to your client its entire profit ($978.45) from sales of the articles at issue. Please let us know if you agree.

Sincerely,

*Linna Chen*

Linna Chen, Partner
**MagStone Law，LLP**
T: 650.513.2555 ext. 106 | C: 415.299.2149
F: 650.539.5115
4633 Old Ironsides Dr. Suite 160
Santa Clara CA, 95054
E: lchen@magstonelaw.com
www.magstonelaw.com

3