# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**[PROPOSED] ORDER GRANTING:**<br><br>**1) SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT CLAIMS IN PLAINTIFF'S COMPLAINT; AND**<br><br>**2) PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM**<br><br>Date:   August 16, 2021<br>Time:  10:00 am<br>Courtroom:  8D<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

The motion of Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a. www.patpat.com ("Interfocus") came on regularly for hearing on August 16, 2021. The Court having reviewed the moving, opposition, and reply papers, having heard the arguments of counsel, and being fully advised in the premises,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1) Defendant InterFocus' motions are granted;

2) Summary judgment is entered in favor of Defendant InterFocus and against Plaintiff Neman Brothers& Assoc., Inc. ("Neman Brothers") on all of the copyright infringement claims in Plaintiff Neman Brothers' First Amended Complaint;

3) Partial Summary Judgment on liability is entered in favor of Counterclaim Plaintiff InterFocus and against CounterDefendant Neman Brothers on InterFocus' Counterclaim against Neman Brothers herein; and

4) InterFocus' damages, and InterFocus' ability to recover attorneys' fees as the prevailing party on Neman Brothers' copyright infringement claims, shall be determined in one or more subsequent proceedings.

Dated: _____

The Honorable Christina A. Snyder