RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**PROOF OF SERVICE RE UNDER SEAL DOCUMENTS** |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

PROOF OF SERVICE

# PROOF OF SERVICE

I, CHERYL LOVDAHL, am over the age of 18 and not a party to this action. My place of business is 800 Oak Grove Avenue, Suite 250, Menlo Park, CA 94025. On July 13, 2021, I served the following attached document(s):

1. **Defendant and Counterclaimant Plaintiff Interfocus, Inc. d.b.a. www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement; Declaration of Mark S. Lee in Support of Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a. www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement; and [Proposed] Order Granting Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement; and**

2. **Proof of Service**

on the person(s) listed below in the following manner/s:

> ☒ **BY ELECTRONIC MAIL.** I sent the persons below copies of the documents via electronic mail at the email addresses below.

The following party was served the above-referenced document(s):

**Chan Yong Jeong, Esq. (SBN: 255244)**
jeong@jeonglikens.com
**JEONG & LIKENS, L.C.**
**222 South Oxford Avenue**
**Los Angeles, California 90004**
**Telephone: 213.688.2001**
**Facsimile: 213.315.5035**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 13, 2021                    /s/ Cheryl Lovdahl
                                              Cheryl Lovdahl

## Cheryl Lovdahl

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, July 13, 2021 10:42 AM |
| **To:** | noreply@ao.uscourts.gov |
| **Subject:** | Activity in Case 2:20-cv-11181-CAS-JPR Neman Brothers & Assoc., Inc. v. Interfocus, Inc. et al Leave to File Document Under Seal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Lee, Mark on 7/13/2021 at 10:41 AM PDT and filed on 7/13/2021

| | |
|---|---|
| **Case Name:** | Neman Brothers & Assoc., Inc. v. Interfocus, Inc. et al |
| **Case Number:** | 2:20-cv-11181-CAS-JPR |
| **Filer:** | Interfocus, Inc. |
| **Document Number:** | 34 |

**Docket Text:**
**APPLICATION to file document under seal filed by Counter Claimant Interfocus, Inc., Defendant Interfocus, Inc.. Application set for hearing on 8/16/2021 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # (1) Declaration of Mark S. Lee in Support of Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a. www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement, # (2) Exhibit 3 to Declaration of Mark S. Lee, # (3) Proposed Order Granting Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a. www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement)(Lee, Mark)**

**2:20-cv-11181-CAS-JPR Notice has been electronically mailed to:**

Chan Yong Jeong     jeong@jeonglikens.com, info@jeonglikens.com

Gail M Title     gtitle@adrservices.org

Mark Steven Lee     mark.lee@rimonlaw.com, cheryl.lovdahl@rimonlaw.com, docketing@rimonlaw.com

Zheng Liu     zheng.liu@rimonlaw.com, cheryl.lovdahl@rimonlaw.com, docketing@rimonlaw.com

**2:20-cv-11181-CAS-JPR Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\01 2021.07.13 Application to File Under Seal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/13/2021] [FileNumber=32266242-0
] [1df61ad81090e3116ed6948e29a211ea78ac11385151b03f9402c903d6501f83e49
3da838aeb37ac098f57b9c3ef1e3dfcf34dadbaf82372fd4f8e9ef8073b03]]
**Document description:**Declaration of Mark S. Lee in Support of Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a. www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement
**Original filename:**C:\fakepath\01-1 2021.07.13 Decl of Mark Lee ISO Appl to File Under Seal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/13/2021] [FileNumber=32266242-1
] [4fbb158bd0247be8f972fac692722530f43ade1607e7d9dc23b5992946c53efd893
bb0e0298561b0dfc210fd0ac0761c152647fcb5590a4c31d31201550b2301]]
**Document description:**Exhibit 3 to Declaration of Mark S. Lee
**Original filename:**C:\fakepath\01-2 Ex. 3 Unredacted Settlement Agreement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/13/2021] [FileNumber=32266242-2
] [7286242ea0681278e155699bb57636c88e6ecaf78e0496d38d3e0ce9d3fb53cb509
fc43e2121a164eafb868e48972237b440b5343dfd9b3bd113ccb2a2ddbb3c]]
**Document description:**Proposed Order Granting Defendant and Counterclaim Plaintiff Interfocus, Inc. d.b.a. www.patpat.com's Application to File Under Seal Previously Entered Into Settlement Agreement
**Original filename:**C:\fakepath\01-3 2021.07.13 [Proposed] Order Granting Appl to File Under Seal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/13/2021] [FileNumber=32266242-3
] [4a715fc8d8d4832be03f08784c4319c2896b8169b97564a3bf2699581b5618e9f2c
af49624437d7beed771f0b4c48944480acea466d71b36bae7b7e219c5cd6a]]