| | |
|---|---|
| 1 | RIMON, P.C. |
| | Mark Lee (SBN 94103) |
| 2 | mark.lee@rimonlaw.com |
| | 2029 Century Park East, Suite 400N |
| 3 | Los Angeles, California 90067 |
| | Telephone/Facsimile: 213.375.3811 |
| 4 | |
| | RIMON, P.C. |
| 5 | Zheng Liu (SBN: 229311) |
| | zheng.liu@rimonlaw.com |
| 6 | 800 Oak Grove Avenue, Suite 250 |
| | Menlo Park, California 94025 |
| 7 | Telephone/Facsimile: 650.461.4433 |
| 8 | Attorneys for Defendants |
| | INTERFOCUS INC. d.b.a. www.patpat.com |
| 9 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | Case No. 2:20-cv-11181-CAS-JPRC |
| Plaintiff, | **PROOF OF SERVICE RE UNDER SEAL DOCUMENTS** |
| v. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive., | |
| Defendants. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive, | |
| Counterclaim Plaintiffs, | |
| v. | |
| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | |
| Counterclaim Defendant. | |

PROOF OF SERVICE

**PROOF OF SERVICE**

I, CHERYL LOVDAHL, am over the age of 18 and not a party to this action. My place of business is 800 Oak Grove Avenue, Suite 250, Menlo Park, CA 94025. On July 15, 2021, I served the following attached document(s):

1. **EX. 3 FILED UNDER SEAL TO DECLARATIONS OF MARK S. LEE AND WEIWEI LE IN SUPPORT OF DEFENDANT INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S MOTION FOR: 1) SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT CLAIMS IN PLAINTIFF'S COMPLAINT; AND 2) PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 15, 2021 [DKT. 38]**

2. **PROOF OF SERVICE**

on the person(s) listed below in the following manner/s:

☒ **BY ELECTRONIC MAIL.** I sent the persons below copies of the documents via electronic mail at the email addresses below.

The following party was served the above-referenced document(s):

**Chan Yong Jeong, Esq. (SBN: 255244)**
jeong@jeonglikens.com
**JEONG & LIKENS, L.C.**
**222 South Oxford Avenue**
**Los Angeles, California 90004**
**Telephone: 213.688.2001**
**Facsimile: 213.315.5035**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 15, 2021           /s/ Cheryl Lovdahl
                                          Cheryl Lovdahl