# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>    Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**[PROPOSED] ORDER**<br><br>Date: August 23, 2021<br>Time: 10 a.m.<br>Courtroom 8D<br>Honorable Judge Christina A. Snyder |

    Plaintiff NEMAN BROTHERS & ASSOC., INC. ("Neman Brothers") has moved this Court for an order granting summary judgment against Defendant Interfocus, Inc. ("Interfocus").

    After full consideration of the evidence submitted by the parties, it appears, and the Court finds that there is no genuine issue as to any material fact and GRANTS the Neman Brothers' motion as follows:

1. Plaintiff is entitled to statutory damages against Defendant Interfocus, Inc. in the amount of $_____;
2. Plaintiff is entitled to recover its attorney's fees and costs after the submission of briefing and declarations.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Judge Christina A. Snyder
United States District Court