CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>   Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>   Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**PLAINTIFF/CROSS-DEFENDANT NEMAN BROTHERS' APPENDIX OF EXHIBITS** |

1

**APPENDIX OF EXHIBITS**

PLAINTIFF/CROSS-DEFENDANT NEMAN BROTHERS HEREBY SUBMITS the Appendix of Exhibits in both support of Neman Brothers' Motion for Summary Judgment and opposition to Interfocus' Motion for Summary Judgment as below.

| Exhibit No. | Description |
| --- | --- |
| 1 | NB161106 ("Subject Design 1") |
| 2 | Copyright Registration of Subject Design 1 |
| 3 | NB170268 ("Subject Design 2") |
| 4 | Copyright Registration of Subject Design 2 |
| 5 | NB180228 ("Subject Design 3") |
| 6 | Copyright Registration of Subject Design 3 |
| 7 | Swatch Sheet of the Subject Design 1 |
| 8 | Sales Records of the Subject Design 1 |
| 9 | Swatch Sheet of the Subject Design 2 |
| 10 | Sales Records of the Subject Design 2 |
| 11 | Swatch Sheet of the Subject Design 3 |
| 12 | Sales Records of the Subject Design 3 |
| 13 | Navy Floral Dress from the Prior Action (2:19-CV-10112) |
| 14 | Cold Shoulder Baby Shirt and Baby Floral Dress from the Prior Action |

| | | |
|---|---|---|
| 1<br>2 | 15 | Interfocus Webpage displaying the Maternity Round Collar Floral Sleeveless Dress ("Infringing Garment 1") (navy) |
| 3<br>4 | 16 | Pictures of the Infringing Garment 1 (navy) |
| 5 | 17 | Interfocus Webpage displaying the Infringing Garment 1 (red) |
| 6<br>7 | 18 | Pictures of the Infringing Garment 1 (red) |
| 8<br>9 | 19 | Interfocus Webpage displaying the Toddler Girl Floral Dress (Infringing Garment 2) |
| 10<br>11 | 20 | Pictures of the Infringing Garment 2 |
| 12<br>13 | 21 | Interfocus Webpage displaying the Maternity V-neck Dress (Infringing Garment 3) |
| 14<br>15<br>16 | 22 | Pictures of the Infringing Garment 3 |
| 17<br>18 | 23 | Side-by-side Comparison between Subject Design 1 and Infringing Garment 1 |
| 19<br>20<br>21 | 24 | Side-by-side Comparison between Subject Design 2 and Infringing Garment 2 |
| 22<br>23 | 25 | Side-by-side Comparison between Subject Design 3 and Infringing Garment 3 |
| 24<br>25 | 26 | Email from Interfocus Counsel with Settlement Draft 1 in the Prior Case |
| 26<br>27 | 27 | Email from Neman Brothers Counsel with Settlement Draft 2 in the Prior Case |
| 28 | | |

| 28 | Email from Interfocus Counsel with Settlement Draft 3 in the Prior Case |
|---|---|
| 29 | Email from Neman Brothers Counsel with Settlement Draft in the Prior Case |
| 30 | Email from Interfocus Counsel approving the Final Draft of the Settlement Agreement in the Prior Case |
| 31 | Emails exchanged for settlement discussions, dated September 18 and September 29, 2020 |
| 32 | Emails exchanged for settlement discussions, dated October 5 and October 6, 2020 |
| 33 | Interfocus Letter dated October 5, 2020 |
| 34 | Emails exchanged for settlement discussions, dated October 29, 2020 |
| 35 | Email from Interfocus Counsel asking for a Settlement Agreement draft dated November 13, 2020 |
| 36 | The First Draft of the Settlement Agreement Negotiated between Neman Brothers and Interfocus (not executed) |
| 37 | The Final Draft of the Settlement Agreement Negotiated between Neman Brothers and Interfocus (not executed) |
| 38 | Ruling on the MSJ in Neman Brothers v. One Step Up (2:17-cv-6400-RGK-SS) |
| 39 | descriptions on the care tags of the navy dress in the Prior Case and the Infringing Garment 1 |

| | | |
|---|---|---|
| | 40 | descriptions on the care tags of the baby top in the prior case and the Accused Garment 2 |
| | 41 | Mark Lee's Email dated February 2, 2021 |
| | 42 | Interfocus Responses to Neman Brothers' Interrogatories (Set One) |

Dated: July 26, 2021

Respectfully submitted,

_/s/Chan Yong Jeong_____
Chan Yong Jeong, Esq.
Attorney for Plaintiff