# **EXHIBIT 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-304-334**

**Effective Date of Registration:**
January 13, 2017

## Title

**Title of Work:** 2016 DECEMBER ARTWORKS

**Content Title:** NB110955X
NB141058X2
NB150230X6
NB150228X2
NB151015X5
NB160424X3
NB160428X4
NB160518X2
NB160612X2
NB160708X2
NB160818X
NB161009
NB161010X
NB161011
NB161026
NB161106

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** NEMAN BROTHERS AND ASSOCIATES
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS AND ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES

## Rights and Permissions

**Organization Name:** NEMAN BROTHERS AND ASSOCIATES
**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Address:** 1525 S. BROADWAY ST.
LOS ANGELES, CA 90015

## Certification

**Name:** YOEL NEMAN
**Date:** January 06, 2017

**Copyright Office notes:** Basis for Registration: Unpublished Collection

