# **EXHIBIT 3**

Neman Brothers & Associates
NB170268 (from NB170239)
[15.7834, 25.2495] Inch
NB00089