**EXHIBIT 4**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-317-742**

**Effective Date of Registration:**
March 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NB170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |

**NB00090**

NB170119
NB170120
NB170121
NB170122
NB170123
NB170124
NB170125
NB170126
NB170127
NB170128
NB170129
NB170130
NB170131
NB170132
NB170133
NB170134
NB170136
NB170137
NB170138
NB170139
NB170140
NB170141
NB170142
NB170143
NB170144
NB170145
NB170146
NB170147
NB170148
NB170149
NB170150

NB170151
NB170152
NB170201
NB170202
NB170203
NB170204
NB170205
NB170206
NB170207
NB170209
NB170210
NB170211
NB170212
NB170213
NB170214
NB170215
**NB170216**
**NB161027**
NB170222
NB170231
NB170232
NB170233
NB170235
NB170236
NB170237
NB170238
NB170239
NB170240
NB170241
NB170246

**NB00092**

NB170247
NB170248
NB170249
NB170253
NB170254
NB170255
NB170256
NB170257
NB170258
NB170259
NB170261
NB170263
NB170264
NB170265
NB170267
NB170268
NB170269
NB170270
NB170271
NB170272
NB170273
NB170274
NB170275
NB170276
NB170277
NB170278
NB170279

**Completion/Publication** _____

    Year of Completion:  2017

**Author** _____

**NB00093**

- **Author:** NEMAN BROTHERS
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection

**NB00094**