# **EXHIBIT 6**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-330-970**

Effective Date of Registration:
April 30, 2018

## Title

**Title of Work:** 2018 APRIL ARTWORK

**Content Title:** NB722X2  NB171048X5 NB180417X NB180443
NB923X  NB171247X NB180418 NB180446
NB7327X8  NB180101X NB180419 NB180447
NB120152X6  NB180108X2 NB180420 NB180449
NB140720X  NB180109X NB180421 NB180450
NB150230X7  NB180110X5 NB180422 NB180451
NB150230X8  NB180220X3 NB180423 NB180453
NB150514X  NB180226X NB180424 NB180454
NB150609X  NB180228X2 NB180425 NB180455
NB151016X2  NB180312X4 NB180426 NB180456
NB160429X4  NB180322X NB180426X NB180456X
NB170360X2  NB180401 NB180427
NB170414X7  NB180402 NB180428
NB170538X  NB180403 NB180429
NB170624X  NB180404 NB180430
NB170635X4  NB180405 NB180431
NB170683X  NB180406 NB180432
NB170764X  NB180407 NB180433
NB170764X2  NB180408 NB180434
NB170906X3  NB180409 NB180435
NB170922X  NB180410 NB180436
NB170943X2  NB180411 NB180437
NB170951X  NB180412 NB180438
NB170958X  NB180413 NB180439
NB170958X2  NB180414 NB180440
NB171012X4  NB180415 NB180440X
NB171012X5  NB180416 NB180441
NB171015X2  NB180417 NB180442

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** NEMAN BROTHERS AND ASSOC.

Page 1 of 2

**NB000121**

Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant

Copyright Claimant: NEMAN BROTHERS AND ASSOC.
1525 S. BROADWAY ST, LOS ANGELES, CA 90015

## Certification

Name: YOEL NEMAN
Date: April 30, 2018

Copyright Office notes: Basis for Registration: An unpublished collection, which extends to only each individual copyrightable work in the collection.   17 USC 410(a) and 37 CFR 202.3(b)(4)(i)(B)

