# **EXHIBIT 7**



# Neman Brothers & Assoc., Inc.

## SWATCH SHEET

**STYLE :** 5436-20335    NB161106

**DESC :** 97%POLY 3%SPANDEX
VELVET PRINT 220GSM C:57"

**WIDTH :** 57/59"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com



335MAUVE/PINK



437NAVY/CORAL



956BLK/DK.MIMSA



957BLK/MUSTARD

6/29/2017 9PO#41773) 3,430 YARDS
6/30/2017  (PO#41553) 4,818 YARDS
7/19/2017 (PO#41639) 8,086 YARDS

ATTORNEY EYES ONLY

Printed on 07/06/21



# Neman Brothers & Assoc., Inc.



STYLE : **5823-20335**    NB161106

DESC : 95%P 5%SP PRINTED
SCUBA CREPE 250GSM C:57/58

WIDTH : 61/62"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com



**137IVORY/ROSE**



**237NUDE/DK.MSTD**



**427BLUE/GOLD**



**834PEACH/MAUVE**



**937BLK/ROSEPETL**



**938BLACK/POPPY**

5/05/2017 (PO# 40687) 7,463 YARDS
5/05/2017 (PO#41025) 4, 571 YARDS
5/30/2017 (PO#41251) 2,644 YARDS
6/02/2017 (PO#41407) 3,636 YARDS
6/23/2017 (PO#41517) 2,783 YARDS
12/12/2017 (PO#42613) 1,230 YARDS
03/28/2019 (PO#45477)  1,564 YARD
08/08/2019 (PO#46107) 1,211 YARDS
08/14/2019 (PO#46108) 903 YARDS

**NB00049**

**ATTORNEY EYES ONLY**



# Neman Brothers & Assoc., Inc.



# SWATCH SHEET

STYLE : **7801-20335**    <mark>NB161106</mark>

DESC :  96%RAYON 4%SPAN
JERSEY PRINT 200GSM CUTT:57"

WIDTH : 58/60"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com




**137IVORY/ROSE**




**427BLUE/GOLD**




**834PEACH/MAUVE**



**938BLACK/POPPY**

5/10/2017 (PO#40974)  4,551 YARDS
5/10/2017 (PO$41192) 2,032 YARDS
5/11/2017 (PO#41171) 5,533 YARDS
5/18/2017 (PO#40872) 3,008 YARDS
6/09/2017 (PO#41368) 2,033 YARDS
7/12/2017 (PO#41577) 7,555 YARDS
10/10/2018 (PO#44809) 1,681 YARDS
1/16/2019 (PO#45314)  1,664 YARDS
2/07/2020 (PO#46760) 2,403 YARDS
10/09/2020 (PO#47397) 1,101 YARDS

**NB00050**

**ATTORNEY EYES ONLY**



# Neman Brothers & Assoc., Inc.



STYLE : **54244-20335+BRS**  NB161106

DESC : 94%POLY 6%SP DTY
PRINT BRUSHED 180GSM CUT:57"

WIDTH : 58/60"

1525 South Broadway Street Los Angeles, Ca 90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com



132IVORY/GARNET



135EGSHL/GARNET



147IVORY/BLUE



157IVORY/GOLD



253NUDE/DK.MSTD



387OXBLD/CORAL



467NAVY/PLUM



467NAVY/PLUM-PA



537GOLD/ROSE



837PEACH/PINK



937BLK/ROSPETAL

5/22/2017 (PO# 41068)  4,617 YARDS
6/09/2017 (PO# 41114) 12,023 YARDS
6/13/201/ (PO#40954) 2,711 YARDS
7/20/2017 (PO#41705) 14,616 YARDS
11/08/2017 (PO#42607) 1,340 YARDS
12//03/2017 (PO#42946) 4,565 YARDS
1/19/2018 (PO#43081) 1,757 YARDS
5/11/2018  (PO#44110) 7,749 YARDS
6/03/2018 (PO#44305) 6,163 YARDS

**NB00051**

**ATTORNEY EYES ONLY**



# Neman Brothers & Assoc., Inc.



**SWATCH SHEET**

STYLE : **187-20335**  NB161106

DESC : 98%POLY 2%SP BUBBLE
CREPE PRINT 120GSM C:57/58

WIDTH : 58/60"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com



**134EGGSH/MAUVE**



**427BLUE/GOLD**



**830TRCTTA/MAUVE**



**987BLACK/TRCTTA**

4/15/2017 PO#40968) 2,016 YARDS
5/10/2017 (PO#40837) 3,235 YARDS
5/10/2017 PO#40994) 4,164 YARDS
5/18/2017 PO#40973) 3,098 YARDS
7/06/2014 PO#41567) 6,513 YADS
8/04/2017 PO#41947) 4,629 YARDS
5/12/2018 PO#44133) 4,636 YARDS

**ATTORNEY EYES ONLY**

# Neman Brothers & Assoc., Inc.



## SWATCH SHEET

**STYLE :** **2002-20335**  NB161106

**DESC :** 94%POLY 6%SPANDEX MESH
PRINT 95GSM CUTT:61/62"

**WIDTH :** 62/63"

1525 South Broadway Street  Los Angeles,  Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com



**135EGSHL/GARNET**



**463NAVY/ORCHID**



**933BLACK/RED**



**935BLK/ROSPETAL**

6/13/2017 (PO#41235) 5,769 YARDS
6/13/2017 (PO#41288) 4,736 YARDS
7/19/2017 (PO#41635) 6,221 YARDS
7/26/2017 (PO#41820) 3,556 YARDS

**NB00053**

**ATTORNEY EYES ONLY**



# Neman Brothers & Assoc., Inc.



STYLE : **1269-20335**   NB161106

DESC : 100%POLY HI MULTI
CHIFFON PRINT 70GSM C:57"

WIDTH : 58/60"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com



**135EGSHL/GARNET**



**235NUDE/FUSCHIA**



**337OXBLOOD/MAUV**



**437RYNAVY/CORAL**



**487MBLUE/TRCTTA**



**734SAGE/MAUVE**



**937BLK/ROSEPTAL**

4/17/17 (PO#40981) 14,808 YARDS
5/11/17 (PO#41316) 12,879 YARDS
5/18/17 (PO#41372)  10,192 YARDS

**ATTORNEY EYES ONLY**

# Neman Brothers & Assoc., Inc.



**SWATCH SHEET**

STYLE : **54048-20335** (NB161106)

DESC : 96%POLY 4%SPAN BULLET
KNIT PRINT 200GSM CUT:57/58"

WIDTH : 58/60"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com



**135EGGSH/GARNET**



**830TRCTTA/MAUVE**



**937BLK/ROSEPETA**

FIRST PRODUCTION 03/19/2017   (PO#40795)  18,666 YARDS

2ND PRODUCTION 4/16/2017   (PO #40793)   9,293 YARDS

3RD PRODUCTION 5/01/2017   (PO# 40804)   7,089 YARDS

4TH PRODUCTION 7/06/2017   (PO41451)   3,442 YARDS

**NB00055**

Printed on 07/06/21

**ATTORNEY EYES ONLY**