# **EXHIBIT 8**



**Neman Brothers & Assoc., Inc.**

1525 South Broadway Street  Los Angeles, Ca  90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

# PRINTOUT

Page # 1 of 2

## History of 54244-20335+BRS 467NAVY/PLUM

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 403784 | 1803 | 05/20/19 | Cinteg Corporation DBA | | 1567 | | |
| RCV CONTRACT | 790418 | | 05/17/19 | Shaoxing Zhongxin | 45694 | +1567 | | |
| INVOICE | 397046 | 1635-1590A | 11/01/18 | Cinteg Corporation DBA | | 1558 | | |
| RCV CONTRACT | 789296 | | 10/26/18 | Shaoxing Zhongxin | 44891 | +1558 | | |
| INVOICE | 396121 | 2018-7232 | 10/03/18 | Ever Hottie LLc. | | 1591 | | |
| RCV CONTRACT | 789164 | | 10/02/18 | Shaoxing Zhongxin | 44782 | +1591 | | |
| INVOICE | 392899 | 1414-1590A | 07/09/18 | Cinteg Corporation DBA | | 1641 | | |
| RCV CONTRACT | 788487 | | 07/06/18 | Shaoxing Zhongxin | 44261 | +1641 | | |
| INVOICE | 388283 | 1252-1590A | 03/30/18 | Cinteg Corporation DBA | | 821 | | |
| INVOICE | 387547 | 31218 | 03/14/18 | Moa Moa, Inc. | | 2 | | |
| INVOICE | 386979 | 1151 | 02/27/18 | Cinteg Corporation DBA | | 520 | | |
| INVOICE | 386905 | 40191 | 02/26/18 | Ever Hottie LLc. | | 260 | | |
| INVOICE | 386433 | swatches | 02/16/18 | Vesture Group Inc.-DBA | | 0 | | |
| INVOICE | 386424 | 40976 | 02/16/18 | FABRIC MERCHANTS | | 176 | | |
| INVOICE | 386378 | | 02/15/18 | Tua Fashion Inc./DBA C | | 2 | | |
| INVOICE | 386359 | | 02/14/18 | Jb Textiles | | 89 | | |
| INVOICE | 385441 | 40410 | 01/25/18 | FABRIC MERCHANTS | | 266 | | |
| INVOICE | 384073 | 121817 | 12/20/17 | Rainbow Stitches/Acemi | | 3 | | |
| INVOICE | 383879 | 40442 | 12/13/17 | FABRIC MERCHANTS | | 256 | | |

NOTES

**NB00056**


CONTINUED ON NEXT PAGE
© 2021 MOD2 INC

User : Adrineh Mokhtarias
July 06, 2021 @ 4:45:02 PM
MOD2 ID # N/A

**ATTORNEY EYES ONLY**


History of 54244-20335+BRS 467NAVY/PLUM

Page # 2 of 2

| TYPE | NUMBER | CUST PO# | DATE | CLIENT REF | QTY | PRICE | 0 NOTES |
|---|---|---|---|---|---|---|---|
| INVOICE | 382875 | 111617 | 11/20/17 | Rainbow Stitches/Acemi | 2 | | |
| INVOICE | 382634 | 38681 | 11/13/17 | Jb Textiles | 89 | | |
| INVOICE | 382563 | 17355 | 11/10/17 | Kash Apparel-DBA- Soci | 1939 | | |
| INVOICE | 382509 | NB12004 | 11/09/17 | Rainbow Stitches/Acemi | 678 | | |
| INVOICE | 382363 | | 11/06/17 | Jiya A. Yoo-DBA- Monte | 2 | | |
| INVOICE | 382081 | 102017 | 10/23/17 | Rainbow Stitches/Acemi | 3 | | |
| INVOICE | 382012 | 17355/fit smpl | 10/30/17 | Kash Apparel-DBA- Soci | 5 | | |
| INVOICE | 381960 | 103017 | 10/30/17 | Rainbow Stitches/Acemi | 3 | | |
| INVOICE | 381796 | d20056 | 10/25/17 | Kash Apparel-DBA- Soci | 3 | | |
| INVOICE | 381267 | 101317 | 10/13/17 | Just For Wraps, Inc. / | 0 | | |
| INVOICE | 380287 | 819-INS | 09/19/17 | Cinteg Corporation DBA | 344 | | |
| INVOICE | 377655 | 07212017 | 07/25/17 | Joe Benbasset, Inc. | 4 | | |
| RCV CONTRACT | 75103 | | 07/20/17 | Shaoxing Zhongxin41705 | +3238 | | |
| INVOICE | 377368 | 07192017 | 07/19/17 | Kash Apparel-DBA- Soci | 1 | | |
| INVOICE | 376477 | 560-pre | 06/30/17 | Cinteg Corporation DBA | 326 | | |
| INVOICE | 376313 | 062317 | 06/28/17 | Hot & Delicious | 3 | | |
| INVOICE | 376219 | 323775 | 06/27/17 | Byer California | 10 | | |
| INVOICE | 375979 | 003129 | 06/21/17 | Second Generation Garm | 4 | | |
| INVOICE | 375734 | | 06/15/17 | Janet Chung | 2 | | |
| INVOICE | 375503 | 40747 | 06/16/17 | Fashion Magazine | 506 | | |
| RCV CONTRACT | 74393 | | 06/09/17 | Shaoxing Zhongxin41114 | +3081 | | |
| INVOICE | 372684 | 3393 | 05/09/17 | S & J | 6126 | | |
| RCV CONTRACT | 73749 | | 05/01/17 | Shaoxing Zhongxin41068 | +6126 | | |

