# **EXHIBIT 9**

# Neman Brothers & Assoc., Inc.



**SWATCH SHEET**

STYLE : **2320-20419**   NB170268
DESC : 97%C 3%SP STRETCH POPLIN PRINT 115GSM C:57/58"
WIDTH : 58/60"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com



431CHMBRAY/POPP



434IBLUE/FUSCHI



931BLCK/POPPY

7/19/2017 (PO#41674) 3,290 YARDS
10/16/2017 (PO#42312) 6,143 YARDS
10/16/2017 (PO#42315) 1,128 YARDS
12/12/2017 (PO#42905) 1,028 YARDS
12/20/2017 (PO#42980) 1,561 YARDS
12/19/2017 (PO#43069) 1,005 YARDS
12/27/2017 (PO#43061) 2,867 YARDS
1/11/2018  (PO#43088) 2,680 YARDS
1/12/2018 (PO#43242) 3,768 YARDS

**NB00095**

ATTORNEY EYES ONLY

Printed on 07/06/21