# EXHIBIT 10

# Neman Brothers & Assoc., Inc.



# PRINTOUT



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 2320-20419 431CHMBRAY/POPP

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 392446 | 42437 | 06/27/18 | Cheeky | | 219 | | | |
| INVOICE | 392308 | 62518 | 06/26/18 | Ava & Yelly, Inc | | 2 | | | |
| INVOICE | 392032 | 42413 | 06/19/18 | Cheeky | | 218 | | | |
| INVOICE | 390962 | 43034 | 05/29/18 | Petalo Inc | | 382 | | | |
| INVOICE | 388168 | 43311 | 03/28/18 | Cheeky | | 218 | | | |
| INVOICE | 387805 | 10 | 03/13/18 | Salomon Dumani | | 3 | | | |
| INVOICE | 387266 | 43210 | 03/06/18 | Cheeky | | 213 | | | |
| INVOICE | 386999 | 43189 | 02/28/18 | Cheeky | | 126 | | | |
| INVOICE | 386431 | 39493 | 02/15/18 | Stylelab S.A. De C.V. | | 397 | | | |
| INVOICE | 384901 | 39707 | 01/15/18 | Cheeky | | 230 | | | |
| INVOICE | 384796 | 39488 | 01/10/18 | Industrias Fyltex SA,D | | 77 | | | |
| INVOICE | 384057 | 7798 | 12/20/17 | W & W Concept Inc-DBA- | | 1561 | | | |
| RCV CONTRACT | 76793 | | 12/20/17 | Shaoxing Zhongxin42980 | | +1561 | | | |
| INVOICE | 384011 | 39485 | 12/18/17 | Industrias Fyltex SA,D | | 623 | | | |
| INVOICE | 383831 | 41113 | 12/12/17 | Fashion & People-DBA- | | 1028 | | | |
| RCV CONTRACT | 76740 | | 12/12/17 | Shaoxing Zhongxin42905 | | +1028 | | | |
| INVOICE | 383825 | 7798 | 12/12/17 | W & W Concept Inc-DBA- | | 5 | | | |
| RCV CONTRACT | 76737 | SO# 297018 | 12/12/17 | Shaoxing Zhongxin42980 | | +5 | | | |
| INVOICE | 383588 | 2005 | 12/06/17 | Romualdo Pedroza | | 370 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:03:44 PM
MOD2 ID # N/A

