**EXHIBIT 11**




**Neman Brothers & Assoc., Inc.**

STYLE : **7801-21060**  NB180228
DESC : 96%RAYON 4%SPAN JERSEY PRINT 200GSM CUTT:57"
WIDTH : 58/60"

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com


487NAVY/TERRACOTTA


537DK.MUS/CRIMSON


730OLIVE/PINKCLAY


787LAGOON/TERRACOTTA


934BLACK/PRIMROSE


987BLACK/ROSE

6/29/2018 (PO#44258) 3,179 YARDS
6/29/2018 (PO#44258-1) 8,514 YARDS
6/29/2018 (PO#44339) 4,554 YARDS

NB000124    **ATTORNEY EYES ONLY**
Printed on 07/06/21