# EXHIBIT 12

Neman Brothers & Assoc., Inc.



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

# PRINTOUT

Page # 1 of 1

## History of 7801-21060 487NAVY/TERRACOTTA

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 403567 | F074451 | 05/15/19 | Haute Fox, INC. | | 433 | | | |
| INVOICE | 401405 | 32619 | 03/26/19 | Papermoon | | 2 | | | |
| INVOICE | 400969 | F074349 | 03/22/19 | Haute Fox, INC. | | 392 | | | |
| INVOICE | 400121 | 20619 | 02/06/19 | Everly Clothing | | 1 | | | |
| INVOICE | 398294 | 120718-5 | 12/07/18 | Tua Fashion Inc./DBA C | | 2 | | | |
| INVOICE | 394931 | k21293 | 08/29/18 | Kash Apparel-DBA- Soci | | 3 | | | |
| INVOICE | 393223 | 1443 | 07/16/18 | Cinteg Corporation DBA | | 505 | | | |
| INVOICE | 392823 | 4132 | 07/05/18 | Le Meilleur, Inc. Dba | | 302 | | | |
| INVOICE | 392654 | 62118 | 07/02/18 | Everly Clothing | | 2 | | | |
| RCV CONTRACT | 788424 | | 06/29/18 | Shaoxing Zhongx44258-1 | | +1642 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:10:51 PM
MOD2 ID # N/A

NB000130

© 2021 MOD2 INC

ATTORNEY EYES ONLY

**Neman Brothers & Assoc., Inc.**



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

# PRINTOUT



## History of 7801-21060 537DK.MUS/CRIMSON

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 403567 | F074451 | 05/15/19 | Haute Fox, INC. | | 594 | | | |
| INVOICE | 400969 | F074349 | 03/22/19 | Haute Fox, INC. | | 391 | | | |
| INVOICE | 400481 | 22519 | 02/25/19 | Time Less, Inc.-DBA- L | | 2 | | | |
| INVOICE | 400448 | 44907 | 03/04/19 | Time Less, Inc.-DBA- L | | 419 | | | |
| INVOICE | 397586 | 111318 | 11/13/18 | Love Sence, Inc. | | 2 | | | |
| INVOICE | 394537 | 082018 | 08/22/18 | BB Company Inc | | 0 | | | |
| INVOICE | 393033 | 7318 | 07/03/18 | B & EC Inc./DBA Promes | | 2 | | | |
| INVOICE | 392823 | 4132 | 07/05/18 | Le Meilleur, Inc. Dba | | 329 | | | |
| RCV CONTRACT | 788424 | | 06/29/18 | Shaoxing Zhongx44258-1 | | +1738 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:16:48 PM
MOD2 ID # N/A



© 2021 MOD2 INC

ATTORNEY EYES ONLY

Neman Brothers & Assoc., Inc.



# PRINTOUT



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 7801-21060 730OLIVE/PINKCLAY

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 412574 | 61020 | 06/10/20 | AA Fashions Inc DBA. P | | 3 | | | |
| INVOICE | 412534 | F8283 | 06/11/20 | AA Fashions Inc DBA. P | | 1109 | | | |
| INVOICE | 409934 | 18828 | 01/09/20 | Kash Apparel-DBA- Soci | | 915 | | | |
| INVOICE | 409506 | D21060 | 12/09/19 | Kash Apparel-DBA- Soci | | 4 | | | |
| INVOICE | 408015 | D20995 | 10/10/19 | Kash Apparel-DBA- Soci | | 3 | | | |
| INVOICE | 406320 | 7801-prints 15 | 08/08/19 | Neman Brothers & Assoc | | 2 | | | |
| INVOICE | 406000 | 072619 | 07/26/19 | Kash Apparel-DBA- Soci | | 0 | | | |
| INVOICE | 403881 | 46154/55/56/57/ | 05/23/19 | Lj & J Distributions I | | 499 | | | |
| INVOICE | 396907 | H59447 | 10/23/18 | Swat Fame, Inc. | | 4 | | | |
| INVOICE | 394537 | 082018 | 08/22/18 | BB Company Inc | | 0 | | | |
| INVOICE | 393033 | 7318 | 07/03/18 | B & EC Inc./DBA Promes | | 2 | | | |
| INVOICE | 392648 | F2901 | 07/02/18 | Papermoon | | 1051 | | | |
| RCV CONTRACT | 788429 | | 06/29/18 | Shaoxing Zhongxin44339 | | +1504 | | | |
| RCV CONTRACT | 788424 | | 06/29/18 | Shaoxing Zhongx44258-1 | | +1037 | | | |
| RCV CONTRACT | 788423 | | 06/29/18 | Shaoxing Zhongxin44258 | | +1051 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:10:14 PM
MOD2 ID # N/A



© 2021 MOD2 INC

ATTORNEY EYES ONLY

Neman Brothers & Assoc., Inc.



