**EXHIBIT 13**

# NB161106-PATPAT.COM



FRONT



BACK



 

$100+10% OFF+10% Cashback FOR NEW CUSTOMERS

English • USD • United States FREE SHIPPING on orders over $35.00 Order Status Help Center

PatPat Search SIGN IN FAVORITES CART 3

New Arrivals Baby Toddler Kids Matching Outfits Women Home & Accessories Sale

Women / Maternity / Dresses /

# Beautiful Allover Floral Maternity Dress

Price ~~$25.99~~

$18.99 - 27%

Color Black Navy

Size S M L XL Size Chart

Bust: 108 cm, Hip: 112 cm, Sleeve: 23 cm, Length: 93 cm

Qty - 1 +

Status **In Stock**

Add to Cart

582 liked

Norton

Description

FRONT AND BACK CARE LABEL



FRONT AND BACK TAG