**EXHIBIT 14**

**$100+10% OFF+10% Cashback**   FOR NEW CUSTOM

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status

**○ PatPat**   Search    SIGN IN   FAVORITES

New Arrivals | Baby | Toddler | Kids | Matching Outfits | Women | Home & Accessor

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



     

Baby/ Toddler Girl's Striped Floral Pr and Denim Shorts

Price    ~~$25.99~~

**$17.99**  - 31%

Color     Dark Blue

Size    12-18 Months

18-24 Months    2-3 Years

3-4 Years    **4-5 Years**

Top Length: 42 cm, Bottom Length: 27 cm, Bust: 32 cm, Waist: 24 cm, Sleeve: 11 cm

Qty    -  1  +

Status    In Stock

https://www.patpat.com/product/Baby-Toddler-Girls-Striped-Floral-Print-Dress-and-Deni...    6/24/2019

Baby Baby/ Toddler Girl's Floral Allover Ruffled Cuff Dress at PatPat.com Page 1 of 4
Case 2:19-cv-16112-JBR Document 1-1 Filed 11/26/19 Page 3 of 6 Page ID #: 557
Case 2:19-cv-16112-JBR Document 1-1 Filed 11/26/19 Page 75 of 91 Page ID #: 84

# $100+10% OFF+10% Cashback   FOR NEW CUSTOMERS

English • USD • 🇺🇸 United States    FREE SHIPPING on orders over $35.00    Order Status    Help Center

**PatPat**    Search                    SIGN IN    FAVORITES    CART 1

New Arrivals    Baby    Toddler    Kids    Matching Outfits    Women    Home & Accessories    Sale

Baby & Toddlers / Baby & Toddler Girl / Dresses / Short-Sleeve Dresses /



### Baby/ Toddler Girl's Floral Allover Ruffled Cuff Dress

Price    ~~$22.99~~

$15.99   - 30%

Color     Light Blue

Size    | 9-12 Months | 12-18 Months |    Size Chart

| 18-24 Months | 2-3 Years |

| 3-4 Years |

Bust: 60 cm, Waist: 72 cm, Shoulder: 29 cm, Length: 33 cm, Neck: 41 cm

Qty    −  1  +

Status    In Stock

Add to Cart

42 liked



# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM



FRONT



BACK

# NB170268
# PEPLEM SHORT SLV TOP---PATPAT.COM



FRONT



BACK

# NB170268
# COLD SHOULDER BABY SHIRT---PATPAT.COM






ALL TAGS ON GARMENT