**EXHIBIT 15**









PatPat

SIGN IN FAVORITES BAG

New Arrivals F/W 2020 Baby Toddler Kids Matching Outfits Cozy At Home Women Home & Baby Gear Sale

# Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

Price ~~$31.99~~

$13.99 -56% Clearance

Color: Red | Grey | Royal Blue

Size: S | M | L | XL | XXL — Size Chart

Top Length: **31.9 inch,** Bust: **35.8 inch**

Qty: - 1 +

Status: Only 3 left

Add to Bag

168 liked

Norton by Symantec

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale

SIGN IN    FAVORITES    BAG

* Material: 95% Polyester, 5% Spandex
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

All Reviews (2)

**5.0**

Average Rating

| Rating | Count |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |



d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame
Fits true to size. Love it

Helpful (0)



SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

Show More

You May Also Like

   

Striped Floral Long-sleeve Maternity Nursing Top — $12.99 $16.89

Maternity V-neck Floral full print Deep Blue Knee... — $11.99 $15.99

Maternity Deep V Neck Stripes full print Dark... — $12.99 $16.89

Casual Floral Print Short-sleeve Nursing Dress — $11.99 $15.99

   

Trendy Floral Print Sleeveless Nursing Dress — $9.99 $13.99

Casual Striped and Floral Short-sleeve Nursing Tee — $10.99 $24.99

Graceful Allover Sleeveless Nursing Dress — $12.99 $18.99

Pretty Floral Print Sleeveless Nursing Dress — $11.99 $15.99





# PatPat

SIGN IN    FAVORITES    BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

## Company Info

About Us
How PatPat Works
Term of Service
Privacy Policy
DMCA Policy

PatPat Affiliate Program
Influencer Program
Wholesale Program
PatPat Community

## Customer Support

FAQs
Return Policy
Shipping Info
Order Status
Contact Us

### Subscribe Now for Exclusive Sales

Email    Subscribe

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility