# **EXHIBIT 16**



Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress
SKU: CN-14180-458707
SIZE: XXL
* Material: 95% Polyester, 5% Spandex *
Machine wash, tumble dry * l
Wash Symbols

- wash with cold water
- No bleach
- Dry flat
- Iron on low heat
- Do not dryclean

Made in China









Shenzhen YS Garment Factory
LotNo.28072010
PD: 444572
100% Cotton
wash with cold water

# PatPat

Order #:7686042
Package#:4403184-F12

| # | Product | Sku | Quantity |
|---|---|---|---|
| 1 | Toddler Girl Pretty Floral Print Striped Dress | 019613249 | 1 |
| 2 | Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress | 019622715 | 1 |
| 3 | Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress | 019622713 | 1 |

Total Items 3

## Return Procedure

If you wish to return the items in your purchase, please search "How to Initiate A Return?" in our Help Center (www.patpat.com/article/help).

Please refer to our return instructions as we don't provide refund for orders that aren't returned in accordance with our Return procedure.

Interfocus Inc.
Contact Us at :www.patpat.com/article/help

**NB00042**





NB00030

# PatPat

Order #:7686042
Package#:4403184-F12

| # | Product | Sku | Quantity |
|---|---------|-----|----------|
| 1 | Toddler Girl Pretty Floral Print Striped Dress | 019613249 | 1 |
| 2 | Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress | 019622715 | 1 |
| 3 | Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress | 019622713 | 1 |

**Total Items**  3

## Return Procedure

If you wish to return the items in your purchase, please search "How to Initiate A Return?" in our Help Center (www.patpat.com/article/help).

Please refer to our return instructions as we don't provide refund for orders that aren't returned in accordance with our Return procedure.

**NB00042**

Interfocus Inc.
Contact Us at :www.patpat.com/article/help