**EXHIBIT 17**








 # Maternity Round collar Floral full print Short Slip Sleeveless Nursing Dress

Price ~~$15.99~~

$11.99 25% Clearance

Color: Red | Grey | Royal Blue

Size: S | M | L | XL | XXL

Size Chart

Top Length: **31.9 inch,** Bust: **35.8 inch**

Qty - 1 +

Status **Only 1 left**

Add to Bag

168 liked

Norton by Symantec

SIGN IN　FAVORITES　BAG

New Arrivals　F/W 2020　Baby　Toddler　Kids　Matching Outfits　Cozy At Home　Women　Home & Baby Gear　Sale

    

* Material: 95% Polyester, 5% Spandex
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

All Reviews (2)

**5.0**
Average Rating

5 — 2
4 — 0
3 — 0
2 — 0
1 — 0



d***7

July 24, 2020

Super cute. great fit and perfect length on my short frame. Fits true to size. Love it.

He　(0)



SIGN IN   FAVORITES   BAG

New Arrivals   F/W 2020   Baby   Toddler   Kids   Matching Outfits   Cozy At Home   Women   Home & Baby Gear   Sale

Show More

You May Also Like

   

Striped Floral Long-sleeve Maternity Nursing Top — $12.99 $16.89

Maternity V-neck Floral full print Deep Blue Knee… — $11.99 $15.99

Maternity Deep V Neck Stripes full print Dark… — $12.99 $16.89

Casual Floral Print Short-sleeve Nursing Dress — $11.99 $15.99

   

Trendy Floral Print Sleeveless Nursing Dress — $9.99 $13.99

Casual Striped and Floral Short-sleeve Nursing Tee — $10.99 $24.99

Graceful Allover Sleeveless Nursing Dress — $12.99 $18.99

Pretty Floral Print Sleeveless Nursing Dress — $11.99 $15.99

PatPat

SIGN IN FAVORITES BAG

New Arrivals F/W 2020 Baby Toddler Kids Matching Outfits Cozy At Home Women Home & Baby Gear Sale

Company Info

About Us
How PatPat Works
Term of Service
Privacy Policy
DMCA Policy
PatPat Affiliate Program
Influencer Program
Wholesale Program
PatPat Community

Customer Support

FAQs
Return Policy
Shipping Info
Order Status
Contact Us

Subscribe Now for Exclusive Sales

Email Subscribe

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility



