# EXHIBIT 18



**Maternity Round collar Floral full print**
**Short Slip Sleeveless Nursing Dress**

SKU: CN-14180-458707

SIZE: XXL

* Material: 95% Polyester  5% Spandex *

Machine wash, tumble dry *

Wash Symbols

 wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

**Made in China**



Guangzhou
GZXQYJ

LotNo.28072062

PD: 458707
95% Polyester
5% Spandex

NB00029



Maternity Round collar Floral full print
Short Slip Sleeveless Nursing Dress
SKU: CN-14100-458707
S7F: XXL
*Material: 86% Polyester, 5% Spandex*
*Machine wash, tumble dry*
Wash Symbols

☒ Bleach
☒ Dry flat
☒ Iron on low heat
☒ Do not dryclean
☒

Made in China

Guangzhou
GZXQYJ

LotNo.28072062

PD: 458707
95% Polyester
5% Spandex



NB00024



NB00025





NB00027

wash with cold water

No bleach

Dry flat

Iron on low heat

Do not dryclean

MADE IN CHINA 202007

Iron

Do not

Made in Chi