# **<u>EXHIBIT 19</u>**



# 07H 03M 11S

English • USD • 🇺🇸 United States        FREE SHIPPING on orders over $35.00        Order Status    FAQs

**PatPat**        Search        SIGN IN    FAVORITES    BAG

New Arrivals    F/W 2020    Baby    Toddler    Kids    Matching Outfits    Cozy At Home    Women    Home & Baby Gear    Sale



## Toddler Girl Pretty Floral Print Striped Dress

Price    ~~$33.99~~

**$11.99**    - 65%



Color    Light Blue

Size    3 Years    3-4 Years        Size Chart

4-5 Years    5-6 Years

Height: **34-37.5 inch**, Weight: **30.2-32 lb**, Bust: **24.4 inch**

Qty    -    1    +

Status    **In Stock**

Add to Bag

189 liked



## Description

* Soft and comfy
* Material: 95% Cotton, 5% Polyester
* Machine wash, tumble dry
* Imported

Show More

Free Shipping over $35.00

30 Days Return

100% Secured Payments

Highest Quality Guarantee

## All Reviews (1)

| 5.0 | 5 | 1 |
|-----|---|---|
|     | 4 | 0 |
|     | 3 | 0 |
|     | 2 | 0 |
| Average Rating | 1 | 0 |

نيس

Helpful (0)

**PatPat Customer**

Aug 9, 2020

## You May Also Like






Baby / Toddler Girl Pretty Heart Embroidery Dresses

$10.99 ~~$30.99~~

Baby / Toddler Girl Pretty Floral Allover Dresses

$9.99 ~~$36.99~~

Baby / Toddler Girl Stylish Colorblock Doll Collar...

$9.99 ~~$31.99~~

Baby / Toddler Girl Pretty Floral Print Bowknot...

$9.99 ~~$30.99~~






Toddler Girl Bowknot Button Decor Sleeveless...

$12.99 ~~$30.99~~

Baby / Toddler Girl Casual Solid Bowknot Dresses

$11.99 ~~$39.99~~

Baby / Toddler Girl Solid Striped Doll Collar Dress

$11.99 ~~$32.99~~

Baby / Toddler Girl Pretty Floral Print Tulle Dress

$9.99 ~~$30.99~~



Download PatPat for iphone

Download PatPat for Android

100% Secured Payments

Customer Service Mail & Telephone

30 Days to Change Your Mind

Highest Quality Guarantee

Company Info

About Us                    PatPat Affiliate Program
How PatPat Works            Influencer Program
Term of Service             Wholesale Program
Privacy Policy              PatPat Community
DMCA Policy

Customer Support

FAQs
Return Policy
Shipping Info
Order Status
Contact Us

### Subscribe Now for Exclusive Sales

| Email | Subscribe |
|---|---|

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

Follow us

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

Enable Accessibility