# **<u>EXHIBIT 20</u>**





Wash with co...
No bleach
Line dry
Iron on low
Do not dry...

MADE IN C...

100% COTTON

WASH SEPARATELY
PROFESSIONAL
DRY CLEAN
RECOMMENDED
MADE IN CHINA



Wash with cold water
No bleach
Line dry
Iron on low heat
Do not dryclean

MADE IN CHINA 202007

Foshan SCCQ
Trading Ltd.

LotNo.28072085

PD: 457696
95% Cotton
5% Polyester



**Toddler Girl Pretty Floral Print Striped Dress**

SKU: CN-172878-4571696
SIZE: 5-6 Years · Material: 95% Cotton, 5% Polyester · Machine wash
· Soft and comfy ·

Wash Symbols
· Wash with cold water

No bleach

Line dry

Iron on low heat

Do not dryclean

Made in China