# <u>EXHIBIT 21</u>

3 DAYS 07H 14M 20S

English · USD · 🇺🇸 United States          FREE SHIPPING on orders over $35.00          Order Status   FAQs



PatPat

Find

Popular Searches
Best Seller
Halloween Costumes
Family Outfits
Baby Girls New looks
New Season Fashion
Maternity Dresses
Baby Sets

HI KEIKO     FAVORITES     BAG

New Arrivals     F/W 2020     Baby     Toddler     Kids     Matching Outfits     Cozy At Home     Women     Home & Baby Gea     Sale

Notifications          Account

**Orders**
Favorites

Rewards                         Placed                                    Pr

Pat Points               Tracking   None

Wallet                   Thank you for shopping with PatPat! Your order has been received and is going through verification process

Address Book

Profile

Maternity V-neck Floral full print Green Maxi Tunic Long sleeve Nursing Dress
Color Green   Size XL   Qty 1
$16.99  $41.74

Order Details  #PAT-8513196                                                          Contact Support
P              ~ 2-3 days
              ing  10-25 business days after order shipped

Ship to                      1525 S. BROADWAY ST
                             Los Angeles, California 90015 United States

Paid With                    PayPal (monnoxoxo@yahoo.com)

Subtotal                     $16.99
Sales Tax                    $1.53
Shipping                     $5.90
Order Total                  $24.42

YOU MAY ALSO LIKE



English  •  USD  •  🇺🇸 United States          FREE SHIPPING on orders over $35.00          Order Status    FAQs

**PatPat**     Search                                    🔍    👤 SIGN IN    ♡ FAVORITES    🛍 BAG
Cute, Quality, Great Price

New Arrivals  SS 2021 hot    Baby  Toddler  Kids  Matching Outfits  Cozy At Home  Women  Home & Baby Gear  Sale

### Maternity V-neck Floral full print Green Maxi Tunic Long-sleeve Nursing Dress

| Price | ~~$36.99~~ |
| --- | --- |

$12.99   - 65%   Clearance

or 4 interest-free payments of **$3.25** with 💠 **sezzle** ⓘ

Color      [ 🌸 Green ]

Size       [ S ]   M   [ L ]   XL        [ Size Chart ]

Bust: **36.2 inch**, Hip: **45.3 inch**,
Sleeve: **19.7 inch**, Length: **55.9 inch**

Qty        [ −    1    + ]

Status     **Only 4 left**

Add to Bag

276 liked



---

**Notice**                                                                          ✕

We and selected partners, collect personal information.
In case of sale of your personal information, you may opt out by using the link "Do Not Sell My Personal Information".
To find out more about the categories of personal information collected and the purposes for which such information will be used,
please refer to our privacy policy.



Free Shipping over $35.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

## All Reviews (2)



| | | |
|---|---|---|
| 4.5 | 5 | 1 |
| | 4 | 1 |
| | 3 | 0 |
| | 2 | 0 |
| Average Rating | 1 | 0 |



Nice

Helpful (0)

j***7
Nov 8, 2020

Show More

## You May Also Like

**Notice**                                                                                                          ×

We and selected partners, collect personal information.
In case of sale of your personal information, you may opt out by using the link "Do Not Sell My Personal Information".
To find out more about the categories of personal information collected and the purposes for which such information will be used,
please refer to our privacy policy.



**Maternity V-neck Floral full print Midi H Long-...**

$17.99 ~~$37.99~~



**Maternity Round collar Color Block full print Mi...**

$11.99 ~~$28.99~~



**Stylish Floral Print Long-sleeve V-neck Nursing...**

$15.99 ~~$33.99~~



**Maternity Round collar Color Block Color block...**

$18.99 ~~$39.99~~



**Elegant Floral Print Crop-Sleeve Maternity Maxi...**

$16.99 ~~$47.99~~



**Trendy Floral Print Short-sleeve Maternity Maxi...**

$17.99 ~~$50.99~~



**Maternity Round collar Floral full print Multi-col...**

$9.99 ~~$22.99~~



**Stylish Floral Print Long-sleeve Nursing Dress**

$17.99 ~~$50.99~~



Download PatPat for iphone

Download PatPat for Android

| 100% Secured Payments | Customer Service Mail & Telephone | 30 Days to Change Your Mind | Highest Quality Guarantee |

## Company Info

## Customer Support

About Us     PatPat Affiliate Program     FAQs

---

**Notice** ✕

We and selected partners, collect personal information.
In case of sale of your personal information, you may opt out by using the link "Do Not Sell My Personal Information".
To find out more about the categories of personal information collected and the purposes for which such information will be used,
please refer to our privacy policy.

By signing up for newsletter, you agree to the Privacy Policy Privacy Policy

Follow us

    

 

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States and Interfocus EU Limited Ireland All Rights Reserved.

**Notice**                                                                                                          ×

We and selected partners, collect personal information.
In case of sale of your personal information, you may opt out by using the link "Do Not Sell My Personal Information".
To find out more about the categories of personal information collected and the purposes for which such information will be used,
please refer to our privacy policy.

FREE SHIPPING on orders over $35.00





266

## Maternity V-neck Floral full print Green Maxi Tunic Long-sleeve Nursing Dress

**$12.99** ~~$36.99~~   - 65%   Clearance        ★★★★½ (2)

or 4 interest-free payments of $3.25 with **sezzle** ⓘ

Add to Bag

FREE SHIPPING on orders over $35.00



Maternity V-neck Floral full print Green Maxi
unic Long-sleeve Nursing Dress

12.99   $36.99   - 65%   Clearance   ★★★★★ (2)

4 interest-free payments of $3.25 with  sezzle ⓘ