**EXHIBIT 22**



3 DAYS 07H 14M 20S

English · USD · United States     FREE SHIPPING on orders over $35.00     Order Status   FAQs


PatPat

Cute, Quality, Grea

Sea
Popular Searches
Best Seller
Halloween Costumes
Family Outfits
Baby Girls New looks
New Season Fashion
Maternity Dresses
Baby Sets Kids

HI KEIKO   FAVORITES   BAG

New Arrivals | F/W 2020 | Baby | Toddler | Matching Outfits | Cozy At Home | Women | Home & Baby Gear | Sale

Notifications    Account

Orders
Favorites

Placed

Rewards     Tracking  None
Pat Points
Wallet

Thank you for shopping with PatPat! Your order has been received and is going through verification process

Address Book
Profile

Maternity V-neck Floral full print Green Maxi Tunic Long sleeve Nursing Dress
Color: Green   Size: XL   Qty 1
$16.99  $44.99

Order Details  #PAT-8513196     Contact Support
Processing: 2-3 days
Delivery: 10-25 business days after order shipped

Ship to     1525 S BROADWAY ST
Los Angeles, California, 90015, United States

Paid With     PayPal (monnoxoxo@yahoo.com)

Subtotal     $16.99
Sales Tax     $1.53
Shipping     $5.90
Order Total     $24.42

YOU MAY ALSO LIKE













Guangzhou HYFZC

LotNo.20082001

PD: 463013
95.00% POLYESTER
5.00% SPANDEX

WASH WITH COLD

# PatPat

Order #:8513196
Package#:5084940-A3

| # | Product | Sku | Quantity |
|---|---------|-----|----------|
| ✓ 1 | Maternity V-neck Floral full print Green Maxi Tunic Long-sleeve Nursing Dress | 019661952 | 1 |

**Total Items** 1

**Return Procedure**

If you wish to return the items in your purchase, please search "How to Initiate A Return?" in our Help Center (www.patpat.com/article/help).

Please refer to our return instructions as we don't provide refund for orders that aren't returned in accordance with our Return procedure.

Intertocus Inc.
Contact Us at :www.patpat.com/article/help


5084940

PO:244394

Interfocus Inc.

650 Castro St, Ste 120-458 Mountain View,
CA 94041 1-844-9-PATPAT

WARNING - THIS BAG IS NOT A TOY.
TO AVOID DANGER OF SUFFOCATION, KEEP THIS BAG
AWAY FROM CHILD UNDER THREE.
DO NOT USE IN CRIBS, CARRIAGES OR PLAYPENS.

04 PE-LD

Made in China

Available on the App Store

Available on the Google Play

Scan the QR code to download our app

1525 B

Return Address:

3984 WASHINGTON BLVD 139
LAX
FREMONT, CA 94538

Change Service Requested

Ship To: KEIKO FUJIMAKI
KEIKO FUJIMAKI
1525 S. BROADWAY ST.

LOS ANGELES, CA 90015

1087196 PO#8513196-5084940-

59NMO   04   P8   59

Parcel Select
US Postage Paid
Newgistics
eVS

USPS TRACKING # eVS

9261 2927 0050 9901 0011 4066 33

5555 Bandini Blvd, , Bell, CA, 902019997

PatPat-standard To: Zip:90015

(N)8513196-5084940-A3