**EXHIBIT 23**





# NB161106



Flipped to down and left



Flipped to down



# Accused garment

Top right



Bottom right



