**EXHIBIT 24**



# NB170268



# Accused garment





# NB170268









# NB170268



Accused garment