**EXHIBIT 25**



# NB180228



# Accused garment



# NB180228



# Accused garment

