**EXHIBIT 30**



Chan Yong (JAKE) Jeong <jeong@jeonglikens.com>

## Neman Brothers settlment agreement

**Bing Zhang Ryan** <bingzhangryan@magstonelaw.com>  Thu, Mar 12, 2020 at 10:30 AM
To: Chan Yong Jeong <jeong@jeonglikens.com>
Cc: Linna Chen <lchen@magstonelaw.com>

Jake,

My client agrees to sign the agreement last edited by you.  Please ask your client to sign the agreement and send me the signed copy.  I will then ask my client to sign.  Hopefully we can get it executed today.

Bing

[Quoted text hidden]