**EXHIBIT 31**

On Tue, Sep 29, 2020 at 5:29 AM Linna Chen <lchen@magstonelaw.com> wrote:

> Dear Chan,
>
> We have compiled the sales information and are preparing a response to you.
>
> Best regards,
>
> Linna Chen 陈庆蓉
> *Partner* 合伙人
> **MagStone Law**, **LLP**
> T: 650.513.2555 ext. 106 | C: 415.299.2149
> F: 650.539.5115
> 4633 Old Ironsides Dr. Suite 160
> Santa Clara CA, 95054
> E: lchen@magstonelaw.com
> www.magstonelaw.com
>
> CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.
>
>
> On Tue, Sep 29, 2020 at 12:38 AM Chan Yong Jeong <jeong@jeonglikens.com> wrote:
>
>> I sent the letter on 9/15, and 10/15 is the last day we can settle by, before filing a lawsuit.
>> I did not receive any sale/purchase records.
>>
>> Very truly yours,
>>
>> Chan Yong (Jake) Jeong, Esq.
>> Jeong & Likens, L.C.
>> 222 South Oxford Avenue
>> Los Angeles, CA 90004
>> Tel. 213-688-2001
>> Fax. 213-315-5035
>>
>>
>> On Fri, Sep 18, 2020 at 4:30 PM Chan Yong Jeong <jeong@jeonglikens.com> wrote:
>>
>>> Please email me the records of purchase and sale so that we can discuss the settlement.
>>>
>>> Very truly yours,
>>>
>>> Chan Yong (Jake) Jeong, Esq.
>>> Jeong & Likens, L.C.
>>> 222 South Oxford Avenue

Los Angeles, CA 90004
Tel. 213-688-2001
Fax. 213-315-5035