**EXHIBIT 35**

---------- Forwarded message ---------
From: **Linna Chen** <lchen@magstonelaw.com>
Date: Fri, Nov 13, 2020 at 11:16 AM
Subject: Re: Neman Brothers v. Interfocus dba PatPat.com
To: Chan Yong Jeong <jeong@jeonglikens.com>
Cc: David Yang <davidyang@magstonelaw.com>

Dear Chan,

Nice talking to you yesterday. I look forward to (1) the proposed settlement agreement, and (2) example Neman Brothers' design files.

Could your client provide a name list of their designs and copyright registration information (if possible)?

Best regards,

Linna Chen 陈庆蓉
*Partner* 合伙人
**MagStone Law**, **LLP**
T: 650.513.2555 ext. 106 | C: 415.299.2149
F: 650.539.5115
4633 Old Ironsides Dr. Suite 160
Santa Clara CA, 95054
E: lchen@magstonelaw.com
www.magstonelaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.