**EXHIBIT 37**

## SETTLEMENT AND LICENSE AGREEMENT

This Settlement and License Agreement (the "Agreement") is made and entered into by and between Neman Brothers & Assoc., Inc. ("Neman"), on the one hand, and InterFocus Inc. ("InterFocus") on the other hand. Neman and InterFocus are collectively referred to herein as the "Parties" or individually as a "Party." This Settlement Agreement will be effective as of the date it is fully executed by Neman and InterFocus and a copy is provided to counsel for each Party (the "Effective Date").

### RECITALS

**WHEREAS**, in March 2020, the Parties entered into a prior settlement agreement ("Prior Settlement Agreement") to resolve a lawsuit that Neman had brought against InterFocus asserting certain copyright infringement claims;

**WHEREAS**, Section 6 of the Prior Settlement Agreement provided that the Parties may resolve their future disputes, if any, by entering into "a license agreement for the sale of the garments bearing Neman's designs by InterFocus through www.patpat.com as an online retailer to its individual customers and/or to settle all the Parties' future disputes (if any)";

**WHEREAS**, on or about September 15, 2020, Neman sent a letter to InterFocus pursuant to Section 5 of the Prior Settlement Agreement, regarding certain garments displayed and sold at InterFocus's website, www.patpat.com ("Website") which Neman believed to have infringed upon its copyrights for certain designs, as specified therein (the "Dispute");

**WHEREAS**, Neman has represented that it has ~~tens of~~ thousands of designs that are suitable for use in the production of garments;

**WHEREAS**, the Parties now desire to resolve all disputes and prevent disputes, and enter a licensing agreement, between them in an orderly manner; and

**NOW, THEREFORE** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. **Recitals**. The Recitals set forth above are an integral part of this Settlement Agreement, and shall be used in any interpretation of this Settlement Agreement.

3. **Payment**. Neman and InterFocus each agrees to fully execute this Settlement Agreement and provide a copy to counsel for the opposing party on or before November 18, 2020. Within four (4) business days after the Effective Date of this Settlement Agreement, but no later than 4 p.m. on 11/24/2020 in Pacific Daylight Saving Time, InterFocus shall transfer by wire the amount of Eighty Five Thousand Dollars US ($85,000, the "Total Settlement Amount") to the following account:

스타일 정의: 표준



    4.    **Notification.** For any notices specified herein, Neman agrees to send written notifications via email to the InterFocus's contact email addresses:

    service@patpat.com
    vivi@patpat.com
    albert.wang@patpat.com
    lchen@magstonelaw.com

and mail a paper copy of the above written notification to InterFocus's mailing address:

    InterFocus, Inc.
    650 Castro St, Ste 120-458
    Mountain View, CA 94041

For any notices specified herein, InterFocus agrees to send written notifications via email to the Neman's contact email addresses:

    Jeong@jeonglikens.com
    adrineh@neman.com
    yoel@neman.com

and mail a paper copy of the above written notification to InterFocus's mailing address:

    Chan Yong Jeong
    Jeong & Likens, L.C.
    222 South Oxford Avenue
    Los Angeles, CA 90004.

    5.    **License.**

        a.    **Licensed Designs.** Neman represents and warrants that it currently owns ~~at least [ insert number ]~~ thousands of fabric designs ("Designs") suitable for use in the production of garments, and that it has digital design files suitable for production use for ~~at least [ insert number ]~~ any of the Designs per reasonable review and request. Neman licenses under this Agreement all Designs owned by Neman now and in the future. InterFocus may make, via email, reasonably specific requests to Neman certain Designs or certain categories of Designs, or reasonably visit Neman's showroom to see Neman's Designs and make reasonably specific requests to Neman to provide design files of certain Designs. Neman will provide to InterFocus

[서식 지정함: 강조 없음]

2

per reasonable requests. ~~all the production ready digital design files~~Design files for the Designs in Neman's possession so that InterFocus may fully exploit the license granted herein.

  b. **License Grant**. Neman hereby grants to InterFocus and independent vendors using the Website ("License~~es~~") ~~a perpetual~~ a license to sell through the Website articles bearing the Designs and derivatives of the Designs ("Derivatives") to individual end-~~-~~user customer~~s~~, during the license period ("License Period") from ~~November 18~~December 11, 2020 until and only upto ~~November 17~~December 10, 2022 ("Expiration Date")~~, customers, and to use and~~for which InterFocus may ~~distribute~~also order its vendors to use the Designs and Derivatives in order to manufacture and distribute articles for the purpose of having them sold through the Website.

  c. Licensees, directly or indirectly, may not post, display, license, sell, or offer to sell any garments bearing the Designs or the Derivatives, through any online or offline store, other than the Website. Notwithstanding anything to the contrary, during the License Period, Licensees may post, display any garments bearing the Designs or Derivatives to promote or direct the sale of the garments on the Website.

  d. Defendant may not, directly or indirectly, cause, order, acquiesce, allow, license or involve, in any manner, any third party, including without limitation to vendors, agents, employees, contractors or subsidiaries, to produce, reproduce, display, post, offer to sell, or sell, any products bearing the Designs or the Derivatives, ~~that is not for~~unless it was per InterFocus' order for the Licensed use ~~the sale as garments through the Website to an individual person as an individual end-user customer~~.

