**EXHIBIT 39**



Navy Dress from the prior case

Accused Garment 1

Navy Dress from the prior case

Accused Garment 1




Navy Dress from the prior case

Accused Garment 1


