**EXHIBIT 40**

Baby Top from the prior case

Accused Garment 2



Baby Top from the prior case

Accused Garment 2





Baby Top from the prior case

Accused Garment 2


