**EXHIBIT 41**



**Chan Yong (JAKE) Jeong <jeong@jeonglikens.com>**

## Request For Extension of Time to Respond to Complaint

**Mark Lee** <mark.lee@rimonlaw.com>  Tue, Feb 2, 2021 at 9:01 AM
To: "jeong@jeonglikens.com" <jeong@jeonglikens.com>
Cc: Zheng Liu <zheng.liu@rimonlaw.com>

Dear Mr. Jeong:

My firm is n the process of being engaged to represent Interfocus, Inc. in connection with the complaint  entitled *Neman Brothers & Assoc., v. Interfocus, Inc*.,  Case No. 2:20-cv-CAS-JPR, that was recently served on it by your office.

In reviewing the Court's docket, I noted that the Court indicates that a response is due on February 5, 2021.  We write to request a two week extension of time to respond to the complaint so that we may complete the representation and have adequate time to investigate the complaint's

allegations.  With such an extension, a response would be due February 19, 2021.

Please advise if the requested extension of time to respond is granted at your earliest convenience.  If it is, we will forward a proposed stipulation.

Thank you,

Mark S. Lee

---

**Mark Lee** | Partner
**RIMÔN** LAW

+1 310-361-5776 | mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, California 90067
www.rimonlaw.com | See Our 32 International Offices | Read Our Insights
Follow us on **Twitter** | Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*