CHAN YONG JEONG, ESQ. (SBN 255244)
 jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>    Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**EVIDENTIARY OBJECTION TO DECLARATION OF MARK LEE**<br><br>Date: August 16, 2021<br>Time: 10 a.m. |

# **EVIDENTIARY OBJECTIONS**

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| 1. I am a lawyer admitted to practice before this Court, and am a partner at Rimon, P.C., counsel of record for Interfocus, Inc. d.b.a. www.patpat.com ("Interfocus") in this matter. I have personal knowledge of the following facts except where otherwise indicated based on my personal participation in the matters described, and if called upon as a witness, I could and would competently testify thereto. | | Sustained:____<br><br>Overruled:____ |
| 2. On June 4, 2021, I personally searched the Westlaw database of look for copyright infringement suits brought by Neman Brothers & Associates, Inc. The Westlaw database includes various kinds of information, including information on complaints filed in the Central District of California. An online search of this Court's Docket as recorded in the Westlaw database using the "Neman Brothers" and | irrelevant. | Sustained:____<br><br>Overruled:____ |

| | | |
|---|---|---|
| "copyright" search terms revealed 94 such complaints. A true and correct copy of the listing I printed out from my search is attached as Exhibit 1. | | |
| 3. After printing out Exhibit 1, I manually reviewed over 20 of the complaints, and briefly reviewed the dockets of proceedings in the actions initiated by those complaints. The complaints and actions I reviewed all involved copyright infringement suits brought by Neman Brothers, which identified itself as a California corporation, against retailers or other defendants who were alleged to have infringed Neman Brothers' copyrights in fabric designs for goods manufactured in China. The dockets of the actions I reviewed indicated that they were all settled on confidential terms. | irrelevant | Sustained: ____<br><br>Overruled: ____ |

    IT IS SO ORDERED.

    DATED:

                                          _____
                                          Honorable Judge Christina A. Snyder

**EVIDENTIARY OBJECTION TO DECLARATION OF MARK LEE**