# EXHIBIT 2





6





Home / Tobi / Dresses / Mini



Like   Comment   Share

Report

NS  Add your comment..

Send

peplumandhem
Updated a minute ago

TOBI black floral short sleeve open back dress

Tobi

$25  $68

SIZE  S   Size Chart

Make an Offer   Buy Now

Buy now with **PayPal**

Like and save for later   Share   Add To Bundle

TOBI black floral short sleeve dress
black background with pink purple and red flower print
open back with button closure
exposed gold zipper at waist
pleated skirt
fit and flare style
darts and waist back
sheer short sleeves
crew neck

Material: Poly
Size: Small
condition: preloved great condition

spring, summer, dress, garden, bridal shower, baby shower, wedding guest, casual, special occasion, open back dress, flower dress, floral dress,

CATEGORY

Women   Dresses   Mini

COLOR

Black   Pink

2





By using this site, you agree to our **Privacy Policy** and our **Terms of Use**. ✕


A Home Like No Other®

🚚 Tracking   ♡ Favorites   ↪ Sign In   🛒 Cart
Call Us at **800-457-7456**

| Free Shipping | Decorating Styles | New Arrivals | New Catalog | Gifts For Mom | Outdoor | Deals | Odds & Ends |

Home ▸ Chair Cushions and Covers ▸ Bella Rose Nonskid Floral Chair Cushion Set of 2





# Bella Rose Nonskid Floral Chair Cushion Set of 2

⭐⭐⭐⭐⭐ **16 Reviews** — ✎ Write a Review         #A770-001

*Save 10% when you buy 3 or more on select pieces from Bella Rose Collection!*

Bella Rose Chair Cushions Set of Two       From **$33.99** $50.00

**Color**

**Status**       Please make a selection to view status

**Quantity**       [ 1 ]

## You Might Also Consider

 **Bella Rose VersaTies Tailored Valance**

 **Dorset Chair Pad Cushion 18" Square**

 **Camille Oblong Tablecloth**

## Overview

The Bella Rose Floral Chair Cushion Set will add a decorative and comfortable accent to any of your sitting areas. Versatile, cotton duck/polyester chair cushions feature a beautiful, allover print of clusters of flowers in blue, chocolate, green, and red. Fill is polyester. Each is 15"sq.x3.5"H. Spot clean.

- Made in the USA
- **Set of 2 chair cushions (same color)**
- Specify set color: Red, Blue, Mint, or Wedgewood Blue
- Each chair cushion has a non-skid bottom
- Coordinates with the Bella Rose Window Valance (A771)

## Details +

## Reviews

**Review Summary**                                                 (Based on 16 Reviews)

⭐⭐⭐⭐⭐
Overall Rating: **5.0 / 5.0**
✎ Write a Review

### Reviews

⭐⭐⭐☆☆ **Bella Rose Floral Chair Cushions**
Sue from KS wrote on February 11, 2021
These are nice cushions, though they are not quite as large as the measurements indicate, close but not quite. We ordered the red, and they are pretty, and they look nice on black chairs.

⭐⭐⭐☆☆ **Chair Cushions**
Linda from PA wrote on December 03, 2020
I love the cushions. The print, fabric and craftsmanship are great. The only fault with these cushions is that they do not stay in place. The rubber backing isn't enough to keep them in place. The backing needs to be stronger. Maybe some ties.

⭐⭐⭐⭐⭐ **Excellent Experience**
Dean from NY wrote on April 29, 2020
Excellent, great item made very luxurious. Quick shipping. Great customer experience.

⭐⭐⭐⭐⭐ **Absolutely Beautiful**
Donna from MA wrote on February 15, 2019
These cushions are absolutely beautiful and are just as pictured and described. The sticky backing works wonderfully without the need for ties! I purchased the green and the color and pattern complement our casually Victorian dining room perfectly!