# EXHIBIT 2



CONFIDENTIAL

INTER000016



**CONFIDENTIAL**

INTER000017

| 商品操作记录 | | | ✕ |
|---|---|---|---|
| ⋮⋮⋮ 操作记录 | 状态变更日志 ▾ | | |

| 操作人 | 消息 | 时间 |
|---|---|---|
| wing.wu@patpat.com | [SKU状态变更]SKU(1728084301)与Patpat站关联关系由：＜未关联＞变更为＜已关联＞ | 2020-09-01 18:36:44 |
| wing.wu@patpat.com | [SKU状态变更]SKU(1728084302)与Patpat站关联关系由：＜未关联＞变更为＜已关联＞ | 2020-09-01 18:36:44 |
| wing.wu@patpat.com | [SKU状态变更]SKU(1728084303)与Patpat站关联关系由：＜未关联＞变更为＜已关联＞ | 2020-09-01 18:36:44 |
| wing.wu@patpat.com | [SKU状态变更]SKU(1728084304)与Patpat站关联关系由：＜未关联＞变更为＜已关联＞ | 2020-09-01 18:36:44 |
| wing.wu@patpat.com | [Patpat站][状态变更]商品状态由<草稿>变更为<上架> | 2020-09-01 18:36:44 |
| wing.wu@patpat.com | [状态变更]商品状态由<草稿>变更为<上架> | 2020-09-01 18:36:44 |
| anya.zhang@patpat.com | [状态变更]变更商品状态由：＜待编辑＞变更为＜已发布＞ | 2020-08-14 14:47:30 |
| anya.zhang@patpat.com | [状态变更]变更商品状态由：＜待认领＞变更为＜待编辑＞ | 2020-08-14 14:42:50 |

1

**CONFIDENTIAL**