# EXHIBIT 3

Case 2:20-cv-11181-CAS-JPR   Document 50-4   Filed 08/09/21   Page 1 of 4   Page ID #:1056

商品编码: 17141406/385561　发布状态: 已发布

编辑发布页

### 基础信息





颜色：(点击颜色查看SKU图片

蓝青

童装尺码：欧美码

| 12-18 Months | 18-24 |

| 3-4 Years | 4-5 Years |

商品操作记录　　　　　　　　　　　　　　　　　×

### ⅲ 操作记录　　　　状态变更日志 ▼

| 操作人 | 消息 | 时间 |
| --- | --- | --- |
| simon.yao@patpat.com | [patpat站点][状态变更]商品状态由<上架>变更为<下架> | 2019-07-22 16:24:28 |
| rui.zhan@patpat.com | [patpat站点][状态变更]商品状态由<草稿>变更为<上架> | 2019-01-31 15:15:34 |
| simeng.wang@patpat.com | [状态变更]变更商品状态由：<待编辑>变更为<已发布> | 2019-01-31 14:58:48 |
| simeng.wang@patpat.com | [状态变更]变更商品状态由：<待认领>变更为<待补充> | 2019-01-31 10:17:12 |

1

关闭



