RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>    Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**DEFENDANT INTERFOCUS INC.'S NOTICE OF ERRATA**<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Counterclaim Defendant. | |

DEFENDANT'S NOTICE OF ERRATA

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT on August 9, 2021, Defendant Interfocus, Inc. d.b.a. www.patpat.com inadvertently filed its Reply Declaration of Mark Lee in Support of Interfocus, Inc.'s Motion for: Summary Judgment [Dkt. 50-1] with an incorrect title.  The Correct title of the document should read Reply Declaration of Mark Lee and Weiwei Le in Support of Interfocus, Inc.'s Motion for: Summary Judgment. |

Dated:  August 10, 2021

RIMON, P.C.

By: /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants and Counterclaim Plaintiffs INTERFOCUS, INC. d.b.a. www.patpat.com

DEFENDANT'S NOTICE OF ERRATA