UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-11181-CAS(JPRx) | Date | August 9, 2021 |
|---|---|---|---|
| Title | *NEMAN BROTHERS AND ASSOCIATES, INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong | Mark Lee |

**Proceedings:** ZOOM STATUS CONFERENCE RE: SETTLEMENT

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The Court sets a Further Status Conference re: Settlement on **September 20, 2021** (changed In Chambers), at **11:00 A.M.**

|  | 00 | : | 03 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |