UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-11181-CAS(JPRx) | Date | August 23, 2021 |
|---|---|---|---|
| Title | *NEMAN BROTHERS AND ASSOCIATES, INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong | Mark Lee |
| | Zheng Liu |

**Proceedings:** ZOOM HEARING:

DEFENDANT/COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT; AND PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM (Filed 07/13/21)[35]

PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION (Filed 07/26/21)[41]

Hearing held by Zoom and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court orders the following:

- Further discovery cutoff, specific to the issues relating the above-referenced motions: October 25, 2021;

- Defendants shall file a Supplemental Brief, not to exceed 15 pages in length, no later than November 1, 2021;

- Plaintiff shall file a Reply, not to exceed 15 pages in length, no later than November 8, 2021;

- The hearing is continued to **November 22, 2021**, at **10:00 A.M.**

The Court further continues the Further Status Conference re: Settlement to **November 22, 2021**, at **10:00 A.M.**, to be heard simultaneously with the above-referenced motions.

|  | 00 | : | 30 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |