Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

Chan Yong Jeong (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Telephone: 213.688.2001
Facsimile: 213.315.5035

Attorneys for Plaintiff
NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPR<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by the parties, to provide experts a short period of time after fact discovery cutoff to prepare expert reports, subject to the approval of the Court, that the Scheduling Order in this matter [Dkt. 26], be amended as follows:

| Deadline | Current Dates | Stipulated Proposed Dates |
|---|---|---|
| Fact Discovery Cutoff | 11/30/2021 | 11/30/2021 |
| Exchange of Initial expert report | 9/30/2021 | 12/17/2021 |
| Exchange of Rebuttal expert report | 11/1/2021 | 1/07/2022 |
| Expert Discovery cutoff | 11/30/2021 | 1/24/2022 |
| Filing of Summary Judgement motion based on expert report | 12/30/2021 | 1/31/2022 |
| Last day to file motions | 1/10/2022 | 1/28/2022 |
| Conference of Counsel prior to filing Motion in Limine | 2/7/2022 | 2/28/2022 |
| Pretrial conference/Hearing on Motions in Limine | 3/14/2022 | 4/5/2022 |
| First Day of trial | 3/29/2022 | 4/19/2022 |

Dated: September 17, 2021

RIMON, P.C.

By: /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

Dated: September 17, 2021

JEONG & LIKENS, L.C.

By: /s/ Chan Yong Jeong
Chan Yong Jeong

Attorneys for Plaintiff
NEMAN BROTHERS & ASSOC., INC.

IT IS SO ORDERED this ___ day of September, 2021.

Christine A. Snyder
United States District Judge