**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRx<br><br>**ORDER RE JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by the parties, to provide experts a short period of time after fact discovery cutoff to prepare expert reports, subject to the approval of the Court, that the Scheduling Order in this matter [Dkt. 26], be amended as follows:

| Deadline | Current Dates | Stipulated Proposed Dates |
|---|---|---|
| Fact Discovery Cutoff | 11/30/2021 | 11/30/2021 |
| Exchange of Initial expert report | 9/30/2021 | 12/17/2021 |
| Exchange of Rebuttal expert report | 11/1/2021 | 1/07/2022 |
| Expert Discovery cutoff | 11/30/2021 | 1/24/2022 |
| Filing of Summary Judgement motion based on expert report | 12/30/2021 | 1/31/2022 |
| Last day to file motions | 1/10/2022 | 1/28/2022 |
| Conference of Counsel prior to filing Motion in Limine | 2/7/2022 | 2/28/2022 |
| Pretrial conference/Hearing on Motions in Limine | 3/14/2022 | 4/5/2022 |
| First Day of trial | 3/29/2022 | 4/19/2022 |

Dated:  September 17, 2021

*Christine A. Snyder*
Christine A. Snyder
United States District Judge