Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

Chan Yong Jeong (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, California 90004
Telephone: 213.688.2001
Facsimile: 213.315.5035

Attorneys for Plaintiff
NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**JOINT STIPULATION TO MODIFY SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

JOINT STIPULATION TO MODIFY SUPPLEMENTAL BRIEFING SCHEDULE

Plaintiff Neman Brothers & Assoc., Inc. ("Neman") and Defendant Interfocus Inc.("Interfocus,"), through their respective counsel, state the following:

1. Due to family medical reasons, Interfocus' Rule 30(b)(6) witness is not available on October 26, 2021, the previously agreed upon deposition date. This Rule 30(b)(6) deposition is now rescheduled to November 12, 2021.
2. Parties stipulate that Neman should have sufficient time after the Rule 30(b)(6) deposition to submit its reply brief relating to supplemental summary judgement briefing. Therefore, the date for Neman to file its reply brief should be extended to November 23, 2021, and Interfocus will bear the difference between the cost of normal transcript delivery and expediated transcript delivery by Neman's deposition vendor, if any.
3. The hearing is thus extended to December 6, 2021.
4. Parties stipulate that Neman may have up to and including November 30, 2021, to file a discovery motion relating exclusively to the Rule 30(b)(6) deposition.
5. All other dates remain the same.

Dated:  October 22, 2021                          RIMON, P.C.

                                                  By: /s/ Mark S. Lee
                                                      Mark S. Lee
                                                      Zheng Liu

                                                      Attorneys for Defendants
                                                      INTERFOCUS, INC. d.b.a.
                                                      www.patpat.com

| | | |
|---|---|---|
| 1 | Dated:  October 22, 2021 | JEONG & LIKENS, L.C. |
| 2 | | By: /s/ Chan Yong Jeong |
| 3 | | Chan Yong Jeong |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>NEMAN BROTHERS & ASSOC., INC. |