# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRx<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SUPPLEMENTAL BRIEFING SCHEDULE<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

The Court having reviewed the Joint Stipulation to Modify Supplemental Briefing Schedule,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The date for Neman to file its reply brief for supplemental summary judgement briefing should be extended to November 23, 2021, and Interfocus will bear the difference between the reasonable cost of normal transcript delivery and expediated transcript delivery by Neman's deposition vendor, if any.

2. The cross motions for summary judgment hearing and the Further Status Conference is continued to December 6, 2021, at 10:00 A.M.

3. Parties stipulate that Neman may have up to and including November 30, 2021, to file a discovery motion relating exclusively to the Rule 30(b)(6) deposition.

4. All other dates remain the same.

Dated: October 26, 2021

_____*Christina A. Snyder*_____
The Honorable Christina A. Snyder