RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S APPLICATION TO FILE UNDER SEAL DEPOSITION EXCERPTS DESIGNATED CONFIDENTIAL BY OPPOSING COUNSEL**<br><br>Date: December 6, 2021<br>Time:   10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

---

INTERFOCUS, INC.'S APPLICATION TO FILE UNDER SEAL DEPOSITION EXCERPTS DESIGNATED
CONFIDENTIAL BY OPPOSING COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, under Local Rule 79-5.2.2(a), Defendant and Counterclaim Plaintiff InterFocus Inc., d.b.a. www.patpat.com. ("InterFocus") respectfully applies to file under seal excerpts from the deposition of Yoel Neman that are attached as Exhibit 2 to the declaration of Mark S. Lee in support of InterFocus' supplemental brief in support of its Motion for Summary Judgment and in opposition to Plaintiff's Motion for Summary Judgment concurrently filed herewith. This application is made on the grounds that said testimony discusses business records Plaintiff designated as confidential pursuant to the Confidentiality Order this Court entered herein, as described at greater length in the concurrently filed Declaration of Mark S. Lee. A Proposed Order is also filed concurrently herewith.

Dated:  November 1, 2021

RIMON, P.C.

By: /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants and Counterclaim Plaintiffs
INTERFOCUS, INC. d.b.a. www.patpat.com