RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>　　　　Defendants.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>　　　　Counterclaim Defendant. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**DECLARATION OF MARK S. LEE IN FURTHER SUPPORT OF:**<br><br>1) **MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT AND DEFENDANT'S COUNTERCLAIM; AND**<br><br>2) **OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>3) **APPLICATION TO FILE UNDER SEAL**<br><br>Filed Concurrently with Supplemental Brief, Application to File Under Seal and Proposed] Order<br><br>Date: December 6, 2021<br>Time:　10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |

I, Mark S. Lee, declare:

1. I am a lawyer admitted to practice before this Court, and am a partner at Rimon, P.C., counsel of record for Interfocus, Inc. d.b.a. www.patpat.com ("Interfocus") in this matter. I have personal knowledge of the following facts except where otherwise indicated based on my personal participation in the matters described, and if called upon as a witness, I could and would competently testify thereto.

2. On October 20, 2021, I took the deposition of Yoel Neman. Attached as Exhibit 1 are excerpts from the deposition that truly and accurately describe certain questions I asked and certain answers Mr. Neman gave in that deposition, as well as certain exhibits I asked Mr. Neman about in those portions of Mr. Neman's deposition that are cited in InterFocus' concurrently filed supplemental brief. Those deposition excerpts and deposition exhibits are attached as Exhibit 1.

3. In that deposition, I also asked Mr. Neman other questions, and Mr. Neman gave other answers, on certain other subjects that are cited in the concurrently filed supplemental brief.  Opposing counsel designated the documents about which I questioned Mr. Neman, and Mr. Neman's answers in the deposition, confidential pursuant to the Confidentiality order entered in this action. In compliance with local rules, I discussed with opposing counsel whether it would be possible to redact certain information from the business records of Neman Brothers, Inc. about which I questioned Mr. Neman so they could be filed without sealing them. At plaintiff counsel's request we agreed redact certain supplier and price information from those documents so they could be filed without seal, and did so. Attached as Exhibit 3 are true and correct copies of those redacted deposition exhibits.

4. However, I did not believe it possible to redact the same information from Neman's deposition testimony on those related to those documents without significantly interfering with the coherence of that testimony.  Thus, Interfocus

2

applies to have certain excerpts from Mr. Neman's deposition filed under seal consistent with Plaintiff's designation of those subjects as confidential. True and correct copies of those deposition excerpts that we request be filed under seal for that reason are attached as Exhibit 2.  InterFocus is concurrently filing an application to have that testimony submitted as Exhibit 2 filed under seal. .

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this November 1, 2021, at Los Angeles, California.

                                            /s/ Mark S. Lee
                                            Mark S. Lee