# TRIAL EXHIBIT 2

## TO BE FILED UNDER SEAL