```
1                 UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3      ------------------------   x

4      NEMAN BROTHERS & ASSOC.,      :

5      INC., a California            :

6      Corporation,                  :

7              Plaintiff,            :   Case No.

8      v.                            :   2:20-cv-11181-CAS-JPR

9      INTERFOCUS, INC., d/b/a       :

10     www.patpat.com, a            :

11     Delaware Corporation; CAN     :

12     WANG, an individual, and      :

13     DOES 1-10, inclusive,         :

14             Defendants.           :

15     ------------------------   X

16

17            Remote Zoom Video Deposition of

18                      YOEL NEMAN

19             Wednesday, October 20, 2021

20             10:07 a.m. to 3:52 p.m. PST

21

22       Job No.: 405745

23       Pages: 1 - 136

24       Reported by: Melody Stephenson, BBA,

25       FCRR, CRR, CRC, RPR, RSA, MO CCR 406, IA CSR 974
```

1       Q   Did you have a management position?                    10:14:12

2       A   No position, just a shareholder and                    10:14:19

3   administrator.                                                  10:14:19

4       Q   Who was the other -- excuse me.  I                     10:14:26

5   apologize for interrupting.  Who were the other                10:14:27

6   shareholders of Neman Brothers when it was founded             10:14:29

7   in 1981?                                                       10:14:32

8       A   Leon and John Neman.                                   10:14:34

9       Q   Anyone else?                                           10:14:37

10      A   No.                                                    10:14:41

11      Q   Were Leon and John Neman your brothers?                10:14:43

12      A   That's right.                                          10:14:48

13      Q   Did your father have any position in the               10:14:49

14  company?                                                       10:14:52

15      A   No.                                                    10:14:53

16      Q   Do you know a Morae Neman?                             10:14:54

17      A   I know.  He's my cousin.                               10:15:03

18      Q   Has he ever had an ownership interest in               10:15:08

19  Neman Brothers?                                                10:15:12

20      A   No.                                                    10:15:13

21      Q   Has he ever worked at Neman Brothers?                  10:15:14

22      A   No.                                                    10:15:18

23      Q   Do you also know a Hertzel Neman?                      10:15:18

24      A   Yes.                                                   10:15:24

25      Q   How do you know him?                                   10:15:24

1    A   He's my cousin.                              10:15:27

2    Q   Has he ever had an ownership interest in     10:15:28

3  Neman Brothers?                                    10:15:33

4    A   No.                                          10:15:34

5    Q   Has he ever worked at Neman Brothers?        10:15:35

6    A   No.                                          10:15:38

7    Q   From the time Neman Brothers -- well,        10:15:39

8  strike that.                                       10:15:47

9        At some point after you formed the           10:15:48

10 company, did you become the president of Neman     10:15:54

11 Brothers?                                          10:16:00

12   A   No.  I -- I was never a president of the     10:16:00

13 company.                                           10:16:03

14   Q   Do you presently have a position at Neman    10:16:04

15 Brothers?                                          10:16:10

16   A   No, I don't.                                 10:16:10

17   Q   Okay.  So is that -- just so I'm clear,      10:16:11

18 then, from the time Neman Brothers was founded to  10:16:13

19 the present, you have never had a position as an    10:16:18

20 officer of Neman Brothers, is that correct?        10:16:21

21   A   I was administrator, one of the              10:16:23

22 administrators in the company.                     10:16:33

23   Q   Okay.  When did you start working as an      10:16:34

24 administrator at the company?                      10:16:39

25   A   I always was one of the administrators.      10:16:41

1    Q  Okay.  What were your duties as                    10:16:43

2    administrator at Neman Brothers?                       10:16:46

3    A  I -- I was in charge of purchasing.  I was          10:16:50

4    in charge of communication, went overseas.  I was     10:16:56

5    in charge of the design room.  I was in charge of      10:17:04

6    some sales, just --                                    10:17:11

7    Q  And -- oh, I'm sorry.  Are -- did you               10:17:19

8    finish your answer, sir?  I didn't mean to             10:17:21

9    interrupt.  Okay.  So you had those duties at          10:17:23

10   Neman Brothers as an administrator from 1981 to        10:17:30

11   the present?                                           10:17:34

12   A  Yes.                                                10:17:35

13   Q  Okay.  Sir, do you recall signing a                 10:17:36

14   declaration that was filed in this action?             10:17:40

15   A  Yes.                                                10:17:45

16   Q  Okay.  I'd like you to take a look at               10:17:47

17   that, please.                                          10:17:51

18       MR. LEE:  If the court reporter would              10:17:52

19   please pull up document number one.                    10:17:54

20       TECH:  Please stand by.  And I can give            10:17:57

21   you, Mr. Lee, remote control.                          10:18:09

22       MR. LEE:  Well, I'll tell you what,                10:18:13

23   right -- for right now -- well, how -- how do I        10:18:16

24   get remote control?  I don't want to hold up the       10:18:18

25   proceedings.                                           10:18:22

| | | |
|---|---|---|
| 1 | MR. LEE:  Before I do that, I'd like | 10:19:18 |
| 2 | Mr. Neman to say whether the signature that shows | 10:19:20 |
| 3 | on the screen is his signature. | 10:19:23 |
| 4 | THE WITNESS:  Yes. | 10:19:28 |
| 5 | MR. LEE:  All right.  Thank you.  Then by | 10:19:29 |
| 6 | all means, let's go back and look at the whole | 10:19:32 |
| 7 | document. | 10:19:35 |
| 8 | TECH:  I -- I can put the -- I can put the | 10:19:36 |
| 9 | exhibit in the chat, and they can download it and | 10:19:38 |
| 10 | have a copy. | 10:19:40 |
| 11 | MR. LEE:  Fine.  Please look it over and | 10:19:42 |
| 12 | then let me know when you're finished. | 10:19:44 |
| 13 | TECH:  I'm going to -- do you want me to | 10:19:55 |
| 14 | put it in the chat? | 10:19:56 |
| 15 | MR. JEONG:  Yes. | 10:19:57 |
| 16 | MR. LEE:  Yes. | 10:19:57 |
| 17 | TECH:  Okay.  Let me stop the share for a | 10:20:00 |
| 18 | minute. | 10:20:03 |
| 19 | MR. JEONG:  Mr. Neman, do -- do you | 10:20:13 |
| 20 | understand, Madam Reporter is going to upload it | 10:20:15 |
| 21 | in the chat room?  Can you go to the chat room and | 10:20:17 |
| 22 | download it?  One of the buttons at the bottom is | 10:20:19 |
| 23 | chat.  And you click it, and then you'll open the | 10:20:27 |
| 24 | window and wait for the file she uploads. | 10:20:29 |
| 25 | TECH:  Okay.  I just sent it.  Do you see | 10:20:36 |

1        MR. LEE:  I understand.

2        THE WITNESS:  Where's the three dots?  I

3   don't know.

4        VIDEOGRAPHER:  Do you need to go off the

5   record?

