# TRIAL EXHIBIT 2

## FILED UNDER SEAL