# Neman Brothers & Assoc., Inc.

**neman [1]**
1525 South Broadway Street
Los Angeles, Ca 90015
Tel: (213) 765-0100 / Fax: (213) 765-0220

**PURCHASE CONTRACT**
# 40793
02/10/17
**NEW ORDER**

**SUPPLIER**

▉▉▉▉▉▉▉▉▉▉▉▉
SHAOXING COUNTY,
ZHEJIANG PROVINCE, CHINA
ZIPCODE: 312030
Tel: 85589667 / Fax: 84137806

**SHIP TO**

▉▉▉▉▉▉▉▉▉▉▉▉
Industrial Zone Binh Tan Dist
HCM City, Vietnam
Attn: Ms Han
Tel: 754-2161 / Fax: 754-2391

Exhibit
**Neman 13**
10/20/2021 ME

| SHIPPING DATE (XCO) | AGENT/SALESPERSON | TERMS | SHIP VIA | DEST CITY/PORT |
|---|---|---|---|---|
| 03/04/17 | HOUSE ACCOUNT | T/T | BOAT | VIETNAM |
| | SALES ORDER | L/C # | | SHIPPING TERMS |
| | 284504 | 0 | | CIF |

| STYLE# | COLOR | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 54048-20335 | 135EGGSH/GARNET | 96%POLY 4%SPAN BULLET KNIT PRINT 200GSM CUT:57/58" 58/60" | 3000 | ▉ | ▉ |
| 54048-20335 | 830TRCTTA/MAUVE | 96%POLY 4%SPAN BULLET KNIT PRINT 200GSM CUT:57/58" 58/60" | 3000 | ▉ | ▉ |
| 54048-20335 | 937BLK/ROSEPETA | 96%POLY 4%SPAN BULLET KNIT PRINT 200GSM CUT:57/58" 58/60" | 3500 | ▉ | ▉ |
| | | | 9500 | | ▉ |

**NOTES / INSTRUCTIONS**

**ATTORNEY EYES ONLY**                                                                    **NB163**

**Neman Brothers & Assoc., Inc.**

**PURCHASE CONTRACT**

NOTICE: COPYRIGHTED BY NEMAN BROTHERS & ASSOC

Pls rush S/off
Pls send 3 yds S/s to LA for approval
Allowance +/3%
SIZE RATIO:

NO PAYMENT WILL BE MADE UNLESS THIS CONTRACT# APPEARS ON THE INVOICE

ATTORNEY EYES ONLY NB164

# Neman Brothers & Assoc., Inc.



## RECEIVE GOODS
### #73552

DATE : **04/17/17**
TYPE : **DETAILED**

1525 South Broadway Street  Los Angeles,  Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SUPPLIER**: SHAOXING COUNTY, ZHEJIANG PROVINCE, CHINA
ZIPCODE: 312030
TEL 011865758558966 / FAX 011865758413780

**RECEIVED AT WAREHOUSE**: An Thuong Village Nam  Chinh Commun Nam Sach District, Hai  Duong Provi

**Exhibit Neman 16**
10/20/2021 ME

| REF NUMBER | SHIP VIA | CUST PO # | SCHEDULED ARRIVAL | STAMPED DATE |
|---|---|---|---|---|
|  | BOAT |  | 04/12/17 | 04/17/17 |

| CONTRACT # | CONTRACT MODEL | CONTRACT DATE | DAYS IN TRANSIT | DAYS LATE |
|---|---|---|---|---|
| 40982 | OFF-SHORE | 03/03/17 | 45 | 5 |

**NOTES** | **INTENDED FOR**
SALES ORDER # 285588
S & J

☞ **TOTAL IN RCVG** :  __35,969__ QTY   __308__ PIECES   __63__ BOXES   __1__ LOTS

**ACTUAL RECEIVED** : _____ QTY   _____ PIECES   _____ BOXES   _____ LOTS
{checked by hand}

---

❶ Style # : **1269-20355**   Color : **336MAUVE/NDROSE**
Desc : 100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 1 |  | 1 | 0 | 30056092 |
| 1 |  | 2 | 0 | 30056093 |
| 1 |  | 3 | 0 | 30056094 |
| 1 |  | 4 | 0 | 30056095 |
| 1 |  | 5 | 0 | 30056096 |
| 2 |  | 6 | 0 | 30056097 |
| 2 |  | 7 | 0 | 30056098 |
| 2 |  | 8 | 0 | 30056099 |
| 2 |  | 9 | 0 | 30056100 |
| 2 |  | 10 | 0 | 30056101 |
| 3 |  | 11 | 0 | 30056102 |
| 3 |  | 12 | 0 | 30056103 |
| 3 |  | 13 | 0 | 30056104 |
| 3 |  | 14 | 0 | 30056105 |
| 3 |  | 15 | 0 | 30056106 |
| 4 |  | 16 | 0 | 30056107 |
| 4 |  | 17 | 0 | 30056108 |
| 4 |  | 18 | 0 | 30056109 |
| 4 |  | 19 | 0 | 30056110 |
| 5 |  | 20 | 0 | 30056111 |
| 5 |  | 21 | 0 | 30056112 |
| 5 |  | 22 | 0 | 30056113 |

TOTAL  ➪  22    0

❷ Style # : **1269-20355**   Color : **739HGREEN/RSQTZ**
Desc : 100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 6 |  | 1 | 0 | 30056114 |
| 6 |  | 2 | 0 | 30056115 |
| 6 |  | 3 | 0 | 30056116 |
| 6 |  | 4 | 0 | 30056117 |

