| | |
|---|---|
| 1 | RIMON, P.C. |
| | Mark Lee (SBN 94103) |
| 2 | mark.lee@rimonlaw.com |
| | 2029 Century Park East, Suite 400N |
| 3 | Los Angeles, California 90067 |
| | Telephone/Facsimile: 213.375.3811 |
| 4 | |
| | RIMON, P.C. |
| 5 | Zheng Liu (SBN: 229311) |
| | zheng.liu@rimonlaw.com |
| 6 | 800 Oak Grove Avenue, Suite 250 |
| | Menlo Park, California 94025 |
| 7 | Telephone/Facsimile: 650.461.4433 |
| 8 | Attorneys for Defendants |
| | INTERFOCUS INC. d.b.a. www.patpat.com |
| 9 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | Case No. 2:20-cv-11181-CAS-JPRC |
| Plaintiff, | **DECLARATION OF CHANGUANG TAO IN FURTHER SUPPORT OF DEFENDANT INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S:** |
| v. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive., | 1) **MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT AND DEFENDANT'S COUNTERCLAIM; AND** |
| Defendants. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive, | 2) **OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Counterclaim Plaintiffs, | Date:        December 6, 2021 |
| v. | Time:        10:00 am |
| | Courtroom: Courtroom 8D |
| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | The Hon. Christina A. Snyder |
| Counterclaim Defendant. | |

DECLARATION OF CHANGUANG TAO

# DECLARATION OF CHANGQUAN TAO

I, Changquan Tao, declare:

1. I am the General Manager for Foshan Chancheng District Aibeibei Garment Factory ("Aibeibei"), a supplier to Interfocus Inc. ("Interfocus"). I have worked for Aibeibei since 2009. I have personal knowledge of the following facts except where otherwise indicated, and if called upon as a witness, I could and would competently testify thereto.

2. Aibeibei supplied this garment to Interfocus (see below).



3. Aibeibei purchased the fabric to make this garment from XinRan Textile Company in China. XinRan told me it purchased the fabric from open fabric market in Guangdong, China.

4. In addition, this fabric is available on the internet. I have seen multiple offerings of garments made from this fabric on 1688. Please see an example at the attached Exhibit A, which is also shown at the link below.

https://detail.1688.com/offer/639072915911.html?spm=a26352.b28411319.offerlist.6.73ed1e62XM89Wc

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26 day of October 2021, at Foshan, Guangdong, China.

_____
Changquan Tao