# Exhibit A

PageVault

| | |
|---|---|
| Document title: | 春季套装潮牌棉套头衫蓝色欧美夏季女印花裤套装童装 |
| Capture URL: | https://detail.1688.com/offer/639072915911.html?spm=a26352.b28411319.offerlist.6.73ed1e62XM89Wc |
| Page loaded at (UTC): | Thu, 21 Oct 2021 17:15:42 GMT |
| Capture timestamp (UTC): | Thu, 21 Oct 2021 17:17:07 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 12 |
| Capture ID: | 405c9096-3307-41d2-9f56-8d75ea662c4b |
| User: | rimon-rob |

PDF REFERENCE #:      2rPQsh4X3az3Ui5kztC6vD



Document title: 春季套装潮牌棉套头衫蓝色欧美夏季女印花裤套装童装
Capture URL: https://detail.1688.com/offer/639072915911.html?spm=a26352.b28411319.offerlist.6.73ed1e62XM89Wc
Capture timestamp (UTC): Thu, 21 Oct 2021 17:17:07 GMT
Page 1 of 11





跨境属性　商品属性　**商品描述**　价格说明

佛山实力厂家童裙来图来样...
￥35　已售30件

夏套装裤套装绿色花朵秋季...
￥26　已售27件

查看更多 >





跨境属性　　商品属性　　商品描述　　价格说明



Document title: 春季套装潮牌棉套头衫蓝色欧美夏季女印花裤套装童装
Capture URL: https://detail.1688.com/offer/639072915911.html?spm=a26352.b28411319.offerlist.6.73ed1e62XM89Wc
Capture timestamp (UTC): Thu, 21 Oct 2021 17:17:07 GMT
Page 6 of 11



跨境属性 商品属性 商品描述 价格说明

Document title: 春季套装潮牌棉套头衫蓝色欧美夏季女印花裤套装童装
Capture URL: https://detail.1688.com/offer/639072915911.html?spm=a26352.b28411319.offerlist.6.73ed1e62XM89Wc
Capture timestamp (UTC): Thu, 21 Oct 2021 17:17:07 GMT
Page 8 of 11

跨境属性　　商品属性　　商品描述　　价格说明



| 尺码 | 衣长 | 半胸围 | 袖长 | 裤长 | 半腰围 | 半坐围 | 适合年龄 |
|---|---|---|---|---|---|---|---|
| 80 | 34 | 26 | 9 | 21 | 20 | 30 | 12-18M |
| 90 | 36 | 27.5 | 9.5 | 22.5 | 21 | 31.5 | 18-24M |
| 100 | 38 | 29 | 10 | 24 | 22 | 33 | 2-3T |
| 110 | 40 | 30.5 | 10.5 | 25.5 | 23 | 34.5 | 3-4T |
| 120 | 42 | 32 | 11 | 27 | 24 | 36 | 4-5T |



Document title: 春季套装潮牌棉套头衫蓝色欧美夏季女印花裤套装童装
Capture URL: https://detail.1688.com/offer/639072915911.html?spm=a26352.b28411319.offerlist.6.73ed1e62XM89Wc
Capture timestamp (UTC): Thu, 21 Oct 2021 17:17:07 GMT
Page 10 of 11

跨境属性　商品属性　商品描述　**价格说明**

划线价格：划线的价格是商品在阿里巴巴中国站上的销售标价，具体的成交价格根据商品参加活动，或因用户使用优惠券等发生变化，最终以订单结算页价格为准。

【活动预热状态下】
划线价格：划线的价格是商品在目前活动预热状态下的销售标价，并非原价，具体的成交价可能因用户使用优惠券等发生变化，最终以订单结算页价格为准。
未划线价格：未划线的价格可能是商品即将参加活动的活动价，仅供参考，具体活动时的成交价可能因用户使用优惠券等发生变化，最终以活动单结算页价格为准。

【伙拼折上折活动状态下】
该商品（部分规格除外）在伙拼折上折活动期间内，买家可享受伙拼折上折活动优惠价格（该价格较同时期伙拼日常活动价格更优惠）。

*注：前述说明仅当出现价格比较时有效。若商家单独对划线价格进行说明的，以商家的表述为准。

## 同行还在看

| 外贸童装夏季热销女童无袖连衣裙儿童波点连衣裙跨境 | 跨境童 ins亚马逊热卖哈衣背带裙两件套欧美童装工 | 秋黄色长袖女秋季套装套头衫三件套欧美花朵裤套装童 | 跨境童装蝴蝶结吊带印花短裤两件套欧美风婴装可爱公 | 冬天衫小 |
|---|---|---|---|---|
| ￥21.9 | ￥25.9 | ￥26.0 | ￥20.0 | ￥2 |

| 跨境童装圆领字母短袖哈衣+印花短裤+粉头巾三件套工 | 儿童套装夏短袖上衣针织打底裤蝴蝶结发带三件套装女 | 秋款女套装不连帽印花裤套装棉肤色夏季现货套装 |
|---|---|---|
| ￥19.99 | ￥25.9 | ￥26.0 |


买家保障

新手指南
买家入门
开通支付宝
绑定支付宝
安装阿里旺旺

交易安全
买家防骗
交易纠纷
投诉举报

采购商服务
找公司
找产品
进货单

佛山市迩霖服饰有限公司　地址：中国 广东 佛山 禅城区祖庙街道东升村工农三田园大街同和楼A座东侧六楼601号　技术支持：旺铺管理入口　免责声明　客服中心

阿里巴巴集团　阿里巴巴国际站　1688　全球速卖通　淘宝网　天猫　聚划算　一淘　阿里旅行·去啊　阿里妈妈　酷盘　虾米　阿里云计算　YunOS　阿里通信　万网　支付宝　来往　11 Main　钉!

@2010-2020 1688.com 版权所有　著作权与商标声明　法律声明　服务条款　隐私声明　关于阿里巴巴　联系我们　网站导航