| | |
|---|---|
| 1 | RIMON, P.C. |
| | Mark Lee (SBN 94103) |
| 2 | mark.lee@rimonlaw.com |
| | 2029 Century Park East, Suite 400N |
| 3 | Los Angeles, California 90067 |
| | Telephone/Facsimile: 213.375.3811 |
| 4 | |
| | RIMON, P.C. |
| 5 | Zheng Liu (SBN: 229311) |
| | zheng.liu@rimonlaw.com |
| 6 | 800 Oak Grove Avenue, Suite 250 |
| | Menlo Park, California 94025 |
| 7 | Telephone/Facsimile: 650.461.4433 |
| 8 | Attorneys for Defendants |
| | INTERFOCUS INC. d.b.a. www.patpat.com |
| 9 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | | Case No. 2:20-cv-11181-CAS-JPRC |
| | Plaintiff, | **DECLARATION OF GONGWEI XIAO IN FURTHER SUPPORT OF DEFENDANT INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S:** |
| | v. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive., | | 1) **MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT AND DEFENDANT'S COUNTERCLAIM; AND** |
| | Defendants. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive, | | 2) **OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| | Counterclaim Plaintiffs, | Date:     December 6, 2021 |
| | v. | Time:     10:00 am |
| | | Courtroom: Courtroom 8D |
| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | | The Hon. Christina A. Snyder |
| | Counterclaim Defendant. | |

DECLARATION OF GONGWEI XIAO

# DECLARATION OF GONGWEI XIAO

I, Gongwei Xiao, declare:

1. I am the manager for Guangzhou Xinqi Yijian Garment Co. Ltd. ("Xinqi"), a supplier to Interfocus Inc. ("Interfocus"). I have personal knowledge of the following facts except where otherwise indicated, and if called upon as a witness, I could and would competently testify thereto.

2. Xinqi supplied these two garments to Interfocus (see below).

 

3. Xinqi sourced the fabric to make this garment from HengZhou Fabric Company in Hengzhou, Guangxi, China.  Hengzhou informed me it acquired the fabrics from the largest open fabric market in Guangzhou, Guangdong, China.

4. In addition, this fabric and very similar fabrics are available on the internet.  I have seen multiple offerings of garments in such fabrics on Aliexpress in the past two years.  Please see Exhibits A & B attached, which are also shown at the links below.

https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa

https://fr.aliexpress.com/item/33028418342.html?spm=a2g0o.detail.1000060.3.7ad724b3Eu95sU&gps-id=pcDetailBottomMoreThisSeller&scm=1007.13339.169870.0&scm_id=1007.13339.169870.0&scm-url=1007.13339.169870.0&pvid=86e01a6d-c056-4e57-9172-cd2c5e2ab7e9&_t=gps-id:pcDetailBottomMoreThisSeller,scm-url:1007.13339.169870.0,pvid:86e01a6d-c056-4e57-9172-cd2c5e2ab7e9,tpp_buckets:668%232846%238115%232000&&pdp_ext_f=%7B%22sceneId%22:%223339%22,%22sku_id%22:%2267206599644%22%7D

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this ___ day of October 2021, at Guangzhou, Guangdong, China.

_____
Gongwei Xiao