Exhibit A

**Page Vault**

| | |
|---|---|
| Document title: | LIU & QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress |
| Capture URL: | https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa |
| Page loaded at (UTC): | Thu, 21 Oct 2021 16:20:13 GMT |
| Capture timestamp (UTC): | Thu, 21 Oct 2021 16:21:51 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 28 |
| Capture ID: | 7943df9c-113f-4c6c-853b-8c6be0b0b4cf |
| User: | rimon-rob |

PDF REFERENCE #:        n9fLc9SeUkzeMbM19xxn6q







**Robe de maternité froncée sur le côté pour femme, sans manches, débardeur, mama robe de Baby Shower, robe de grossesse**

Caractéristiques:

-Seuls les articles vendus par Pinkydot sont authentiques, aucun autre vendeur n'est autorisé, méfiez-vous des ve contrefaits. Gardez votre taille habituelle.

-Taille adaptée au buste (S)33-35 " (M)35-37" (L)38-40 " (XL)40-42"

-95% Viscose 5% Spandex. Cette robe de maternité est faite d'un matériau doux et élastique.

-Port confortable sans manches. Les plis des deux côtés de la jupe peuvent fournir un espace suffisant pour la cro pendant la grossesse, et peuvent également être portés après la grossesse.

-S'il y a des problèmes ou des suggestions, n'hésitez pas à nous contacter, nous fournirons un service 100% satis

## / PRODUCT SHOW /

MORE THAN SIMPLE

| Body Size Размер тела | | | |
|---|---|---|---|
| Size Размер | S / CM | M / CM | L / CM |
| EU Европа | 34-36 | 38-40 | 42 |
| RUS РУС | 44 | 46 | 48 |
| AU Австралия | 8 | 10 | 12 |
| UK Англия | 8 | 10 | 12 |
| US США | 4-6 | 8-10 | 12 |
| Bust Обхват груди | 86-90 | 90-94 | 94-98 |
| Waist Талия | 66-69 | 70-73 | 74-77 |
| Product Measurement (CM) Измерение продукта | | | |
| Bust | | | |

| | | | |
|---|---|---|---|
| Bust Обхват груди | 86-90 | 90-94 | 94-98 |
| Waist Талия | 66-69 | 70-73 | 74-77 |

| Product Measurement (CM) Измерение продукта | | | |
|---|---|---|---|
| Bust Обхват груди | 82 | 86 | 94 |
| Waist Талия | 74 | 78 | 86 |
| Shoulder Плечо | 24.5 | 25 | 25.5 |
| Length Длина | 92 | 93.7 | 95.4 |

**NOTE:**
1.Please strictly follow the size chart to select the size.Do not select directly according to your habits.
2.Please allow a tolerance of 1-3 cm in measurements.
3.Still not sure about size?We'd love to advise based on your measurements of bust,waist and hip.
4.Suggestion of cold water hand washing,do not bleach,please rountine dry cleaning.



TO EXPRESS THE MOST BEAUTIFUL SIDE OF YOURSELF

**BUYERS SHOW**

Stay stylish throughout your pregnancy in our maternity bodycon dress

Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT

Page 4 of 27









Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT



Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT







# DETAIL DESIGN DISPLAY



**01**



**03**

# FABRIC DISPLAY

Liu & Qu Officials   PRÉSENTATION   AVIS (217)   DÉTAILS



## Avis client (217)

| | | |
|---|---|---|
| 5 étoiles | | 79% |
| 4 étoiles | | 14% |
| 3 étoiles | | 5% |
| 2 étoiles | | 0% |
| 1 étoile | | 2% |

4.7 / 5 ★★★★★

Toutes les étoiles (216) ⌄   Photos (17)   Avis supplémentaires(5)

☐ Uniquement de votre pays   ☑ Traduire en français                     Trier p

**D***o**
🇺🇸 US          ★★★★★
               Color: pic   Maternity Size: M   Logistique : AliExpress Standard Shipping
               Le tissu est très confortable j'ai adoré  23 May 2021 10:29

                                                          Cela vous a-t-il été utile   O

**A***o**
🇺🇸 US          ★★★★★
               Color: pic   Maternity Size: S   Logistique : AliExpress Standard Shipping
               Tissu doux et s'étire beaucoup. Achètera certainement plus.  30 Jun 2021 21:59

