# Exhibit B

PageVault

| | |
|---|---|
| Document title: | Robe de maternité pour femmes, tenue taille haute et basse, avec ceinture, ajustable, col en V, vêtements de photographie, grossesse, allaitement \| AliExpress |
| Capture URL: | https://fr.aliexpress.com/item/33028418342.html?spm=a2g0o.detail.1000060.3.7ad724b3Eu95sU&gps-id=pcDetailBottomMoreThisSeller&scm=1007.13339.169870.0&scm_id=1007.13339.169870.0&scm-url=1007.13339.169870.0&pvid=86e01a6d-c056-4e57-9172-cd2c5e2ab7e9&_t=gps-id:pcDetailBottomMoreThisSeller,scm-url:1007.13339.169870.0,pvid:86e01a6d-c056-4e57-9172-cd2c5e2ab7e9,tpp_buckets:668%232846%238115%232000&&pdp_ext_f=%7B%22sceneId%22:%223339%22,%22sku_id%22:%2267206599644%22%7D |
| Page loaded at (UTC): | Thu, 21 Oct 2021 17:31:56 GMT |
| Capture timestamp (UTC): | Thu, 21 Oct 2021 17:31:58 GMT |
| Capture tool: | 2.33.4 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 11 |
| Capture ID: | hAZLnoFCHYTPSkziejpNq6 |
| User: | rimon-IT |

PDF REFERENCE #:    2fdMuC22mMCUZ1Rj7ayucu















Liu & Qu Official St...  PRÉSENTATION   AVIS (59)   DÉTAILS   Acheter maintenant   Ajouter au panier

## Notre site utilise des cookies

Nous utilisons des cookies et des outils similaires pour assurer nos services, comprendre la manière dont nos clients utilisent notre service afin d'y apporter des améliorations, présenter des publicités, y compris des publicités basées sur les centres d'intérêts, et partager des informations sur l'utilisation de notre site avec nos partenaires d'analyse, de publicité et de médias sociaux. Si vous ne souhaitez pas accepter tous les cookies ou si vous souhaitez en apprendre davantage sur la manière dont nous utilisons les cookies, cliquez sur Personnaliser les cookies.

Personnaliser les cookies    Refuser les cookies    Accepter les cookies



