# Exhibit A



**Bing Zhang Ryan <bingzhangryan@magstonelaw.com>**

## Rule 408 Settlement Discussion-Intellectual Property of Neman Brothers

**Linna Chen** <lchen@magstonelaw.com>  Sat, Jan 18, 2020 at 11:50 AM
To: jeong@jeonglikens.com, Bing Zhang Ryan <bingzhangryan@magstonelaw.com>

Dear Mr. Jeong,

We are intellectual property attorney for Interfocus, Inc. (d/b/a PatPat). We only learned Neman Brothers' complaint when searching for litigations relating to PatPat. Without admitting to any fault or infringement, we immediately took actions to remove the items referenced in the complaint. Thus, we believe we have fulfilled our duty under DMCA.

We hope to resolve this matter amicably in a way that is mutually beneficial to both Neman Brothers and PatPat. As you and your client may very well aware that intellectual property litigations are lengthy and costly and may not ultimately result in any real benefit to your client.

See attached is our formal letter regarding Neman Brothers' complaint. We hope to hear from you soon.

Warm regards,

Linna Chen, Ph.D.

Partner, Intellectual Property

**MagStone Law, LLP**
T: 650.513.2555 ext. 106 | C: 415.299.2149
F: 650.539.5115
4633 Old Ironsides Dr. Suite 160
Santa Clara CA, 95054
E: lchen@magstonelaw.com
www.magstonelaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

📄 **Letter to Neman Brothers Sent on 01.18.2020.pdf**
94K