1  RIMON, P.C.
   Mark Lee (SBN 94103)
2  mark.lee@rimonlaw.com
   2029 Century Park East, Suite 400N
3  Los Angeles, California 90067
   Telephone/Facsimile: 213.375.3811
4
   RIMON, P.C.
5  Zheng Liu (SBN: 229311)
   zheng.liu@rimonlaw.com
6  800 Oak Grove Avenue, Suite 250
   Menlo Park, California 94025
7  Telephone/Facsimile: 650.461.4433

8  Attorneys for Defendants
   INTERFOCUS INC. d.b.a. www.patpat.com
9

10            UNITED STATES DISTRICT COURT

11   CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  NEMAN BROTHERS & ASSOC.,          Case No. 2:20-cv-11181-CAS-JPRC
    INC., a California Corporation,
14                                    **DECLARATION OF ZIJIA CHEN
         Plaintiff,                   IN FURTHER SUPPORT OF
15                                    DEFENDANT INTERFOCUS, INC.
         v.                           D.B.A. WWW.PATPAT.COM'S:**
16
    INTERFOCUS, INC. d.b.a.           1) **MOTION FOR SUMMARY
17  www.patpat.com, a Delaware           JUDGMENT AND PARTIAL
    Corporation; CAN WANG, and           SUMMARY JUDGMENT ON
18  individual, and DOES 1-10, inclusive.,   PLAINTIFF'S COMPLAINT
                                         AND DEFENDANT'S
19       Defendants.                     COUNTERCLAIM; AND**

20                                    2) **OPPOSITION TO PLAINTIFF'S
    INTERFOCUS, INC. d.b.a.              MOTION FOR SUMMARY
21  www.patpat.com, a Delaware          JUDGMENT**
    Corporation; CAN WANG, an
22  individual, and DOES 1-10, inclusive,   Date:        December 6, 2021
                                      Time:        10:00 am
23       Counterclaim Plaintiffs,     Courtroom: Courtroom 8D

24       v.                           The Hon. Christina A. Snyder

25  NEMAN BROTHERS & ASSOC.,
    INC., a California Corporation,
26
         Counterclaim Defendant.
27

28

_____

                    DECLARATION OF ZIJIA CHEN

## DECLARATION OF ZIJIA CHEN

I, Zijia Chen, declare:

1.    I am the Director of Sourcing for Shenzhen Yinfusi Co. Ltd., a supplier and sourcing company of clothing to Interfocus Inc. ("Interfocus"). I have worked in the fabric and garment industry for more than 16 years. I have personal knowledge of the following facts except where otherwise indicated, and if called upon as a witness, I could and would competently testify thereto.

2.    I am familiar with the operations of the Chinese garment and textile industry.  The majority of the fabrics for the Chinese garment industry are made by textile factories located in either Zhejiang or Guangdong provinces in China. These factories also make a significant percentage of the fabrics U.S. companies use.  In recent years there have been some fabric and garment companies moving to Vietnam, which is right next to Guangdong province. There is significant cross border commerce between Vietnam and Guangdong province.

3.    Fabrics sold on the open fabric markets in the Zhejiang or Guangdong provinces come from various sources. Many come from manufacturers in those provinces and from companies in Vietnam.  Some of the manufacturers sell fabrics with designs licensed from others, including U.S. companies. Thus, many of those fabrics come from licensed manufacturers.   There are also occasions that garment companies that acquired fabric but did not use all of the fabrics they purchased for their fabric manufacturing purposes, end up selling their excess inventory in the open market.

4.    The fabrics for the accused garments in this case and similar fabrics are widely available in China. I personally have seen them at fabric market in Guangzhou, Guangdong province and online.

5.    To verify that these fabrics can be easily obtained, I conducted an experiment.

1

DECLARATION OF ZIJIA CHEN

6.     In September, I asked Shaoxing Zhongxing Textile Co. Ltd., a fabric manufacturer in Shaoxing, Zhejiang, China, whether it can make the fabrics shown below.







2

7.     The representative of the company stated that it could manufacture the fabric or similar ones. I was not required to show any proof that I worked for a company with a license from Neman Brothers.

8.     To show its capability, the company representative showed me fabrics they have previously made that are similar to the fabric designs that I showed them. (See below).  The representative stated that the company had been producing these fabrics below for some years, and at the latest, from 2019.

 

DECLARATION OF ZIJIA CHEN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



4
DECLARATION OF ZIJIA CHEN

1     I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.  Executed this _1st_ day of November 2021, at

3  Shenzhen, Guangdong, China.

4

5                                           _____
                                                    Zijia Chen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ZIJIA CHEN