RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**PROOF OF SERVICE RE UNDER SEAL DOCUMENT** |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

---

PROOF OF SERVICE OF SERVICE RE UNDER SEAL DOCUMENT

**PROOF OF SERVICE**

I, CHERYL LOVDAHL, am over the age of 18 and not a party to this action. My place of business is 800 Oak Grove Avenue, Suite 250, Menlo Park, CA 94025. On November 1, 2021, I served the following attached document(s):

1. **EXHIBIT 2 TO THE DECLARATION OF MARK S. LEE IN FURTHER SUPPORT OF: 1) MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT AND DEFENDANT'S COUNTERCLAIM; AND 2) OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; 3) APPLICATION TO FILE UNDER SEAL; AND**

2. **PROOF OF SERVICE**

on the person(s) listed below in the following manner/s:

☒ **BY ELECTRONIC MAIL.** I sent the persons below copies of the documents via electronic mail at the email addresses below.

The following party was served the above-referenced document(s):

**Chan Yong Jeong, Esq. (SBN: 255244)**
**jeong@jeonglikens.com**
**JEONG & LIKENS, L.C.**
**222 South Oxford Avenue**
**Los Angeles, California 90004**
**Telephone: 213.688.2001**
**Facsimile: 213.315.5035**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 1, 2021        /s/ Cheryl Lovdahl
                                              Cheryl Lovdahl