```
 1  RIMON, P.C.
    Mark Lee (SBN 94103)
 2  mark.lee@rimonlaw.com
    2029 Century Park East, Suite 400N
 3  Los Angeles, California 90067
    Telephone/Facsimile: 213.375.3811
 4
    RIMON, P.C.
 5  Zheng Liu (SBN: 229311)
    zheng.liu@rimonlaw.com
 6  800 Oak Grove Avenue, Suite 250
    Menlo Park, California 94025
 7  Telephone/Facsimile: 650.461.4433

 8  Attorneys for Defendants
    INTERFOCUS INC. d.b.a. www.patpat.com
 9
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>  Defendants.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>  Counterclaim Plaintiffs,<br><br>  v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>  Counterclaim Defendant. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**DECLARATION OF MARK S. LEE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INVALIDITY ISSUE**<br><br>Filed Concurrently with Motion for Summary Judgment and Memorandum of Points and Authorities<br><br>Date: December 6, 2021<br>Time:   10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |

1

DECLARATION OF MARK S. LEE ISO MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INVALIDITY ISSUE

I, Mark S. Lee, declare:

1. I am a lawyer admitted to practice before this Court, and am a partner at Rimon, P.C., counsel of record for Interfocus, Inc. d.b.a. www.patpat.com ("Interfocus") in this matter. I have personal knowledge of the following facts except where otherwise indicated based on my personal participation in the matters described, and if called upon as a witness, I could and would competently testify thereto.

2. On November 1, 2021, this office filed a supplemental brief and other supporting evidence in connection with a continued hearing this Court set for December 6, 2021. That supplemental brief raised the issue of the invalidity of the copyright registrations on which Plaintiff bases its copyright infringement claims herein based on knowing factual inaccuracies within them, and asked the Court to enter summary judgment for Defendant if the Copyright Office determined that the registrations would have been refused if it had known the true facts concerning those registrations.

3. After we filed those documents, we received an email from Plaintiff which demanded that we withdraw that briefing and argument, on the ground that this court had already denied our earlier motion for summary judgment, which had been brought on different, contractual, grounds. We responded by explaining why we believed its objections lacked merit, and pointed out that there were procedural advantages of Plaintiff in proceeding with the supplemental briefing this Court already ordered, but Plaintiff continued to complain. A true and correct copy of the email string between opposing counsel and myself on this issue is attached as Exhibit 4. (It is designated Exhibit 4 because my November 1 declaration includes Exhibits 1,2 and 3.) To accommodate Plaintiff's procedural concerns, we file the present motion.

1    I declare under penalty of perjury under the laws of the United States that the
2    foregoing is true and correct. Executed this November 4, 2021, at Los Angeles,
3    California.

                                        /s/ Mark S. Lee
                                        Mark S. Lee

DECLARATION OF MARK S. LEE ISO MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INVALIDITY ISSUE