1  RIMON, P.C.
   Mark Lee (SBN 94103)
2  mark.lee@rimonlaw.com
   2029 Century Park East, Suite 400N
3  Los Angeles, California 90067
   Telephone/Facsimile: 213.375.3811
4
   RIMON, P.C.
5  Zheng Liu (SBN: 229311)
   zheng.liu@rimonlaw.com
6  800 Oak Grove Avenue, Suite 250
   Menlo Park, California 94025
7  Telephone/Facsimile: 650.461.4433

8  Attorneys for Defendants
   INTERFOCUS INC. d.b.a. www.patpat.com
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>    Defendants. | Case No. 2:20-cv-11181-CAS-JPRx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC. D.B.A. WWW.PATPAT.COM'S APPLICATION TO FILE DEPOSITION EXCERPTS OF YOEL NEMAN UNDER SEAL**<br><br>Continued Hearing Date: December 6, 2021<br>Time: 10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>    Counterclaim Plaintiffs,<br><br>  v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Counterclaim Defendant. | |

Good cause appearing, it is ordered that the deposition excerpts of Yoel Neman marked as Exhibit 2 to the Declaration of Mark S. Lee filed November 1, 2021, are ordered filed under Seal.

**IT IS SO ORDERED.**

Dated: November 4, 2021

*Christine A. Snyder*
The Honorable Christine A. Snyder
United States District Judge