I, YOEL NEMAN, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. I have been working in the fashion industry involving fabrics, designs printed on the fabrics, and garments for over 30 years, and I am the duly authorized custodian of the business records, including the exhibits attached hereto. I have the personal knowledge as to the manner of creation and maintenance of such business records. I hereby certify that the exhibits attached hereto have been created and maintained in Plaintiff's regular course of business, were made at or near the time of the act, condition or event recorded therein, and therefore, are true and genuine.

3. I do apologize there was a confusion because my previous declaration stated my title as the president of Plaintiff NEMAN BROTHERS & ASSOC., INC. ("Plaintiff" or "Neman Brothers"). To be accurate, my title is the administrator. However, as I explained at the deposition, the job duties and the knowledges thereupon, stated in my previous declaration, are correct as I am in charge of the matters related to production and deigns.

4. At the deposition, I misstated based on my misunderstanding that our designer Adrineh did not create NB170268. After the deposition, I personally talked to Adrineh and confirmed she created it, which I understand she would discuss in details in her own declaration.

Under penalty of perjury under the laws of the State of California, I declare that the foregoing is true and correct.

Dated: November 15, 2021        Respectfully submitted by,

Yoel Neman

DECLARATION OF YOEL NEMAN

```
 1  CHAN YONG JEONG, ESQ. (SBN 255244)
    jeong@jeonglikens.com
 2  JEONG & LIKENS, L.C.
    222 South Oxford Avenue
 3  Los Angeles, CA 90004
 4  Tel: 213-688-2001
    Email: Jeong@jeonglikens.com
 5
 6  Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**DECLARATION OF YOEL NEMAN** |
|---|---|

DECLARATION OF YOEL NEMAN