CHAN YONG JEONG, ESQ. (SBN 255244)
 jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>       Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>       Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**DECLARATION OF ADRINEH MOKHTARIANS** |

DECLARATION OF **ADRINEH MOKHTARIANS**

I, **ADRINEH MOKHTARIANS**, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. I have the personal knowledge as to the manner of creation and maintenance of such business records. I hereby certify that the exhibits attached hereto have been created and maintained in Plaintiff's regular course of business, were made at or near the time of the act, condition or event recorded therein, and therefore, are true and genuine.

3. I have graduated with BA degree from North East London Polytechnic in UK in 1981. (presently known as North London University)

4. I came to the U.S. right after the graduation, and worked in few textile studios as textile artist designer. During the time, the computer was not commonly used for designing works yet, and I painted everything by hand and put the patterns into repeat and color separate the designs.

5. I started working for Neman Brothers in 1986 as textile artist designer, and painted many patterns by hand until 1989, then I decided to leave my position as full time and became freelance artist, but continued to work with Neman as a freelance artist.

6. In 2007, I have joined back Neman Brothers as Full time designer / stylist in 2007 and am still working for Neman Brothers to the present time.

7. My present position at Neman is overseeing the design room, purchasing art works and direct cad artists to create patterns and coloring.

8. Neman has filing drawers full of its own old hand painted art works and we often get elements from there.

9. From time to time, the designers of Neman Brothers refer to the prior designs owned by Neman Brothers, and use them as inspiration or reference for new designs.

10. In creating NB170268, I referred to the designs in **Exhibits 43 and 44** as inspirations, and hand-drew to make the new motifs shown in **Exhibit 45** which was scanned in as a design file, from which I created NB170268 shown in **Exhibit 46**. Exhibit 45 is a picture of my hand-drawing of the motifs, and Exhibit 46 is a

DECLARATION OF **ADRINEH MOKHTARIANS**

screenshot of the NB170268 design file saved in our design folder of the Neman's CAD system.

11. NB161106 is a modified version of the design Neman Brothers purchased from a design studio called Francesco. **Exhibit 47** is a picture of the purchased design.

12. We usually modified the designs from design studios to make it better and more cost-efficient for massive production for which we separate, identify and simplify the colors, and we also make some changes to make the design fit better to the concepts we were pursuing in the certain seasons. For example, to the Francesco design, we added small flowers, changed stems and leaves, rearranged the motifs, changed the colors, which also changed the shapes of the motifs especially because the shapes of the flowers typically is made through coloring and shadings. NB161106 was made in 2002, which I could verify by seeing the design file name in our CAD system, which is 020110b.tif as shown in **Exhibit 48**. "02" is the year, and 01 is month, and 10 is a sequential number. The NB number is given when it is put into the MOD2 system which is for production. In other words, the NB number is made and the design is saved to the MOD system when we decides the design is in season for production, which was 2016 for NB161106.

13. **Exhibit 49** is a picture of the Francesco design and NB161106 hangers side-by-side, a closer look of which show the changes we made.

14. I agree, acknowledge, and do not dispute, that all of the design works I made including NB170268 and NB161106 as an employee or freelancer were made as works for hire, and are owned by Neman Brothers.

*Under penalty of perjury under the laws of the State of California, I declare that the foregoing is true and correct.*

Dated: November 15, 2021                     Respectfully submitted by,

                                             _____
                                             Adrineh Mokhtarians

DECLARATION OF **ADRINEH MOKHTARIANS**

# **EXHIBIT 43**



# **EXHIBIT 44**


ATTORNEY EYES ONLY

NB 336

# **EXHIBIT 45**



# **EXHIBIT 46**



# **EXHIBIT 47**



FRANCESCO·ORTENZI *disegni*

ATTORNEY EYES ONLY

NB160

# **EXHIBIT 48**



**EXHIBIT 49**

