RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone/Facsimile: 213.375.3811

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a. www.patpat.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**SECOND DECLARATION OF MARK S. LEE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INVALIDITY ISSUE**<br><br>Filed Concurrently with Reply in Motion for Summary Judgment and Memorandum of Points and Authorities<br><br>Date: December 6, 2021<br>Time:   10:00 am<br>Courtroom: Courtroom 8D<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

1
DECLARATION OF MARK S. LEE ISO MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INVALIDITY ISSUE

I, Mark S. Lee, declare:

1. I am a lawyer admitted to practice before this Court, and am a partner at Rimon, P.C., counsel of record for Interfocus, Inc. d.b.a. www.patpat.com ("Interfocus") in this matter. I have personal knowledge of the following facts except where otherwise indicated based on my personal participation in the matters described, and if called upon as a witness, I could and would competently testify thereto.

2. On November 1, 2021, this office filed a supplemental brief and other supporting evidence in connection with a continued hearing this Court set for December 6, 2021. That supplemental brief raised the issue of the invalidity of the copyright registrations on which Plaintiff bases its copyright infringement claims herein based on knowing factual inaccuracies within them, and asked the Court to enter summary judgment for Defendant if the Copyright Office determined that the registrations would have been refused if it had known the true facts concerning those registrations. A declaration from me was filed with that supplemental brief, and attached as Exhibit 1 to that declaration were some excerpts from the deposition of Yoel Neman I took on October 27, 2021. That declaration also attached Exhibits 2 and 3 in support of InterFocus' position as stated in that supplemental brief.

3. On November 4, 2021, this office filed a motion for summary judgment on the copyright invalidity issue to accommodate certain procedural concerns raised by opposing counsel as described in a declaration filed with that motion. That motion attached an Exhibit 4 to that declaration. It was designated Exhibit 4 because my November 1 declaration included Exhibits 1, 2 and 3.

4. The concurrently filed reply brief cites deposition excerpts from the deposition of Yoel Neman. Most of those excerpts were attached as Exhibit 1 to my November 1, 2021 declaration, but there are two pages from Mr. Neman's deposition cited in the concurrently filed reply brief that were not included in

Exhibit 1.  True and correct copies of those newly cited pages from Mr. Neman's deposition are attached as Exhibit 5 in support of InterFocus' motion.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this November 22, 2021, at Los Angeles, California.

                                           /s/ Mark S. Lee
                                            Mark S. Lee