# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3      ------------------------  x
 4    NEMAN BROTHERS & ASSOC.,    :
 5    INC., a California          :
 6    Corporation,                :
 7           Plaintiff,           : Case No.
 8    v.                          : 2:20-cv-11181-CAS-JPR
 9    INTERFOCUS, INC., d/b/a     :
10    www.patpat.com, a           :
11    Delaware Corporation; CAN   :
12    WANG, an individual, and    :
13    DOES 1-10, inclusive,       :
14           Defendants.          :
15      ------------------------  X
16
17            Remote Zoom Video Deposition of
18                      YOEL NEMAN
19               Wednesday, October 20, 2021
20                10:07 a.m. to 3:52 p.m. PST
21
22      Job No.: 405745
23      Pages: 1 - 136
24      Reported by: Melody Stephenson, BBA,
25      FCRR, CRR, CRC, RPR, RSA, MO CCR 406, IA CSR 974
```

| | | |
|---|---|---|
| 1 | A  Right. | 15:45:51 |
| 2 | Q  Now, below that -- oops.  There we go. | 15:45:53 |
| 3 | Thank you.  We can see it a little easier now. | 15:45:58 |
| 4 | Below that, there are various content | 15:46:01 |
| 5 | titles listed by their NB number.  Do you see | 15:46:04 |
| 6 | that? | 15:46:09 |
| 7 | A  Yes. | 15:46:09 |
| 8 | Q  Now, the very first one in the top of the | 15:46:09 |
| 9 | left column says NB722X2.  Do you see that? | 15:46:14 |
| 10 | A  Yes. | 15:46:20 |
| 11 | Q  What does that refer to? | 15:46:20 |
| 12 | A  It's a number.  I don't know.  It's the | 15:46:22 |
| 13 | number -- | 15:46:27 |
| 14 | Q  Well, is it -- sorry. | 15:46:28 |
| 15 | A  Number that we have assigned to that | 15:46:31 |
| 16 | design. | 15:46:33 |
| 17 | Q  All right.  Does that indicate that the -- | 15:46:34 |
| 18 | that design was first created in 2007? | 15:46:38 |
| 19 | A  I'm not sure. | 15:46:41 |
| 20 | Q  Did Neman Brothers at some point change | 15:46:44 |
| 21 | the numbering system it used to identify its | 15:46:49 |
| 22 | artwork? | 15:46:54 |
| 23 | A  It's possible. | 15:46:55 |
| 24 | Q  Okay.  Do you have any idea when the work | 15:46:56 |
| 25 | identified as NB722X2 was created? | 15:47:05 |

Transcript of Yoel Neman
Conducted on October 20, 2021                                                131

| | | |
|---|---|---|
| 1 | A   I don't. | 15:47:09 |
| 2 | Q   Okay.  Immediately below that says NB923X. | 15:47:10 |
| 3 | Do you see that? | 15:47:16 |
| 4 | A   Yes. | 15:47:17 |
| 5 | Q   Do you have any idea when that work was | 15:47:18 |
| 6 | created? | 15:47:21 |
| 7 | A   No, I don't. | 15:47:21 |
| 8 | Q   Below that, it says NB7327X8.  Do you see | 15:47:22 |
| 9 | that, sir? | 15:47:29 |
| 10 | A   Yes, I do. | 15:47:30 |
| 11 | Q   Do you know when that work was created? | 15:47:31 |
| 12 | A   No. | 15:47:33 |
| 13 | Q   Okay.  Then below that, there's the | 15:47:33 |
| 14 | NB120152X6.  Do you see that, sir? | 15:47:41 |
| 15 | A   Yes. | 15:47:44 |
| 16 | Q   Now, is that a more familiar system to | 15:47:44 |
| 17 | you?  Do you recognize that as having -- as | 15:47:49 |
| 18 | identifying a work that was assigned a number in | 15:47:52 |
| 19 | December -- excuse me -- in 2012? | 15:47:57 |
| 20 | A   January 5, like that, yeah. | 15:48:01 |
| 21 | Q   Okay.  All right.  Now, after that, it | 15:48:07 |
| 22 | says 2X6.  Does that reference the -- that's -- | 15:48:09 |
| 23 | the one that's being registered here is a | 15:48:13 |
| 24 | subsequent version of that work? | 15:48:15 |
| 25 | A   Yes. | 15:48:17 |