CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>  Plaintiff,<br>  v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>  Defendants.<br>--------------------------------------------------<br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>  Counterclaim Plaintiffs,<br>  v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>  Counterclaim Defendant. | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**EVIDENTIARY OBJECTION TO DECLARATION OF ZIJIA CHEN**<br><br>Date: December 6, 2021<br>Time: 10 a.m. |

1
**EVIDENTIARY OBJECTION TO DECLARATION OF ZIJIA CHEN**

**EVIDENTIARY OBJECTIONS**

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| 1. I am the Director of Sourcing for Shenzhen Yinfusi Co. Ltd., a supplier and sourcing company of clothing to Interfocus Inc. ("Interfocus"). | **lack of disclosure on the FRCP rule 26 and rule 37** (Interfocus never identified or disclosed this person as a potential witness until the date of filing this declaration.) | Sustained:____ Overruled:____ |
| I have worked in the fabric and garment industry for more than 16 years. <br><br> I have personal knowledge of the following facts except where otherwise indicated, and if called upon as a witness, I could and would competently testify thereto. | lack of foundation / "worked in" is vague. / improper attempts to speak as a witness with on proper disclosure | Sustained:____ Overruled:____ |

| | | |
|---|---|---|
| 2. I am familiar with the operations of the Chinese garment and textile industry. | lack of foundation | Sustained: ____ Overruled: ____ |
| The majority of the fabrics for the Chinese garment industry are made by textile factories located in either Zhejiang or Guangdong provinces in China. | lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled: ____ |
| These factories also make a significant percentage of the fabrics U.S. companies use. | lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled: ____ |
| In recent years there have been some fabric and garment companies moving to Vietnam, which is right next to Guangdong province. | "some companies" is vague / lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled: ____ |

| | | |
|---|---|---|
| There is significant cross border commerce between Vietnam and Guangdong province. | "significant" is vague / lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled:____ |
| 3. Fabrics sold on the open fabric markets in the Zhejiang or Guangdong provinces come from various sources. | Vague / lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled:____ |
| Many come from manufacturers in those provinces and from companies in Vietnam. | Vague / lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled:____ |
| Some of the manufacturers sell fabrics with designs licensed from others, including U.S. companies. | Irrelevant speculation about some manufacturers / Vague / documents (license) speak for themselves / lack of foundation / improper expert testimony with no proper disclosure | Sustained: ____ Overruled:____ |

| | | |
|---|---|---|
| Thus, many of those fabrics come from licensed manufacturers. | Lack of foundation for this Illogical conclusion | Sustained: ____ Overruled:____ |
| There are also occasions that garment companies that acquired fabric but did not use all of the fabrics they purchased for their fabric manufacturing purposes, end up selling their excess inventory in the open market. | Lack of foundation and personal knowledge for the speculative conclusion that the accused fabrics were "excess inventory" produced under Naman's permission or license. / improper expert testimony with no proper disclosure | Sustained: ____ Overruled:____ |
| 4. The fabrics for the accused garments in this case and similar fabrics are widely available in China. I personally have seen them at fabric market in Guangzhou, Guangdong province and online. | Irrelevant (illegal copies being widely available in China does not justify copyright infringements.) | Sustained: ____ Overruled:____ |

5
**EVIDENTIARY OBJECTION TO DECLARATION OF ZIJIA CHEN**

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 | 5. To verify that these fabrics can be easily obtained, I conducted an experiment. | Irrelevant (illegal copies being easily obtainable online in China does not justify copyright infringements.) | Sustained: ____ Overruled:____ |
| 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 | 6. In September, I asked Shaoxing Zhongxing Textile Co. Ltd., a fabric manufacturer in Shaoxing, Zhejiang, China, whether it can make the fabrics shown below. | Irrelevant (the declarant could go and ask the supplier of the accused fabric whether it made the accused fabrics under Neman's permission or license. However, the declarant went to a third party fabrics supplier only to ask whether it would be easy to copy Neman's designs.) | Sustained: ____ Overruled:____ |
| 25 | | | |

| | | |
|---|---|---|
| 7. The representative of the company stated that it could manufacture the fabric or similar ones. | Irrelevant (the company could manufacture illegal copies does not justify the copyright infringements) | Sustained: ____<br>Overruled: ____ |
| I was not required to show any proof that I worked for a company with a license from Neman Brothers. | Irrelevant (the said company's willingness and ability to make illegal copies without license does not justify the copyright infringements | Sustained: ____<br>Overruled: ____ |
| 8. To show its capability, the company representative showed me fabrics they have previously made that are similar to the fabric designs that I showed them. (See below). | Irrelevant (the designs shown below are only similar as to the "idea" of drawing flowers, but the "expressions" of the flowers are not similar at all. If they are arguably similar, it only means they have made illegal copies in the past.) | Sustained: ____<br>Overruled: ____ |

| | | |
|---|---|---|
| The representative stated that the company had been producing these fabrics below for some years, and at the latest, from 2019. | Irrelevant (the availabilities of the random floral designs from 2019 proves nothing for the defense.) | Sustained: \_\_\_\_ Overruled:\_\_\_\_ |

**IT IS SO ORDERED.**

8
**EVIDENTIARY OBJECTION TO DECLARATION OF ZIJIA CHEN**

Dated:

_____
Honorable Judge Christina A. Snyder
United States District Court

**EVIDENTIARY OBJECTION TO DECLARATION OF ZIJIA CHEN**