1  CHAN YONG JEONG, ESQ. (SBN 255244)
   jeong@jeonglikens.com
2  JEONG & LIKENS, L.C.
   222 South Oxford Avenue
3  Los Angeles, CA 90004
   Tel: 213-688-2001
4  Email: Jeong@jeonglikens.com
5
   Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.
6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

| NEMAN BROTHERS & ASSOC., INC., a California Corporation, | Case No.: 2:20-cv-11181-CAS-JPR |
|---|---|
| Plaintiff, | **EVIDENTIARY OBJECTION TO DECLARATION OF CHANGUANG TAO** |
| v. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive., | Date: December 6, 2021
Time: 10 a.m. |
| Defendants. | |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive, | |
| Counterclaim Plaintiffs, | |
| v. | |
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; | |
| Counterclaim Defendant. | |

# EVIDENTIARY OBJECTIONS

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| 1. I am the General Manager for Foshan Chancheng District Aibeibei Garment Factory ("Aibeibei"), a supplier to Interfocus Inc. ("Interfocus").<br><br>I have worked for Aibeibei since 2009.<br><br>1 have personal knowledge of the following facts except where otherwise indicated, and if called upon as a witness, I could and would competently testify thereto. | **lack of disclosure on the FRCP rule 26 and rule 37** (Interfocus never identified or disclosed this person as a potential witness until the date of filing this declaration.)<br><br>Alleging the Chinese law prohibits the deposition of a witness in China even via zoom, Interfocus refused to produce even its president's deposition. | Sustained: ____<br>Overruled: ____ |
| 2. Aibeibei supplied this garment to Interfocus (see below). | hearsay / lack of foundation / documents (transaction records) speak for | Sustained: ____<br>Overruled: ____ |

| | | | |
|---|---|---|---|
| | | themselves. / "supplied" is vague | |
| | 3. Aibeibei **purchased** the fabric to make this garment from XinRan Textile Company in China.<br><br>XinRan told me it purchased the fabric from open fabric market in Guangdong, China. | lack of foundation / documents (transaction records) speak for themselves. / hearsay<br><br>hearsay / lack of personal knowledge / "open market" is vague / Vega as to the time and identity of the seller of the fabric / lack of foundation / documents (transaction records) speak for themselves. | Sustained: ____<br>Overruled: ____<br><br><br>Sustained: ____<br>Overruled: ____ |

3

**EVIDENTIARY OBJECTION TO DECLARATION OF CHANGUANG TAO**


| | | |
|---|---|---|
| 4. In addition, this fabric is available on the internet. I have seen multiple offerings of garments made from this fabric on 1688. Please see an example at the attached Exhibit A, which is also shown at the link below. httns://detail.1688.com/offer/639072915911.html?$pm-a26352.b284L13J9.offerlist.6.73edle62XM89Wc | Expert's testimony without proper foundation / Legal conclusion without proper foundation | Sustained: ____<br><br>Overruled: ____ |

**IT IS SO ORDERED.**

Dated:

                                                          _____
                                                          Honorable Judge Christina A. Snyder
                                                          United States District Court