1  CHAN YONG JEONG, ESQ. (SBN 255244)
   jeong@jeonglikens.com
2  JEONG & LIKENS, L.C.
   222 South Oxford Avenue
3  Los Angeles, CA 90004
   Tel: 213-688-2001
4  Email: Jeong@jeonglikens.com

5
   Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.
6

7              **UNITED STATES DISTRICT COURT**

8             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>     Plaintiff,<br>     v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>     Defendants.<br>----------------------------------------------------<br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>     Counterclaim Plaintiffs,<br>     v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>     Counterclaim Defendant. | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**EVIDENTIARY OBJECTION TO DECLARATION OF GONGWEI XIAO**<br><br><br>Date: December 6, 2021<br>Time: 10 a.m. |

1

## EVIDENTIARY OBJECTIONS

2

3

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| 1. I am the manager for Guangzhou Xinqi Yijian Garment Co. Ltd. ("Xinqi"), a supplier to Interfocus Inc. ("Interfocus").<br><br>I have personal knowledge of the following facts except where otherwise indicated, and if called upon as a witness, I could and would competently testify thereto. | **lack of disclosure on the FRCP rule 26 and rule 37** (Interfocus never identified or disclosed this person as a potential witness until the date of filing this declaration.) | Sustained: ____<br><br>Overruled:____ |
| 2. Xinqi supplied these two garments to Interfocus (see below).<br><br> | hearsay / lack of foundation / documents (transaction records) speak for themselves. / "supplied" is vague | Sustained: ____<br><br>Overruled:____ |

25

2

| | | |
|---|---|---|
| 3. Xinqi sourced the fabric to make this garment from HengZhou Fabric Company in Hengzhou, Guangxi, China.<br><br>**Hengzhou informed me** it acquired the fabrics from the largest open fabric market in Guangzhou, Guangdong, China. | lack of foundation / documents (transaction records) speak for themselves. / "sourced" is vague / hearsay<br><br>hearsay / lack of personal knowledge / "open market" is vague Vega as to the time and identity of the seller of the fabric lack of foundation / documents (transaction records) speak for themselves. | Sustained: _____<br>Overruled: _____ |
| 4. In addition, this fabric and very **similar fabrics are available on the internet**. I have **seen multiple offerings of garment**s in such fabrics on Aliexpress **in the past two years.** | Irrelevant (the so-called very similar designs available online in the past 2 years prove only there were many illegal copies in China for the last 2 years.) / these statements, with no further evidence, imply speculations that those | Sustained: _____<br><br>Overruled: _____ |

**EVIDENTIARY OBJECTION TO DECLARATION OF GONGWEI XIAO**

| | | |
|---|---|---|
| | similar fabrics were manufactured with authorization by Neman Brothers or for similar patterns more independently created. / irrelevant / lack of foundation | |
| Please see Exhibits A & B attached, which are also shown at the links below. https://fr.aliexpress.com/item/32958377875.html?spm=a2g0o.detail.1000023.9.b4295098SJ0UVa https://fr.aliexpress.com/item/33028418342.html?spm=a2g0o.detail.1000060.3.7ad724b3Eu95sU&gps | the linked pages**,** with no further evidence, imply speculations that those similar fabrics were manufactured with authorization by Neman Brothers or for similar patterns more independently created. / lack of foundation as to identity and authenticity / lacks court-certified translation of the statements in foreign language | |

**EVIDENTIARY OBJECTION TO DECLARATION OF GONGWEI XIAO**

| id=pcDetailBottomMoreThisSeller& scm=1007.13339.169870.0&scm_id =10 07.13339.169870.0&scm- url=1007.13339.169870.0&pvid=86 e01a6d-c056- 4e57-9172-cd2c5e2ab7e9&_t=gps- id:pcDetailBottomMoreThisSeller,sc m url:1007.13339.169870.0,pvid:86e01 a6d-c056-4e57-9172- cd2c5e2ab7e9,tpp_buckets:668%23 2846%238115%232000&&pdp_ext _f=% 7B%22sceneId%22:%223339%22, %22sku_id%22:%2267206599644% 22%7 D | | |
|---|---|---|

**IT IS SO ORDERED.**

EVIDENTIARY OBJECTION TO DECLARATION OF GONGWEI XIAO

1

Dated:

_____
Honorable Judge Christina A. Snyder
United States District Court

**EVIDENTIARY OBJECTION TO DECLARATION OF GONGWEI XIAO**