<u>**EXHIBIT 51**</u>

**VERIFICATION**

I, Weiwei Le, am the Director of Operations for Interfocus, Inc. I am the agent of Interfocus Inc. for the purpose of answering **Plaintiff/Counter-Claim Defendant Neman Brothers & Assoc., Inc.'s Request for Interrogatories**. I have read the foregoing interrogatories and the answers to those interrogatories, which are true according to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of May, 2021.

Weiwei Le

VERIFICATION