**EXHIBIT 53**

Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPR<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC., d.b.a. WWW.PATPAT.COM's INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>(The Hon. Christine A. Snyder)<br><br>Amended Complaint filed January 5, 2021 |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

## I. PRELIMINARY STATEMENT

Defendant and Counterclaim Plaintiff InterFocus Inc. dba www.patpat.com ("Interfocus"), through its undersigned counsel, makes the following initial disclosures to Plaintiffs and Counterclaim Defendants in this action. These disclosures are based on information presently known and reasonably available to InterFocus, and which InterFocus reasonably believes it may use in support of its claims and responses to any affirmative defenses. InterFocus' investigation and discovery is continuing, and may cause InterFocus to amend these disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. InterFocus reserves the right to supplement these initial disclosures for these reasons.

InterFocus does not represent it is identifying every document, tangible thing or witness possibly relevant to this action by providing these disclosures. Further, these disclosures are made without InterFocus in any way waiving its right to object to any discovery requests or proceeding involving or relating to the subject matter of these disclosures on any ground, including competency, privilege, relevancy in materiality, hearsay, burden, confidentiality, or other appropriate grounds. Further, these disclosures are not an admission by InterFocus regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

## II. INITIAL DISCLOSURES

### A. Persons

Individuals likely to have discoverable factual information that InterFocus may use to support its claims in the above-referenced action are as follows:

| Name of Individual Likely to Have Discoverable Information | Contact Information (Address and telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Weiwei Li | Rimon, P.C. | Lack of copyright infringement; Neman's |

| Name of Individual Likely to Have Discoverable Information | Contact Information (Address and telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| | | breach of settlement agreement; InterFocus' observance of the settlement agreement; previous settlement |
| InterFocus employee(s) | Rimon, P.C. | Lack of copyright infringement; Neman's breach of settlement agreement; InterFocus' observance of the settlement agreement; previous settlement |
| Foshan Balong Garment Co., Ltd | 3 / F, Building A, No.19, Pinggui Street, Foping Road, Chancheng District, Foshan City, Guangdong Province, China | Design and manufacturing of allegedly infringing garments; origin of the fabric patterns used on those garments; non-infringement |
| Foshan Chancheng District Aibeibei Garment Factory | No. 17, Zhenan East Road, Zumiao Sub-district Office, Chancheng District, Foshan City, Guangdong Province, China | Design and manufacturing of allegedly infringing garments; origin of the fabric patterns used on those garments; non-infringement |
| Guangzhou Xinqi Yijian Garment Co., Ltd | No. 17, Zhenan East Road, Zumiao Sub-district Office, Chancheng District, Foshan City, Guangdong Province, China | Design and manufacturing of allegedly infringing garments; origin of the fabric patterns used on those garments; non-infringement |
| Plaintiff's employee(s) (TBD) | Plaintiff's counsel | Neman Brothers' entry into previous settlement agreement; breach of |

3

| Name of Individual Likely to Have Discoverable Information | Contact Information (Address and telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| | | settlement agreement; lack of copyright infringement; Plaintiff's conduct in other litigation |

**B.     Description of Documents**

InterFocus enumerates the following documents, data compilations, and other tangible things in the possession, custody or control of InterFocus it may use to support its claims.

- Communications with plaintiff re settle or prior lawsuit

- Settlement agreement

- Communication from plaintiff to take down potentially infringing items after the settlement

- Documents showing InterFocus taking down potentially infringing items shortly after receiving notification from plaintiff

- Documents showing that the alleged infringing fabric were independently created by third parties

- Documents showing similar fabric designs

**C.     Computation of Damages**

InterFocus presently plans to seek damages on the following bases:

Compensatory damages caused by Neman's breach of contract;

Incidental damages caused by Neman's breach of contract;

Other legal or equitable remedies; and

Attorneys' fees to defend this lawsuit.

4

**D.     Insurance.**

Although it is continuing to investigate the matter, InterFocus is presently aware of no insurance that covers the harm it has suffered from the conduct alleged in its complaint.

Dated:  April 12, 2021

RIMON, P.C.

By:   /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants
INTERFOCUS, INC. d.b.a.
www.patpat.com

5

DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC., D.B.A.
WWW.PATPAT.COM'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)

# PROOF OF SERVICE

I, Cheryl Lovdahl, am over the age of 18 and not a party to this action. My place of business is 800 Oak Grove Avenue, Suite 250, Menlo Park, CA 94025. On April 12, 2021, I served the following attached document(s):

1. **DEFENDANT AND COUNTERCLAIM PLAINTIFF INTERFOCUS, INC., d.b.a. WWW.PATPAT.COM's INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| ☒ | **BY UNITED STATES MAIL**. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) below and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. |
| ☒ | **BY ELECTRONIC MAIL.** I sent the persons below copies of the documents via electronic mail at the email addresses below. |

The following party was served the above-referenced document(s):

**Chan Yong Jeong, Esq. (SBN 255244)**
jeong@jeonglikens.com
**JEONG & LIKENS, L.C.**
**222 South Oxford Avenue**
**Los Angeles, California 90004**
**Telephone: 213.688.2001**
*Attorneys for Plaintiffs Neman Brothers & Assoc., Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 12, 2021          /s/ Cheryl Lovdahl
                                               Cheryl Lovdahl