**EXHIBIT 55**

# NB161106

## Accused garment




# NB161106

# Accused garment



# NB161106

# Accused garment



Flipped to down and left



Top right



Flipped to down



Bottom right



