**EXHIBIT 56**



# NB170268

## Accused garment






NB170268

Accused garment

# NB170268





Accused garment




# NB170268



## Accused garment

