# EXHIBIT 57

# NB180228

Young Decl. p. 15
- Hibiscus Flower



# NB180228

Young Decl. p. 15
- Hibiscus Flower



# NB180228

Young Decl. p. 15
- Hibiscus Flower



# NB180228

Young Decl. p. 15
- Hawaiian Flower



# NB180228

Young Decl. p. 15
- Hawaiian Flower



# NB180228

Young Decl. p. 15
- Hawaiian Flower

