**EXHIBIT 58**

# NB180228



## Accused garment



# NB180228



# Accused garment





NB180228



Accused garment