**EXHIBIT 54**

## Subject Design 1

## Young Decl. p. 7
## - Jean Paul Gautier




# NB161106

Young Decl. p. 8 - bluefly





# NB161106

Young Decl. p. 8
- Chico's




Subject Design 1

Young Decl. p. 9 – "web selection"




| Subject Design 1 | Young Decl. p. 9 – "web selection" |
|---|---|
|  |  |

Subject Design 1 | Young Decl. p. 9 – Dillard's




# NB161106

# Young Decl. p. 9



# NB170268

# Young Decl. p. 9




# NB161106

Young Decl. p. 9
- Tina Skinner



# NB170268

Young Decl. p. 9
- Tina Skinner





Subject Design 1

Young Decl. p. 10 – "web selection"