

NB161106

Young Decl. p. 11 - China Textile Patterns

NB161106

Young Decl. p. 11 - Dorsey Sitley Adler



# NB161106

Young Decl. p. 11 - Black Background




NB161106



Young Decl. p. 11 - Black Background



# NB161106

Young Decl. p. 11 - Black background




# NB161106



Young Decl. p. 11 - Black background



# NB161106



Young Decl. p. 18
Exhibit H



NB161106

Young Decl. p. 18 - Exhibit U




# NB161106

Young Decl. p. 18 - Exhibit U




# NB161106

Young Decl. p. 18 - Exhibit U




NR161106

Young Decl. p. 18 - Exhibit U


