UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11181 CAS (JPRx) | Date | December 6, 2021 |
|---|---|---|---|
| Title | Neman Brothers & Assoc., Inc. v. Interfocus, Inc. et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (video) | Laura Elias (video) | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong (video) | Mark Lee (video) |
| | Zheng Liu (video) |

**Proceedings:**   MOTIONS FOR SUMMARY JUDGMENT

     Hearing held via ZOOM webinar video conference, and the parties are present. Tentative order provided. The Court confers with the parties and the parties argue. As more fully reflected on the record, the Court takes the above-referenced motions under submission pending further submission by Plaintiff of the application in question. On or before December 20, 2021, Plaintiff shall submit a copy of the application in question and/or submit a declaration informing the Court as to the status of Plaintiff's possession of said application including any steps taken to secure a copy.

                                                :   28

                         Initials of Preparer   jre