CHAN YONG JEONG, ESQ. (SBN 255244)
  jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; <br><br>     Plaintiff/Counter-Defendant, <br><br> vs. <br><br> INTERFOCUS, INC., a California Corporation, et al., <br>     Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR <br><br> **DECLARATION OF ADRINEH MOKHTARIANS** |

I, **ADRINEH MOKHTARIANS**, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. I have the personal knowledge as to the manner of creation and maintenance of such business records. I hereby certify that the exhibits attached hereto have been created and maintained in Plaintiff's regular course of business, were made at or near the time of the

- 1 -

**DECLARATION OF ADRINEH MOKHTARIANS**

act, condition or event recorded therein, and therefore, are true and genuine. Per Court's order, we looked for the records, and found the records discussed below.

3. Attached hereto as Exhibit 50 is the application submitted for the copyright registration of "2017 February Artwork" including NB170268.

4. Attached hereto as Exhibit 51 is the email received from the US Copyright Office ("USCO") confirming the receipt of the application. Also included in Exhibit 51 is the records indicating the designs were submitted in the form of CD to the USCO.

5. Attached hereto as Exhibit 52 is the application submitted for the copyright registration of "2018 February Artwork" including NB180227.

6. Attached hereto as Exhibit 53 is the email received from the USCO confirming the receipt of the application.

7. Attached hereto as Exhibit 54 is the application submitted for the copyright registration of "2018 April Artwork" including NB180228.

8. Attached hereto as Exhibit 55 is the email received from the USCO confirming the receipt of the application.

*Under penalty of perjury under the laws of the State of California, I declare that the foregoing is true and correct.*

Dated: November 15, 2021

Respectfully submitted by,

Adrineh Mokhtarians

- 2 -

**DECLARATION OF ADRINEH MOKHTARIANS**

# EXHIBIT 50

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | 2017 FEBRUARY ARTWORK |
| **Content Title:** | NB161014 |
| | NB161025 |
| | NB161027 |
| | NB161029 |
| | NB161033 |
| | NB161107 |
| | NB161107X |
| | NB170108 |
| | NB170109 |
| | NB170110 |
| | NB170111 |
| | NB170112X2 |
| | NB170112 |
| | NB170112X |
| | NB170113 |
| | NB170114 |
| | NB170115 |
| | NB170116 |
| | NB170117 |
| | NB170118 |
| | NB170119 |
| | NB170120 |

NB170121

NB170122

NB170123

NB170124

NB170125

NB170126

NB170127

NB170128

NB170129

NB170130

NB170131

NB170132

NB170133

NB170134

NB170136

NB170137

NB170138

NB170139

NB170140

NB170141

NB170142

NB170143

NB170144

NB170145

NB170146

NB170147

NB170148

NB170149

NB170150

NB170151

NB170152

NB170201

NB170202

NB170203

NB170204

NB170205

NB170206

NB170207

NB170209

NB170210

NB170211

NB170212

NB170213

NB170214

NB170215

NB170216

NB161027

NB170222

NB170231

NB170232

NB170233

NB170235

NB170236

NB170237

NB170238

NB170239

NB170240

NB170241

NB170246

NB170247

NB170248

NB170249

NB170253

NB170254

NB170255

NB170256

NB170257

NB170258

NB170259

NB170261

NB170263

NB170264

NB170265

NB170267

NB170268

NB170269

NB170270

NB170271

NB170272

NB170273

NB170274

NB170275

NB170276

NB170277

NB170278

NB170279

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** NEMAN BROTHERS
  **Author Created:** 2-D artwork

**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS
1525 S. BROADWAY ST, LOS ANGELES, CA, 90015, United States

## Rights and Permissions

**Name:** YOEL NEMAN
**Email:** yoel@neman.com
**Telephone:** (213)765-0100

## Certification

**Name:** YOEL NEMAN
**Date:** February 28, 2017

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-4487743205

## Mail Certificate

NEMAN BROTHERS
1525 S. BROADWAY
LOS ANGELES, CA 90015 United States

**Priority:**  Routine                **Application Date:**  February 28, 2017

## Correspondent

**Name:**  YOEL NEMAN
**Email:**  yoel@neman.com
**Address:**  1525 S. BROADWAY
LOS ANGELES, CA 90015 United States

# EXHIBIT 51

**Adelso Henriquez**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, February 28, 2017 5:10 PM |
| **To:** | Yoel Neman; Adelso Henriquez |
| **Subject:** | Pay.gov Payment Confirmation: Copyright Fee Services |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Copyright Fee Services at 877-476-0778.

