| | |
|---|---|
| RIMON, P.C.<br>Mark Lee (SBN 94103)<br>mark.lee@rimonlaw.com<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Telephone/Facsimile: 213.375.3811<br><br>RIMON, P.C.<br>Zheng Liu (SBN: 229311)<br>zheng.liu@rimonlaw.com<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, California 94025<br>Telephone/Facsimile: 650.461.4433<br><br>Attorneys for Defendants and Counterclaim Plaintiffs INTERFOCUS INC. d.b.a. www.patpat.com | JEONG & LIKENS, L.C.<br>Chan Yong Jeong, Esq. (SBN: 255244)<br>jeong@jeonglikens.com<br>222 South Oxford Avenue<br>Los Angeles, California 90004<br>Telephone: 213.688.2001<br>Facsimile: 213.315.5035<br><br>Attorneys for Plaintiff and Counterclaim Defendants NEMAN BROTHERS & ASSOC., INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>    Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**JOINT APPLICATION TO CONTINUE STATUS CONFERENCE**<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an | |

JOINT APPLICATION TO CONTINUE STATUS CONFERENCE

individual, and DOES 1-10, inclusive,

    Counterclaim Plaintiffs,

 v.

NEMAN BROTHERS & ASSOC., INC., a California Corporation,

    Counterclaim Defendant.

TO THIS HONORABLE COURT, AND ALL PARTIES HEREIN:

  Plaintiff Neman Brothers, Inc. and Defendant InterFocus, Inc., through their respective counsel, jointly request that this Court continue the Status Conference presently set for July 11, 2022, and the 60 day period of time this Court previously granted to conduct limited discovery only as to currently pending discovery requests including a deposition, to August 15, 2022 or such other date thereafter as is convenient to the Court.  The parties respectfully request that continuance so that they may more fully explore the possibility of a settlement of this action.  This request is not interposed for purposed of delay.

|   |   |   |
|---|---|---|
| Dated: June 22, 2022 | | RIMON, P.C. |
| | By: | /s/ Mark S. Lee |
| | | Mark S. Lee |
| | | Zheng Liu |
| | | Attorneys for Defendants and Counterclaim Plaintiffs INTERFOCUS, INC. d.b.a. www.patpat.com |
| | | RIMON, P.C. |
| Dated: June 22, 2022 | | |
| | By: | /s/ Chan Yong Jeong |
| | | Chan Yong Jeong |
| | | Attorneys for Plaintiffs and Counterclaim Defendants NEMAN BROTHERS & ASSOC., INC. |