# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>         Defendants.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>         Counterclaim Plaintiffs,<br><br>    v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>         Counterclaim Defendant. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>The Hon. Christina A. Snyder |

1     The Court having considered the Joint application to continue the period for
2 limited discovery and the Status Conference previously noticed for July 11, 2022,
3 and being fully advised in the premises,
4     IT IS ORDERED that the status conference previously ordered in this action
5 to take place on July 11, 2022 at 11:00 a.m. is continued to August 15, 2022 at
6 11:00 a.m. The time in which Defendants may conduct limited discovery previously
7 authorized by the Court and currently pending between the parties is concurrently
8 continued to August 15, 2022.

10 Dated:                                           _____
11                                                The Honorable Christina A. Snyder
                                                United States District Judge