# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>          Defendants. | Case No. 2:20-cv-11181-CAS-JPRx<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>          Counterclaim Plaintiffs,<br><br>     v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>          Counterclaim Defendant. | |

[PROPOSED] ORDER CONTINUING LIMITED DISCOVERY PERIOD AND STATUS CONFERENCE

1 | The Court having considered the Joint application to continue the period for
2 | limited discovery and the Status Conference previously noticed for July 11, 2022,
3 | and being fully advised in the premises,
4 | IT IS ORDERED that the status conference previously ordered in this action
5 | to take place on July 11, 2022 at 11:00 a.m. is continued to August 15, 2022 at
6 | 11:00 a.m. The time in which Defendants may conduct limited discovery previously
7 | authorized by the Court and currently pending between the parties is concurrently
8 | continued to August 15, 2022.
9 | Dated: June 23, 2022

*Christine A. Snyder*

The Honorable Christina A. Snyder
United States District Judge