| | |
|---|---|
| RIMON, P.C.<br>Mark Lee (SBN 94103)<br>mark.lee@rimonlaw.com<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Telephone/Facsimile: 213.375.3811 | JEONG & LIKENS, L.C.<br>Chan Yong Jeong, Esq. (SBN: 255244)<br>jeong@jeonglikens.com<br>222 South Oxford Avenue<br>Los Angeles, California 90004<br>Telephone: 213.688.2001 |

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a.
www.patpat.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**JOINT APPLICATION TO DISMISS DEFENDANT CAN WANG WITHOUT PREJUDICE**<br><br>The Hon. Christina A. Snyder |

1 | individual, and DOES 1-10, inclusive,
2 |      Counterclaim Plaintiffs,
3 |
4 |   v.
5 | NEMAN BROTHERS & ASSOC., INC., a California Corporation,
6 |
7 |      Counterclaim Defendant.

TO THIS HONORABLE COURT, AND ALL PARTIES HEREIN:

  Plaintiff and Counter-Defendant Neman Brothers, Inc. ("Neman Brothers") and Defendant and Counterclaimant InterFocus, Inc., though their respective counsel, stipulate and agree that Defendant Can Wang may be dismissed from this action without prejudice. Between Neman Brothers and Can Wang, each party shall bear, if any, its or his fees and costs incurred in this case including attorney fees, which is without prejudice to potential award of fees and costs between Neman Brothers and Interfocus, Inc.

  This joint request is made to promote judicial efficiency and is not interposed for purposes of delay.

Dated: August 18, 2022

RIMON, P.C.

By: /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants and Counterclaim Plaintiffs
INTERFOCUS, INC. d.b.a. www.patpat.com

RIMON, P.C.

Dated: August 18, 2022

By: /s/ Chan Yong Jeong
Chan Yong Jeong

Attorneys for Plaintiffs
NEMAN BROTHERS & ASSOC., INC.