UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-11181-CAS(JPRx) | Date | August 15, 2022 |
|---|---|---|---|
| Title | *NEMAN BROTHERS AND ASSOCIATES, INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong | Mark Lee |

**Proceedings:**   ZOOM FURTHER STATUS CONFERENCE

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. Additional briefing for the pending Motions for Summary Judgment[35][41][68] is needed. The Court sets the following supplemental briefs:

- Defendants' Supplemental Brief shall be filed on or before October 11, 2022;
- Plaintiff's Responsive Brief shall be filed on or before November 1, 2022;
- Defendants' Reply Brief shall be filed on or before November 15, 2022; and
- Hearing on the Motions for Summary Judgment is reset on **December 5, 2022**, at **10:00 A.M.**

Plaintiff's counsel addresses the Court's Order to Show Cause Minutes[89], as further stated on the record. Plaintiff moves to dismiss defendant Can Wang and defendants do not oppose plaintiff's oral request. Pursuant to the parties oral agreement, the Court hereby dismisses defendant Can Wang forthwith, and the Court's Order to Show Cause is hereby discharged.

|  | 00 | : | 16 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |