| | |
|---|---|
| RIMON, P.C.<br>Mark Lee (SBN 94103)<br>mark.lee@rimonlaw.com<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Telephone/Facsimile: 213.375.3811 | JEONG & LIKENS, L.C.<br>Chan Yong Jeong, Esq. (SBN: 255244)<br>jeong@jeonglikens.com<br>222 South Oxford Avenue<br>Los Angeles, California 90004<br>Telephone: 213.688.2001<br>Facsimile: 213.315.5035 |

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a.
www.patpat.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**JOINT APPLICATION TO CONTINUE FILING DEADLINES**<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an | |

JOINT APPLICATION TO CONTINUE FILING DEADLINES

individual, and DOES 1-10, inclusive,

          Counterclaim Plaintiffs,

    v.

NEMAN BROTHERS & ASSOC., INC., a California Corporation,

          Counterclaim Defendant.

TO THIS HONORABLE COURT, AND ALL PARTIES HEREIN:

    Due to health issues involving Plaintiff's counsel, Plaintiff Neman Brothers, Inc. ("Neman Brothers") and Defendant InterFocus, Inc. ("InterFocus") jointly apply to extend for two weeks the deadlines this Court previously set to submit supplemental briefing herein.

    This Court on August 15, 2022 ordered that Interfocus file a supplemental brief on or before October 11, 2022, that Neman Brothers file any responsive brief on or before November 1, 2022, and that Interfocus file any reply on or before November 15, 2022. (See Dkt. No. 90.)

    Neman Brothers has advised that its counsel was recently injured while visiting Korea, has undergone surgery there, and will not be released able to return to the United States until on or about October 27, 2022.

    Neman Brothers and InterFocus, through their respective counsel, therefore jointly request that this Court enter orders continuing for two weeks the briefing schedule this Court recently established as follows:

    1) Allowing InterFocus up to and including October 27, 2022 to file a supplemental brief herein;

    2) Allowing Neman Brothers up to and including November 15, 2022 to file any responsive brief herein;

3) Allowing InterFocus up to and including November 30, 2022 to file any reply brief herein.

4. This joint request is not interposed for purposes of delay.

Dated: October 10, 2022

RIMON, P.C.

By: /s/ Mark S. Lee
Mark S. Lee
Zheng Liu

Attorneys for Defendants and Counterclaim Plaintiffs
INTERFOCUS, INC. d.b.a. www.patpat.com

RIMON, P.C.

Dated: October 10, 2022

By: /s/ Chan Yong Jeong
Chan Yong Jeong

Attorneys for Plaintiffs
NEMAN BROTHERS & ASSOC., INC.