# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE FILING DEADLINES**<br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Counterclaim Defendant. | |

The Court having reviewed the Joint application to continue filing deadlines, and good cause appearing,

IT IS ORDERED that the parties may file the supplemental briefs previously ordered by the Court as follows:

1) Allowing InterFocus up to and including October 27, 2022 to file a supplemental brief herein;

2) Allowing Neman Brothers up to and including November 15, 2022 to file any responsive brief herein;

3) Allowing InterFocus up to and including November 30, 2022 to file any reply brief herein.

4. This joint request is not interposed for purposes of delay.

Dated: _____

The Honorable Christina A. Snyder
United States District Judge