# EXHIBIT 11

Case #: 1-11758560091   Type of Case: Work of the Visual Arts   Date Opened: 9/26/202
Application Format: Standard

## Authors

**Author's Name** Give either an individual name OR an organization name, but not both. An author is a person who actually created the contribution, unless the contribution was "Made for hire" in which case the **employer** is the author. Either citizenship/domicile of the author is also required.

**Individual Author:**    OR    **Organization:**

First Name: [    ]         Organization Name: [    ]
Middle Name: [    ]   Help
Last Name: [    ]

Is this author's contribution a work made for hire?: [  v]

*Citizenship: [  v]   Help       Anonymous: [ ]   Help
OR                              Pseudonymous: [ ]   Help
*Domicile: [  v]   Help         Pseudonym: [    ]   Help
Year of Birth: [    ]   YYYY
Year of Death: [    ]   YYYY

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# Standard Application Help: Author

## Author's Name

*Who is an author?*

Generally, the author of a work is the person or persons who created the work. The only exception occurs when a work is created as a work made for hire (/eco/help-author.html#work).

*Who should be named as the author of the work being registered?*

You should identify the author by providing the full name of the person who created the work unless the work is anonymous (/eco/help-author.html#anonymous) or pseudonymous (/eco/help-author.html#pseudonymous). If more than one person created the work provide the full name of each person who created the work. Note: if a person contributed material that is not copyrightable he or she should not be named as an author on the application. For more information on copyrightable authorship click here (/comp3/chap300/ch300-copyrightable-authorship.pdf).

## Work Made for Hire

*What is a Work Made for Hire?*

A work made for hire is either

- a work created by an employee within the scope of his or her employment.

*or*

- a work that is specially ordered or commissioned, provided that the parties expressly agree in a writing signed by both parties that the work is considered a "work made for hire," and the work is specially ordered or commissioned for use as:
    - a contribution to a collective work
    - a part of a motion picture or other audiovisual work
    - a translation
    - a compilation

- a test or answer material for a test
- an atlas
- instructional text, which is defined as a "literary, pictorial, or graphic work prepared for publication and with the purpose of use in systematic instructional activities;" or
- a supplementary work, which is defined as "a work prepared for publication as a secondary adjunct to a work by another author for the purpose of introducing, concluding, illustrating, explaining, revising, commenting upon, or assisting in the use of the other work, such as forewords, afterwords, pictorial illustrations, maps, charts, tables, editorial notes, musical arrangements, answer material for tests, bibliographies, appendixes, and indexes."

For more information on works made for hire see *Works Made for Hire (Circular 30)* (/circs/circ30.pdf).

*Who is the author of a work made for hire?*

The author of a work made for hire is the employer or party that ordered or commissioned the work.

*Who should be named as the author of the "work made for hire" being registered?*

You should identify the author of a work made for hire by naming the employer of the person(s) who created the work or the party that ordered or commissioned the work. Do not name the person or persons who actually created a work made for hire.

If the employer or commissioning party is an individual, provide the individual's full name in the Individual Author fields and answer "yes" to the question "Is this author's contribution a work made for hire?"

If the employer or commissioning party is an organization, provide the most complete name of the organization in the Organization Name field and answer "yes" to the question "Is this author's contribution a work made for hire?"

Examples:

- John Smith is an employee of Talcum Powders, Inc. John created a video for the company's website. Talcum Powders, Inc. should be named as the author of this video, not John Smith.
- Margaret Riley is a filmmaker. Janet Jones is a screenwriter. Margaret and Janet signed a contract stating that Janet would write a screenplay for Margaret as a "work made for hire." Margaret should be named as the author of this screenplay, not Janet.

How should you answer the question: Is this author's contribution a work made for hire?

Answer "no" if the author did **not** create the work as a work made for hire. Answer "yes" only if the author created the work as a "work made for hire," as defined in the statute . Note, if an organization is the author of a work, the work must be a work made for hire and this question should be answered "yes."

## Year of Birth

Providing an individual author's year of birth is optional, but the Office encourages applicants to include this information because it may be useful in identifying the author. If given, the year of birth will appear in the public record.

If the work is an "anonymous" work or a "pseudonymous" work the Office encourages applicants to provide this information, although it is not required.
If the work is a "work made for hire" do not provide the year of birth, even if the author is an individual rather than an organization.

## Year of Death

You should provide a year of death if the work you want to register was created by an individual author who is deceased at the time you file the application. The copyright law requires this information, because the length of the copyright term may be based on the year that the author died.

If the work is an "anonymous" work or "pseudonymous" work the Office encourages applicants to provide this information, although it is not required.

If the work is a "work made for hire" do not provide the year of death, even if the author is an individual rather than an organization.

## Author's Citizenship or Domicile

In all cases, you should identify the citizenship and/or domicile of each author.

*How do you determine the author's citizenship?*

"Citizenship" means that the author is a citizen of a particular nation or the author owes permanent allegiance to a particular country, even though he or she is not a citizen of that nation.