# EXHIBIT 13

.gov
a department of the Library of Congress

()

# Librarian of Congress Seeks Input on Register of Copyrights

Read More (/web/20170113212313/https://www.copyright.gov/newsnet/2016/648.html)


Register a Copyright


Record a Document


Research and Certification





Learn about Statutory Licensing

**THIRD EDITION Compendium of U.S. Copyright Office Practices** (/web/20170113212313/https://www.copyright.gov/comp3/)

**Code of Federal Regulations TITLE 37, CHAPTER II** (/web/20170113212313/https://www.copyright.gov/title37/)

**Copyright Law of the United States AND RELATED LAWS CONTAINED IN TITLE 17 OF THE UNITED STATES CODE** (/web/20170113212313/https://www.copyright.gov/title17/)

**Fair Use Index CASES AND INFORMATION** (/web/20170113212313/https://www.copyright.gov/fair-use/)

## Schedule of Fees

List of fees for registration, recordation, and other services (/web/20170113212313/https://www.copyright.gov/docs/fees.html)

## Frequently Asked Questions

Why should I register my work? (/web/20170113212313/https://www.copyright.gov/help/faq/faq-general.html#automatic)

More FAQs (/web/20170113212313/https://www.copyright.gov/help/faq/index.html)

Más preguntas frequentes (/web/20170113212313/https://www.copyright.gov/help/spanish_faq/index.html)

## Services

Search Records (https://web.archive.org/web/20170113212313/http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First)

Mandatory Deposit (/web/20170113212313/https://www.copyright.gov/mandatory/)

Records Research and Certification Section — Litigation Services (/web/20170113212313/https://www.copyright.gov/rrc/litigation.html)

DMCA Agents Directory (/web/20170113212313/https://www.copyright.gov/dmca-directory/)

## Mission Statement of the U.S. Copyright Office

To administer the Nation's copyright laws for the advancement of the public good; to offer services and support to authors and users of creative works; and to provide expert impartial assistance to Congress, the courts, and executive branch agencies on questions of copyright law and policy.

(/web/20170113212313/https://www.copyright.gov/about/)

### Active Policy Studies

Revising Section 108: Copyright Exceptions for Libraries and Archives (/web/20170113212313/https://www.copyright.gov/policy/section108/)

Mandatory Deposit of Electronic Books and Sound Recordings Available Only Online (/web/20170113212313/https://www.copyright.gov/policy/mandatorydeposit/)

Public Questions: IT Modernization (/web/20170113212313/https://www.copyright.gov/policy/itupgrade/)

Section 512 Study (/web/20170113212313/https://www.copyright.gov/policy/section512/)

More Policy Studies (/web/20170113212313/https://www.copyright.gov/policy/)

### Open Rulemakings

Group Registration of Photographs (/web/20170113212313/https://www.copyright.gov/rulemaking/group-photographs/)

Supplementary Registration (/web/20170113212313/https://www.copyright.gov/rulemaking/supplementary-registration/)

Group Registration of Contributions to Periodicals (/web/20170113212313/https://www.copyright.gov/rulemaking/grcp/)

2016 Removal of Personally Identifiable Information from Registration Records (/web/20170113212313/https://www.copyright.gov/rulemaking/pii/)

More Rulemakings (/web/20170113212313/https://www.copyright.gov/rulemaking/)

## COPYRIGHT MATTERS

Copyright Matters Lecture Series (/web/20170113212313/https://www.copyright.gov/copyrightmatters/)

## Copyright Timeline

Read about important dates in copyright history. (/web/20170113212313/https://www.copyright.gov/timeline/)

## For Students and Teachers

Taking the Mystery Out of Copyright (https://web.archive.org/web/20170113212313/http://www.loc.gov/teachers/copyrightmystery/)

Copyright & Primary Sources (https://web.archive.org/web/20170113212313/http://www.loc.gov/teachers/usingprimarysources/copyright.html)

Subscribe (https://web.archive.org/web/20170113212313/https://public.govdelivery.com/accounts/USLOC/subscriber/new)  |
Twitter (https://web.archive.org/web/20170113212313/https://twitter.com/CopyrightOffice)  |
Blog (https://web.archive.org/web/20170113212313/http://blogs.loc.gov/copyrightdigitization/)  |
Take our Survey (https://web.archive.org/web/20170113212313/https://www.research.net/r/Copyrightweb)

