# EXHIBIT 14



.gov
a department of the Library of Congress

()

Home ()  /  Contact Us

# Contact Us

## Map

### Contact Form

**Category**

Which form to use ⌄

## Name

## Email

## Question

Submit    Reset

## Related Links

Password Help (https://web.archive.org/web/20170104235959/https://eco.copyright.gov/eService_enu/start.swe?SWECmd=Start&SWEHo=eco.copyright.gov)

Status of My Application (/web/20170104235959/https://www.copyright.gov/forms/status_form.html)

Spanish Contact Form (/web/20170104235959/https://www.copyright.gov/help/spanish_faq/general-spanish.html)

Mailing Addresses (/web/20170104235959/https://www.copyright.gov/about/addresses.html)

Online Registration Help (/web/20170104235959/https://www.copyright.gov/eco/faq.html)

USCO Webmaster (mailto:copyweb@loc.gov)

Request to Reopen Application (/web/20170104235959/https://www.copyright.gov/forms/reopen.html)

Request a Search Estimate (/web/20170104235959/https://www.copyright.gov/forms/search_estimate.html)

## Address

U.S. Copyright Office

101 Independence Ave S.E.
Washington, D.C. 20559-6000
P: (Phone) (202) 707–3000 or 1 (877) 476–0778 (toll free)

Subscribe (https://web.archive.org/web/20170104235959/https://public.govdelivery.com/accounts/USLOC/subscriber/new) | Twitter (https://web.archive.org/web/20170104235959/https://twitter.com/CopyrightOffice) |
Blog (https://web.archive.org/web/20170104235959/http://blogs.loc.gov/copyrightdigitization/) |
Take our Survey (https://web.archive.org/web/20170104235959/https://www.research.net/r/Copyrightweb)

## About Us

Overview (/web/20170104235959/https://www.copyright.gov/about/)

USCO Leadership (/web/20170104235959/https://www.copyright.gov/about/leadership/)

Key Offices (/web/20170104235959/https://www.copyright.gov/about/offices/)

Strategic Plan (/web/20170104235959/https://www.copyright.gov/reports/strategic-plan/USCO-strategic.pdf)

Academic Partnerships (/web/20170104235959/https://www.copyright.gov/about/special-programs/partnerships.html)

Budget Testimony (/web/20170104235959/https://www.copyright.gov/about/budget/)

Copyright Matters Lecture Series (/web/20170104235959/https://www.copyright.gov/copyrightmatters/)

Internships (/web/20170104235959/https://www.copyright.gov/about/special-programs/internships.html)

Kaminstein Program (/web/20170104235959/https://www.copyright.gov/about/special-programs/kaminstein.html)

Ringer Fellowship (/web/20170104235959/https://www.copyright.gov/about/special-programs/ringer.html)

Schedule of Fees (/web/20170104235959/https://www.copyright.gov/docs/fees.html)

## News

Federal Register Notices (/web/20170104235959/https://www.copyright.gov/fedreg/)

NewsNet (/web/20170104235959/https://www.copyright.gov/newsnet/)

## Law and Policy

Copyright Law (/web/20170104235959/https://www.copyright.gov/title17/)

Regulations (/web/20170104235959/https://www.copyright.gov/title37/)

Open Rulemakings (/web/20170104235959/https://www.copyright.gov/rulemaking/)

Past Rulemakings (/web/20170104235959/https://www.copyright.gov/rulemaking/past-rulemaking.html)

Active Policy Studies (/web/20170104235959/https://www.copyright.gov/policy/)

Policy Reports (/web/20170104235959/https://www.copyright.gov/policy/policy-reports.html)

Legislative Developments (/web/20170104235959/https://www.copyright.gov/legislation/)

Congressional Hearings (/web/20170104235959/https://www.copyright.gov/laws/hearings/)

USCO Testimony (/web/20170104235959/https://www.copyright.gov/laws/testimonies/)

International Issues (/web/20170104235959/https://www.copyright.gov/international-issues/)

Fair Use Index (/web/20170104235959/https://www.copyright.gov/fair-use/)

## Publications

Read the Compendium (/web/20170104235959/https://www.copyright.gov/comp3/comp-index.html)

Read the Regulations (/web/20170104235959/https://www.copyright.gov/title37/)

Read the Copyright Law (/web/20170104235959/https://www.copyright.gov/title17/)

Annual Reports (/web/20170104235959/https://www.copyright.gov/history/annual_reports.html)

Circulars (/web/20170104235959/https://www.copyright.gov/circs/)

Factsheets (/web/20170104235959/https://www.copyright.gov/circs/factsheet.html)

Forms (/web/20170104235959/https://www.copyright.gov/forms/)

Historical Documents (/web/20170104235959/https://www.copyright.gov/history/)

Active Policy Studies (/web/20170104235959/https://www.copyright.gov/policy/)

IT & Technology Reports (/web/20170104235959/https://www.copyright.gov/technology-reports/)

Strategic Plan (/web/20170104235959/https://www.copyright.gov/reports/strategic-plan/USCO-strategic.pdf)

Register's Speeches (/web/20170104235959/https://www.copyright.gov/about/office-register/speeches.html)

## Contact Us

Mailing Addresses (/web/20170104235959/https://www.copyright.gov/about/addresses.html)

General Questions (/web/20170104235959/https://www.copyright.gov/help/index.html)

Online Registration Help (/web/20170104235959/https://www.copyright.gov/eco/faq.html)

**U.S. Copyright Office**

101 Independence Ave. S.E.

Washington, D.C. 20559-6000

(202) 707–3000 or 1 (877) 476–0778 (toll free)

USCO Webmaster (mailto:copyweb@loc.gov)

Library of Congress (https://web.archive.org/web/20170104235959/http://www.loc.gov/index.html)| Congress.gov (https://web.archive.org/web/20170104235959/http://congress.gov/) | USA.gov (https://web.archive.org/web/20170104235959/http://www.usa.gov/) | FOIA (https://web.archive.org/web/20170104235959/http://www.copyright.gov/foia/) | IP/DMCA (/web/20170104235959/https://www.copyright.gov/about/ip-dmca.html) | Privacy Policy (/web/20170104235959/https://www.copyright.gov/about/privacy-policy.html)