# EXHIBIT 15

**WESTLAW CLASSIC**

**NARROW:**

Undo Filters

Apply Filters    Cancel

**Search within results**

**Jurisdiction**
- [ ] FEDERAL DISTRICT CT. C.d. Ca    61

**Key Nature of Suit**    Select

**Date**
Before 01-01-2017

**Judge**    Select

**Attorney**    Select

**Law Firm**    Select

**Viewed in the last 30 days**
with Client ID BOOK
- [ ] Viewed
- [ ] Not Viewed

**Documents in Folders**
- [ ] Saved to a Folder
- [ ] Not Saved to a Folder

**Annotated Documents**
- [ ] Highlighted
- [ ] Notes
- [ ] Not Annotated

Apply Filters    Cancel

**Search other sources:**
News
Dockets
Intellectual Property
Public Records
Company Investigator

---

Back to California Federal District Court Dockets - Central District

## California Federal District Court Dockets - Central District

**YOUR SEARCH** Edit

**Key Search Terms:** copyright   **Party Type:** All Parties   **Participant Name:** Neman /1 Brothers

1 - 61    Sort by: Case Title    UPDATE

☐ Select all items    No items selected

☐ **1. Hyosik Chang et al v. Forever 21 Inc et al**
March 22, 2005 | CA U.S. Dist. Ct., Cent. | 2:05-CV-02034 | Intellectual Property, Copyright | Judge(s): Judge Percy Anderson

☐ **2. In Re: Neman Brothers & Associates Inc et al**
March 07, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01727 | Intellectual Property, Copyright

☐ **3. LA Printex Industries, Inc. v. J. C. Penney Company, Inc. et al**
April 28, 2008 | CA U.S. Dist. Ct., Cent. | 2:08-CV-02758 | Intellectual Property, Copyright | Judge(s): Judge George H

☐ **4. Neman Brothers & Assoc., Inc. v. Burlington Stores, Inc. et al**
May 20, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-03837 | Intellectual Property, Copyright | Judge(s): Judge R. Gary Klausner

☐ **5. Neman Brothers & Assoc., Inc. v. Fallas Management, Inc. et al**
October 14, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-08067 | Intellectual Property, Copyright | Judge(s): Judge Consu Marshall

☐ **6. Neman Brothers & Assoc., Inc. v. Imerc, LLC, et al**
January 14, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-00310 | Intellectual Property, Copyright | Judge(s): Judge Philip Gutierrez

☐ **7. Neman Brothers & Assoc., Inc. v. Ross Stores, Inc. et al**
November 08, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-08321 | Intellectual Property, Copyright | Judge(s): Judge R. Klausner

☐ **8. Neman Brothers & Associates Inc v. B Tween LLC et al**
March 07, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01728 | Intellectual Property, Copyright | Judge(s): Judge Ronald Lew

☐ **9. Neman Brothers & Associates Inc v. Deb Shops SDW LLC**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01759 | Intellectual Property, Copyright | Judge(s): Magistrate Jud Michael R. Wilner

☐ **10. Neman Brothers & Associates Inc v. Hot Shot HK LLC et al**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01762 | Intellectual Property, Copyright | Judge(s): Judge Andre E Jr

☐ **11. Neman Brothers & Associates Inc v. Lany Group LLC et al**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01757 | Intellectual Property, Copyright | Judge(s): Judge Percy Anderson

☐ **12. Neman Brothers & Associates Inc v. Mackson Inc et al**
August 08, 2013 | CA U.S. Dist. Ct., Cent. | 2:13-CV-05755 | Intellectual Property, Copyright | Judge(s): Judge Otis D. Wright, II

13. **Neman Brothers & Associates Inc v. Nana USA, Inc et al**
June 26, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-04858 | Intellectual Property, Copyright | Judge(s): Judge Andre Bi

14. **Neman Brothers & Associates Inc v. New Ashley Stewart Inc**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01760 | Intellectual Property, Copyright | Judge(s): Judge George

15. **Neman Brothers & Associates Inc v. Pride & Joys Inc et al**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01758 | Intellectual Property, Copyright | Judge(s): Judge John A. Kronstadt

16. **Neman Brothers & Associates Inc v. Select Clothing Company, Inc. et al**
June 18, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-04724 | Intellectual Property, Copyright | Judge(s): Judge John A. Kronstadt

17. **Neman Brothers & Associates Inc v. Sioni Apparel Group Corp et al**
August 08, 2013 | CA U.S. Dist. Ct., Cent. | 2:13-CV-05757 | Intellectual Property, Copyright | Judge(s): Judge Percy Anderson

