# EXHIBIT 16

**Adrineh Mokhtarians**

| | |
|---|---|
| **From:** | Copyright Office <cop-ad@loc.gov> |
| **Sent:** | Friday, October 29, 2021 5:04 PM |
| **To:** | Adrineh Mokhtarians |
| **Subject:** | 1-10727740121 001201X6 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear YOEL NEMAN:

You may no longer file to register unpublished collections in the way you've done in the past: the standard application Form VA may not be filed for an unpublished collection of two or more works. This registration option has been eliminated. The Office made a recent change affecting how you may apply to register more than one unpublished work. Effective **March 15, 2019**, you may no longer register multiple unpublished works with the Standard application or paper form. Instead, you must use the new online application for a "Group of Unpublished Works" (GRUW).

Instead of refusing your application because you did not properly file using our new Group Registration of Unpublished Works (GRUW) registration option, we have registered only one (1) of your works with the application and fee that you filed (001201x6.jpg). You will have to file a new application using the GRUW application to register your remaining works that we did not register.

We have a new unpublished works registration option, Group Registration of Unpublished Works (GRUW). You must use this option if you want to register up to ten (10) unpublished works together on one application, with one fee. Additionally, you must meet certain eligibility criteria when filing.

You must meet all of the criteria below in order to use the Group Registration of Unpublished Works registration option.

A. All of the works are unpublished.

B. You may submit no more than ten (10) works. Each work must be uploaded in its own file (one work per uploaded file).

1

**CONFIDENTIAL INFORMATION**            **NB 157**