CHAN YONG JEONG, ESQ. (SBN 255244)
JEONG & LIKENS, L.C.
1100 Wilshire Blvd., Suite 3008
Los Angeles, CA 90017
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**DECLARATION OF ADELSO HENRIQUEZ** |

DECLARATION OF ADELSO HENRIQUEZ

I, ADELSO HENRIQUEZ, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. To my best recollection, I worked for NEMAN BROTHERS & ASSOC., INC. ("Plaintiff" or "Neman") from either 2016 or early 2017 until 2019 as a design coordinator.

3. My job duties included filling out and submitting the copyright application forms for Neman during my employment.

4. Ms. Vicky Alvarado was my predecessor who taught me how to do it at the beginning. In her times, Ms. Alvarado filled out and submitted the applications in paper forms, and taught me more through actual works. Therefore, for training, she showed me how to fill out a couple of actual application forms.

5. Later, when I was fully in charge of the applications, I started submitting the applications online. The form generally was the same, and therefore, while I was not familiar with online filings, I still could finish my jobs.

6. After submission of the applications, I typically received the hardcopies of the registration certificates within a month or two.

7. I from time to time, exchanged some emails with the copyright office mainly about my inquiries as to the status of the certificate when I did not receive it even after two months from submission date. A few times, I received emails from the copyright office as to certain elements I named with NB number as part of the group registration were too simple or too common and the copyright office would take out from the registrations, which the copyright office did. However, there was no emails or letters from the copyright office as to other issues such as having to put all of the authors' names who worked on any of the elements of the group or needing to identify prior-existing designs in connection with derivatives.

8. To my understanding, Neman already had been registering its designs for years before I joined Neman, and I have no reason to believe Neman ever had any issues

DECLARATION OF ADELSO HENRIQUEZ

that Neman intentionally or by mistake provided inaccurate information on the copyright applications. Further, during my employment, Neman never had such issues with any of the information I provided on the applications submitted to the copyright office.

9. Therefore, throughout the whole time of my employment, I genuinely believed I was doing my job right and providing the accurate answers to the questions on the applications. I had no reason to believe that what I did or how I did, could possibly be problematic in anyways or that the information I put on the applications could possibly be considered inaccurate. I had no reason to believe I needed to study more about the applications.

10. I vaguely remember I saw multiple links on the copyright websites when looking for the online application but did not know one of them might be a link to the instructions about copyright application. I never knew or even heard of what compendium or CFR were or such things even existed.

11. I am informed that in the above-captioned case, two registrations dated January 13, 2017, March 3, 2017 and April 30, 2018 are at issue. I do not remember specifically about those registrations but based on my review of the contents and the dates of the registrations, I think I filled out the relevant application forms for the said certificates.

12. I was surprised to hear that the defendant in this case argued that the three registrations should be invalidated because I did not put all of the design studio names as authors and/or I did not identify the prior arts of some of the elements because some of the elements of the groups are arguably derivatives of the prior arts. I never heard or knew those issues could possibly be problems or basis for invalidation. Even now, I just do not know whether those issues could really invalidate the registrations that were already completed in 2017 or 2018.

13. To my understanding, the copyright office would write a letter or email to the copyright applicants such as Neman when they have issues, or have more

DECLARATION OF ADELSO HENRIQUEZ

information needed. During my employment, Neman never had even any inquiries or comments back from the copyright office as to author, work for hire, or pre-existing design.

14. In addition, had there been any information missing or misstated, Neman had no reason to deliberately avoid knowing such issues because Neman had nothing to hide from the USCO, but rather, Neman would have wanted the copyright offices to get whatever it needs so that Neman's copyrights be properly registered so that Neman's copyrights for its own designs would be fully protected.

15. There was, and is, no reason why I would withhold, be unable or unwilling to provide, or lie about, the identities of design studio names as authors or any information about any prior-existing arts, had I known the said information was required on the applications. To my best knowledge, there was, and is, no reason why Neman would withhold, be unable or unwilling to provide, or lie about, the identities of design studio names as authors or any information about any prior-existing arts, had Neman known the said information was required on the applications.

*Under penalty of perjury under the laws of the United States and the State of California, I declare that the foregoing is true and correct.*

Dated: November 11, 2022        Respectfully submitted by,

*[signature]*

Adelso Henriquez

DECLARATION OF ADELSO HENRIQUEZ