CHAN YONG JEONG, ESQ. (SBN 255244)
JEONG & LIKENS, L.C.
1100 Wilshire Blvd., Suite 3008
Los Angeles, CA 90017
Tel: 213-688-2001
Email: Jeong@jeonglikens.com

Attorneys for Plaintiff/Counter-Defendant NEMAN BROTHERS & ASSOC., INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>INTERFOCUS, INC., a California Corporation, et al.,<br>Defendant/Counter-Claimant | Case No.: 2:20-cv-11181-CAS-JPR<br><br>**DECLARATION OF CHAN YONG JEONG, ESQ.**<br><br>Date: December 5, 2022<br>Time: 10 a.m.<br>Honorable Judge Christina A. Snyder |

I, CHAN YONG JEONG, declare:

1. I am the attorney for Plaintiff/Cross-defendant Neman Brothers in this action.
2. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.
3. This declaration is submitted in support of Plaintiff's Motion for Summary Judgment, and in opposition to Interfocus Motion for summary judgment.
4. Attached hereto as Exhibit 43 is an excerpt from the deposition transcript of Ms.

1
**DECLARATION OF CHAN YONG JEONG**

Adrineh Moktarian dated August 12, 2022.

5. Neman did identify the former employees including both Vicky Alvarado and Adelso Henriquez as the ones in charge of submitting the applications including the subject applications during the relevant time, with their employment period and the contact information as of August 3, 2022 (Jeong Decl. ¶, whom Interfocus could depose as I recommended (Ex. 43, 16:8-9), before submitting its brief but Interfocus did not do so.

*Under penalty of perjury under the laws of the State of California, I declare that the foregoing is true and correct.*

Dated: November 15, 2022            Respectfully submitted,

/s/Chan Yong Jeong
Chan Yong Jeong, Esq.
Attorney for NEMAN BROTHERS & ASSOC., INC.

# EXHIBIT 43

1      UNITED STATES DISTRICT COURT
2      CENTRAL DISTRICT OF CALIFORNIA
3
4   - - - - - - - - - - - - - - - - x
5   NEMAN BROTHERS & ASSOC.,         :
    INC., a California              :
6   corporation,                    :
                                    :
7        Plaintiff/Counterclaim     :
         Defendant,                 : Case No.
8                                   : 2:20-cv-11181-CAS-
       v.                           : JPR
9                                   :
    INTERFOCUS, INC. d.b.a.         :
10  www.patpat.com, a Delaware      :
    corporation; CAN WANG, and      :
11  individual, and Does 1-10,      :
    inclusive,                      :
12                                  :
         Defendant/Counterclaim     :
13       Plaintiff.                 :
    - - - - - - - - - - - - - - - - x
14
15       Deposition of NEMAN BROTHERS & ASSOC., INC.,
16       By and Through Its Designated Representative,
17                    ADRINEH MOKHTARIAN
18                    Conducted Virtually
19                  Friday, August 12, 2022
20                      10:17 a.m. PST
21
22  Job No.: 459387
23  Pages: 1 - 63
24  Reported By:  Rhonda Norberg, RPR, CSR No. 9265,
25              CCRR No. 185

1      Deposition of ADRINEH MOKHTARIAN, conducted
2  virtually.
3
4
5
6
7
8
9      Pursuant to notice, before Rhonda Norberg,
10    Certified Shorthand Reporter No. 9265, CCRR No. 185
11    in and for the State of California.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF/COUNTERCLAIM DEFENDANT:

