# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-11181-CAS(JPRx) | Date | December 5, 2022 |
|---|---|---|---|
| Title | NEMAN BROTHERS AND ASSOC., INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM ; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Krystal Pastrana Hernandez | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong | Mark Lee, Zheng Liu |

**Proceedings:** **ZOOM: Further hearing on 1) Motion for Summary Judgment on copyright infringement claims in Plaintiff's complaint; and 2) Partial Summary Judgment on counterclaim[35], Motion for Summary Judgment or Adjudication[41], Motion for Summary Judgment on copyright registration invalidity[68]**

Hearing held and counsel/parties are present. Tentative Order provided. The Court confers with counsel/parties and counsel, as stated on the record. The Court continues the matter to Monday December 12, 2022 at 11:00 a.m.

|  | 4 | : |  |
|---|---|---|---|
| | Initials of Preparer | kmh | |