UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-11181 CAS(JPRx)                                           Date: December 12, 2022

Title   *NEMAN BROTHERS AND ASSOCIATES, INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM; ET AL. [AND RELATED COUNTERCLAIM]*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE**

| Kevin Reddick | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong | Mark Lee |

**Proceedings:**  FURTHER HEARING ON MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT CLAIMS IN PLTF'S COMPLAINT; PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM [35]; MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION [41]; MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT REGISTRATION INVALIDITY [68]

Hearing held by Zoom and counsel are present.  Counsel make arguments on the motions as stated on the record.  The Court takes the matters under submission.

:53

**Initials of Preparer**   CKR