# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>    Defendants.<br><hr>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Counterclaim Defendant. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO VOLUNTARILY DISMISS COUNTERCLAIM WITHOUT PREJUDICE AND ENTER FINAL JUDGMENT**<br><br>Date:   March 24, 2023<br>Time:   10:00 am<br>Courtroom:  8D<br><br>The Hon. Christina A. Snyder |

The motion of Defendant and Counterclaim Plaintiff InterFocus, Inc. d.b.a. www.patpat.com ("InterFocus") to voluntarily dismiss without Prejudice its counterclaim for breach of contract and declaratory relief against Plaintiff and Counterclaim Defendant Neman Brothers & Assoc., Inc. ("Neman Brothers") without prejudice having come on regularly for hearing, the Court having read the moving, opposing and reply papers,  and being fully advised in the premises,

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. InterFocus' motion to voluntarily dismiss without prejudice its counterclaim is granted on the condition set forth in Section 2 below;

2. InterFocus' counterclaim is dismissed without prejudice, conditioned on InterFocus not refiling any claim or counterclaim against Neman Brothers for the wrongs alleged in that counterclaim until and unless Neman Brothers successfully appeals this Court's ruling, and its claims are reinstated and remanded to this Court for further proceedings;

3. Consistent with this Court's grant of summary judgment in favor of InterFocus on Neman Brothers' Amended Complaint for Copyright Infringement on or about January 4, 2023 and this Court's grant of InterFocus' motion to voluntarily dismiss its counterclaim against Neman Brothers herein, this Court enters final judgment in this action consistent with its orders described above.

Dated:   February__, 2023

By: _____
United States District Judge