**NB00057**

© 2021 MOD2 INC

**ATTORNEY EYES ONLY**



# Neman Brothers & Assoc., Inc.

# PRINTOUT

Page # 1 of 1

1525 South Broadway Street  Los Angeles, Ca  90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 1269-20335 337OXBLOOD/MAUV

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 373198 | 3486A | 05/11/17 | S & J | | 3606 | | |
| RCV CONTRACT | 73930 | | 05/11/17 | Shaoxing Zhongxin | 41316 | +3606 | | |
| INVOICE | 371943 | 3334 | 04/17/17 | S & J | | 3288 | | |
| RCV CONTRACT | 73552 | | 04/17/17 | Shaoxing Zhongxin | 40982 | +3288 | | |

NOTES

NB00058

© 2021 MOD2 INC

User : Adrineh Mokhtarias
July 06, 2021 @ 4:58:13 PM
MOD2 ID # N/A

**ATTORNEY EYES ONLY**



# Neman Brothers & Assoc., Inc.

**PRINTOUT**

Page # 1 of 2

1525 South Broadway Street  Los Angeles, Ca  90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 2002-20335 463NAVY/ORCHID

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 400414 | C17 | 03/01/19 | Curious Apparel | | 575 | ■ | |
| INVOICE | 396923 | 359410 | 10/16/18 | Byer California | | 12190 | ■ | |
| INVOICE | 396772 | 359410 | 10/15/18 | Byer California | | 20 | ■ | |
| RCV CONTRACT | 789219 | | 10/16/18 | Shaoxing Zhongxin | 44982 | +12190 | ■ | |
| RCV CONTRACT | 789213 | | 10/15/18 | Shaoxing Zhongxin | 44982 | +20 | ■ | |
| INVOICE | 396453 | 321400 | 10/09/18 | Byer California | | 4 | ■ | |
| INVOICE | 396114 | 42342 | 10/03/18 | Metro Fabrics/ New Wav | | 203 | ■ | |
| INVOICE | 392447 | 12361 | 06/27/18 | Jump Design Group | | 143 | ■ | |
| INVOICE | 390921 | 11845 | 05/25/18 | Jump Design Group | | 426 | ■ | |
| INVOICE | 390286 | 11845-SAMPLE | 05/15/18 | Jump Design Group | | 4 | ■ | |
| INVOICE | 388661 | 4618 | 04/06/18 | Jump Design Group | | 0 | ■ | |
| INVOICE | 383843 | 318258 | 12/13/17 | Byer California | | 5 | ■ | |
| INVOICE | 383833 | 341063 | 12/13/17 | Byer California | | 2821 | ■ | |
| RCV CONTRACT | 76731 | | 12/12/17 | Shaoxing Zhongxin | 42743 | +2826 | ■ | |
| INVOICE | 383364 | cr34340 | 11/30/17 | Better Be, Inc. | | 1630 | ■ | |
| INVOICE | 382860 | 341063 | 11/17/17 | Byer California | | 15 | ■ | |
| RCV CONTRACT | 76444 | air | 11/17/17 | Shaoxing Zhongxin | 42743 | +15 | ■ | |
| INVOICE | 382415 | 341063 | 11/07/17 | Byer California | | 10 | ■ | |
| RCV CONTRACT | 76289 | | 11/07/17 | Shaoxing Zhongxin | 42743 | +10 | ■ | |