ATTORNEY EYES ONLY

CONTINUED ON NEXT PAGE



© 2021 MOD2 INC

History of 2320-20419 431CHMBRAY/POPP



| TYPE | NUMBER | CUST PO# | DATE | CLIENT REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 383067 | 11217 | 11/03/17 | Industrias Fyltex SA,D | 3 | | | |
| INVOICE | 382737 | | 11/15/17 | W & W Concept Inc-DBA- | 3 | | | |
| INVOICE | 382394 | 40081 | 11/06/17 | Stylelab S.A. De C.V. | 544 | | | |
| INVOICE | 382344 | 2503 | 11/06/17 | Jade Fashion & Co., In | 1 | | | |
| INVOICE | 382262 | | 11/03/17 | Fashion Magazine | 2 | | | |
| INVOICE | 382237 | 39928 | 11/03/17 | Petalo Inc | 528 | | | |
| INVOICE | 382122 | | 11/01/17 | SARAH LA / JESSMYN | 2 | | | |
| INVOICE | 382121 | 32806 | 11/01/17 | Uno De Trebol, S.A. De | 439 | | | |
| RCV CONTRACT | 76070 | | 10/16/17 | Shaoxing Zhongxin42315 | +1128 | | | |
| RCV CONTRACT | 76068 | | 10/16/17 | Shaoxing Zhongxin42312 | +3032 | | | |
| INVOICE | 380458 | 98 | 09/12/17 | Uno De Trebol, S.A. De | 5 | | | |
| INVOICE | 380435 | 092017 | 09/22/17 | Giii Guess Dress Div. | 6 | | | |
| INVOICE | 380005 | 082817-1 | 08/29/17 | Fashion & People-DBA- | 2 | | | |
| INVOICE | 379433 | 08172017 | 08/18/17 | Treadspot. Sapi De C.V | 5 | | | |
| INVOICE | 379211 | D19981 | 08/24/17 | Kash Apparel-DBA- Soci | 3 | | | |
| INVOICE | 378994 | 08022017 | 08/03/17 | Salomon Dumani | 2 | | | |
| INVOICE | 378925 | 081717 | 08/18/17 | Jiya A. Yoo-DBA- Monte | 2 | | | |
| INVOICE | 378569 | 08102017 | 08/10/17 | Honey Punch Inc. | 2 | | | |
| INVOICE | 378529 | DS1034 | 08/10/17 | Kash Apparel-DBA- Soci | 3 | | | |
| INVOICE | 378495 | 32745RC | 08/09/17 | Salomon Dumani | 311 | | | |
| INVOICE | 378494 | 32743DD | 08/09/17 | Salomon Dumani | 203 | | | |
| INVOICE | 378199 | 36537 | 08/03/17 | Petalo Inc | 330 | | | |
| INVOICE | 378178 | 08022017 | 08/03/17 | So Cool Inc./Renee C | 3 | | | |
| INVOICE | 378154 | 34548 | 08/01/17 | Montoya & Restrepo | 261 | | | |
| INVOICE | 378149 | 07282017 | 07/31/17 | Renny Conceptos S. De | 2 | | | |
| INVOICE | 378147 | 06142017 | 07/31/17 | Rags S.A De C.V | 3 | | | |
| INVOICE | 378132 | 07252017 | 07/26/17 | Logistics & Fashion S. | 2 | | | |
| INVOICE | 378105 | 08022017 | 08/02/17 | Gilli, Inc. DBA Le Lis | 2 | | | |
| INVOICE | 377900 | JK267349-V1 | 07/28/17 | Jodi Kristopher, Llc | 3 | | | |
| INVOICE | 377716 | 07252017 | 07/26/17 | W & W Concept Inc-DBA- | 3 | | | |
| INVOICE | 377691 | 07252017 | 07/26/17 | Jump Design Group | 3 | | | |
| INVOICE | 377655 | 07212017 | 07/25/17 | Joe Benbasset, Inc. | 4 | | | |

CONTINUED ON NEXT PAGE



ATTORNEY EYES ONLY

© 2021 MOD2 INC




PRINTOUT

History of 2320-20419 431CHMBRAY/POPP



| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 377609 | 34548 | 07/24/17 | Montoya & Restrepo | | 8 | | | |
| INVOICE | 377573 | 072017 | 07/24/17 | Ambiance Apparel | | 3 | | | |
| INVOICE | 377498 | JK273346 | 07/21/17 | Jodi Kristopher, Llc | | 3 | | | |
| RCV CONTRACT | 75076 | | 07/19/17 | Shaoxing Zhongxin | 41674 | +1613 | | | |