# PRINTOUT

Page # 1 of 1

1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 7801-21060 787LAGOON/TERRACOTTA

| TYPE | NUMBER | CUST PO# | DATE | CLIENT REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|
| INVOICE | 403881 | 46154/55/56/57/ | 05/23/19 | Lj & J Distributions I | 534 | | | |
| INVOICE | 401094 | 1705 | 03/25/19 | Grand Apparel Group | 804 | | | |
| INVOICE | 401060 | 31319 | 03/13/19 | Grand Apparel Group | 3 | | | |
| INVOICE | 398294 | 120718-5 | 12/07/18 | Tua Fashion Inc./DBA C | 2 | | | |
| INVOICE | 397586 | 111318 | 11/13/18 | Love Sence, Inc. | 2 | | | |
| INVOICE | 396801 | 17852 | 10/17/18 | BB Company Inc | 3 | | | |
| INVOICE | 396522 | 9628 | 10/16/18 | LATIGO, INC | 770 | | | |
| INVOICE | 395166 | 84647-FIT | 09/05/18 | Swat Fame, Inc. | 10 | | | |
| INVOICE | 394931 | k21293 | 08/29/18 | Kash Apparel-DBA- Soci | 3 | | | |
| INVOICE | 394783 | 81518 | 08/16/18 | Gilli, Inc. DBA Le Lis | 2 | | | |
| INVOICE | 394780 | 81518 | 08/15/18 | Gilli, Inc. DBA Le Lis | 3 | | | |
| INVOICE | 394537 | 082018 | 08/22/18 | BB Company Inc | 0 | | | |
| INVOICE | 393223 | 1443 | 07/16/18 | Cinteg Corporation DBA | 510 | | | |
| INVOICE | 393115 | 71218 | 07/12/18 | B & EC Inc./DBA Promes | 2 | | | |
| INVOICE | 392648 | F2901 | 07/02/18 | Papermoon | 1037 | | | |
| RCV CONTRACT | 788429 | | 06/29/18 | Shaoxing Zhongxin44339 | +1604 | | | |
| RCV CONTRACT | 788424 | | 06/29/18 | Shaoxing Zhongx44258-1 | +1043 | | | |
| RCV CONTRACT | 788423 | | 06/29/18 | Shaoxing Zhongxin44258 | +1037 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:10:01 PM
MOD2 ID # N/A



© 2021 MOD2 INC

ATTORNEY EYES ONLY

**Neman Brothers & Assoc., Inc.**



# PRINTOUT



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

## History of 7801-21060 934BLACK/PRIMROSE

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 400481 | 22519 | 02/25/19 | Time Less, Inc.-DBA- L | | 2 | | | |
| INVOICE | 400448 | 44907 | 03/04/19 | Time Less, Inc.-DBA- L | | 910 | | | |
| INVOICE | 400121 | 20619 | 02/06/19 | Everly Clothing | | 1 | | | |
| INVOICE | 396091 | 43644 | 10/03/18 | Almapa S.A. Decv | | 267 | | | |
| INVOICE | 394783 | 81518 | 08/16/18 | Gilli, Inc. DBA Le Lis | | 2 | | | |
| INVOICE | 393863 | 72318 | 07/23/18 | Salomon Dumani | | 2 | | | |
| INVOICE | 393223 | 1443 | 07/16/18 | Cinteg Corporation DBA | | 319 | | | |
| RCV CONTRACT | 788424 | | 06/29/18 | Shaoxing Zhongx44258-1 | | +1510 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:09:49 PM
MOD2 ID # N/A



© 2021 MOD2 INC

**ATTORNEY EYES ONLY**

**Neman Brothers & Assoc., Inc.**



1525 South Broadway Street Los Angeles, Ca 90015
Tel:(213) 765-0100 / Fax:(213) 765-0220
/ Email:info@neman.com

# PRINTOUT

Page # 1 of 1

## History of 7801-21060 987BLACK/ROSE

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | 403951 | 051619 | 05/20/19 | Lj & J Distributions I | | 3 | | | |
| INVOICE | 403881 | 46154/55/56/57/ | 05/23/19 | Lj & J Distributions I | | 184 | | | |
| INVOICE | 403324 | NM50219-1 | 05/07/19 | Time Less, Inc.-DBA- L | | 273 | | | |
| INVOICE | 400121 | 20619 | 02/06/19 | Everly Clothing | | 1 | | | |
| INVOICE | 398775 | 44636 | 01/09/19 | Tua Fashion Inc./DBA C | | 318 | | | |
| INVOICE | 394123 | 42198 | 08/08/18 | Tua Fashion Inc./DBA C | | 263 | | | |
| INVOICE | 394091 | 42194 | 08/06/18 | Tua Fashion Inc./DBA C | | 1538 | | | |
| INVOICE | 393463 | 41475 | 07/23/18 | B & EC Inc./DBA Promes | | 84 | | | |
| INVOICE | 393223 | 1443 | 07/16/18 | Cinteg Corporation DBA | | 326 | | | |
| INVOICE | 393033 | 7318 | 07/03/18 | B & EC Inc./DBA Promes | | 2 | | | |
| INVOICE | 392648 | F2901 | 07/02/18 | Papermoon | | 1092 | | | |
| RCV CONTRACT | 788429 | | 06/29/18 | Shaoxing Zhongxin44339 | | +1446 | | | |
| RCV CONTRACT | 788424 | | 06/29/18 | Shaoxing Zhongx44258-1 | | +1545 | | | |
| RCV CONTRACT | 788423 | | 06/29/18 | Shaoxing Zhongxin44258 | | +1092 | | | |

NOTES

User : Adrineh Mokhtarias
July 06, 2021 @ 5:09:34 PM
MOD2 ID # N/A



© 2021 MOD2 INC

**ATTORNEY EYES ONLY**