  e. Defendant~~Licensees~~ may sell the garments bearing the Derivatives on the conditions that (1) Defendant notifies ("Notification") with ~~the name of the designer who modified and~~ the explanations as to which ~~parts~~ elements were modified~~, taken out, added in or re-arranged~~, and from where the inspiration of such modification came from, three weeks prior to posting on the Website (however, in case of simple changes of color or arrangement, no notice is required), (2) Defendant~~Licensees~~ may not add to the Derivative any element infringing upon a third party's copyrights and (3) Defendant may not modify the Designs in any manner infringing upon any third party's copyrights.

  f. Defendant at no time owns any rights or ownership including rights to license or assign, over the Designs or the Derivatives, besides the License.

  g. Plaintiff owns any and all rights for the Derivatives.

  h. In creating and using the Derivatives, InterFocus takes full responsibilities for avoiding any and all potential or actual infringement upon a third party's copyrights, and shall fully indemnify and hold harmless Neman from any claims, liabilities, or damages ("Third-Party Claims"), arising out of or related to InterFocus's use of the Derivatives, to the extent that the claims relate ~~only~~ to the modified or added elements of the Derivatives ~~and not to the original Designs on which the Derivatives were based~~, provided that Neman promptly notifies InterFocus of any Third-Party Claim and allows InterFocus to have ~~sole~~ reasonable control of the defense and/or settlement of such Third-Party Claim, about which InterFocus shall reasonably keep Neman informed on a constant basis and shall be subject to Neman's reasonable prior consent.

  i. InterFocus's duty to indemnify shall survive the termination of the License specified hereinbelow.

NB000145    CONFIDENTIAL

   j. While it may order its vendors to use the Designs or the Derivatives for InterFocus' Licensed use. ~~Defendant~~ InterFocus may not assign any part of the Licensed rights to any third party at any time, which shall automatically be deemed invalid and void.

   ~~i.~~k. For the Licensed use by InterFocus and its vendors for the Licensed use during the License Period, Neman may not seek any damages, relieves or claims against InterFocus and its vendors as well as their officers, staffs, employees, or agents.

  6. **Termination.** Neman may terminate the License for any breach of the terms or conditions, specified in Section 5 hereinabove by InterFocus. If Neman finds such a breach by InterFocus, Neman may give a termination notice to InterFocus, within thirty (30) days from which InterFocus may cure the breach and/or explain to resolve any misunderstanding if any, to Neman's reasonable satisfaction. Unless Neman is reasonably satisfied with InterFocus's explanation, the License shall automatically deemed terminated as of the Neman's notice date.

  7. **Expiration.** Upon the Expiration Date, the License shall automatically expire ("Expiration") unless the Parties agree to an extension or a renewal of the License by executing a written agreement signed by the Parties. Upon the Expiration or the Termination, Defendant shall immediately stop using the Designs and the Derivatives, or any media or means including without limitations to drawings, pictures or photographs showing or bearing the Designs or the Derivatives, in any manner including without limitation to posting, displaying, advertising, reproducing, selling or offering to sell any products including without limitation to garments or fabrics.

  8. **Mutual Releases.** The Parties, each on behalf of themselves and each of their agents, principals, officers, directors, employees, stockholders, parents, subsidiaries, affiliates, predecessors, successors, attorneys, insurers, representatives, heirs, or someone similarly situated, and assigns hereby release and forever discharge each other, and all of their respective agents, principals, officers, directors, employees, parents, subsidiaries, affiliates, predecessors, successors, attorneys, insurers, representatives, heirs and assigns ("Releasees") of and from any and all debts, demands, actions, causes of action, contracts, claims, suits, damages and liabilities of any kind whatsoever, in law or in equity, whether known or unknown, anticipated or unanticipated, and whether accrued or hereafter to accrue that they now have, may have, or could have from the beginning of time to the date of this Release against each other in connection with, arising out of or based in whole or in part on any action or omission of action or any facts or circumstances occurring or existing on or prior to the date hereof relating to the Action, excepting only claims for violations of the Agreement ("Released Claims"), to the extent it relates to the past sale of the garments through the Website on or before the Effective Date.

The Parties acknowledge that the Released Claims encompass claims that may not be known to or suspected by them at the time this Release is made. The Parties expressly agree to release such unknown and unsuspected claims, and except as otherwise stated in this Settlement Agreement, waive any and all rights they may have under any applicable statute.

*Section 1542 Acknowledgement.* Each Party to this Settlement Agreement acknowledges and affirms that he, she or it is familiar with Section 1542 of the California Civil Code, which provides that:

NB000146   CONFIDENTIAL

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Each Party knowingly and voluntarily waives the provisions of Section 1542 of the California Civil Code, as against each Party released hereby with regard to claims released hereby, and acknowledges and agrees that this waiver is an essential and material term of the settlement which led to this Settlement Agreement, and that without such waiver, the settlement reflected in this Settlement Agreement would not have been entered into. Each Party further acknowledges the significance and consequence of the release and the specific waiver of Section 1542 of the California Civil Code.



NB000147                                                                                         CONFIDENTIAL



6

**NB000148**                                                                                                   **CONFIDENTIAL**



7

**NB000149**                                                                                           **CONFIDENTIAL**