6        COURT REPORTER:  Yes, Christy, please.                10:22:07

7        VIDEOGRAPHER:  Going off the record.  The             10:22:07

8   time is 10:21 a.m.                                         10:22:09

9        (Off the record.)                                     10:22:15

10       VIDEOGRAPHER:  We are back on the record.             10:24:33

11   The time is 10:24 a.m. Pacific Time.                      10:24:48

12       MR. LEE:  Yes, and the -- the document has            10:24:54

13   just been made available to Mr. Neman and his            10:24:56

14   counsel.  I would like that document marked as           10:24:59

15   Deposition Exhibit 1, please.                            10:25:02

16       COURT REPORTER:  Merinda, have you got               10:26:55

17   Exhibit 1 marked so we can proceed?                      10:26:58

18       TECH:  Oh, I'm sorry.  Yes, I do.                    10:27:01

19       COURT REPORTER:  Thank you.                          10:27:27

20       THE WITNESS:  Okay.  So yeah.                        10:27:27

21    Q  (By Mr. Lee)  Do you recognize that                  10:27:30

22   document, sir?                                           10:27:31

23    A  Yes, I do.                                           10:27:32

24    Q  Is that the declaration that you signed             10:27:33

25   that was filed in this case?                             10:27:36

| | | |
|---|---|---|
| 1 | A   That's right. | 10:27:38 |
| 2 | Q   And you signed it under penalty of | 10:27:39 |
| 3 | perjury, did you not? | 10:27:44 |
| 4 | A   That's right. | 10:27:45 |
| 5 | Q   If you look at paragraph 2 of your | 10:27:48 |
| 6 | declaration -- | 10:27:51 |
| 7 | A   I'm sorry. | 10:27:52 |
| 8 | Q   It's on the page after the face page.  Do | 10:27:53 |
| 9 | you see that, sir? | 10:27:56 |
| 10 | A   Which are you -- come again, please.  I | 10:27:57 |
| 11 | didn't hear you. | 10:28:00 |
| 12 | Q   Certainly.  If you go to the very first | 10:28:00 |
| 13 | page, you'll see there's a caption and it says | 10:28:03 |
| 14 | declaration -- | 10:28:09 |
| 15 | A   If I go -- | 10:28:10 |
| 16 | Q   -- of Yoel Neman.  Do you see that?  Back | 10:28:11 |
| 17 | to the first page of the document. | 10:28:15 |
| 18 | A   First page? | 10:28:17 |
| 19 | Q   First page, yes. | 10:28:18 |
| 20 | A   Okay. | 10:28:24 |
| 21 | Q   All right.  Do you see that? | 10:28:24 |
| 22 | A   What does it say? | 10:28:26 |
| 23 | Q   It says declaration of Yoel Neman? | 10:28:29 |
| 24 | A   Right.  Right. | 10:28:33 |
| 25 | Q   Okay.  If you'll go, then, to the second | 10:28:34 |

| | | |
|---|---|---|
| 1 | page of the document? | 10:28:36 |
| 2 | A Mm-hmm. | 10:28:40 |
| 3 | Q At line -- between line 7 and 8, paragraph | 10:28:41 |
| 4 | 2 is designated. Do you see that? | 10:28:47 |
| 5 | A Yeah. Seven. Okay. | 10:28:49 |
| 6 | Q No -- yeah. It says I am the president of | 10:28:54 |
| 7 | Plaintiff Neman Brothers & Associates, Inc., | 10:28:57 |
| 8 | Plaintiff or Neman Brothers, period. Do you see | 10:29:00 |
| 9 | that, sir? | 10:29:03 |
| 10 | A Number -- oh, number 7 is unauthorized use | 10:29:04 |
| 11 | of -- | 10:29:07 |
| 12 | Q It's paragraph 2 and between lines 7 and | 10:29:07 |
| 13 | 8? | 10:29:11 |
| 14 | A (Inaudible.) | 10:29:13 |
| 15 | COURT REPORTER: I'm sorry, sir. I'm not | 10:29:13 |
| 16 | able to distinguish what you're saying, if you | 10:29:13 |
| 17 | could just read silently, please. | 10:29:13 |
| 18 | THE WITNESS: Okay. | 10:29:29 |
| 19 | Q (By Mr. Lee) Do you see that, sir? | 10:29:29 |
| 20 | A Yes, sir. | 10:29:30 |
| 21 | Q Okay. There it says, quote, I am the | 10:29:32 |
| 22 | president of Plaintiff Neman Brothers & | 10:29:35 |
| 23 | Associates, Inc., unquote. Do you see that? | 10:29:37 |
| 24 | A Yes. | 10:29:40 |
| 25 | Q Is that statement accurate? | 10:29:40 |

| | | |
|---|---|---|
| 1 | A   If it says that, yes, it's accurate. | 10:29:43 |
| 2 | Q   Okay.  So you are the president of Neman | 10:29:47 |
| 3 | Brothers & Associates? | 10:29:52 |
| 4 | A   Yes, I was. | 10:29:52 |
| 5 | Q   And before -- I'm sorry. | 10:29:57 |
| 6 | A   I was. | 10:29:57 |
| 7 | Q   Okay.  When were you the president of | 10:29:57 |
| 8 | Plaintiff Neman Brothers & Associates, Inc.? | 10:30:01 |
| 9 | A   I think up to maybe 15 years ago, 20 years | 10:30:03 |
| 10 | ago I was the president, possibly.  I can't | 10:30:13 |
| 11 | remember. | 10:30:20 |
| 12 | Q   At some point, 15 years ago or so, did -- | 10:30:20 |
| 13 | were you no longer the president of Neman | 10:30:24 |
| 14 | Brothers & Associates, Inc.? | 10:30:27 |
| 15 | A   No.  We were no longer -- none of -- none | 10:30:29 |
| 16 | of us were president. | 10:30:33 |
| 17 | Q   Did Neman Brothers & Associates, Inc., | 10:30:35 |
| 18 | have a president af- -- | 10:30:37 |
| 19 | A   Yes. | 10:30:40 |
| 20 | Q   -- after 15 years ago or so?  Yeah.  Who | 10:30:40 |
| 21 | was that president? | 10:30:44 |
| 22 | A   Mr. Jacob Nourani. | 10:30:45 |
| 23 | Q   How do you spell his last name, sir? | 10:30:49 |
| 24 | A   N-o-u-r- -- N-o -- Nou -- N-o-r -- | 10:30:52 |
| 25 | N-o-u-r-n-i. | 10:30:59 |

1    Q   All right.  About how many fabric designs          10:38:48

2   does Neman Brothers create per year?                    10:38:51

3    A   Hundreds.   Hundreds.                               10:38:55

4    Q   So would it be fair to say, then, that             10:39:14

5   more of the designs that Neman Brothers sells, it       10:39:20

6   creates than it purchases from other studios?           10:39:27

7    A   About -- about the same, about -- maybe a          10:39:36

8   little more, yes, we -- we create.  The designs         10:39:42

9   have many elements in them that we buy, and we          10:39:46

10  take those elements and mix them with other             10:39:55

11  elements and create different designs.                  10:39:57

12   Q   I see.  Okay.  Now, so about how often             10:40:01

13  does Neman Brothers register the designs it             10:40:20

14  purchases from others for copyright?                    10:40:28

15   A   Every month we have a group going out.             10:40:30

16   Q   And so if I understand you correctly, then         10:40:35

17  Neman Brothers files, like, what's called a group       10:40:44

18  copyright registration about every month?               10:40:46

19   A   Yes.                                               10:40:49

20   Q   All right.  Does a specific registration           10:40:50

21  typically include both fabric designs that Neman        10:41:00

22  Brothers purchased and fabric designs that Neman        10:41:05

23  Brothers created together in a group?                   10:41:07

24   A   Yes.                                               10:41:09

25   Q   Okay.  About how long after a fabric               10:41:09

1  document, sir?                                           11:58:38

2      A  Yes.                                              11:58:39

3      Q  Do you recognize this as part of the web         11:58:39

4  page you just viewed from the Neman Brothers'            11:58:45

5  website?                                                 11:58:47

6      A  Yes.                                              11:58:48

7      Q  And this is a larger or a blowup of the la       11:58:49

8  vie en rose organization of designs, is that            11:58:56

9  correct, sir?                                            11:58:58

10     A  Yes.                                              11:58:59

11     Q  Looking at this exhibit, can you tell if         11:59:00

12 the flowers that are depicted on the fabric             11:59:03

13 patterns shown on this exhibit are roses?               11:59:09

14     A  I cannot say.                                     11:59:52

15     Q  Okay.                                             12:00:38

16     MR. LEE:  All right.  Please show the

17 witness document number 11 which I'd ask the court

18 reporter to mark as Deposition Exhibit 10.

19     TECH:  Please stand -- please stand by.  I

20 just want to confirm.  That's document number 9?