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 6 |  | 5 | 0 | 30056118 |
| 7 |  | 6 | 0 | 30056119 |
| 7 |  | 7 | 0 | 30056120 |
| 7 |  | 8 | 0 | 30056121 |
| 7 |  | 9 | 0 | 30056122 |
| 7 |  | 10 | 0 | 30056123 |
| 8 |  | 11 | 0 | 30056124 |
| 8 |  | 12 | 0 | 30056125 |
| 8 |  | 13 | 0 | 30056126 |
| 8 |  | 14 | 0 | 30056127 |
| 8 |  | 15 | 0 | 30056128 |
| 9 |  | 16 | 0 | 30056129 |
| 9 |  | 17 | 0 | 30056130 |
| 9 |  | 18 | 0 | 30056131 |
| 9 |  | 19 | 0 | 30056132 |
| 9 |  | 20 | 0 | 30056133 |
| 9 |  | 21 | 0 | 30056134 |

TOTAL  ➪  21    0

❸ Style # : **1269-20150**   Color : **931BLK/MAUVE**
Desc : 100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 10 |  | 1 | 0 | 30056135 |
| 10 |  | 2 | 0 | 30056136 |
| 10 |  | 3 | 0 | 30056137 |
| 10 |  | 4 | 0 | 30056138 |
| 10 |  | 5 | 0 | 30056139 |
| 11 |  | 6 | 0 | 30056140 |
| 11 |  | 7 | 0 | 30056141 |
| 11 |  | 8 | 0 | 30056142 |
| 11 |  | 9 | 0 | 30056143 |
| 11 |  | 10 | 0 | 30056144 |
| 12 |  | 11 | 0 | 30056145 |
| 12 |  | 12 | 0 | 30056146 |

---

☞ **Page # 1 of 4**

User : Adrineh Mokhtarias
October 11, 2021 @ 5:36:37 PM
MOD2 ID: 190451

--- CONTINUED ON NEXT PAGE ---

**ATTORNEY EYES ONLY**

**NB 641**

prlogall
© 2021 MOD2 INC.

# Neman Brothers & Assoc., Inc.

**RECEIVE GOODS**
**#73552**
DATE : **04/17/17**
TYPE : **DETAILED**

1525 South Broadway Street  Los Angeles,  Ca  90015

Tel: (213) 765-0100   Fax: (213) 765-0220
info@neman.com

---

**❸** *(continued from previous page)*
*Style # :* **1269-20150**    *Color :* **931BLK/MAUVE**
*Desc :*  100%POLY HI MULTI CHIFFON PRINT 70GSM C:

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 12 |  | 13 | 0 | 30056147 |
| 12 |  | 14 | 0 | 30056148 |
| 12 |  | 15 | 0 | 30056149 |
| 13 |  | 16 | 0 | 30056150 |
| 13 |  | 17 | 0 | 30056151 |
| 13 |  | 18 | 0 | 30056152 |
| 13 |  | 19 | 0 | 30056153 |
| 13 |  | 20 | 0 | 30056154 |
| 14 |  | 21 | 0 | 30056155 |
| 14 |  | 22 | 0 | 30056156 |
| 14 |  | 23 | 0 | 30056157 |
| 14 |  | 24 | 0 | 30056158 |
| 14 |  | 25 | 0 | 30056159 |
| 15 |  | 26 | 0 | 30056160 |
| 15 |  | 27 | 0 | 30056161 |
| 15 |  | 28 | 0 | 30056162 |
| 15 |  | 29 | 0 | 30056163 |
| 15 |  | 30 | 0 | 30056164 |
| 16 |  | 31 | 0 | 30056165 |
| 16 |  | 32 | 0 | 30056166 |
| 16 |  | 33 | 0 | 30056167 |
| 16 |  | 34 | 0 | 30056168 |
| TOTAL |  | 34 | 0 | |

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 24 |  | 6 | 0 | 30056204 |
| 24 |  | 7 | 0 | 30056205 |
| 24 |  | 8 | 0 | 30056206 |
| 24 |  | 9 | 0 | 30056207 |
| 24 |  | 10 | 0 | 30056208 |
| 25 |  | 11 | 0 | 30056209 |
| 25 |  | 12 | 0 | 30056210 |
| 25 |  | 13 | 0 | 30056211 |
| 25 |  | 14 | 0 | 30056212 |
| 25 |  | 15 | 0 | 30056213 |
| 26 |  | 16 | 0 | 30056214 |
| 26 |  | 17 | 0 | 30056215 |
| 26 |  | 18 | 0 | 30056216 |
| 26 |  | 19 | 0 | 30056217 |
| 26 |  | 20 | 0 | 30056218 |
| 27 |  | 21 | 0 | 30056219 |
| 27 |  | 22 | 0 | 30056220 |
| 27 |  | 23 | 0 | 30056221 |
| 27 |  | 24 | 0 | 30056222 |
| 27 |  | 25 | 0 | 30056223 |
| 28 |  | 26 | 0 | 30056224 |
| 28 |  | 27 | 0 | 30056225 |
| 28 |  | 28 | 0 | 30056226 |
| 29 |  | 29 | 0 | 30056227 |
| 29 |  | 30 | 0 | 30056228 |
| 29 |  | 31 | 0 | 30056229 |
| TOTAL |  | 31 | 0 | |