                                                          Cela vous a-t-il été utile ?   O

**M***t**
🇫🇷 FR          ★★★★★
               Color: pic   Maternity Size: XL   Logistique : AliExpress Standard Shipping
               matière super agréable taille parfaitement bien livraison rapide rien n'a redire  24 Apr 2021 13:21



**M***t**  ★★★★★
🇫🇷 FR
Color: pic   Maternity Size: XL   Logistique : AliExpress Standard Shipping
matière super agréable taille parfaitement bien livraison rapide rien n'a redire  24 Apr 2021 13:21

Cela vous a-t-il été utile ?   Oi

**A***a**  ★★★★★
🇱🇻 LV
Color: pic   Maternity Size: L   Logistique : China Post Registered Air Mail
J'attends beaucoup cet article. Il a été livré en lettonie au bout de deux mois. Il est difficile d'attendre aussi longtemps :) le produit est super et le vendeur est excellent. Pour buste 100 cm, taille 90 cm, hanche 110 cm la ta L convient parfaitement. Je vous en suis reconnaissant.  15 Jul 2021 01:44

Cela vous a-t-il été utile ?   Oi

**E***a**  ★★★★★
🇷🇺 RU
Color: pic   Maternity Size: XL   Logistique : AliExpress Standard Shipping
Super robe!! Je commande déjà le deuxième. Le premier était les couleurs de hacky. La taille est la même, et la ta est différente. La lumière est évidemment plus serrée, mais ce n'est jamais pire. Je recommande vivement!  24 Au 2021 01:54

Cela vous a-t-il été utile ?   Oi

**Acheteur AliExpress**  ★★★★★
🇨🇦 CA
Color: pic   Maternity Size: S   Logistique : AliExpress Standard Shipping
Belle robe d'été de grossesse abordable. Merci cher vendeur!  02 May 2021 16:25

Cela vous a-t-il été utile ?   Oi

**A***e**  ★★★★★
🇺🇸 US
Color: pic   Maternity Size: S   Logistique : AliExpress Standard Shipping
Très rapidement reçu. Jolie robe, comme j'aime. Mon mari l'aime beaucoup quand je le porte. Parfait pou grossesse en été  02 Jul 2021 01:28

Cela vous a-t-il été utile   Oi

**C***s**  ★★★★★
🇫🇷 FR
Color: pic   Maternity Size: M   Logistique : AliExpress Standard Shipping
robe acheté pour ma baby shower elle est parfaite j'ai trop hâte  23 Jun 2021 00:46

Cela vous a-t-il été utile ?   Oi

**P***s**  ★★★★★
🇨🇱 CL
Color: 1 pieces as pic   Maternity Size: M   Logistique : AliExpress Standard Shipping
169cm 65kg Enceinte de 5 mois  05 Oct 2021 14:46

Cela vous a-t-il été utile ?   Oi



robe acheté pour ma baby shower elle est parfaite j'ai trop hâte   23 Jun 2021 00:46

Cela vous a-t-il été utile ?

**P\*\*\*s**   ★★★★★
CL

Color: 1 pieces as pic   Maternity Size: M   Logistique : AliExpress Standard Shipping

169cm 65kg Enceinte de 5 mois   05 Oct 2021 14:46

Cela vous a-t-il été utile ?

**Acheteur AliExpress**   ★★★★★
FR

Color: pic   Maternity Size: S   Logistique : AliExpress Standard Shipping

Parfait je vais recommander   15 Jun 2021 11:16

Cela vous a-t-il été utile ?

Avis supplémentaires

Génial je recommande de suite après l'avoir porter plusieurs fois et lave elle n'a pas bougé.

1   2

## Questions et réponses de l'acheteur (36)

[?] **Je suis normalement en petit vêtements de maternité. Dois-je être commander ce dans un petit ou moyen si d'... mois à recevoir? Je suis 16 semaines**

[…] Je suis aussi petit mais j'ai commandé M et c'était bon car il n'était pas trop serré. Je l'ai utilisé jusqu'à 39 semaines et ça...

Voir plus ⌄

[?] **Vous pouvez spécifier le tableau des tailles en pouces?**

[…] Bonne

Voir plus ⌄

[?] **Dose il stretch**

[…] Oui il a stretch

Voir plus ⌄

[?] **Combien de robes viennent**

[…] 3 arrivent

[?] **Sont vendus en vrac ou en 3 pack?**

[…] Lâche, c'est arrivé à moi.

Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT
Page 24 of 27



Livraison gratuite
**US $13.79**
348 Vendus

Livraison gratuite
**US $9.59**
213 Vendus

US $11.69
221 Vendus

Livraison gratuite
**US $8.71**
243 Vendus

Livraison gratuite
**US $**
467 Ve

Legging de maternité taille h...
Livraison gratuite
**US $11.59**
1241 Vendus

T-shirt de maternité en vogu...
Livraison gratuite
**US $8.69**
820 Vendus

Robe de maternité moulante...
**US $11.51**
123 Vendus

Robes de maternité froncées...
Livraison gratuite
**US $11.99**
72 Vendus

Robe
Livrai
**US $**
1 Vend

Soutien-gorge d'allaitement ...
**US $3.38**
12271 Vendus

Robe de maternité élégante ...
Livraison gratuite
**US $10.90**
18 Vendus

Pantalon de maternité pour ...
**US $2.52**
1127 Vendus

Robe d'été pour femmes enc...
Livraison gratuite
**US $11.13**
2 Vendus

Robe
Livrai
**US $**
4 Vend

PatPat – robe d'allaitement à...
Livraison gratuite
**US $13.99**
300 Vendus

T-shirt à manches courtes p...
**US $3.51**
1844 Vendus

Robe de maternité sans man...
Livraison gratuite
**US $9.37**
45 Vendus

Robes de maternité froncées...
Livraison gratuite
**US $9.99**
56 Vendus

Lot de 3 vêtements de mater...
Livraison gratuite
**US $8.63**
269 Vendus

Soutien-Gorge d'allaitement ...
**US $1.98**
2242 Vendus

Robe de maternité froncée p...
**US $4.08**
30 Vendus

Robe de maternité moulante...
**US $3.61**
174 Vendus

Robes
Livrai
**US $.**
12 Ver

Document title: LIU &amp; QU – robe de maternité pour femmes enceintes, vêtement de maman, flatteur, froncé sur le côté, col rond, S XL | AliExpress
Capture URL: https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa
Capture timestamp (UTC): Thu, 21 Oct 2021 16:21:51 GMT
Page 26 of 27



Lot de 3 vêtements de mater...
Livraison gratuite
**US $8.63**
269 Vendus

Soutien-Gorge d'allaitement ...
**US $1.98**
2242 Vendus

Robe de maternité froncée p...
**US $4.08**
30 Vendus

Robe de maternité moulante...
**US $3.61**
174 Vendus

Robes ...
Livrais...
**US $...**
12 Ven...

Robe à la mode pour femme...
Livraison gratuite
**US $9.73**
231 Vendus

Culotte de grossesse confort...
Livraison gratuite
**US $10.27**
777 Vendus

Robe de maternité longue e...
**US $6.88**
323 Vendus

Robes de maternité pour fe...
**US $4.86**
160 Vendus

Soutie...
Livrai...
**US $...**
14 Ver...

Liens

Mots-clés de classement

pistolet peinture              chauffage piscine              bracelet montre wirlex

Recherche connexe

winter dress cemme            zalando robes pull              maternité vêtement noel
marques robes femmes          folates grossesse              un dress
robe femmes grasses           robe paillettes grossesse       robe mu
robe fluid hiver              robe fluo femme soirée          robes sary

Cet article est dans la catégorie **Accueil** , et vous pouvez trouver des articles similaires **Toutes catégories** , **Mère et enfant** , **maternité** , **Robes** ,

## Information sur AliExpress

Service client, Litiges et rapports, Protection de l'acheteur, Signaler une infraction des DPI

## Parcourir par catégorie

Les plus populaires, Produits, Promotions, Bas Prix, Comparer, Commentaires, Marques chinoises, Blog, Seller Portal, BLACK FRIDAY, Assistant AliExpress

Google Play     App Store

## AliExpress Sites Multi-langue

Русский, Português, Español, Français, Deutsch, Italiano, Nederlands, Türk, 日本語, 한국어, ไทย, tiếng Việt, עברית, العربية, Polish

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Protection de la Propriété Intellectuelle - Politique de Confidentialité - Plan du site - Conditions d'Utilisation et Informations Légales - Information pour consommateurs de l'UE - Accord de services transactionnels pour les consommateurs de l'UE - Guide pour Forces de l'Ordre - Information supplémentaire sur AliExpress Alibaba. Tous droits réservés