Application Name: Copyright Fee Services Pay.gov Tracking ID: 260VIR3N Agency Tracking ID: 1-228909Z Transaction Type: Sale Transaction Date: Feb 28, 2017 8:09:34 PM

Account Holder Name: PATRISIA LUNA
Transaction Amount: $55.00
Card Type: AmericanExpress
Card Number: ************1313

Filing Fees are NON-refundable.:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



## U.S. Copyright Office Receipt

### Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| | |
|---|---|
| **Case / SR#:** | 1-4487743205 |
| **Case Date:** | 2/28/2017 |
| **Title:** | 2017 FEBRUARY ARTWORK |
| **Vol/Num/Issue:** | |
| **Month/Year:** | *Feb. 2017* |
| **Applicant's Internal Tracking:** | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| *108* | *COPIES* |
| *3* | *CD* |
| | |

**Instructions for Sending Deposit Copies**

I.  Attach this shipping slip securely to the deposit copy or copies for this work.

II.  Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211

**Neman Brothers & Associates, Inc.**
**1525 S. Broadway Street**
**Los Angeles, CA 90015**
**(213)765-0100 ext. 611**
**EMAIL:Adelso@neman.com Ext#611**

## FEBRUARY 2017
## U.S COPYRIGHT OFFICE

Please refer to the list below for all patterns needing to be copyrighted for our group of "2017 FEBRUARY ARTWORK"

**TITLE OF THE WORK: 2017 FEBRUARY ARTWORK**
NATURE OF WORK: TEXTILE PRINTS
CONTENT TITLES:

| CD#1 | CD#2 | | CD#3 | |
|------|------|------|------|------|
| NB161014 | NB170201 | NB100279 | NB170108 | NB170133 |
| NB161025 | NB170202 | NB170246 | NB170109 | NB170134 |
| NB161027 | NB170203 | NB170247 | NB170110 | NB170136 |
| NB161029 | NB170204 | NB170248 | NB170112X2 | NB170137 |
| NB161033 | NB170205 | NB170249 | NB170111 | NB170138 |
| NB161107 | NB170206 | NB170253 | NB170112 | NB170139 |
| NB161107X | NB170207 | NB170254 | NB170112X | NB170140 |
| | NB170209 | NB170255 | NB170113 | NB170141 |
| | NB100210 | NB170256 | NB170114 | NB170142 |
| | NB170211 | NB170257 | NB170115 | NB170143 |
| | NB170212 | NB170258 | NB170116 | NB170144 |
| | NB170213 | NB170259 | NB170117 | NB170145 |
| | NB120214 | NB170263 | NB170118 | NB170146 |
| | NB170215 | NB170264 | NB170119 | NB170147 |
| | NB170216 | NB170265 | NB170120 | NB170148 |
| | NB170221 | NB170267 | NB170121 | NB170149 |
| | NB170222 | NB170268 | NB170122 | NB170150 |
| | NB170231 | NB170269 | NB170123 | NB170151 |
| | NB170232 | NB170270 | NB170124 | NB170152 |
| | NB170233 | NB170271 | NB170125 | |
| | NB170235 | NB170272 | NB170126 | |
| | NB170236 | NB170273 | NB170127 | |
| | NB170237 | NB170274 | NB170128 | |
| | NB170238 | NB170275 | NB170129 | |
| | NB170239 | NB170276 | NB170130 | |
| | NB170240 | NB170277 | NB170131 | |
| | NB170241 | NB170278 | NB170132 | |

# **EXHIBIT 52**

Registration Number
# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | 2018 FEBRUARY ARTWORK |
| **Content Title:** | NB728       NB171252X2 NB180221 |