**About Us**

Overview (/web/20170113212313/https://www.copyright.gov/about/)
USCO Leadership (/web/20170113212313/https://www.copyright.gov/about/leadership/)
Key Offices (/web/20170113212313/https://www.copyright.gov/about/offices/)
Strategic Plan (/web/20170113212313/https://www.copyright.gov/reports/strategic-plan/USCO-strategic.pdf)
Academic Partnerships (/web/20170113212313/https://www.copyright.gov/about/special-programs/partnerships.html)
Budget Testimony (/web/20170113212313/https://www.copyright.gov/about/budget/)
Copyright Matters Lecture Series (/web/20170113212313/https://www.copyright.gov/copyrightmatters/)
Internships (/web/20170113212313/https://www.copyright.gov/about/special-programs/internships.html)
Kaminstein Program (/web/20170113212313/https://www.copyright.gov/about/special-programs/kaminstein.html)
Ringer Fellowship (/web/20170113212313/https://www.copyright.gov/about/special-programs/ringer.html)
Schedule of Fees (/web/20170113212313/https://www.copyright.gov/docs/fees.html)

**News**

Federal Register Notices (/web/20170113212313/https://www.copyright.gov/fedreg/)
NewsNet (/web/20170113212313/https://www.copyright.gov/newsnet/)

**Law and Policy**

Copyright Law (/web/20170113212313/https://www.copyright.gov/title17/)

Regulations (/web/20170113212313/https://www.copyright.gov/title37/)

Open Rulemakings (/web/20170113212313/https://www.copyright.gov/rulemaking/)

Past Rulemakings (/web/20170113212313/https://www.copyright.gov/rulemaking/past-rulemaking.html)

Active Policy Studies (/web/20170113212313/https://www.copyright.gov/policy/)

Policy Reports (/web/20170113212313/https://www.copyright.gov/policy/policy-reports.html)

Legislative Developments (/web/20170113212313/https://www.copyright.gov/legislation/)

Congressional Hearings (/web/20170113212313/https://www.copyright.gov/laws/hearings/)

USCO Testimony (/web/20170113212313/https://www.copyright.gov/laws/testimonies/)

International Issues (/web/20170113212313/https://www.copyright.gov/international-issues/)

Fair Use Index (/web/20170113212313/https://www.copyright.gov/fair-use/)

**Publications**

Read the Compendium (/web/20170113212313/https://www.copyright.gov/comp3/comp-index.html)

Read the Regulations (/web/20170113212313/https://www.copyright.gov/title37/)

Read the Copyright Law (/web/20170113212313/https://www.copyright.gov/title17/)

Annual Reports (/web/20170113212313/https://www.copyright.gov/history/annual_reports.html)

Circulars (/web/20170113212313/https://www.copyright.gov/circs/)

Factsheets (/web/20170113212313/https://www.copyright.gov/circs/factsheet.html)

Forms (/web/20170113212313/https://www.copyright.gov/forms/)

Historical Documents (/web/20170113212313/https://www.copyright.gov/history/)

Active Policy Studies (/web/20170113212313/https://www.copyright.gov/policy/)

IT & Technology Reports (/web/20170113212313/https://www.copyright.gov/technology-reports/)

Strategic Plan (/web/20170113212313/https://www.copyright.gov/reports/strategic-plan/USCO-strategic.pdf)

Register's Speeches (/web/20170113212313/https://www.copyright.gov/about/office-register/speeches.html)

**Contact Us**

Mailing Addresses (/web/20170113212313/https://www.copyright.gov/about/addresses.html)

General Questions (/web/20170113212313/https://www.copyright.gov/help/index.html)

Online Registration Help (/web/20170113212313/https://www.copyright.gov/eco/faq.html)

**U.S. Copyright Office**

101 Independence Ave. S.E.

Washington, D.C. 20559-6000

(202) 707–3000 or 1 (877) 476–0778 (toll free)

USCO Webmaster (mailto:copyweb@loc.gov)

Library of Congress (https://web.archive.org/web/20170113212313/http://www.loc.gov/index.html)| Congress.gov (https://web.archive.org/web/20170113212313/http://congress.gov/) | USA.gov (https://web.archive.org/web/20170113212313/http://www.usa.gov/) | FOIA (https://web.archive.org/web/20170113212313/http://www.copyright.gov/foia/) | IP/DMCA (/web/20170113212313/https://www.copyright.gov/about/ip-dmca.html) | Privacy Policy (/web/20170113212313/https://www.copyright.gov/about/privacy-policy.html)