18. **Neman Brothers & Associates Inc v. SSC Apparel Inc, et al**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01761 | Intellectual Property, Copyright | Judge(s): Judge Beverly O'Connell

19. **Neman Brothers & Associates Inc v. Wal-Mart Stores Inc et al**
September 02, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-06821 | Intellectual Property, Copyright | Judge(s): Judge Pe Anderson

20. **Neman Brothers & Associates Inc v. Wear Abouts Apparel, Inc., et al**
March 10, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-01756 | Intellectual Property, Copyright | Judge(s): Magistrate Jud Suzanne H. Segal

21. **Neman Brothers & Associates Inc v. www.599fashion.com et al**
January 24, 2014 | CA U.S. Dist. Ct., Cent. | 2:14-CV-00594 | Intellectual Property, Copyright | Judge(s): Judge R. Ga Klausner

22. **Neman Brothers and Assoc Inc v. Minette Apparel, LLC. et al**
July 08, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-05014 | Intellectual Property, Copyright | Judge(s): Judge Beverly R O'Connell

23. **Neman Brothers and Assoc Inc v. R and R Goldman and Associates Inc et al**
July 20, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-05491 | Intellectual Property, Copyright | Judge(s): Judge R. Gary Klausner

24. **Neman Brothers and Assoc. Inc v. Wal-Mart Stores, Inc. et al**
July 08, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-05040 | Intellectual Property, Copyright | Judge(s): Judge George H

25. **Neman Brothers and Assoc. Inc. v. Poetry Corporation, Inc. et al**
December 11, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-09580 | Intellectual Property, Copyright | Judge(s): Judge Cor B. Marshall

26. **Neman Brothers and Assoc., Inc. v. 4 What It's Worth, Inc. et al**
January 07, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-00148 | Intellectual Property, Copyright | Judge(s): Judge Percy Anderson

27. **Neman Brothers and Assoc., Inc. v. Burlington Stores, Inc. et al**
July 26, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-05548 | Intellectual Property, Copyright | Judge(s): Judge Fernando Olguin

28. **Neman Brothers and Assoc., Inc. v. Burlington Stores, Inc. et al**
August 04, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-05824 | Intellectual Property, Copyright | Judge(s): Judge R. Gar Klausner

July 13, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-05173 | Intellectual Property, Copyright | Judge(s): Judge George H

30. **Neman Brothers and Assoc., Inc. v. M.R.R. Fabric Inc et al**
June 07, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-04013 | Intellectual Property, Copyright | Judge(s): Judge R. Gary Klausner

31. **Neman Brothers and Assoc., Inc. v. Marsons International, Inc. et al**
March 09, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-01634 | Intellectual Property, Copyright | Judge(s): Judge Dolly M

32. **Neman Brothers and Assoc., Inc. v. Poetry Corporation, Inc. et al**
December 11, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-09569 | Intellectual Property, Copyright | Judge(s): Judge R. Klausner

33. **Neman Brothers and Assoc., Inc. v. Ross Stores Inc. et al**
August 19, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-06243 | Intellectual Property, Copyright | Judge(s): Judge Dale S Fischer

34. **Neman Brothers and Assoc., Inc. v. Ross Stores, Inc. et al**
November 08, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-08327 | Intellectual Property, Copyright | Judge(s): Judge And Birotte, Jr

35. **Neman Brothers and Assoc., Inc. v. Ross Stores, Inc. et al**
August 03, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-05843 | Intellectual Property, Copyright | Judge(s): Judge Philip Gutierrez

36. **Neman Brothers and Assoc., Inc. v. Ross Stores, Inc. et al**
July 28, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-05638 | Intellectual Property, Copyright | Judge(s): Judge Beverly R O'Connell

37. **Neman Brothers and Assoc., Inc. v. The TJX Companies, Inc. et al**
August 20, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-06379 | Intellectual Property, Copyright | Judge(s): Judge Fernar Olguin

38. **Neman Brothers and Assoc., Inc. v. Touch Me Fashion, Inc. et al**
August 19, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-06235 | Intellectual Property, Copyright | Judge(s): Judge Otis D. Wright, II

39. **Neman Brothers and Assoc., Inc. v. True Destiny, LLC et al**
December 13, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-09224 | Intellectual Property, Copyright | Judge(s): Judge Joh Walter