 4        MARK S. LEE, ESQUIRE

 5        RIMON, P.C.

 6        800 Oak Grove Avenue

 7        Suite 250

 8        Menlo Park, California 94025

 9        650.461.4433

10

11   ON BEHALF OF THE DEFENDANT/COUNTERCLAIM PLAINTIFF:

12        CHAN YONG JEONG, ESQUIRE

13        JEONG & LIKENS, L.C.

14        222 South Oxford Avenue

15        Los Angeles, California 90004

16        213.688.2001

17

18   ALSO PRESENT:

19          MIKE ALICANDRI - VIDEOCONFERENCE TECHNICIAN

20

21

22

23

24

25
```

1  because I'm a lawyer, lawyers sometimes ask questions in
2  funny ways and the question I end up asking may not be
3  the question that you think I'm going to be asking.  So
4  because we want your best and most accurate testimony
5  today, it's very important that you listen to the entire
6  question before you answer.
7       Will you do that, please?
8  A  Yes.
9  Q  Okay.  Have you taken any medication in the
10 last day or so that might affect your memory or affect
11 your ability to give your best testimony today?
12 A  No.
13 Q  Do you know of any reason why you cannot give
14 us your best and most accurate testimony this morning?
15 A  No.
16 Q  Okay.  In that case, why don't we get started.
17      By whom are you presently employed?
18 A  Neman Brothers.
19 Q  How long have you worked at Neman Brothers?
20 A  15 years.
21 Q  Okay.  And what year did you start?
22 A  2007.
23 Q  Thank you.
24     What is your position at Neman Brothers?
25 A  Designer.

1    Q    What are your duties as a designer at
2  Neman Brothers?
3    A    I create our seasonal line, I meet the
4  customer, I contact suppliers, work with suppliers, and
5  I oversee the design room.
6    Q    Thank you.
7         Do your duties include any activities regarding
8  filing copyright applications with the copyright office?
9    A    Yes.
10   Q    What are your duties in that regard?
11   A    I file -- I fill out the application and I
12  submit to copyright office.
13   Q    All right.  When did you first start filing
14  copyright applications with the copyright office for
15  Neman Brothers?
16   A    2021.
17   Q    Okay.  Had you filed copyright applications at
18  any time before you started working at Neman Brothers?
19   A    No.
20   Q    Do you know if Neman Brothers filed any
21  copyright applications with the copyright office before
22  you began undertaking those efforts in 2021?
23   A    Yes.
24   Q    Who did that immediately before you at
25  Neman Brothers?

1       A      Alicia Barrales.
2       Q      Okay.  Could you spell that name, please?
3       A      Hold on one second.  I have it written down.
4    Sorry.
5              It's Alicia, A-l-i- -- yeah, I have it here.
6    It's A-l-i-c-i-a, the last name is B-a-r-r-a-l-e-s.
7       Q      All right.  Do you know how long she filed
8    copyright applications for Neman Brothers before you
9    did?
10      A      I don't have an exact date.
11      Q      Can you give me an estimate?
12      A      I'm sorry.  I can't.
13      Q      All right.  How far did you go in your formal
14   education?
15      A      I have a bachelor's degree in art and design of
16   textiles.
17      Q      And from what educational institution did you
18   get that degree?
19      A      I got it from Northeast London Polytechnic in
20   London.
21      Q      Ms. Mokhtarian, do you understand why you've
22   been asked to appear for a deposition today?
23      A      Yes, I do.
24      Q      What is your understanding of why you've been
25   asked to be deposed this morning?

1  the testimony.
2  　　　　　MR. LEE:  All right.  You can answer,
3  Ms. Mokhtarian.
4  　　　　　THE WITNESS:  Answer which question?  I'm
5  sorry.
6  BY MR. LEE:
7  　Q　Do you know anything about Neman Brothers'
8  copyright application procedures before you began having
9  those responsibilities at Neman Brothers in 2021?
10 　A　Not real -- no.
11 　　　　　MR. LEE:  Okay.  If it's all right, I'd suggest
12 we go off the record for just a second so I can confer
13 with counsel.
14 　　　　　MR. JEONG:  Mark, let me explain on the record.
15 　　　　　MR. LEE:  Okay.
16 　　　　　MR. JEONG:  So there's a mention about
17 Ms. Alicia and there was another person.  We already
18 identified them in the written responses, Adelso
19 (phonetic) and Alicia.
20 　　　　　Those were the former employees who we think
21 worked on those three applications in dispute in this
22 case, so, obviously, others do not have personal
23 knowledge because they did not personally work on those
24 applications.
25 　　　　　But, you know, Ms. Mokhtarian here today is the