NOTES

CONTINUED ON NEXT PAGE

**NB00059**

**ATTORNEY EYES ONLY**

User : Adrineh Mokhtarias
July 06, 2021 @ 4:55:52 PM
MOD2 ID # N/A

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CREDIT NOTE | C375930 | bareh/spot dmge | 10/12/17 | SMB CLOTHING, INC.-DBA | | -659 | | | |
| INVOICE | 380719 | 092817 | 09/29/17 | Better Be, Inc. | | 2 | | | |
| INVOICE | 380160 | 091417 | 09/15/17 | Better Be, Inc. | | 2 | | | |
| INVOICE | 378518 | 08082017 | 08/10/17 | Frills And Freckles | | 2 | | | |
| RCV CONTRACT | 75194 | | 07/26/17 | Shaoxing Zhongxin | 41635 | +1550 | | | |
| CREDIT NOTE | C376264 | CUSTOMER REFUSE | 07/17/17 | SMB CLOTHING, INC.-DBA | | -694 | | | |
| INVOICE | 376629 | 91701 | 06/23/17 | Trixxi Clothing Co. In | | 4 | | | |
| INVOICE | 376457 | 41835 | 06/30/17 | Hot & Delicious | | 338 | | | |
| INVOICE | 376443 | 314231 | 06/30/17 | Byer California | | 3 | | | |
| RCV CONTRACT | 74785 | | 06/30/17 | Shaoxing Zhongxin | 41235 | +3 | | | |
| INVOICE | 376264 | 40923 | 06/27/17 | SMB CLOTHING, INC.-DBA | | 694 | | | |
| INVOICE | 376111 | 06232017 | 06/23/17 | Love Sence, Inc. | | 3 | | | |
| INVOICE | 376024 | 40810 | 06/22/17 | Time Less, Inc.-DBA- L | | 334 | | | |
| INVOICE | 375979 | 003129 | 06/21/17 | Second Generation Garm | | 4 | | | |
| INVOICE | 375930 | 40909 | 06/21/17 | SMB CLOTHING, INC.-DBA | | 659 | | | |
| INVOICE | 375673 | 60517 | 06/19/17 | THE 17/21 GROUP LLC | | 3 | | | |
| INVOICE | 375443 | 32340 | 06/15/17 | MJC Connection, Inc./D | | 239 | | | |
| INVOICE | 375416 | 39294 | 06/14/17 | Minimi Clothing | | 199 | | | |
| INVOICE | 375396 | 39261 | 06/14/17 | Colorswatch | | 2 | | | |
| INVOICE | 375384 | 06132017 | 06/14/17 | BB Company Inc | | 1 | | | |
| RCV CONTRACT | 74445 | | 06/13/17 | Shaoxing Zhongxin | 41288 | +1047 | | | |
| RCV CONTRACT | 74444 | | 06/13/17 | Shaoxing Zhongxin | 41235 | +1520 | | | |



# Neman Brothers & Assoc., Inc.

1525 South Broadway Street  Los Angeles, Ca  90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

**PRINTOUT**

Page # 1 of 3

## History of 54244-20335+BRS 387OXBLD/CORAL

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 397940 | 101218 | 12/05/18 | Grupo Ismark.S.A. De C | | 1183 | | |
| INVOICE | 396988 | 2884 | 10/25/18 | Rare Editions | | 2 | | |
| INVOICE | 394397 | 9604 | 08/20/18 | W & W Concept Inc-DBA- | | 2529 | | |
| RCV CONTRACT | 788854 | | 08/20/18 | Shaoxing Zhongxin | 44737 | +2529 | | |
| INVOICE | 394007 | 9604 | 08/06/18 | W & W Concept Inc-DBA- | | 5 | | |
| RCV CONTRACT | 788752 | | 08/06/18 | Shaoxing Zhongxin | 44737 | +5 | | |
| INVOICE | 392729 | 1526-1590A | 07/03/18 | Cinteg Corporation DBA | | 525 | | |
| INVOICE | 390086 | 8897 | 05/13/18 | W & W Concept Inc-DBA- | | 4019 | | |
| RCV CONTRACT | 78228 | | 05/13/18 | Shaoxing Zhongxin | 44113 | +4019 | | |
| INVOICE | 390085 | 8896 | 05/13/18 | W & W Concept Inc-DBA- | | 3984 | | |
| RCV CONTRACT | 78227 | | 05/13/18 | Shaoxing Zhongxin | 44112 | +3984 | | |
| INVOICE | 389911 | 8897 | 05/04/18 | W & W Concept Inc-DBA- | | 5 | | |
| RCV CONTRACT | 78169 | | 05/04/18 | Shaoxing Zhongxin | 44113 | +5 | | |
| INVOICE | 389897 | 8896 | 05/04/18 | W & W Concept Inc-DBA- | | 5 | | |
| RCV CONTRACT | 78168 | | 05/04/18 | Shaoxing Zhongxin | 44112 | +5 | | |
| INVOICE | 387547 | 31218 | 03/14/18 | Moa Moa, Inc. | | 2 | | |
| INVOICE | 387388 | | 03/09/18 | Everly Clothing | | 2 | | |
| INVOICE | 386577 | 2212018 | 02/21/18 | W & W Concept Inc-DBA- | | 3 | | |
| INVOICE | 386433 | swatches | 02/16/18 | Vesture Group Inc.-DBA | | 0 | | |