ATTORNEY EYES ONLY

© 2021 MOD2 INC

# Neman Brothers & Assoc., Inc.



# PRINTOUT



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 2320-20419 434IBLUE/FUSCHI

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 1215 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 416576 | 257 | 03/25/21 | Salomon Dumani | | 2 | | | |
| INVOICE | 412241 | 47512 | 05/12/20 | Ma Maternal America, I | | 206 | | | |
| INVOICE | 410228 | 40433 | 01/23/20 | Elliko Inc.-DBA- Ixia | | 164 | | | |
| INVOICE | 406316 | new prints on 2 | 08/07/19 | Neman Brothers & Assoc | | 2 | | | |
| INVOICE | 404352 | 15 hangers | 05/30/19 | Neman Brothers & Assoc | | 2 | | | |
| INVOICE | 397422 | 43815 | 11/13/18 | Industrias Fyltex SA,D | | 98 | | | |
| INVOICE | 396272 | 43802 | 10/09/18 | Industrias Fyltex SA,D | | 446 | | | |
| INVOICE | 390962 | 43034 | 05/29/18 | Petalo Inc | | 423 | | | |
| INVOICE | 387431 | 3818 | 03/12/18 | FRESHMINT / FIND ME PL | | 4 | | | |
| INVOICE | 387249 | | 03/07/18 | Hemet | | 5 | | | |
| INVOICE | 384901 | 39707 | 01/15/18 | Cheeky | | 114 | | | |
| INVOICE | 384781 | 33713 | 01/12/18 | Jiya A. Yoo-DBA- Monte | | 3768 | | | |
| RCV CONTRACT | 77052 | | 01/12/18 | Shaoxing Zhongxin43242 | | +3768 | | | |
| RCV CONTRACT | 77039 | | 01/11/18 | Shaoxing Zhongxin43088 | | +2680 | | | |
| INVOICE | 384588 | 39681 | 01/05/18 | Blue Leopard | | 415 | | | |
| INVOICE | 384284 | R1015 | 12/27/17 | Jiya A. Yoo-DBA- Monte | | 2867 | | | |
| RCV CONTRACT | 76840 | | 12/27/17 | Shaoxing Zhongxin43061 | | +2867 | | | |
| INVOICE | 384154 | | 12/13/17 | Fashion & People-DBA- | | 2 | | | |
| INVOICE | 384152 | | 12/11/17 | Fashion & People-DBA- | | 2 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:04:05 PM
MOD2 ID # N/A

ATTORNEY EYES ONLY

CONTINUED ON NEXT PAGE



© 2021 MOD2 INC

History of 2320-20419 434IBLUE/FUSCHI



| TYPE | NUMBER | CUST PO# | DATE | CLIENT REF | QTY | PRICE | 1215 | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 384061 | 41123 | 12/19/17 | Fashion & People-DBA- | 1005 | | | |
| RCV CONTRACT | 76795 | | 12/19/17 | Shaoxing Zhongxin43069 | +1005 | | | |
| INVOICE | 383336 | | 11/27/17 | Fashion & People-DBA- | 2 | | | |
| INVOICE | 383172 | | 11/27/17 | Jiya A. Yoo-DBA- Monte | 3 | | | |
| INVOICE | 382344 | 2503 | 11/06/17 | Jade Fashion & Co., In | 1 | | | |
| INVOICE | 382255 | 39853 | 11/01/17 | CJ Trading SA De CV | 226 | | | |
| INVOICE | 382121 | 32806 | 11/01/17 | Uno De Trebol, S.A. De | 592 | | | |
| INVOICE | 381403 | 10917 | 10/10/17 | Fashion & People-DBA- | 3 | | | |
| INVOICE | 381400 | | 10/09/17 | Jiya A. Yoo-DBA- Monte | 2 | | | |
| INVOICE | 381310 | 101617 | 10/16/17 | Necessary Objects, Ltd | 3 | | | |
| INVOICE | 381121 | 101017 | 10/11/17 | Time Less, Inc.-DBA- L | 2 | | | |
| INVOICE | 381089 | 101017 | 10/10/17 | B & EC Inc./DBA Promes | 2 | | | |
| INVOICE | 380458 | 98 | 09/12/17 | Uno De Trebol, S.A. De | 5 | | | |
| INVOICE | 380173 | 41329 | 09/15/17 | Cheeky | 209 | | | |
| INVOICE | 379228 | 082317 | 08/24/17 | Love Sence, Inc. | 2 | | | |
| INVOICE | 378925 | 081717 | 08/18/17 | Jiya A. Yoo-DBA- Monte | 2 | | | |
| INVOICE | 378494 | 32743DD | 08/09/17 | Salomon Dumani | 192 | | | |
| INVOICE | 378286 | 08012017 | 08/01/17 | Salomon Dumani | 3 | | | |
| INVOICE | 378132 | 07252017 | 07/26/17 | Logistics & Fashion S. | 2 | | | |
| INVOICE | 377655 | 07212017 | 07/25/17 | Joe Benbasset, Inc. | 4 | | | |
| INVOICE | 377498 | JK273346 | 07/21/17 | Jodi Kristopher, Llc | 3 | | | |
| RCV CONTRACT | 75076 | | 07/19/17 | Shaoxing Zhongxin41674 | +1677 | | | |



ATTORNEY EYES ONLY

© 2021 MOD2 INC

Neman Brothers & Assoc., Inc.