21     MR. LEE:  No.  It's document number 11.              12:00:50

22     TECH:  11.  Exhibit Number 10 is on the             12:00:50

23 screen.                                                  12:00:53

24     MR. LEE:  Very good.  And that's a                  12:00:54

25 multi-page document, a two-page document, I should      12:00:56

1    indicated this was one of the fabric designs which          13:10:23

2    Neman Brothers alleges --          13:10:28

3         A   Yes.          13:10:32

4         Q   -- Interfocus infringed in this action?          13:10:33

5         A   Yes.          13:10:39

6         Q   Do you recall the -- the NB number that we          13:10:39

7    assigned that -- that Neman Brothers assigned to          13:10:42

8    this design?          13:10:44

9         A   Yes.          13:10:44

10        Q   And that was NB161106?          13:10:45

11        A   Yes.          13:10:51

12        Q   Okay.  Now, I apologize if I asked you          13:10:51

13   this before, but I couldn't remember.  Was this          13:10:53

14   design one that Neman Brothers created itself or          13:10:57

15   one that it purchased?          13:11:01

16        A   It purchased.          13:11:03

17        Q   From whom did Neman Brothers purchase this          13:11:04

18   design?          13:11:08

19        A   From a studio called, I think, Francis          13:11:09

20   (sic) from Italy.          13:11:17

21        Q   Okay.  Is -- is the name of the studio          13:11:19

22   Francesco Ortenzi Design?          13:11:25

23        A   Yes.          13:11:25

24        Q   Okay.  When did Neman Brothers purchase          13:11:27

25   this design from Francesco Ortenzi Design?          13:11:31

| | | |
|---|---|---|
| 1 | A  2002. | 13:11:37 |
| 2 | Q  Okay.  Is there a written agreement | 13:11:39 |
| 3 | between Neman Brothers and Francesco Ortenzi | 13:11:44 |
| 4 | Design concerning the purchase of this design? | 13:11:49 |
| 5 | A  We don't have the invoice.  We -- we | 13:11:53 |
| 6 | have -- my girls have misplaced the invoice that | 13:11:59 |
| 7 | we purchased. | 13:12:04 |
| 8 | Q  Okay.  So if I understand you correctly, | 13:12:05 |
| 9 | at this point, you do not have the invoice by | 13:12:09 |
| 10 | which Neman Brothers purchased the Frances- -- | 13:12:12 |
| 11 | France- -- the design shown in Exhibit 10? | 13:12:21 |
| 12 | A  We don't. | 13:12:23 |
| 13 | Q  How do you know that there was an invoice? | 13:12:24 |
| 14 | A  Whatever we buy, we pay.  And there was -- | 13:12:32 |
| 15 | it has an invoice and assignment. | 13:12:38 |
| 16 | Q  Okay.  So you're basing it -- your -- your | 13:12:41 |
| 17 | testimony on Neman Brothers' usual practice in -- | 13:12:45 |
| 18 | in purchasing designs? | 13:12:50 |
| 19 | A  Yes. | 13:12:52 |
| 20 | Q  Okay. | 13:12:52 |
| 21 | A  We bought three designs from this studio. | 13:12:57 |
| 22 | So -- | 13:13:01 |
| 23 | Q  What were the other two designs you bought | 13:13:01 |
| 24 | from Francesco Ortenzi Design in 2002? | 13:13:04 |
| 25 | A  We can -- my attorney can send to you. | 13:13:09 |

1      Q   Okay.  If you don't have the invoice, what          13:13:11

2   makes you think that Neman Brothers purchased the          13:13:16

3   design shown in Exhibit 10 in 2002?                        13:13:21

4      A   These Italian or any studio make artwork            13:13:25

5   for us for sale.  And unless we pay, they would            13:13:34

6   not give it to us.                                         13:13:38

7      Q   Right.  So if I understand you correctly,           13:13:40

8   then, that evidences the fact that Neman Brothers          13:13:44

9   purchased it.  But why do you think it purchased           13:13:48

10   it in 2000?                                               13:13:54

11      A   2002.  We have -- we have numbered it              13:13:58

12   at -- at the time we bought it.                           13:14:09

13      Q   Okay.  What number did you assign to it            13:14:12

14   when you bought it that gave it the number 2002?          13:14:15

15      A   I think we have given you this in that --          13:14:19

16   our exhibits.  I gave it a number.  If you want, I        13:14:26

17   can go and bring the number from the studio.              13:14:31

18      Q   No, you don't need to do that right now.           13:14:34

19          MR. LEE:  If the reporter would please             13:14:45

20   post for the witness document number 13, which            13:14:48

21   I'll ask her to mark as Exhibit 11.                       13:15:01

22          TECH:  Please stand by.                            13:15:05

23          MR. JEONG:  Please, also, put it on the            13:15:11

24   chat room, please.                                        13:15:18

25          TECH:  It's in the chat.                           13:15:20

1    chance to look at Exhibit 11?                          13:19:26

2        A   Yes.                                           13:19:29

3        Q   Do you recognize the images shown in that      13:19:31

4    exhibit, sir?                                          13:19:37

5        A   Yes, I do.                                     13:19:39

6        Q   What are those images?                         13:19:40

7        A   Floral artwork.                                13:19:42

8        Q   Are those floral artwork images the same       13:19:48

9    images that are the subject of the -- Exhibit 10?      13:19:56

10       A   Yes.                                           13:20:02

11       Q   All right.  And can you see the language       13:20:03

12   on there -- well, it's shown sideways.  But in         13:20:07

13   what is the lower left-hand corner of this, you        13:20:13

14   see the -- there's a label.  Can you read what it      13:20:15

15   says?  Maybe we can get that a little closer.          13:20:19

16       A   Francesco -- a studio name.  Francesco --      13:20:22

17   Fran- -- Francesco something.  Francesco Ortenzi?      13:20:34

18       Q   Yes.                                           13:20:46

19       A   Yeah.                                          13:20:46

20       Q   Is that the studio from whom you indicated     13:20:47

21   before Neman Brothers purchased the design that is     13:20:50

22   shown in Exhibit 10 to the deposition?                 13:20:57

23       A   Yes.                                           13:21:01

24       Q   And this is the one you indicated was          13:21:02

25   purchased in 2002?                                     13:21:07

| | | |
|---|---|---|
| 1 | A   That's right. | 13:21:10 |
| 2 | Q   Okay.  But if I understood you correctly, | 13:21:10 |
| 3 | you don't have the written invoice that would | 13:21:32 |
| 4 | reflect that purchase, is that correct? | 13:21:34 |
| 5 | A   Yes. | 13:21:36 |
| 6 | MR. LEE:  All right.  Please next show the | 13:21:37 |
| 7 | witness the document that has been marked | 13:21:50 |
| 8 | exhibit -- it's not exhibit -- strike that. | 13:21:59 |
| 9 | Document 12 which I would now like to have marked | 13:22:02 |
| 10 | as Exhibit 12. | 13:22:05 |
| 11 | TECH:  Please stand by.  Exhibit 12 is on | 13:22:12 |
| 12 | the screen. | 13:22:56 |
| 13 | MR. LEE:  All right.  Thank you. | 13:22:57 |
| 14 | Q   (By Mr. Lee)  And, Mr. Neman, please take | 13:22:58 |
| 15 | a look.  And I note that it's a two-page -- well, | 13:23:03 |
| 16 | a two-page document.  And please look at both | 13:23:08 |
| 17 | pages. | 13:23:10 |
| 18 | All right.  Have you had a chance to look | 13:23:14 |
| 19 | at that, sir? | 13:23:15 |
| 20 | A   Yes. | 13:23:16 |
| 21 | Q   Do you recognize Exhibit 12? | 13:23:16 |
| 22 | A   Yes. | 13:23:20 |
| 23 | Q   What is Exhibit 12? | 13:23:21 |
| 24 | A   It's an invoice from a studio called | 13:23:24 |
| 25 | Robert Vermet. | 13:23:28 |