**❹** *Style # :* **1269-20150**    *Color :* **315DTYPINK/IVRY**
*Desc :*  100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 17 |  | 1 | 0 | 30056169 |
| 17 |  | 2 | 0 | 30056170 |
| 17 |  | 3 | 0 | 30056171 |
| 17 |  | 4 | 0 | 30056172 |
| 17 |  | 5 | 0 | 30056173 |
| 18 |  | 6 | 0 | 30056174 |
| 18 |  | 7 | 0 | 30056175 |
| 18 |  | 8 | 0 | 30056176 |
| 18 |  | 9 | 0 | 30056177 |
| 18 |  | 10 | 0 | 30056178 |
| 19 |  | 11 | 0 | 30056179 |
| 19 |  | 12 | 0 | 30056180 |
| 19 |  | 13 | 0 | 30056181 |
| 19 |  | 14 | 0 | 30056182 |
| 19 |  | 15 | 0 | 30056183 |
| 20 |  | 16 | 0 | 30056184 |
| 20 |  | 17 | 0 | 30056185 |
| 20 |  | 18 | 0 | 30056186 |
| 20 |  | 19 | 0 | 30056187 |
| 20 |  | 20 | 0 | 30056188 |
| 21 |  | 21 | 0 | 30056189 |
| 21 |  | 22 | 0 | 30056190 |
| 21 |  | 23 | 0 | 30056191 |
| 21 |  | 24 | 0 | 30056192 |
| 21 |  | 25 | 0 | 30056193 |
| 22 |  | 26 | 0 | 30056194 |
| 22 |  | 27 | 0 | 30056195 |
| 22 |  | 28 | 0 | 30056196 |
| 22 |  | 29 | 0 | 30056197 |
| 22 |  | 30 | 0 | 30056198 |
| TOTAL |  | 30 | 0 | |

**❻** *Style # :* **1269-20335**    *Color :* **487MBLUE/TRCTTA**
*Desc :*  100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 30 |  | 1 | 0 | 30056230 |
| 30 |  | 2 | 0 | 30056231 |
| 30 |  | 3 | 0 | 30056232 |
| 30 |  | 4 | 0 | 30056233 |
| 30 |  | 5 | 0 | 30056234 |
| 31 |  | 6 | 0 | 30056235 |
| 31 |  | 7 | 0 | 30056236 |
| 31 |  | 8 | 0 | 30056237 |
| 31 |  | 9 | 0 | 30056238 |
| 31 |  | 10 | 0 | 30056239 |
| 32 |  | 11 | 0 | 30056240 |
| 32 |  | 12 | 0 | 30056241 |
| 32 |  | 13 | 0 | 30056242 |
| 32 |  | 14 | 0 | 30056243 |
| 32 |  | 15 | 0 | 30056244 |
| 33 |  | 16 | 0 | 30056245 |
| 33 |  | 17 | 0 | 30056246 |
| 33 |  | 18 | 0 | 30056247 |
| 33 |  | 19 | 0 | 30056248 |
| 33 |  | 20 | 0 | 30056249 |
| 34 |  | 21 | 0 | 30056250 |
| 34 |  | 22 | 0 | 30056251 |
| 34 |  | 23 | 0 | 30056252 |
| 34 |  | 24 | 0 | 30056253 |
| TOTAL |  | 24 | 0 | |

**❼** *Style # :* **1269-20335**    *Color :* **437RYNAVY/CORAL**
*Desc :*  100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 35 |  | 1 | 0 | 30056254 |
| 35 |  | 2 | 0 | 30056255 |
| 35 |  | 3 | 0 | 30056256 |
| 35 |  | 4 | 0 | 30056257 |
| 35 |  | 5 | 0 | 30056258 |
| 36 |  | 6 | 0 | 30056259 |
| 36 |  | 7 | 0 | 30056260 |
| 36 |  | 8 | 0 | 30056261 |
| 36 |  | 9 | 0 | 30056262 |
| 36 |  | 10 | 0 | 30056263 |
| 37 |  | 11 | 0 | 30056264 |

**❺** *Style # :* **1269-20150**    *Color :* **138IVORY/MAUVE**
*Desc :*  100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 23 |  | 1 | 0 | 30056199 |
| 23 |  | 2 | 0 | 30056200 |
| 23 |  | 3 | 0 | 30056201 |
| 23 |  | 4 | 0 | 30056202 |
| 23 |  | 5 | 0 | 30056203 |

---

☞ **Page # 2 of 4**

User : Adrineh Mokhtarias
October 11, 2021 @ 5:36:37 PM

**ATTORNEY EYES ONLY**

--- CONTINUED ON NEXT PAGE ---

**NB 642**



# Neman Brothers & Assoc., Inc.

# RECEIVE GOODS
## #73552

DATE : **04/17/17**
TYPE : **DETAILED**

1525 South Broadway Street  Los Angeles, Ca 90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

---

**❼** *Style # :* **1269-20335**    *Color :* **437RYNAVY/CORAL**
*(continued from previous page)*
*Desc :*   100%POLY HI MULTI CHIFFON PRINT 70GSM C:

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 37 |  | 12 | 0 | 30056265 |
| 37 |  | 13 | 0 | 30056266 |
| 37 |  | 14 | 0 | 30056267 |
| 37 |  | 15 | 0 | 30056268 |
| 38 |  | 16 | 0 | 30056269 |
| 38 |  | 17 | 0 | 30056270 |
| 38 |  | 18 | 0 | 30056271 |
| 38 |  | 19 | 0 | 30056272 |
| 39 |  | 20 | 0 | 30056273 |
| 39 |  | 21 | 0 | 30056274 |
| 39 |  | 22 | 0 | 30056275 |
| 39 |  | 23 | 0 | 30056276 |
| TOTAL |  | 23 | 0 | |

**❽** *Style # :* **1269-20335**    *Color :* **337OXBLOOD/MAUV**
*Desc :*   100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 40 |  | 1 | 0 | 30056277 |
| 40 |  | 2 | 0 | 30056278 |
| 40 |  | 3 | 0 | 30056279 |
| 40 |  | 4 | 0 | 30056280 |
| 40 |  | 5 | 0 | 30056281 |
| 41 |  | 6 | 0 | 30056282 |
| 41 |  | 7 | 0 | 30056283 |
| 41 |  | 8 | 0 | 30056284 |
| 41 |  | 9 | 0 | 30056285 |
| 41 |  | 10 | 0 | 30056286 |
| 42 |  | 11 | 0 | 30056287 |
| 42 |  | 12 | 0 | 30056288 |
| 42 |  | 13 | 0 | 30056289 |
| 42 |  | 14 | 0 | 30056290 |
| 42 |  | 15 | 0 | 30056291 |
| 43 |  | 16 | 0 | 30056292 |
| 43 |  | 17 | 0 | 30056293 |
| 43 |  | 18 | 0 | 30056294 |
| 43 |  | 19 | 0 | 30056295 |
| 43 |  | 20 | 0 | 30056296 |
| 44 |  | 21 | 0 | 30056297 |
| 44 |  | 22 | 0 | 30056298 |
| 44 |  | 23 | 0 | 30056299 |
| 44 |  | 24 | 0 | 30056300 |
| 44 |  | 25 | 0 | 30056301 |
| 44 |  | 26 | 0 | 30056302 |
| TOTAL |  | 26 | 0 | |

**❾** *Style # :* **1269-17024**    *Color :* **486NAVY/ORANGE**
*Desc :*   100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 45 |  | 1 | 0 | 30056303 |
| 45 |  | 2 | 0 | 30056304 |
| 45 |  | 3 | 0 | 30056305 |
| 45 |  | 4 | 0 | 30056306 |
| 45 |  | 5 | 0 | 30056307 |
| 46 |  | 6 | 0 | 30056308 |
| 46 |  | 7 | 0 | 30056309 |
| 46 |  | 8 | 0 | 30056310 |
| 46 |  | 9 | 0 | 30056311 |
| 46 |  | 10 | 0 | 30056312 |
| 47 |  | 11 | 0 | 30056313 |
| 47 |  | 12 | 0 | 30056314 |
| 47 |  | 13 | 0 | 30056315 |
| 47 |  | 14 | 0 | 30056316 |
| 47 |  | 15 | 0 | 30056317 |
| 48 |  | 16 | 0 | 30056318 |
| 48 |  | 17 | 0 | 30056319 |
| 48 |  | 18 | 0 | 30056320 |
| 48 |  | 19 | 0 | 30056321 |

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 48 |  | 20 | 0 | 30056322 |
| 49 |  | 21 | 0 | 30056323 |
| 49 |  | 22 | 0 | 30056324 |
| 49 |  | 23 | 0 | 30056325 |
| 49 |  | 24 | 0 | 30056326 |
| 49 |  | 25 | 0 | 30056327 |
| 50 |  | 26 | 0 | 30056328 |
| 50 |  | 27 | 0 | 30056329 |
| 50 |  | 28 | 0 | 30056330 |
| 50 |  | 29 | 0 | 30056331 |
| 50 |  | 30 | 0 | 30056332 |
| 51 |  | 31 | 0 | 30056333 |
| 51 |  | 32 | 0 | 30056334 |
| 51 |  | 33 | 0 | 30056335 |
| 51 |  | 34 | 0 | 30056336 |
| 51 |  | 35 | 0 | 30056337 |
| 51 |  | 36 | 0 | 30056338 |
| TOTAL |  | 36 | 0 | |

**❿** *Style # :* **1269-17024**    *Color :* **237SHELL/CHERRY**
*Desc :*   100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 52 |  | 1 | 0 | 30056339 |
| 52 |  | 2 | 0 | 30056340 |
| 52 |  | 3 | 0 | 30056341 |
| 52 |  | 4 | 0 | 30056342 |
| 52 |  | 5 | 0 | 30056343 |
| 53 |  | 6 | 0 | 30056344 |
| 53 |  | 7 | 0 | 30056345 |
| 53 |  | 8 | 0 | 30056346 |
| 53 |  | 9 | 0 | 30056347 |
| 53 |  | 10 | 0 | 30056348 |
| 54 |  | 11 | 0 | 30056349 |
| 54 |  | 12 | 0 | 30056350 |
| 54 |  | 13 | 0 | 30056351 |
| 54 |  | 14 | 0 | 30056352 |
| 54 |  | 15 | 0 | 30056353 |
| 55 |  | 16 | 0 | 30056354 |
| 55 |  | 17 | 0 | 30056355 |
| 55 |  | 18 | 0 | 30056356 |
| 55 |  | 19 | 0 | 30056357 |
| 55 |  | 20 | 0 | 30056358 |
| 56 |  | 21 | 0 | 30056359 |
| 56 |  | 22 | 0 | 30056360 |
| 56 |  | 23 | 0 | 30056361 |
| 56 |  | 24 | 0 | 30056362 |
| 56 |  | 25 | 0 | 30056363 |
| 57 |  | 26 | 0 | 30056364 |
| 57 |  | 27 | 0 | 30056365 |
| 57 |  | 28 | 0 | 30056366 |
| 57 |  | 29 | 0 | 30056367 |
| 57 |  | 30 | 0 | 30056368 |
| 57 |  | 31 | 0 | 30056369 |
| TOTAL |  | 31 | 0 | |