NB140119X   NB180108X NB180221X
NB140131X   NB180110X3 NB180222
NB140509   NB180110X4 NB180223
NB140512   NB180111X NB180224
NB6111X2   NB180201 NB180225
NB120306X2   NB180202 NB180226
NB120716X2   NB180203 NB180227
NB150905X   NB180204 NB180228
NB160412X   NB180205 NB180228X
NB170310X   NB180206 NB180229
NB170310X2   NB180207 NB180231
NB170426X   NB180208 NB180241
NB170523X2   NB180209 NB180243
NB170630X   NB180210
NB170633X   NB180211
NB170673X   NB180212
NB170806X4   NB180213
NB170838X3   NB180214
NB170839X3   NB180215
NB170907X   NB180215X
NB170963X2   NB180216
NB171001X3   NB180217
NB171050X   NB180218
NB171107X   NB180219
NB171036X2   NB180220
NB171202X   NB180220X
NB171252X   NB180220X2

## Completion/Publication

**Year of Completion:**   2018

## Author

•   **Author:**   NEMAN BROTHERS AND ASSOCIATES

Page 1 of 2

| | |
|---|---|
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | NEMAN BROTHERS AND ASSOCIATES |
| | 1525 S. BROADWAY ST, LOS ANGELES |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | NEMAN BROTHERS AND ASSOCIATES |

## Certification

| | |
|---|---|
| **Name:** | YOEL NEMAN |
| **Date:** | February 28, 2018 |

Registration #:   *-APPLICATION-*
Service Request #:   1-6335335211

## Mail Certificate

NEMAN BROTHERS AND ASSOCIATES
1525 S. BROADWAY ST
LOS ANGELES, CA 90015 United States

Priority:   Routine

Application Date:   February 28, 2018

## Correspondent

Name:   YOEL NEMAN
Email:   yoel@neman.com
Address:   1525 S. BROADWAY ST
LOS ANGELES

# EXHIBIT 53

## Adelso Henriquez

**From:** Yoel Neman
**Sent:** Wednesday, February 28, 2018 5:10 PM
**To:** Adelso Henriquez
**Subject:** FW: Acknowledgement of Uploaded Deposit

Yoel Neman
1525 S. Broadway
Los Angeles, CA 90015
P: (213) 765-0100 ext 202

Visit us:
www.neman.com

🖾 Please don't print this e-mail unless you really need to

-----Original Message-----
From: Copyright Office [mailto:cop-rc@loc.gov]
Sent: Wednesday, February 28, 2018 4:54 PM
To: Yoel Neman
Subject: Acknowledgement of Uploaded Deposit

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-6335335211

File Name :nb180211__from_00817_.jpg
File Size :955040 KB
Date/Time :2/28/2018 7:46:35 PM

File Name :nb180219__from_00830_.jpg
File Size :103866 KB
Date/Time :2/28/2018 7:46:52 PM

File Name :nb180220.jpg
File Size :5538876 KB
Date/Time :2/28/2018 7:46:52 PM

File Name :nb180220x.jpg
File Size :3256619 KB
Date/Time :2/28/2018 7:47:01 PM

1

File Name :nb180220x2.jpg
File Size :1490141 KB
Date/Time :2/28/2018 7:47:05 PM

File Name :nb180221.jpg
File Size :6161628 KB
Date/Time :2/28/2018 7:47:20 PM

File Name :nb180221x.jpg
File Size :4727243 KB
Date/Time :2/28/2018 7:47:33 PM

File Name :nb180222.jpg
File Size :439020 KB
Date/Time :2/28/2018 7:47:33 PM

File Name :nb180223.jpg
File Size :416252 KB
Date/Time :2/28/2018 7:47:34 PM

File Name :nb180224.jpg
File Size :436839 KB
Date/Time :2/28/2018 7:47:35 PM

File Name :nb180225__from_nb180108_.jpg
File Size :478405 KB
Date/Time :2/28/2018 7:47:36 PM

File Name :nb180212.jpg
File Size :150137 KB
Date/Time :2/28/2018 7:46:35 PM

File Name :nb180226.jpg
File Size :3494537 KB
Date/Time :2/28/2018 7:47:45 PM

File Name :nb180227.jpg
File Size :1858507 KB
Date/Time :2/28/2018 7:47:50 PM

File Name :nb180228__from_nb180227_.jpg
File Size :1172126 KB
Date/Time :2/28/2018 7:47:53 PM