40. **Neman Brothers and Assoc., Inc. v. Wal-Mart Stores, Inc. et al**
November 08, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-08319 | Intellectual Property, Copyright | Judge(s): Judge Ma Real

41. **Neman Brothers and Associates Inc v. Citiwear Inc et al**
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03364 | Intellectual Property, Copyright | Judge(s): Judge S. James

42. **Neman Brothers and Associates Inc v. Clique Public et al**
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03365 | Intellectual Property, Copyright | Judge(s): Judge Michael V Fitzgerald

43. **Neman Brothers and Associates Inc v. Cornerstone Apparel Inc et al**
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03370 | Intellectual Property, Copyright | Judge(s): Judge Christina Snyder

44. **Neman Brothers and Associates Inc v. Danice Stores Inc et al**
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03366 | Intellectual Property, Copyright | Judge(s): Judge Dale S. F

45. **Neman Brothers and Associates Inc v. Exist Inc et al**
April 04, 2013 | CA U.S. Dist. Ct., Cent. | 2:13-CV-02417 | Intellectual Property, Copyright | Judge(s): Judge John F. V

☐ 46. Neman Brothers and Associates Inc v. Fashion City et al
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03367 | Intellectual Property, Copyright | Judge(s): Judge Michael W Fitzgerald

☐ 47. Neman Brothers and Associates Inc v. Inspire et al
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03368 | Intellectual Property, Copyright | Judge(s): Judge R. Gary Klausner

☐ 48. Neman Brothers and Associates Inc v. Joppa Inc et al
May 16, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-03369 | Intellectual Property, Copyright | Judge(s): Judge Terry J. H Jr

☐ 49. Neman Brothers and Associates Inc v. K Too et al
August 04, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-05893 | Intellectual Property, Copyright | Judge(s): Judge Fernar Olguin

☐ 50. Neman Brothers and Associates Inc v. Love Julian Inc. et al
June 08, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-04322 | Intellectual Property, Copyright | Judge(s): Judge Consuelo Marshall

☐ 51. Neman Brothers and Associates Inc v. Love Point, Inc. et al
June 26, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-04860 | Intellectual Property, Copyright | Judge(s): Judge R. Gary Klausner

☐ 52. Neman Brothers and Associates Inc v. Timeless Fashions LLC et al
June 08, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-04323 | Intellectual Property, Copyright | Judge(s): Judge Dale S. F

☐ 53. Neman Brothers and Associates, Inc. v. Bonne A Mie et al
October 09, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-07961 | Intellectual Property, Copyright | Judge(s): Judge Percy Anderson

☐ 54. Neman Brothers and Associates, Inc. v. D and J Fashion Inc et al
May 28, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-04024 | Intellectual Property, Copyright | Judge(s): Judge Terry J. H Jr

☐ 55. Neman Brothers and Associates, Inc. v. Enticing Lingerie, Inc et al
July 16, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-05422 | Intellectual Property, Copyright | Judge(s): Judge Consuelo Marshall

☐ 56. Neman Brothers and Associates, Inc. v. Forever 21 Retail Inc et al
July 16, 2015 | CA U.S. Dist. Ct., Cent. | 2:15-CV-05424 | Intellectual Property, Copyright | Judge(s): Judge John F. W

☐ 57. Neman Brothers and Associates, Inc. v. Just For Wraps, Inc. et al
April 14, 2016 | CA U.S. Dist. Ct., Cent. | 2:16-CV-02563 | Intellectual Property, Copyright | Judge(s): Judge Dolly M.

☐ 58. NEMAN BROTHERS v. MISS CALIFORNIA APP, ET AL
October 03, 1996 | CA U.S. Dist. Ct., Cent. | 2:96-CV-06964 | Intellectual Property, Copyright

☐ 59. NEMAN BROTHERS v. UNIVERSAL DYEING &, ET AL
October 28, 1997 | CA U.S. Dist. Ct., Cent. | 2:97-CV-00769 | Intellectual Property, Copyright

☐ 60. United Fabrics International Inc v. Forever 21 Inc et al
February 02, 2007 | CA U.S. Dist. Ct., Cent. | 2:07-CV-00800 | Intellectual Property, Copyright | Judge(s): Judge Geor Schiavelli

☐ 61. VolumeCocomo Apparel, Inc. v. Ross Stores, Inc. et al
March 23, 2011 | CA U.S. Dist. Ct., Cent. | 2:11-CV-02450 | Intellectual Property, Copyright | Judge(s): Judge George King

100 per page ⌄