```
 1   best person we could find who could testify about those
 2   application procedures based on her knowledge about
 3   general practice and her understanding.  You know, she
 4   worked as a designer at the time too; so she has her own
 5   understanding, anyways, about, especially,
 6   Neman Brothers' practice of this application procedure,
 7   so that -- Ms. Mokhtarian is the best witness I think we
 8   can produce at this time; and if you'd like to depose
 9   like Adelso and Alicia, that's your choice, so --
10           MR. LEE:  And just for the record, we want to
11   depose the person most knowledgeable, the person who can
12   speak on behalf of Neman Brothers concerning its
13   copyright applications.
14           MR. JEONG:  That's what I'm saying.  Alicia and
15   Adelso are not employees anymore, so we cannot control
16   them, so they cannot possibly be 30(b)(6) witness.
17           MR. LEE:  Well, technically, they could.  I'm
18   not trying to argue with you.  They may not be willing
19   to.  I understand.
20           Just so we're clear, then, you've produced
21   Ms. Mokhtarian to produce the person most knowledgeable
22   at Neman Brothers presently to answer these questions;
23   is that a fair statement?
24           MR. JEONG:  Yeah.  I mean, the most
25   knowledgeable is not the standard for 30(b)(6); but
```

either way, she's the best person we could produce today as part of the Neman Brothers as an entity.

    MR. LEE: All right. Well, let's proceed and see what we can accomplish and then we'll figure out if there are issues later.

    So, Ms. Mokhtarian, just now that we've done all the legalese, just so you understand, I'm going to be asking you some questions as to Neman Brothers' knowledge regarding the copyright applications that were on the Exhibit A we just showed you, including the three copyright applications that are in issue in this case.

Q   Do you understand that?
A   Yes.
Q   Okay. Let me ask this: Have you ever seen a document like Exhibit A before?
A   Can you repeat that?
Q   Yes.

    Have you ever seen a document like Exhibit A that is attached to the notice of deposition marked Exhibit 1 before?
A   No.
Q   Okay. And looking at it, can you recognize what this document depicts?
A   What the --
///

1    A    Yes.
2    Q    All right.  I will represent to you that
3 Exhibit 2 is an Application Form VA the copyright office
4 used in June of 2001; and, in fact, if you just look at
5 the third page -- sorry to keep scrolling you back and
6 forth, but look at the first page.
7         Do you see in the upper left, it says "Fees are
8 effective through June 30, 2002"?
9         Do you see that, Ms. Mokhtarian?
10   A    Yes.
11   Q    Okay.  All right.  Now let's go back to the
12 first page of the Application Form VA.
13        You mentioned you looked at some records and
14 saw that Neman Brothers filled out applications that it
15 sent into the copyright office.
16        Are these the kind of Form VAs that you saw
17 when you looked through Neman Brothers' records for
18 copyright applications?
19   A    Yes.
20   Q    Do you know when the copyright office first
21 began using this sort of Form VA instruction and
22 application form?
23   A    No.
24   Q    Okay.  But certainly they were doing so before
25 2001, as shown in this document.

1  When you looked through the Neman Brothers
2  records, did you see the application cover sheet that
3  was attached to the actual Form VA that you had to --
4  that Neman Brothers had to fill out?
5      A    No.
6      Q    Okay.  If you'll look down this first page a
7  little bit, first you see basic information; then below
8  that, it says "Line-By-Line Instructions."
9           Do you see that?
10     A    Yes.
11     Q    And the line-by-line instructions are
12 instructions on how to fill out each line of the
13 Form VA, is it not?
14     A    Yes.
15     Q    Do you see there Space 1, "Title," and then
16 Space 2, "Authors"?
17          Do you see where it says that?
18     A    Yes.
19     Q    All right.  And it gives general instructions,
20 and it says "Name of Author."  And the text states the
21 fullest form of the author's name should be given.
22 Unless the work was made for hire, the individual who
23 actually created the work is its author, unquote.
24          Do you see that?
25     A    Yes.

1  Q   Okay.  Do you understand what that means?
2  A   Now I know what it means.
3  Q   Okay.  And then below that, it explains what a
4  work made for hire is.
5      Do you see that?
6  A   Yes.
7  Q   All right.  Now, the copyright office says that
8  they attached this application -- these instructions to
9  every Form VA that they made available to the public.
10     Do you have any reason to believe that's not
11 true?
12 A   No.
13 Q   Okay.  All right.  Do you know whether
14 Neman Brothers, in 2001, when it filed copyright
15 applications, attempted to complete the applications
16 accurately?
17 A   No.
18 Q   So you don't know whether they intentionally
19 put in accurate information or not?
20 A   I was not here in 2001, but I don't think -- I
21 don't think it's done intentionally.
22 Q   Okay.  And certainly you recognize --
23 Neman Brothers would have recognized in 2001 that making
24 a mistake in an application could invalidate, would it
25 not?

1            MR. JEONG:  Objection; calls for a legal
2    conclusion.
3            MR. LEE:  You can answer.
4            Ms. Mokhtarian, your counsel objected, but he
5    did not instruct you not to answer, so I'd appreciate it
6    if you'd answer the question, please.
7            THE WITNESS:  Can you repeat the question one
8    more time?
9            MR. LEE:  Yeah.
10      Q    Neman Brothers understood in 2001 that if it
11   included inaccurate information in a copyright
12   application, it could invalidate the application, did it
13   not?
14      A    I was not here in 2001; but I'm sure whatever
15   they did, it was done -- you know, not done by
16   intentionally.
17      Q    Okay.  Now, the instructions that we just are
18   looking at, those are intended to help people who fill
19   out copyright applications to fill them out correctly,
20   aren't they?
21           MR. JEONG:  Objection; calls for speculation.
22           MR. LEE:  You can answer, Ms. Mokhtarian.
23           THE WITNESS:  To me these instructions are
24   clear, but I'm not sure -- or somebody who was doing it
25   back in 2001, it was clear to them or they just did it