NOTES



CONTINUED ON NEXT PAGE

© 2021 MOD2 INC

**NB00061**

**ATTORNEY EYES ONLY**

User : Adrineh Mokhtarias
July 06, 2021 @ 4:45:48 PM
MOD2 ID # N/A

History of 54244-20335+BRS 387OXBLD/CORAL

Page # 2 of 3

| TYPE | NUMBER | CUST PO# | DATE | CLIENT REF | QTY | PRICE | NOTES |
|---|---|---|---|---|---|---|---|
| INVOICE | 386378 | | 02/15/18 | Tua Fashion Inc./DBA | 2 | | |
| INVOICE | 386359 | | 02/14/18 | Jb Textiles | 89 | | |
| INVOICE | 385024 | | 01/17/18 | Everly Clothing | 2 | | |
| INVOICE | 384735 | 296823 | 01/10/18 | Roxberi, Llc | 3 | | |
| INVOICE | 383879 | 40442 | 12/13/17 | FABRIC MERCHANTS | 255 | | |
| INVOICE | 383765 | 38699 | 12/11/17 | Jb Textiles | 86 | | |
| INVOICE | 383474 | 7725 | 12/03/17 | W & W Concept Inc-DBA- | 1365 | | |
| RCV CONTRACT | 76617 | | 12/03/17 | Shaoxing Zhongxin42946 | +1365 | | |
| INVOICE | 383192 | 7725 | 11/28/17 | W & W Concept Inc-DBA- | 5 | | |
| RCV CONTRACT | 76536 | so# 296786 | 11/28/17 | Shaoxing Zhongxin42946 | +5 | | |
| INVOICE | 382865 | 318030 | 11/17/17 | Byer California | 10 | | |
| INVOICE | 382634 | 38681 | 11/13/17 | Jb Textiles | 89 | | |
| INVOICE | 380287 | 819-INS | 09/19/17 | Cinteg Corporation DBA | 188 | | |
| INVOICE | 380191 | 0464 | 09/18/17 | Red Lolly Inc. | 318 | | |
| INVOICE | 380072 | 083017 | 08/30/17 | Privy | 3 | | |
| INVOICE | 380056 | 7131 | 09/14/17 | W & W Concept Inc-DBA- | 3147 | | |
| RCV CONTRACT | 75787 | | 09/14/17 | Shaoxing Zhongxin42280 | +3147 | | |
| INVOICE | 379882 | 7131 | 09/11/17 | W & W Concept Inc-DBA- | 5 | | |
| RCV CONTRACT | 75747 | | 09/11/17 | Shaoxing Zhongxin42280 | +5 | | |
| INVOICE | 379869 | | 09/11/17 | Red Lolly Inc. | 2 | | |
| INVOICE | 378075 | 08012017 | 08/02/17 | Byer California | 4 | | |
| INVOICE | 377810 | 72617-1 | 07/27/17 | PROJECT 28 CLOTHING LL | 3 | | |
| INVOICE | 377585 | 40828 | 07/24/17 | Fashion Magazine | 517 | | |
| INVOICE | 377473 | 41746 | 07/20/17 | Gilli, Inc. DBA Le Lis | 252 | | |
| INVOICE | 377442 | 07192017 | 07/20/17 | Fashion Magazine | 2 | | |
| RCV CONTRACT | 75103 | | 07/20/17 | Shaoxing Zhongxin41705 | +2992 | | |
| INVOICE | 377368 | 07192017 | 07/19/17 | Kash Apparel-DBA- Soci | 1 | | |
| INVOICE | 376477 | 560-pre | 06/30/17 | Cinteg Corporation DBA | 332 | | |
| INVOICE | 376313 | 062317 | 06/28/17 | Hot & Delicious | 3 | | |
| INVOICE | 376183 | 39189 | 06/26/17 | Hot & Delicious | 492 | | |
| INVOICE | 375503 | 40747 | 06/16/17 | Fashion Magazine | 510 | | |
| INVOICE | 375382 | 33487 | 06/14/17 | Megahit Corp.-DBA- Pec | 615 | | |



History of 54244-20335+BRS 387OXBLD/CORAL

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 375201 | 004467 | 06/12/17 | Wild Horses Apparel-Db | | 2 | | |
| RCV CONTRACT | 74393 | | 06/09/17 | Shaoxing Zhongxin | 41114 | +2503 | | |
| INVOICE | 372684 | 3393 | 05/09/17 | S & J | | 6082 | | |
| RCV CONTRACT | 73749 | | 05/01/17 | Shaoxing Zhongxin | 41068 | +6082 | | |

NB00063

ATTORNEY EYES ONLY