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

# PRINTOUT



## History of 2320-20419 931BLCK/POPPY

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 11 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 412241 | 47512 | 05/12/20 | Ma Maternal America, I | | 161 | | | |
| INVOICE | 406316 | new prints on 2 | 08/07/19 | Neman Brothers & Assoc | | 2 | | | |
| INVOICE | 404352 | 15 hangers | 05/30/19 | Neman Brothers & Assoc | | 2 | | | |
| INVOICE | 387984 | 42706FA | 03/22/18 | Salomon Dumani | | 2226 | | | |
| INVOICE | 387249 | | 03/07/18 | Hemet | | 5 | | | |
| INVOICE | 385408 | | 01/24/18 | Smak Parlour | | 2 | | | |
| INVOICE | 384796 | 39488 | 01/10/18 | Industrias Fyltex SA,D | | 411 | | | |
| INVOICE | 384588 | 39681 | 01/05/18 | Blue Leopard | | 401 | | | |
| INVOICE | 383067 | 11217 | 11/03/17 | Industrias Fyltex SA,D | | 3 | | | |
| INVOICE | 382255 | 39853 | 11/01/17 | CJ Trading SA De CV | | 251 | | | |
| INVOICE | 382237 | 39928 | 11/03/17 | Petalo Inc | | 518 | | | |
| INVOICE | 382122 | | 11/01/17 | SARAH LA / JESSMYN | | 2 | | | |
| RCV CONTRACT | 76068 | | 10/16/17 | Shaoxing Zhongxin42312 | | +3111 | | | |
| INVOICE | 380459 | 091417 | 09/15/17 | Smak Parlour | | 2 | | | |
| INVOICE | 380429 | 092117 | 09/22/17 | RUSTIC DIME | | 4 | | | |
| INVOICE | 379904 | 71917-2 | 09/11/17 | Heyri J , Inc - DBA- S | | 3 | | | |
| INVOICE | 379228 | 082317 | 08/24/17 | Love Sence, Inc. | | 2 | | | |
| INVOICE | 378994 | 08022017 | 08/03/17 | Salomon Dumani | | 2 | | | |
| INVOICE | 378828 | 71917 | 08/16/17 | Playethics, Inc. | | 3 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:04:23 PM
MOD2 ID # N/A

ATTORNEY EYES ONLY

CONTINUED ON NEXT PAGE



© 2021 MOD2 INC

**PRINTOUT**

## History of 2320-20419 931BLCK/POPPY



| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 11 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 378807 | 71917 | 08/16/17 | Playethics, Inc. | | 3 | | | |
| INVOICE | 378518 | 08082017 | 08/10/17 | Frills And Freckles | | 2 | | | |
| INVOICE | 378495 | 32745RC | 08/09/17 | Salomon Dumani | | 303 | | | |
| INVOICE | 378494 | 32743DD | 08/09/17 | Salomon Dumani | | 185 | | | |
| INVOICE | 378199 | 36537 | 08/03/17 | Petalo Inc | | 220 | | | |
| INVOICE | 378178 | 08022017 | 08/03/17 | So Cool Inc./Renee C | | 3 | | | |
| INVOICE | 378147 | 06142017 | 07/31/17 | Rags S.A De C.V | | 3 | | | |
| INVOICE | 378129 | 07212017 | 07/26/17 | Joe Benbasset, Inc. | | 4 | | | |
| INVOICE | 378105 | 08022017 | 08/02/17 | Gilli, Inc. DBA Le Lis | | 2 | | | |
| INVOICE | 377900 | JK267349-V1 | 07/28/17 | Jodi Kristopher, Llc | | 3 | | | |
| RCV CONTRACT | 75192 | | 07/26/17 | Shaoxing Zhongxin | 41674 | +1627 | | | |



ATTORNEY EYES ONLY

© 2021 MOD2 INC