1   Q  All right.  And are you familiar with the          13:33:55

2   C&P Vina Co., Limited, in Vietnam?                     13:34:13

3   A  I don't know anything about C&P.                    13:34:14

4   Q  Okay.  So once your supplier sends that --          13:34:16

5   that fabric to the company in Vietnam, you don't       13:34:23

6   have any idea what that company does with it, is       13:34:27

7   that correct?                                          13:34:30

8   A  No, I don't.                                        13:34:30

9   Q  All right.  Now, I notice here that the             13:34:32

10  images in the lower right-hand portion of the          13:34:38

11  first page of this exhibit show the Design Number      13:34:40

12  1 and several different -- with several different      13:34:46

13  background colors.  Do you see that?                   13:34:50

14  A  Yes.                                                13:34:52

15  Q  And is that because Neman Brothers offered          13:34:53

16  that fabric design in several different colors?        13:34:59

17  A  Yes.                                                13:35:03

18  Q  All right.  And your customer, whoever              13:35:03

19  that was, asked for it in several different            13:35:06

20  colors, is that also correct?                          13:35:09

21  A  Yes.                                                13:35:10

22  Q  All right.  And then so -- and by just              13:35:10

23  different colors, of course, I mean both the           13:35:22

24  background colors are different, are -- are they       13:35:25

25  not?                                                   13:35:28

| | | |
|---|---|---|
| 1 | a box in the upper left designated 1.  Style | 13:45:25 |
| 2 | number.  Do you see that? | 13:45:32 |
| 3 |     A  Yes. | 13:45:33 |
| 4 |     Q  And it's style number 1269-20355? | 13:45:34 |
| 5 |     A  Yes. | 13:45:34 |
| 6 |     Q  Do you recognize that style designation? | 13:45:42 |
| 7 |     A  I don't. | 13:45:44 |
| 8 |     Q  Okay.  Is that a style designation that | 13:45:45 |
| 9 | Neman Brothers uses? | 13:45:47 |
| 10 |     A  Yes. | 13:45:48 |
| 11 |     Q  Okay.  But you don't recognize which | 13:45:48 |
| 12 | designation it is at the moment, is that right? | 13:45:56 |
| 13 |     A  I know the 1269 is chiffon, hi multi | 13:45:58 |
| 14 | chiffon, but I don't remember 20355. | 13:46:08 |
| 15 |     Q  Okay.  All right.  That -- that's -- those | 13:46:12 |
| 16 | are all my questions for that document. | 13:46:13 |
| 17 |     MR. LEE:  If you would, please, show the | 13:46:16 |
| 18 | witness document number 19 which should be | 13:46:18 |
| 19 | designated as this deposition's Exhibit Number 17. | 13:46:27 |
| 20 |     TECH:  Please stand by.  It's on the | 13:47:22 |
| 21 | screen. | 13:47:24 |
| 22 |     Q  (By Mr. Lee)  Mr. Neman, will you please | 13:47:24 |
| 23 | look at Exhibit 17 which consists of three pages? | 13:47:26 |
| 24 | Have you had a chance to look at that, sir? | 13:48:34 |
| 25 |     A  Yes. | 13:48:35 |

1    Q   And do you recognize this document?                    13:48:36

2    A   Yes.                                                    13:48:38

3    Q   What is that document?                                 13:48:38

4    A   It's a copyright registration.                         13:48:40

5    Q   And is that a copyright registration                   13:48:43

6  for -- well, is it a group registration?                     13:48:48

7    A   Yes.                                                    13:48:50

8    Q   And among the group is what has been                   13:48:50

9  designated Design Number 1?                                  13:48:57

10    A   161106 possibly.  I don't remember                    13:49:01

11  numbers.  But this 161106, if that is the one,              13:49:08

12  yes.                                                        13:49:14

13    Q   All right.  And that's -- that's the                  13:49:14

14  design, I believe you testified before, Neman              13:49:19

15  Brothers purchased from the Italian studio, is             13:49:22

16  that correct?                                               13:49:26

17    A   Yes.                                                  13:49:26

18    Q   And the one for which you can't find the             13:49:27

19  invoice right now?                                          13:49:31

20    A   Right.                                                13:49:32

21    Q   Do you know how many others of the designs           13:49:33

22  shown on this copyright registration were designs          13:49:35

23  that Neman Brothers purchased?                              13:49:41

24    A   All of them.                                          13:49:44

25    Q   Okay.                                                 13:49:45

1    A   I mean, I don't know but either we bought          13:49:47

2  or we -- we did it through pull outs of the design       13:49:51

3  that we buy.                                             13:50:01

4    Q   All right.                                         13:50:02

5    A   I know some of them are -- the one that            13:50:03

6  says X, I think it's a version of the original           13:50:05

7  design.                                                  13:50:08

8    Q   Ah.  So if there's an X designation after         13:50:09

9  the number, that would mean that it was a -- a           13:50:14

10 second version or a sixth version or whatever            13:50:17

11 version the number might be following of a design        13:50:20

12 that Neman Brothers had registered before?               13:50:23

13   A   Right.                                             13:50:25

14   Q   Okay.  And some of them were purchased by          13:50:26

15 Neman Brothers, is that correct?                         13:50:32

16   A   Yes.                                               13:50:33

17   Q   And some of them were created by Neman             13:50:34

18 Brothers itself, is that also correct?                   13:50:39

19   A   Yes.                                               13:50:41

20   Q   All right.  Now, I see the one that's              13:50:41

21 circled in red at the bottom, NB161106, does not         13:50:49

22 have an X after it?                                       13:50:57

23   A   Right.                                             13:50:58

24   Q   Does that indicate that that was an                13:50:59

25 original style that was registered at that time?         13:51:06

| | | |
|---|---|---|
| 1 | A  Yes. | 13:51:08 |
| 2 | Q  But the num- -- NB number showing the | 13:51:08 |
| 3 | content -- on the content title column, when it | 13:51:34 |
| 4 | had an X with a number after it, that indicated | 13:51:36 |
| 5 | the previous versions had also been registered, is | 13:51:40 |
| 6 | that correct? | 13:51:43 |
| 7 | A  Yes. | 13:51:43 |
| 8 | Q  All right.  Now, if I could have you | 13:51:44 |
| 9 | scroll -- if we could scroll down through this | 13:52:04 |
| 10 | document for a bit.  I see the registrant.  The | 13:52:06 |
| 11 | registration states that the author is Neman | 13:52:11 |
| 12 | Brothers & Associates, is that right? | 13:52:13 |
| 13 | A  Yes. | 13:52:14 |
| 14 | Q  All right.  All right.  And as I scroll | 13:52:15 |
| 15 | down further, I saw your name, I believe. | 13:52:23 |
| 16 | Let's -- let's see if we can find that again. | 13:52:25 |
| 17 | There we go.  Organization name and then your name | 13:52:28 |
| 18 | under organization and also under certification. | 13:52:34 |
| 19 | Do you see that? | 13:52:38 |
| 20 | A  Yes. | 13:52:38 |
| 21 | Q  Does that indicate that you signed this | 13:52:39 |
| 22 | document? | 13:52:41 |
| 23 | A  Yes. | 13:52:42 |
| 24 | Q  All right.  And when you signed it, you | 13:52:43 |
| 25 | knew everything you just testified to about the | 13:52:46 |

| | | |
|---|---|---|
| 1 | different -- let's go back up to the top.  You | 13:52:50 |
| 2 | know everything about the fact that some of the | 13:52:55 |
| 3 | designs shown here had been purchased, is that | 13:52:56 |
| 4 | right? | 13:53:02 |
| 5 | A  One way or another, yes, purchased or -- | 13:53:02 |
| 6 | Q  Or created by Neman Brothers in some | 13:53:09 |
| 7 | instances? | 13:53:12 |
| 8 | A  From those designs, original designs. | 13:53:13 |
| 9 | Q  Right. | 13:53:17 |
| 10 | A  Was made smaller bigger or whatever. | 13:53:17 |
| 11 | Q  Right.  And -- and some of them were later | 13:53:20 |
| 12 | versions of earlier designs, is that correct, | 13:53:24 |
| 13 | also?  Did -- did you hear my question, sir? | 13:53:48 |
| 14 | A  Yes. | 13:53:51 |
| 15 | Q  Okay.  Sorry.  I didn't mean to interrupt. | 13:53:52 |
| 16 | COURT REPORTER:  Mr. Neman, I don't | 13:54:06 |
| 17 | believe we got your answer. | 13:54:12 |
| 18 | A  I thought I said yes. | 13:54:13 |
| 19 | Q  (By Mr. Lee)  Oh, I -- okay. | 13:54:17 |
| 20 | MR. LEE:  Okay.  Please show the witness | 13:54:20 |
| 21 | again Deposition Exhibit 10. | 13:54:22 |
| 22 | TECH:  Please stand by.  Sharing Exhibit | 13:54:37 |
| 23 | 10 on the screen. | 13:54:50 |
| 24 | Q  (By Mr. Lee)  And let's -- Mr. Neman, you | 13:54:52 |
| 25 | recognize Exhibit 10 as a document we talked about | 13:54:55 |