**⮕** *Style # :* **1269-17024**    *Color :* **732SAGE/MAUVE**
*Desc :*   100%POLY HI MULTI CHIFFON PRINT 70GSM C:57"

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 58 |  | 1 | 0 | 30056370 |
| 58 |  | 2 | 0 | 30056371 |
| 58 |  | 3 | 0 | 30056372 |
| 58 |  | 4 | 0 | 30056373 |
| 58 |  | 5 | 0 | 30056374 |
| 59 |  | 6 | 0 | 30056375 |
| 59 |  | 7 | 0 | 30056376 |
| 59 |  | 8 | 0 | 30056377 |
| 59 |  | 9 | 0 | 30056378 |
| 59 |  | 10 | 0 | 30056379 |
| 60 |  | 11 | 0 | 30056380 |
| 60 |  | 12 | 0 | 30056381 |
| 60 |  | 13 | 0 | 30056382 |

☞ **Page # 3 of 4**          --- CONTINUED ON NEXT PAGE ---

**ATTORNEY EYES ONLY**                    **NB 643**

User : Adrineh Mokhtarias
October 11, 2021 @ 5:36:37 PM
MOD2 ID : 19451
© 2021 MOD2 INC.

prlogall

# Neman Brothers & Assoc., Inc.



# RECEIVE GOODS
## #73552

DATE : **04/17/17**
TYPE : **DETAILED**

1525 South Broadway Street  Los Angeles,  Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

*(continued from previous page)*
*Style # :* **1269-17024**        *Color :* **732SAGE/MAUVE**
*Desc :*   100%POLY HI MULTI CHIFFON PRINT 70GSM C:

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 60 | | 14 | 0 | 30056383 |
| 60 | | 15 | 0 | 30056384 |
| 61 | | 16 | 0 | 30056385 |
| 61 | | 17 | 0 | 30056386 |
| 61 | | 18 | 0 | 30056387 |
| 61 | | 19 | 0 | 30056388 |
| 61 | | 20 | 0 | 30056389 |
| 62 | | 21 | 0 | 30056390 |
| 62 | | 22 | 0 | 30056391 |
| 62 | | 23 | 0 | 30056392 |
| 62 | | 24 | 0 | 30056393 |
| 62 | | 25 | 0 | 30056394 |
| 63 | | 26 | 0 | 30056395 |
| 63 | | 27 | 0 | 30056396 |
| 63 | | 28 | 0 | 30056397 |
| 63 | | 29 | 0 | 30056398 |
| 63 | | 30 | 0 | 30056399 |
| *TOTAL* | | 30 | 0 | |

☞ **Page # 4 of 4**

User : Adrineh Mokhtarias
October 11, 2021 @ 5:36:37 PM
MOD2 ID: 190451
© 2021  MOD2 INC.

**ATTORNEY EYES ONLY**

**TOTAL:**

**NB 644**

prlogall



# Neman Brothers & Assoc., Inc.



Exhibit
**Neman 22**
10/20/2021 ME



# RECEIVE GOODS
## #77052

DATE : **01/12/18**
TYPE : **DETAILED**

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SUPPLIER**
███████████
███████████ SHAOXING COUNTY,
ZHEJIANG PROVINCE, CHINA
ZIPCODE: 312030
TEL 011865758558966 / FAX 0118657584137800

**RECEIVED AT WAREHOUSE**
███████████
Q12, HCMC, Vietnam
Port Of Discharge: Cat Lai Port
Mobile: 0908 599 836

| REF NUMBER | SHIP VIA | CUST PO # | SCHEDULED ARRIVAL | STAMPED DATE |
|---|---|---|---|---|
|  | BOAT |  | 01/12/18 | 01/11/18 |
| **CONTRACT #** | **CONTRACT MODEL** | **CONTRACT DATE** | **DAYS IN TRANSIT** | **DAYS EARLY** |
| 43242 | OFF-SHORE | 12/14/17 | 29 | Just in time! |

NOTES

**INTENDED FOR**
SALES ORDER # 298106
Jiya A. Yoo-DBA- Monteau Inc.

☞ TOTAL IN RCVG :  **3,768**  QTY     **39** PIECES    **19** BOXES    **1** LOTS

ACTUAL RECEIVED : _____ QTY    _____ PIECES    _____ BOXES    _____ LOTS
{checked by hand}

---

❶ *Style # :* **2320-20419**   *Color :* **434IBLUE/FUSCHI**
*Desc :* 97%C 3%SP STRETCH POPLIN PRINT 115GSM C:57/58"
*Vendor #* ZX-35-2-B