File Name :nb180228x.jpg
File Size :5288352 KB
Date/Time :2/28/2018 7:48:05 PM

File Name :nb180229.jpg
File Size :1782950 KB
Date/Time :2/28/2018 7:48:10 PM

File Name :nb180231.jpg
File Size :122218 KB
Date/Time :2/28/2018 7:48:10 PM

File Name :nb180241.jpg
File Size :1771808 KB
Date/Time :2/28/2018 7:48:14 PM

File Name :nb180243___from_nb150715_.jpg File Size :292721 KB Date/Time :2/28/2018 7:48:14 PM

File Name :nb180210.jpg
File Size :138436 KB
Date/Time :2/28/2018 7:46:35 PM

File Name :nb180213.jpg
File Size :287410 KB
Date/Time :2/28/2018 7:46:36 PM

File Name :nb180214__from_nb170716_.jpg
File Size :204470 KB
Date/Time :2/28/2018 7:46:36 PM

File Name :nb180215__from_nb111003_.jpg
File Size :61369 KB
Date/Time :2/28/2018 7:46:36 PM

File Name :nb180215x.jpg
File Size :200822 KB
Date/Time :2/28/2018 7:46:36 PM

File Name :nb180216.jpg
File Size :468019 KB
Date/Time :2/28/2018 7:46:37 PM

File Name :nb180217.jpg
File Size :88208 KB
Date/Time :2/28/2018 7:46:37 PM

File Name :nb180218__from_nb110425_.jpg
File Size :581767 KB
Date/Time :2/28/2018 7:46:38 PM

[THREAD ID: 1-2WRWBKN]

United States Copyright Office

**Neman Brothers & Associates**
1525 S. Broadway St.
Los Angeles, CA. 90015
Phone: (213) 765-0100
Email: adelso@neman.com  Ext# 611

FEBRUARY, 2018
**U.S. COPYRIGHT OFFICE**

Please refer to the list below for all the patterns needing to be copyrighted for our group of **"2018 FEBRUARY ARTWORK"**

**TITLE OF WORK : "2018 FEBRUARY ARTWORK"**
**NATURE OF WORK: TEXTILE PRINTS**
**CONTENT TITLES:**

| | | |
|---|---|---|
| NB728 | NB171252X2 | NB180221 |
| NB140119X | NB180108X | NB180221X |
| NB140131X | NB180110X3 | NB180222 |
| NB140509 | NB180110X4 | NB180223 |
| NB140512 | NB180111X | NB180224 |
| NB6111X2 | NB180201 | NB180225 |
| NB120306X2 | NB180202 | NB180226 |
| NB120716X2 | NB180203 | NB180227 |
| NB150905X | NB180204 | NB180228 |
| NB160412X | NB180205 | NB180228X |
| NB170310X | NB180206 | NB180229 |
| NB170310X2 | NB180207 | NB180231 |
| NB170426X | NB180208 | NB180241 |
| NB170523X2 | NB180209 | NB180243 |
| NB170630X | NB180210 | |
| NB170633X | NB180211 | |
| NB170673X | NB180212 | |
| NB170806X4 | NB180213 | |
| NB170838X3 | NB180214 | |
| NB170839X3 | NB180215 | |
| NB170907X | NB180215X | |
| NB170963X2 | NB180216 | |
| NB171001X3 | NB180217 | |
| NB171050X | NB180218 | |
| NB171107X | NB180219 | |
| NB171036X2 | NB180220 | |
| NB171202X | NB180220X | |
| NB171252X | NB180220X2 | |

\* Please note that the size of each pattern might have been reduced to be able to view the whole repeat of the pattern.