```
1    based on their knowledge.
2    BY MR. LEE:
3        Q    And -- and these written instructions were
4    attached to every Form VA that the copyright office
5    issued, weren't they?
6        A    I don't know.  Sorry.
7        Q    And certainly people who were filling out a
8    Form VA copyright application could consult the
9    instructions when they were -- every time they filled
10   them out, could they not?
11            MR. JEONG:  Again, calls for speculation.
12            MR. LEE:  All right.  Well, we already looked
13   at the term "author."
14       Q    Is the term "author" as it's defined in these
15   instructions consistent with your understanding of what
16   the word "author" means?
17       A    I understand what the word "author" means.
18       Q    And generally the word "author" means the
19   person who created the work, doesn't it?
20       A    Yes.
21       Q    But there is an exception for what the
22   instructions call work made for hire.
23            Do you see that?
24       A    Yes.
25       Q    And you see the term "work made for hire" is
```

1        Do you know if Neman Brothers changed from
2   paper applications to online applications as soon as
3   they became available or as soon as it became possible
4   to file electronic applications with the copyright
5   office?
6        A    I don't know if they did it right away, but I
7   know it started in 2017.
8        Q    All right.  So at some point in 2017, as far as
9   you know, Neman Brothers changed from filing paper
10  copyright applications to the online copyright
11  applications; is that correct?
12       A    That's correct.
13       Q    All right?  Now, did the copyright office's
14  online application system also contain instructions for
15  how to fill out the electronic forms in 2017?
16       A    2017, I cannot tell that.
17       Q    Do you know if it does today?
18       A    It does.
19            MR. LEE:  Okay.  I'd like to ask the witness to
20  look at the document designated "Copyright Office ECO
21  Group Filing Instructions."
22            Strike -- well, that's what I call it, anyway.
23            Please take a look at this document.
24            And let's mark it as exhibit number next, which
25  will be Exhibit 10.

1      A    Yes.
2      Q    Okay.  And it reflects a copyright registration
3  for the title of the work "2017 February Artwork"; is
4  that right?
5      A    Yes.
6      Q    Do you know if Neman Brothers filed the
7  application that resulted in the certificate marked
8  Exhibit 12 as a paper application or whether it did so
9  electronically?
10     A    I wouldn't know.
11     Q    Okay.  Do you know if the copyright office
12  still used paper Form VA copyright applications in 2017?
13     A    I don't know.
14     Q    All right.
15     A    They might have --
16          MR. LEE:  All right.  Let's -- let me show --
17  let's show the witness another document that is
18  designated 2017.05.13 Application Form VA, and let's
19  mark this as Deposition Exhibit Number 13.
20          (Exhibit No. 13 was marked for
21          identification by the
22          videoconference technician;
23          attached hereto.)
24          MR. LEE:  Let the witness see the whole
25  document, please.

                I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

                That the foregoing proceedings were taken before me at the time and place herein set forth with all participants appearing remotely; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn or affirmed; that a record of the proceedings was made by me using machine shorthand, which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

                Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

                I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

                IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: 8/27/22

_____
Rhonda Norberg, RPR, CSR No. 9265, CCRR No. 185