1  earlier in the deposition?                           13:54:58

2      A  Yes.                                           13:54:59

3      Q  Please let's focus again on the second        13:54:59

4  page of that exhibit.                                 13:55:02

5      MR. LEE:  And I'd like Mr. Neman to be            13:55:04

6  able to see the text in the upper left-hand           13:55:05

7  portion, also a significant portion of the actual     13:55:09

8  sample.                                               13:55:12

9      Q  (By Mr. Lee)  Okay.  And can you see that,     13:55:18

10 sir?                                                  13:55:19

11     A  Yes.                                           13:55:21

12     Q  Do you see the -- the number there in the      13:55:22

13 upper left NB161106?                                  13:55:25

14     A  Yes.                                           13:55:30

15     Q  And do you recall that is also one of the      13:55:30

16 designs that was registered for copyright as shown    13:55:34

17 in the document you were -- that you just looked      13:55:37

18 at which is Deposition Exhibit 17?                     13:55:40

19     A  Yes.                                           13:55:43

20     Q  All right.  Now, let me ask this.  What --     13:55:43

21 let's -- let's -- I'm not focused on the text now.    13:55:49

22 Let's scroll up so he can see the design better.      13:55:54

23 What elements of this design does Neman Brothers      13:55:58

24 claim is protected by copyright?                       13:56:05

25     A  The whole design.                             13:56:09

1    Q   Excuse me?                                    13:56:12

2    A   The whole design.                             13:56:13

3    Q   Okay.  But what about the color?              13:56:14

4    A   No, the color is not copyrighted.             13:56:16

5    Q   Okay.  So the -- if -- so the background      13:56:21

6  color would not be protected by copyright, is that  13:56:26

7  correct?                                            13:56:29

8    A   No.  The color is not copyrighted, only       13:56:29

9  the motifs.                                         13:56:32

10   Q   All right.  And so would -- so would the      13:56:34

11 same be true if the background color is not         13:56:36

12 protected by copyright, would the color of the      13:56:39

13 flowers themselves be protected by copyright?       13:56:42

14     MR. JEONG:  Objection.  Legal conclusion.       13:56:46

15   Q   (By Mr. Lee)  All right.  You can answer,      13:56:46

16 sir.                                                13:56:46

17     MR. JEONG:  Not made law.                       13:56:49

18   A   Color is not registered.                      13:56:49

19   Q   (By Mr. Lee)  Okay.  So if the color's not    13:56:51

20 protected in -- in your view, what would be         13:56:54

21 protected?  Is it the shape of the flowers and the  13:56:58

22 placement of the flowers in the design?             13:57:01

23   A   Yes.                                          13:57:03

24   Q   Okay.  All right.  Thank you.  Please show    13:57:04

25 the witness document number -- just a moment.       13:57:17

1    do it.                                          14:05:09

2        Q   All right.  Would you please take a look   14:05:10

3    at the document -- I believe it's document number  14:05:19

4    21, which I'll ask the court reporter to show you  14:05:27

5    and mark as Deposition Exhibit 19.              14:05:32

6        MR. JEONG:  Also, before we move on, can     14:05:35

7    we take a short break?                          14:05:37

8        MR. LEE:  Oh, yeah.  Why don't we just      14:05:40

9    take the break now, and we'll start up with this  14:05:42

10   document after?                                 14:05:45

11       MR. JEONG:  Okay.  Thank you.               14:05:46

12       VIDEOGRAPHER:  Going off the record.  The   14:05:46

13   time is 2:05 p.m. Pacific Time.                 14:05:47

14       (Off the record.)                           14:05:52

15       VIDEOGRAPHER:  We're back on the record.    14:27:41

16   The time is 2:27 p.m. Pacific Time.             14:27:49

17       Q   (By Mr. Lee)  All right.  Mr. Neman, do  14:27:53

18   you see on the right-hand portion of your screen  14:27:56

19   the portion of Exhibit 18 we just talked about?  14:28:01

20       A   Yes.                                    14:28:04

21       Q   And do you see there where it's got the  14:28:05

22   Neman Brothers' numbers there NB170268?  Do you  14:28:09

23   see that?                                       14:28:14

24       A   Yes.                                    14:28:14

25       Q   And that designates what we're calling  14:28:15

| | | |
|---|---|---|
| 1 | Design 2 in this deposition, correct? | 14:28:18 |
| 2 | A  Yes. | 14:28:21 |
| 3 | Q  All right.  Now, please look at the | 14:28:21 |
| 4 | document marked Exhibit 19 on the left-hand | 14:28:24 |
| 5 | portion of the page. | 14:28:27 |
| 6 | MR. LEE:  And if you could, let the | 14:28:28 |
| 7 | witness see the whole document, please.  I see a | 14:28:30 |
| 8 | little bit is cut off at the top.  There we go. | 14:28:33 |
| 9 | Almost.  All right.  We don't even need 18 | 14:28:37 |
| 10 | anymore, if that makes things easier for | 14:28:41 |
| 11 | everybody. | 14:28:44 |
| 12 | Q  (By Mr. Lee)  Mr. Neman, do you recognize | 14:28:45 |
| 13 | Exhibit 19? | 14:28:48 |
| 14 | A  Yes. | 14:28:49 |
| 15 | Q  What is that? | 14:28:50 |
| 16 | A  This -- Mr. Audelio Lara scanned this into | 14:28:54 |
| 17 | computer. | 14:29:10 |
| 18 | Q  You say scanned this.  Scanned what? | 14:29:10 |
| 19 | A  Scanned this page, scanned inventory | 14:29:12 |
| 20 | image. | 14:29:16 |
| 21 | Q  Okay.  And do you know what that inventory | 14:29:16 |
| 22 | image is? | 14:29:19 |
| 23 | A  No, I don't. | 14:29:20 |
| 24 | Q  Okay.  Do you see the line there where it | 14:29:22 |
| 25 | says revision history for PATT-20419+PATTERN?  Do | 14:29:28 |