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 1 |  | 1 | 0 | 30616492 |
| 1 |  | 2 | 0 | 30616493 |
| 2 |  | 3 | 0 | 30616494 |
| 2 |  | 4 | 0 | 30616495 |
| 3 |  | 5 | 0 | 30616496 |
| 3 |  | 6 | 0 | 30616497 |
| 4 |  | 7 | 0 | 30616498 |
| 4 |  | 8 | 0 | 30616499 |
| 5 |  | 9 | 0 | 30616500 |
| 5 |  | 10 | 0 | 30616501 |
| 6 |  | 11 | 0 | 30616502 |
| 6 |  | 12 | 0 | 30616503 |
| 7 |  | 13 | 0 | 30616504 |
| 7 |  | 14 | 0 | 30616505 |
| 8 |  | 15 | 0 | 30616506 |
| 8 |  | 16 | 0 | 30616507 |
| 9 |  | 17 | 0 | 30616508 |
| 9 |  | 18 | 0 | 30616509 |
| 10 |  | 19 | 0 | 30616510 |
| 10 |  | 20 | 0 | 30616511 |
| 11 |  | 21 | 0 | 30616512 |
| 11 |  | 22 | 0 | 30616513 |
| 12 |  | 23 | 0 | 30616514 |
| 12 |  | 24 | 0 | 30616515 |
| 13 |  | 25 | 0 | 30616516 |
| 13 |  | 26 | 0 | 30616517 |
| 14 |  | 27 | 0 | 30616518 |
| 14 |  | 28 | 0 | 30616519 |
| 15 |  | 29 | 0 | 30616520 |
| 15 |  | 30 | 0 | 30616521 |
| 16 |  | 31 | 0 | 30616522 |
| 16 |  | 32 | 0 | 30616523 |
| 17 |  | 33 | 0 | 30616524 |
| 17 |  | 34 | 0 | 30616525 |

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 18 |  | 35 | 0 | 30616526 |
| 18 |  | 36 | 0 | 30616527 |
| 19 |  | 37 | 0 | 30616528 |
| 19 |  | 38 | 0 | 30616529 |
| 19 |  | 39 | 0 | 30616530 |
| TOTAL | ⇨ | 39 | 0 |  |

User : Adrineh Mokhtarias
October 12, 2021 @ 12:46:15 PM
MOD2 INC. 310-615-1400
© 2021 MOD2 INC.

**ATTORNEY EYES ONLY**

TOTAL: _____

**NB 686**

prlogall

# Neman Brothers & Assoc., Inc.



**ELECTRONIC RECEIVE GOODS**
**#76740**

DATE : **12/12/17**
TYPE : **DETAILED**

Exhibit **Neman 23** 10/20/2021 ME

1525 South Broadway Street  Los Angeles,  Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SUPPLIER**
SHAOXING COUNTY,
ZHEJIANG PROVINCE, CHINA
ZIPCODE: 312030
TEL 011865758558966 / FAX 0118657584137800

**RECEIVED AT WAREHOUSE**
Panyu Dist, GuangZhou City, China
Simon H/P# 130-6090-8385

| REF NUMBER | SHIP VIA | CUST PO # | SCHEDULED ARRIVAL | STAMPED DATE |
|---|---|---|---|---|
|  | Truck |  | 12/03/17 | 12/12/17 |
| **CONTRACT #** | **CONTRACT MODEL** | **CONTRACT DATE** | **DAYS IN TRANSIT** | **DAYS LATE** |
| 42905 | OFF-SHORE | 11/03/17 | 39 | 9 |

**NOTES**

**INTENDED FOR**
SALES ORDER # 296624
Fashion & People-DBA- Trac

☞ TOTAL IN RCVG  :  __1,028__ QTY  __9__ PIECES  __5__ BOXES  __1__ LOTS

ACTUAL RECEIVED  :  _____ QTY  _____ PIECES  _____ BOXES  _____ LOTS
{checked by hand}

---

**①** *Style # :* **2320-20419**   *Color :* **431CHMBRAY/POPP**
*Desc :* 97%C 3%SP STRETCH POPLIN PRINT 115GSM C:57/58"
*Vendor #* ZX-35-2-B

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 1 |  | 1 | 0 | 30564049 |
| 1 |  | 2 | 0 | 30564050 |
| 2 |  | 3 | 0 | 30564051 |
| 2 |  | 4 | 0 | 30564052 |
| 3 |  | 5 | 0 | 30564053 |
| 3 |  | 6 | 0 | 30564054 |
| 4 |  | 7 | 0 | 30564055 |
| 4 |  | 8 | 0 | 30564056 |
| 5 |  | 9 | 0 | 30564057 |
| TOTAL | ⇨ | 9 | 0 | |

User : Adrineh Mokhtarias
October 12, 2021 @ 12:36:51 PM
MOD2 ID: 651425
© 2021 MOD2 INC.