# EXHIBIT 54

Registration Number

## *-APPLICATION-*

## Title _____

**Title of Work:**   2018 APRIL ARTWORK

**Content Title:**   NB722X2   NB171048X5 NB180417X NB180443
NB923X   NB171247X NB180418 NB180446
NB7327X8   NB180101X NB180419 NB180447
NB120152X6   NB180108X2 NB180420 NB180449
NB140720X   NB180109X NB180421 NB180450
NB150230X7   NB180110X5 NB180422 NB180451
NB150230X8   NB180220X3 NB180423 NB180453
NB150514X   NB180226X NB180424 NB180454
NB150609X   NB180228X2 NB180425 NB180455
NB151016X2   NB180312X4 NB180426 NB180456
NB160429X4   NB180322X NB180426X NB180456X
NB170360X2   NB180401 NB180427
NB170414X7   NB180402 NB180428
NB170538X   NB180403 NB180429
NB170624X   NB180404 NB180430
NB170635X4   NB180405 NB180431
NB170683X   NB180406 NB180432
NB170764X   NB180407 NB180433
NB170764X2   NB180408 NB180434
NB170906X3   NB180409 NB180435
NB170922X   NB180410 NB180436
NB170943X2   NB180411 NB180437
NB170951X   NB180412 NB180438
NB170958X   NB180413 NB180439
NB170958X2   NB180414 NB180440
NB171012X4   NB180415 NB180440X
NB171012X5   NB180416 NB180441
NB171015X2   NB180417 NB180442

## Completion/Publication _____

**Year of Completion:**   2018

## Author _____

•   **Author:**   NEMAN BROTHERS AND ASSOC.

**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** NEMAN BROTHERS AND ASSOC.
1525 S. BROADWAY ST, LOS ANGELES

## Certification

**Name:** YOEL NEMAN
**Date:** April 30, 2018

# **EXHIBIT 55**

**Adelso Henriquez**

| | |
|---|---|
| **From:** | Yoel Neman |
| **Sent:** | Monday, April 30, 2018 6:24 PM |
| **To:** | Adelso Henriquez |
| **Subject:** | FW: Confirmation of Receipt |

Yoel Neman
1525 S. Broadway
Los Angeles, CA 90015
P: (213) 765-0100 ext 202

**Visit us:**
www.neman.com

  

 Please don't print this e-mail unless you really need to

**From:** Copyright Office [mailto:noreply@loc.gov]
**Sent:** Monday, April 30, 2018 6:24 PM
**To:** Yoel Neman
**Subject:** Confirmation of Receipt

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work 2018 APRIL ARTWORK were received by the U.S.Copyright Office on 4/30/2018.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-6540147231 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-6540147231. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

**Neman Brothers & Associates**
1525 S. Broadway St.
Los Angeles, CA. 90015
Phone: (213) 765-0100
Email: adelso@neman.com  Ext# 611

APRIL, 2018
**U.S. COPYRIGHT OFFICE**

Please refer to the list below for all the patterns needing to be copyrighted for our group of **"2018 APRIL ARTWORK"**

**TITLE OF WORK : "2018 APRIL ARTWORK"**
**NATURE OF WORK: TEXTILE PRINTS**
**CONTENT TITLES:**

| | | | |
|---|---|---|---|
| NB722X2 | NB171048X5 | NB180417X | NB180443 |
| NB923X | NB171247X | NB180418 | NB180446 |
| NB7327X8 | NB180101X | NB180419 | NB180447 |
| NB120152X6 | NB180108X2 | NB180420 | NB180449 |
| NB140720X | NB180109X | NB180421 | NB180450 |
| NB150230X7 | NB180110X5 | NB180422 | NB180451 |
| NB150230X8 | NB180220X3 | NB180423 | NB180453 |
| NB150514X | NB180226X | NB180424 | NB180454 |
| NB150609X | NB180228X2 | NB180425 | NB180455 |
| NB151016X2 | NB180312X4 | NB180426 | NB180456 |
| NB160429X4 | NB180322X | NB180426X | NB180456X |
| NB170360X2 | NB180401 | NB180427 | |
| NB170414X7 | NB180402 | NB180428 | |
| NB170538X | NB180403 | NB180429 | |
| NB170624X | NB180404 | NB180430 | |
| NB170635X4 | NB180405 | NB180431 | |
| NB170683X | NB180406 | NB180432 | |
| NB170764X | NB180407 | NB180433 | |
| NB170764X2 | NB180408 | NB180434 | |
| NB170906X3 | NB180409 | NB180435 | |
| NB170922X | NB180410 | NB180436 | |
| NB170943X2 | NB180411 | NB180437 | |
| NB170951X | NB180412 | NB180438 | |
| NB170958X | NB180413 | NB180439 | |
| NB170958X2 | NB180414 | NB180440 | |
| NB171012X4 | NB180415 | NB180440X | |
| NB171012X5 | NB180416 | NB180441 | |
| NB171015X2 | NB180417 | NB180442 | |

* Please note that the size of each pattern might have been reduced to be able to view the whole repeat of the pattern.