1    A  Yes.  Go ahead.                                    14:53:47

2    Q  Okay.  Sir, do you recognize this as an           14:53:48

3  exhibit that was attached to the declaration that      14:53:53

4  was filed on your behalf in July of this year in       14:53:56

5  this action?                                           14:54:00

6    A  Yes.                                               14:54:02

7    Q  And what is this document?                         14:54:03

8    A  It's a certificate of registration                14:54:08

9  copyright.                                             14:54:12

10    Q  All right.  And is this a copyright              14:54:13

11  registration that was filed by Neman Brothers?        14:54:17

12    A  Yes.                                              14:54:21

13    Q  Okay.  And was -- was it filed by Neman          14:54:22

14  Brothers on or about the date it says?                14:54:26

15    A  It was filed -- I don't know.  We got one        14:54:32

16  granted March 5th, 2017.                              14:54:36

17    Q  Thank you.  Is this another group               14:54:41

18  registration?                                         14:54:46

19    A  Yes.                                              14:54:47

20    Q  Would this registration include works that      14:54:47

21  Neman Brothers created and also works that Neman      14:54:52

22  Brothers purchased from other studios?                14:54:56

23    A  Yes.                                              14:54:59

24    Q  Do you know which of the work shown here        14:54:59

25  were purchased from other studios and which were      14:55:04

1    created by Neman Brothers?                              14:55:07

2        A  I don't know.                                    14:55:09

3        Q  Okay.  But that would be reflected in            14:55:11

4    Neman Brothers' records?                                14:55:15

5        A  Yes.                                             14:55:17

6        Q  And that would've -- and that would've           14:55:18

7    been the case when this registration was filed?         14:55:21

8        A  I don't understand.                              14:55:25

9        Q  Oh.  In other words, the fact that some of       14:55:28

10   the work shown here were purchased by Neman             14:55:31

11   Brothers and some were created, would that have         14:55:36

12   been in Neman Brothers' records when this               14:55:40

13   copyright registration was filed?                       14:55:43

14       A  Yes.                                             14:55:45

15       Q  And that would've been known to you when         14:55:45

16   this registration was filed?                            14:55:48

17       A  I -- I think so.  I'm not sure.                  14:55:51

18       Q  If you would, please, look at the fourth        14:55:55

19   page of this document.  It says page four of five       14:56:13

20   in the lower right-hand corner.  And in the lower       14:56:20

21   left, it says NB00093.  Do you see that, sir?           14:56:23

22       A  No.  Where is -- can you highlight,              14:56:32

23   please?                                                 14:56:35

24       Q  Well, yeah.  Right now, I'm just asking          14:56:36

25   you if you're at the page.  It's the page NB00093       14:56:39

1   and it's also page 4 of 5 of this exhibit to your          14:56:44

2   declaration.  Do you see that?  I just want to             14:56:50

3   make sure we're on the same page.                          14:56:53

4        A  Yes, I can see that.                                14:56:54

5        Q  Okay.  Now, here there's a listing of the          14:56:56

6   various individual designs.  It is apparently in           14:57:00

7   almost sequential order, one of them being                 14:57:05

8   NB170268.  Do you see that?                                14:57:13

9        A  Okay.                                               14:57:14

10       Q  Do you recognize that as the Neman                  14:57:15

11  Brothers or a Neman Brothers' designation for what         14:57:19

12  we're calling Design 2 in this deposition?                 14:57:22

13       A  Yes.                                                14:57:25

14       Q  So this indicates that Design 2 was one of         14:57:26

15  the designs that was registered for copyright in           14:57:29

16  this group registration, is that correct?                  14:57:36

17       A  Yes.                                                14:57:41

18       Q  All right.  I see here a number of -- of           14:57:41

19  these Neman Brothers' numbers are sequential.              14:57:53

20  Does that indicate to you that the ones that are           14:57:58

21  in sequential order were all created by Neman              14:58:00

22  Brothers, or can you not draw that conclusion from         14:58:04

23  that fact?                                                 14:58:06

24       A  I can't.  Without looking at them, I               14:58:07

25  can't.                                                     14:58:11

1      Q   Okay.  So some of those might've been       14:58:11

2  purchased and some of them might be created or      14:58:14

3  something else, is that correct?                    14:58:17

4      A   That's right.                               14:58:19

5      Q   All right.  Now, the ones that were         14:58:20

6  created you already indicated were created by       14:58:24

7  people who worked in Neman Brothers' design team,   14:58:26

8  were those people all full-time employees of Neman  14:58:35

9  Brothers?                                           14:58:39

10     A   Yes.                                        14:58:39

11     Q   And were they W2 employees?                 14:58:39

12     A   Yes.                                        14:58:43

13     Q   Okay.  And then, Neman Brothers withheld    14:58:43

14 taxes and whatever for those employees?             14:58:50

15     A   Yes.                                        14:58:51

16     Q   Did they have employment agreements?        14:58:52

17     A   Yes.                                        14:58:55

18     Q   And those agreements were in writing?       14:58:56

19     A   Yes.                                        14:59:00

20     Q   Did those written agreements indicate       14:59:00

21 anything about who would own designs that they      14:59:03

22 created while they worked at Neman Brothers?         14:59:07

23     A   No.                                         14:59:09

24     Q   Okay.  If you'd go to the next page of      14:59:10

25 this exhibit, do you see your name towards the end  14:59:19

1   of this document, sir?                                    14:59:30

2       A  Yes, I do.                                         14:59:31

3       Q  Okay.  Does that mean you effectively              14:59:32

4   signed this registration?                                 14:59:35

5       A  Yes.                                               14:59:36

6       Q  Okay.  Now, I notice that the number of            14:59:36

7   artworks that were registered with this exhibit           14:59:43

8   was a lot bigger than the number registered with          14:59:51

9   the first copyright registration we talked about          14:59:56

10  earlier today.  Do you know why that is?                  14:59:59

11      A  I don't.                                           15:00:01

12      Q  Okay.  And I notice there on the first             15:00:02

13  page, again, we have some indications after some          15:00:05

14  numbers there's an X or an X2.  You need to go            15:00:09

15  back to the first page of the document to see             15:00:13

16  those, I think.  All right.  Do you -- do you see         15:00:16

17  that, sir?                                                15:00:42

18      A  Yes, I do.                                         15:00:43

19      Q  Does that indicate to you that these were          15:00:44

20  subsequent versions of designs that Neman Brothers        15:00:46

21  had already created or purchased?                         15:00:52

22      A  Yes.                                               15:00:54

23      Q  Okay.  And had already registered for              15:00:54

24  copyright?                                                15:01:00

25      A  Yes.                                               15:01:01

1    Q  Okay.  And Neman Brothers would've known          15:01:01

2  that when this registration was filed, would it        15:01:03

3  not?                                                    15:01:06

4    A  Yes.                                               15:01:06

5    Q  Okay.  That's all the questions I have for         15:01:07

6  that document.                                          15:01:17

7      MR. LEE:  Please, let's look at exhibit --          15:01:19

8  or strike that.  Document 31, which I think we're       15:01:23

9  now designating as Exhibit -- is it 28?  I'll ask       15:01:28

10  the reporter to --                                     15:01:33

11      TECH:  Yes.  That's Exhibit 28.                    15:01:34

12      MR. LEE:  All right.  So please, yeah,             15:01:38

13  mark document 31 as Exhibit 28 and put it up on        15:01:39

14  the screen so the witness can see it.                  15:01:43

15      MR. JEONG:  Just so we know, like, how             15:01:54

16  much -- how much time do you estimate to the end?      15:01:55

17      MR. LEE:  Well, I am always nervous about          15:01:58

18  making those, because as soon as I give you an         15:02:01

19  estimate, I'm way off, and then everybody gets         15:02:04

20  unhappy.  But I would assume 45 minutes or so.         15:02:06

21      MR. JEONG:  Can we take a break?  Or, I            15:02:16

22  mean, it's been an hour for this last session,         15:02:16

23  right?                                                 15:02:19

24      MR. LEE:  Oh, okay.  Yeah.  Well, let's            15:02:19

25  take a 10-minute break this time, if we can.  If       15:02:20

1   everybody would be back in 10, that would be          15:02:24

2   great.                                                15:02:27

3         MR. JEONG:  Thank you.                          15:02:28

4         VIDEOGRAPHER:  Going off the record.  The       15:02:30

5   time is 3:02 p.m. Pacific Time.                       15:02:31

6         (Off the record.)                               15:14:00

7         VIDEOGRAPHER:  We're back on the record.        15:14:03

8   The time is 3:13 p.m.                                 15:14:06

9         MR. LEE:  Okay.  Just before our break, I       15:14:10

10  was about to ask the witness to take a look at a      15:14:13

11  document that I believe I identified as document      15:14:16

12  number 30.  It would be Exhibit 27?  Or had we        15:14:19

13  moved on from there?                                  15:14:24

14        TECH:  We're -- we're on document --            15:14:26

15        MR. LEE:  Oh.                                    15:14:26

16        TECH:  -- 31, Ex- -- Exhibit Number 28.         15:14:28

17        MR. LEE:  Oh.  Thank you.  Well, let's          15:14:31

18  look at Exhibit 28, then.                             15:14:33

19        TECH:  Exhibit 28 is on the screen.             15:14:35

20     Q  (By Mr. Lee)  Okay.  Do you see that            15:14:37

21  document, Mr. Neman?                                  15:14:38

22     A  Yes.                                            15:14:39

23     Q  Do you recognize this as an exhibit that        15:14:39

24  was attached to the declaration filed in this         15:14:43

25  action?                                               15:14:47

| | |
|---|---|
| 1    A  Yes. | 15:14:48 |
| 2    Q  And I'd like you to see the text at the | 15:14:48 |
| 3  top of page 2 of this document, please.  And | 15:14:55 |
| 4  there's, of course, the text in blue.  That's | 15:15:04 |
| 5  the -- created by the Court.  Can you -- well, the | 15:15:07 |
| 6  smaller text doesn't include the pattern, though. | 15:15:11 |
| 7  Do you recognize this pattern? | 15:15:14 |
| 8    A  Yeah, I do. | 15:15:16 |
| 9    Q  What is this pattern? | 15:15:17 |
| 10    A  This is one of our patterns. | 15:15:18 |
| 11    Q  Is this one of the patterns that Neman | 15:15:20 |
| 12  Brothers alleges Interfocus infringed in this | 15:15:23 |
| 13  action? | 15:15:26 |
| 14    A  Yes. | 15:15:26 |
| 15    Q  Is this the pattern identified as Design | 15:15:27 |
| 16  Number 3? | 15:15:31 |
| 17    A  Yes. | 15:15:31 |
| 18    Q  Is this a pattern that Neman Brothers | 15:15:32 |
| 19  created, or is it one that it purchased from | 15:15:36 |
| 20  someone else? | 15:15:39 |
| 21    A  It purchased. | 15:15:43 |
| 22    Q  From whom did Neman Brothers purchase the | 15:15:46 |
| 23  fabric pattern that we've identified as Design 3? | 15:15:49 |
| 24    A  I don't know.  You have -- if you -- you | 15:15:52 |
| 25  have an invoice, I guess, or something.  No? | 15:15:57 |