**TOTAL:**

**ATTORNEY EYES ONLY**     **NB 678**

prlogall

# Neman Brothers & Assoc., Inc.



**Exhibit Neman 24**
10/20/2021 ME



# RECEIVE GOODS
## #76793

DATE: **12/20/17**
TYPE: **DETAILED**

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SUPPLIER**
HAOXING COUNTY,
ZHEJIANG PROVINCE, CHINA
ZIPCODE: 312030
TEL 011865758558966 / FAX 011865758413780

**RECEIVED AT WAREHOUSE**
Long Binh, Bien Hoa,
Dong Nai, Vietnam [Cat Lai Port]
011-84-616-293446

| REF NUMBER | SHIP VIA | CUST PO # | SCHEDULED ARRIVAL | STAMPED DATE |
|---|---|---|---|---|
|  | BOAT |  | 12/05/17 | 12/19/17 |

| CONTRACT # | CONTRACT MODEL | CONTRACT DATE | DAYS IN TRANSIT | DAYS LATE |
|---|---|---|---|---|
| 42980 | OFF-SHORE | 11/14/17 | 36 | 15 |

**NOTES**

**INTENDED FOR**
SALES ORDER # 297018
W & W Concept Inc-DBA- Perseption

☞ TOTAL IN RCVG : **1,561** QTY     **14** PIECES     **7** BOXES     **1** LOTS

ACTUAL RECEIVED : _____ QTY     _____ PIECES     _____ BOXES     _____ LOTS
{checked by hand}

---

① *Style # :* **2320-20419**     *Color :* **431CHMBRAY/POPP**
*Desc :*  97%C 3%SP STRETCH POPLIN PRINT 115GSM C:57/58"
*Vendor #* ZX-35-2-B

| BOX # | LOT # | ROLL # | QUANTITY | ROLL-ID |
|---|---|---|---|---|
| 1 |  | 1 | 0 | 30575475 |
| 1 |  | 2 | 0 | 30575476 |
| 2 |  | 3 | 0 | 30575477 |
| 2 |  | 4 | 0 | 30575478 |
| 3 |  | 5 | 0 | 30575479 |
| 3 |  | 6 | 0 | 30575480 |
| 4 |  | 7 | 0 | 30575481 |
| 4 |  | 8 | 0 | 30575482 |
| 5 |  | 9 | 0 | 30575483 |
| 5 |  | 10 | 0 | 30575484 |
| 6 |  | 11 | 0 | 30575485 |
| 6 |  | 12 | 0 | 30575486 |
| 7 |  | 13 | 0 | 30575487 |
| 7 |  | 14 | 0 | 30575488 |

TOTAL  ⇨  14     0

**TOTAL:**

User : Adrineh Mokhtarias
October 12, 2021 @ 12:35:36 PM
MOD2 ID : 456676
© 2021 MOD2 INC.

**ATTORNEY EYES ONLY**     **NB 679**

prlogall

# Neman Brothers & Assoc., Inc.



# INVOICE

**Exhibit Neman 25** — 10/20/2021 ME

No. 384061
Date: 12/19/17
DUE BY 02/17/18

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SOLD TO:**
Vernon Ca, 90058
TEL: (323) 859-8771 / FAX: (323) 859-8778

**SHIP TO:**
Panyu Dist, GuangZhou City, China
Simon H/P# 130-6090-8385
TEL: 13310882539

Ship Date: 12/19/17
Customer PO #: 41123
Sales Order #: 297396
Terms: Net 60
Packing List #: 326761

Ship Via: LOCAL[CHINA TO CHINA]
Salesperson: TONI
Name:
Dept/Division:
Attention:

| STYLE NO. | COLOR | DESCRIPTION | # OF ROLLS | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2320-20419 | 434IBLUE/FUSCHI | 97%C 3%SP STRETCH POPLIN PRINT 115GSM C:57/58" 58/ | 10 | 1,005 | | |
| | | **Total:** | 10 | 1,005 | | |

APPROVAL # jcb  Acct: 6580

This account is due and payable to **FTC Commercial Corp.** Payment of this account must be made in Par U.S. Funds directly to **FTC Commercial Corp.**, **P.O. Box 8295, Pasadena, CA 91109-8295**
If this bill is not found to be correct in all respects, they must be notified at once.

**NOTES:** WE ARE NOT RESPONSIBLE FOR ANY GOODS THAT HAVE BEEN CUT, DYED, OR PRINTED.

Subtotal:
Freight:
**TOTAL:**

1. **CLAIMS** - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 10 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. **TESTING OF GOODS** - It is the buyer's responsibility to test and sample the goods received before cutting to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear. Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. **CASUALTIES** - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries damages for breach of contract by buyer, or other consequential or contingent losses.
4. **WARRANTIES** - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. **PAYMENT** - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 1.5% per month.

*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

**ATTORNEY EYES ONLY**                                                    **NB 338**

# Neman Brothers & Assoc., Inc.

**INVOICE # 378432**



Exhibit
**Neman 26**
10/20/2021 ME

| CUSTOMER PO # | PAGE |
|---|---|
| 335882 | 1 / 1 |
| DATE | DUE DATE |
| 08/03/17 | 08/13/17 |

1525 South Broadway Street  Los Angeles, Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SOLD TO**
San Francisco, CA 94103
☏ (323) 266-4561  /  FAX: (415) 626-6649

**SHIP TO**
Zhongshan City , China

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 10 | STO | 1 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 08/03/17 | 335882 | 402609749778 | 291572 | SEAN | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FREIGHT METHOD/TERMS** | (650) 931-4818 | X |
| 08/03/17 | 321110 | fe | Prepaid | spgtextiles@gmail.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 337-20419PS | 143NAVY/AZALEA | 100%Rayon Challis PreShrunk, 125Cutble, 55/56" 57/58" | 10 | | |
| | | Subtotal : | 10 | | |
| | | Freight & Handling : | | | |
| | | **TOTAL :** | | | |

FILE-COPY

**1. CLAIMS -** Goods must be counted upon receipt. Cutting ticket is not proof of shortage. **We are not responsible for any goods after garment dying.** All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
**2. TESTING OF GOODS -** It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
**3. CASUALTIES -** Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
**4. WARRANTIES -** Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
**5. PAYMENT -** Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per year.
**6. JURISDICTION -** California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Neman Brothers & Assoc., Inc. and is protected under United States and International Copyright Law. All rights reserved.
**\*\* NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER \*\***

**ATTORNEY EYES ONLY**          **NB 417**

prinviss                     © 2021 MOD2 INC.