| | |
|---|---|
| 1 | Q  Well, I have a document, but -- well, I | 15:16:00 |
| 2 | can show it -- let's show it to you. | 15:16:03 |
| 3 | MR. LEE:  It's document number 32 that | 15:16:05 |
| 4 | I'll ask the reporter to mark as Exhibit 29. | 15:16:08 |
| 5 | TECH:  Please stand by.  Exhibit 29 is on | 15:16:23 |
| 6 | the screen. | 15:16:48 |
| 7 | Q  (By Mr. Lee)  All right.  Sir, let's -- | 15:16:49 |
| 8 | MR. LEE:  Let's show him the whole | 15:16:54 |
| 9 | document. | 15:16:55 |
| 10 | Q  (By Mr. Lee)  And it's a multi-page | 15:16:56 |
| 11 | document, I should tell you, Mr. Neman.  So you | 15:16:58 |
| 12 | might want to look at the whole thing.  Do you see | 15:17:00 |
| 13 | the first page of that document, sir? | 15:17:21 |
| 14 | A  Yes. | 15:17:23 |
| 15 | Q  Do you recognize Exhibit 29? | 15:17:24 |
| 16 | A  Yes. | 15:17:27 |
| 17 | Q  What is it? | 15:17:28 |
| 18 | A  It's the assignment for three designs from | 15:17:29 |
| 19 | a studio called Mustic. | 15:17:37 |
| 20 | Q  And do you recognize whether the | 15:17:49 |
| 21 | assignment shown here in Exhibit 29 assigns the | 15:17:53 |
| 22 | fabric pattern that was just shown to you in | 15:17:58 |
| 23 | Exhibit 28? | 15:18:06 |
| 24 | A  I don't know any of these numbers. | 15:18:11 |
| 25 | Q  Okay.  Well, would you please look at | 15:18:14 |

1    subsequent pages of Exhibit 29?  You're welcome to          15:18:23

2    look at all of them, but I especially want you to           15:18:26

3    look at pages 3, 4, and 5 to this exhibit.  Have            15:18:29

4    you had a chance to look at those pages, sir?               15:19:12

5        A  Yes.                                                 15:19:14

6        Q  Does looking at those refresh your                   15:19:14

7    recollection as to whether the assignments shown            15:19:18

8    in Exhibit 29 assigns the fabric pattern that's             15:19:22

9    been identified as Exhibit 28 that is Design 3 in           15:19:27

10   this case?                                                  15:19:31

11       A  Yes.                                                 15:19:32

12       Q  Okay.  In looking at those subsequent                15:19:32

13   pages, I notice some differences between the                15:19:45

14   pattern shown in Exhibit 29 -- the fabric pattern           15:19:48

15   shown in Exhibit 29 and the fabric pattern shown            15:19:54

16   in Exhibit 28.  Do you see those differences, sir?          15:19:57

17       A  Yes.                                                 15:20:05

18       Q  What differences do you see?                         15:20:05

19       A  They have been changed.  It's the same               15:20:09

20   design has been changed into -- the background has          15:20:16

21   been cleaned out.  There's no elements in the               15:20:21

22   background, and just flowers have been used.                15:20:24

23       Q  All right.  Okay.  Now, do you know who              15:20:31

24   made those changes to the designs shown in                  15:20:49

25   Exhibit 29?                                                 15:20:55

1      MR. LEE:  Okay.  Thank you.  Would you            15:42:36
2   please show the witness Exhibit 33?                  15:42:38
3      TECH:  Exhibit 33 is on the screen.               15:42:41
4      Q  (By Mr. Lee)  And, Mr. Neman, this             15:42:43
5   document is a multi-page document.  So please        15:42:45
6   review it, and let me know when you're ready to      15:42:47
7   discuss it.                                          15:42:50
8      A  Okay.  Go ahead.                               15:42:50
9      Q  Do you recognize this document, sir?           15:42:51
10     A  Yes.  Certificate of Registration.             15:42:54
11     Q  Is this the Certificate of Registration        15:42:58
12  for what we're calling Design Number 3?              15:43:01
13     A  I don't know.  If you show me the number,      15:43:06
14  possibly, I know.                                    15:43:09
15     Q  Well, let me ask you to take a look at --      15:43:11
16  let's go back to Exhibit 1 that we asked you to      15:43:15
17  look at earlier today.                               15:43:19
18     TECH:  Please stand by.                           15:43:26
19     Q  (By Mr. Lee)  And, specifically, to the        15:43:31
20  fifth page of this document, which reflects          15:43:48
21  paragraph 13 of Mr. Neman's declaration.             15:43:52
22  Paragraph 13.  There we go.                          15:44:08
23     Mr. Neman, would you please read para- --         15:44:11
24  oops -- paragraph 13 just to yourself?  You don't    15:44:14
25  have to read it out loud.  But do you see that,      15:44:17