**Neman Brothers & Assoc., Inc.**

Neman [1]
1525 South Broadway Street
Los Angeles, Ca 90015
Tel: (213) 765-0100 / Fax: (213) 765-0220

**PURCHASE CONTRACT**

\# 44770
07/27/18
REVISED



Exhibit
Neman 30
10/20/2021 ME

SUPPLIER

SHAOXING COUNTY,
ZHEJIANG PROVINCE, CHINA
ZIP CODE: 312030
Tel: 85589667 / Fax: 84137806

SHIP TO

HUNG YEN PROVINCE, VIETNAM.
Port Of Discharge: Hai Phong Port
MR: DAO 0912.278.856/0934.600.455
Tel: 852777 / Fax: 852666

| SHIPPING DATE (XCO) | AGENT/SALESPERSON | TERMS | SHIP VIA | DEST CITY/PORT |
|---|---|---|---|---|
| 9/13/18 | HOUSE ACCOUNT | T/T | BOAT | VIETNAM |
| | SALES ORDER | L/C # | | SHIPPING TERMS |
| | 306345 | 0 | | CIF |

| STYLE# | COLOR | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 187-21282 | 351PINK/YELLOW | 98%POLY 2%SP BUBBLE CREPE PRINT 120GSM C:57/58 58/60" | 1500 | | |
| 187-21282 | 531LTMUSTARD/MAUVE | 98%POLY 2%SP BUBBLE CREPE PRINT 120GSM C:57/58 58/60" | 1500 | | |
| 187-21282 | 961BLK/PURPLE | 98%POLY 2%SP BUBBLE CREPE PRINT 120GSM C:57/58 58/60" | 1500 | | |
| | | | 4500 | | |

ATTORNEYS ONLY
NB444

**Neman Brothers & Assoc., Inc.**

**PURCHASE CONTRACT**

NOTES / INSTRUCTIONS

NOTICE: COPYRIGHTED BY NEMAN BROTHERS & ASSOC
Pls rush S/Off for approval
Pls send 3 yds S/S to LA for approval
Allowance +/- 3%

NO PAYMENT WILL BE MADE UNLESS THIS CONTRACT# APPEARS ON THE INVOICE

ATTORN YES ONLY

NB445

# Neman Brothers & Assoc., Inc.





Exhibit
**Neman 32**
10/20/2021 ME

**INVOICE # 395380**

| CUSTOMER PO # | PAGE |
|---|---|
| 42171 | 1 / 1 |
| DATE | DUE DATE |
| 09/13/18 | 11/12/18 |

1525 South Broadway Street  Los Angeles,  Ca  90015

Tel: (213) 765-0100  Fax: (213) 765-0220
info@neman.com

**SOLD TO:**
LOS ANGELES, CA 90015
1881 Alpha rd glendale ca 91208
☎ (213) 747-0307  /  FAX: (213) 747-0307

**SHIP TO:**
MINH TAN COMMUNE, PHU CU  DISTRICT,
HUNG YEN PROVINCE, VIETNAM.
Port Of Discharge: Hai Phong Port
MR: DAO 0912.278.856/0934.600.455
DIAL PREFIX: 84-02213
TEL: 852777  / FAX: 852666

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
|  |  |  | Net 60 | BOAT | 42 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 09/13/18 | 42171 | 0 | 306345 | RACHEL YANG | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FREIGHT METHOD/TERMS** | (213) 327-8732 | **X** _____ |
| 09/13/18 | 337979 | jcb | Prepaid | rachel@neman.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 187-21282 | 531LTMUSTARD/MAUVE | 98%POLY 2%SP BUBBLE CREPE PRINT 120GSM C:57/58 58/60" | 1,592 | | |
| 187-21282 | 351PINK/YELLOW | "      "      "      " | 1,560 | | |
| 187-21282 | 961BLK/PURPLE | "      "      "      " | 1,662 | | |

**Acct: 6580**

This account is due and payable to
**FTC Commercial Corp.** Payment of this account must be made in Par U.S. Funds directly to  **FTC Commercial Corp., P.O. Box 8295, Pasadena, CA 91109-8295**
If this bill is not found to be correct in all respects, they must be notified at once.

Subtotal : 4,814
Freight & Handling :
**TOTAL :**

**1. CLAIMS -**Goods must be counted upon receipt. Cutting ticket is not proof of shortage. **We are not responsible for any goods after garment dying.** All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods.  Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
**2. TESTING OF GOODS -** It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance.  This fabric does not meet the flammability standards for childrens sleepwear.
*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
**3. CASUALTIES -** Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
**4. WARRANTIES -**  Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
**5. PAYMENT -**  Payments are due within time period specified on invoice, time being of the essence.  Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per year.
**6. JURISDICTION -**  California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Neman Brothers & Assoc., Inc. and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

prinviss                                                © 2021 MOD2 INC.

**ATTORNEYS ONLY**                    **NB449**