1   sir?                                                      15:44:22

2       A  All right, sir.  Okay.                             15:44:32

3       Q  All right.  And you note there -- do you           15:44:37

4   recognize this as the declaration that was filed          15:44:40

5   in your name in July in this case?                        15:44:42

6       A  Yes.                                               15:44:44

7       Q  And do you see there that it indicates             15:44:44

8   that attached as Exhibit 6 is copyright                   15:44:48

9   registration certificate number VAu 1-330-970?            15:44:54

10      A  Yes.                                               15:45:04

11      Q  Okay.  Does looking at that refresh your           15:45:04

12  recollection as to whether Exhibit 33 is a copy of        15:45:06

13  the Exhibit 6 to your declaration?                        15:45:12

14      A  Yes.                                               15:45:15

15      Q  And does it refresh your recollection as           15:45:16

16  to whether the copyright registration attached as         15:45:23

17  Exhibit 33 includes within it what we're calling          15:45:25

18  Design 3 in this case?                                    15:45:29

19      A  Yes.                                               15:45:30

20      Q  Okay.  Thank you.  So let's go back to             15:45:31

21  Exhibit 33.  Now, sir, this -- is this another            15:45:33

22  group registration?                                       15:45:39

23      A  Yes.                                               15:45:40

24      Q  And it has the title there as 2018                 15:45:41

25  April artwork, is that correct?                           15:45:50

1       Q   Okay.  And then below that, it says                15:48:17

2   140720.  Do you see that?                                  15:48:22

3       A   Yes.                                                15:48:23

4       Q   Does that also reference a work that was           15:48:23

5   originally created in 2014, but here, a subsequent         15:48:26

6   version was being registered?                              15:48:31

7       A   Yes.                                                15:48:33

8       Q   And would the same be true for the one             15:48:35

9   below that where it says 150230X7?  Do you see             15:48:37

10  that?                                                      15:48:43

11      A   Yes.                                                15:48:43

12      Q   Does that also identify a work originally          15:48:43

13  created in 2015 and that the seventh iteration of          15:48:46

14  that was being registered here?                            15:48:50

15      A   That's right.                                       15:48:53

16      Q   Okay.  And so those works that were                15:48:54

17  created in earlier years, would they have been             15:48:56

18  previously registered by Neman Brothers?                   15:48:58

19      A   Yes.                                                15:49:01

20      Q   Okay.  And then there are subsequent               15:49:01

21  numbers.  I don't want to make you read all of             15:49:07

22  them.  But there's some for 2015, some for 2016,           15:49:09

23  some for 2017 on down that column.  Do you see             15:49:14

24  that, sir?                                                 15:49:17

25      A   Yes, I do.                                          15:49:18

1    Q  And would those all identify works that          15:49:19

2  were originally created in the earlier years          15:49:21

3  identified by the first two digits of that number     15:49:24

4  that had been previously registered for copyright,    15:49:29

5  and here, Neman Brothers was registering a            15:49:32

6  subsequent version of that work, is that correct?     15:49:35

7    A  Yes.                                              15:49:38

8    Q  All right.  Now, those -- the works -- the       15:49:38

9  earlier versions of those works that have been        15:49:41

10  created in earlier years, would those have been      15:49:44

11  published by Neman Brothers, say, in -- in, say,     15:49:46

12  for the NB120152X6, would the original version of    15:49:49

13  that have been published in 2012?                    15:49:57

14    A  I'm not sure.                                    15:50:00

15    Q  Okay.  Would Neman Brothers typically           15:50:01

16  revise designs over a period of years before it      15:50:08

17  began selling them?                                  15:50:14

18    A  Possible.                                        15:50:16

19    Q  Okay.  So you don't know whether that's         15:50:19

20  true here or not?                                    15:50:21

21    A  Yes.                                             15:50:23

22    Q  Okay.  Now, consistent with the earlier         15:50:24

23  registrations we talked about, would some of the     15:50:34

24  designs that are described on this registration      15:50:38

25  have been designs that Neman Brothers purchased      15:50:40

| | | |
|---|---|---|
| 1 | from other studios? | 15:50:43 |
| 2 | A  Yes. | 15:50:45 |
| 3 | Q  And some of them may have been works that | 15:50:45 |
| 4 | Neman Brothers created? | 15:50:49 |
| 5 | A  Yes. | 15:50:50 |
| 6 | Q  And Neman Brothers would've known those | 15:50:51 |
| 7 | facts when it registered these works were | 15:50:55 |
| 8 | copyrighted in this registration? | 15:50:57 |
| 9 | A  Yes. | 15:50:59 |
| 10 | Q  Okay. | 15:51:00 |
| 11 | MR. LEE:  Okay.  Thank you, Mr. Neman.  I | 15:51:19 |
| 12 | don't have any other questions. | 15:51:21 |
| 13 | THE WITNESS:  Thank you very much. | 15:51:24 |
| 14 | VIDEOGRAPHER:  Are we ready to go off the | 15:51:34 |
| 15 | record? | 15:51:36 |
| 16 | MR. LEE:  Well, I suppose.  Let's just | 15:51:37 |
| 17 | talk about getting Mr. Neman's signature and the | 15:51:38 |
| 18 | transcript.  I'm not sure about how long you think | 15:51:43 |
| 19 | it will take to send him a transcript and all that | 15:51:45 |
| 20 | stuff, but I, obviously, want him to have a | 15:51:50 |
| 21 | reasonable time to read, review it, and sign it. | 15:51:51 |
| 22 | MR. JEONG:  Our code is supposed to be 30 | 15:51:54 |
| 23 | days, right? | 15:51:57 |
| 24 | MR. LEE:  Yeah.  If we go by the code. | 15:51:58 |
| 25 | I'm happy to discuss anything -- any alternative, | 15:52:00 |

1          CERTIFICATE OF SHORTHAND REPORTER

2          I, Melody Stephenson, the officer before

3      whom the foregoing deposition was taken, do hereby

4      certify that the foregoing transcript is a true

5      and correct record of the testimony given; that

6      said testimony was taken by me stenographically

7      and thereafter reduced to typewriting under my

8      direction; that reading and signing was requested;

9      and that I am neither counsel for, related to, nor

10     employed by any of the parties to this case and

11     have no interest, financial or otherwise, in its

12     outcome.

13     *Melody I. Stephenson*

14

15     Melody Stephenson, Certified Court Reporter, BBA,

16     FCRR, CRR, CRC, RPR, RSA, MO CCR 406, IA CSR 974

17

18

19

20

21

22

23

24

25



# EXHIBIT 1



Neman Brothers & Associates

NB161106-R
September 15, 2020 - 09:13
[18.7189, 24.0000] Inch

Wine



NB00044

# EXHIBIT 2



Exhibit

Neman 17

10/20/2021 ME

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Kay Teyle Clayth

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-304-334

**Effective Date of Registration:**
January 13, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 2016 DECEMBER ARTWORKS |

**Content Title:** NB110955X
NB141058X2
NB150230X6
NB150228X2
NB151015X5
NB160424X3
NB160428X4
NB160518X2
NB160612X2
NB160708X2
NB160818X
NB161009
NB161010X
NB161011
NB161026
NB161106

## Completion/Publication

**Year of Completion:** 2016

## Author

• **Author:** NEMAN BROTHERS AND ASSOCIATES
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS AND ASSOCIATES
1525 S. BROADWAY ST., LOS ANGELES

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | NEMAN BROTHERS AND ASSOCIATES |
| **Name:** | YOEL NEMAN |
| **Email:** | yoel@neman.com |
| **Address:** | 1525 S. BROADWAY ST. |
| | LOS ANGELES, CA 90015 |

## Certification

| | |
|---|---|
| **Name:** | YOEL NEMAN |
| **Date:** | January 06, 2017 |

**Copyright Office notes:** Basis for Registration: Unpublished Collection





**EXHIBIT 3**

# EXHIBIT 4



Exhibit

Neman 27

10/20/2021 ME

exhibitsticker.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-317-742**

**Effective Date of Registration:**
March 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NB170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |

NB00090

NB170119

NB170120

NB170121

NB170122

NB170123

NB170124

NB170125

NB170126

NB170127

NB170128

NB170129

NB170130

NB170131

NB170132

NB170133

NB170134

NB170136

NB170137

NB170138

NB170139

NB170140

NB170141

NB170142

NB170143

NB170144

NB170145

NB170146

NB170147

NB170148

NB170149

NB170150

NB00091

NB170151

NB170152

NB170201

NB170202

NB170203

NB170204

NB170205

NB170206 –

NB170207

NB170209

NB170210

NB170211

NB170212

NB170213

NB170214

NB170215

**NB170216**

**NB161027 –**

**NB170222**

**NB170231**

**NB170232**

**NB170233**

**NB170235**

**NB170236**

**NB170237**

**NB170238**

**NB170239**

**NB170240**

**NB170241**

**NB170246**

**NB00092**

NB170247

NB170248

NB170249

NB170253

NB170254

NB170255

NB170256

NB170257

NB170258

NB170259

NB170261

NB170263

NB170264

NB170265

NB170267

NB170268

NB170269

NB170270

NB170271

NB170272

NB170273

NB170274

NB170275

NB170276

NB170277

NB170278

NB170279

## Completion/Publication

**Year of Completion:** 2017

## Author

**NB00093**

- **Author:** NEMAN BROTHERS
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection

NB00094

# EXHIBIT 5





25.25 Inch

NB000122

# EXHIBIT 6



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office, in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-330-970**

**Effective Date of Registration:**
April 30, 2018

**Title** _____

| | |
|---|---|
| **Title of Work:** | 2018 APRIL ARTWORK |

**Content Title:**

NB722X2  NB171048X5 NB180417X NB180443
NB923X  NB171247X NB180418 NB180446
NB7327X8  NB180101X NB180419 NB180447
NB120152X6  NB180108X2 NB180420 NB180449
NB140720X  NB180109X NB180421 NB180450
NB150230X7  NB180110X5 NB180422 NB180451
NB150230X8  NB180220X3 NB180423 NB180453
NB150514X  NB180226X NB180424 NB180454
NB150609X  NB180228X2 NB180425 NB180455
NB151016X2  NB180312X4 NB180426 NB180456
NB160429X4  NB180322X NB180426X NB180456X
NB170360X2  NB180401 NB180427
NB170414X7  NB180402 NB180428
NB170538X  NB180403 NB180429
NB170624X  NB180404 NB180430
NB170635X4  NB180405 NB180431
NB170683X  NB180406 NB180432
NB170764X  NB180407 NB180433
NB170764X2  NB180408 NB180434
NB170906X3  NB180409 NB180435
NB170922X  NB180410 NB180436
NB170943X2  NB180411 NB180437
NB170951X  NB180412 NB180438
NB170958X  NB180413 NB180439
NB170958X2  NB180414 NB180440
NB171012X4  NB180415 NB180440X
NB171012X5  NB180416 NB180441
NB171015X2  NB180417 NB180442

## Completion/Publication _____

**Year of Completion:** 2018

## Author _____

- **Author:** NEMAN BROTHERS AND ASSOC.

Page 1 of 2

**NB000121**

Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant

Copyright Claimant: NEMAN BROTHERS AND ASSOC.
1525 S. BROADWAY ST, LOS ANGELES, CA 90015

## Certification

Name: YOEL NEMAN
Date: April 30, 2018

Copyright Office notes: Basis for Registration: An unpublished collection, which extends to only each individual copyrightable work in the collection.   17 USC 410(a) and 37 CFR 202.3(b)(4)(i)(B)

