| | | |
|---|---|---|
| 1 | RIMON, P.C.<br>Mark Lee (SBN 94103)<br>mark.lee@rimonlaw.com<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Telephone/Facsimile: 213.375.3811 | JEONG & LIKENS, L.C.<br>Chan Yong Jeong, Esq. (SBN: 255244)<br>jeong@jeonglikens.com<br>222 South Oxford Avenue<br>Los Angeles, California 90004<br>Telephone: 213.688.2001<br>Facsimile: 213.315.5035 |

RIMON, P.C.
Zheng Liu (SBN: 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Attorneys for Defendants
INTERFOCUS INC. d.b.a.
www.patpat.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>Defendants. | Case No. 2:20-cv-11181-CAS-JPRC<br><br>**JOINT STATUS REPORT**<br><br>Scheduling Conference Date: March 6, 2023<br><br>Time: 11:00 am<br><br>Place: Zoom Call per Court's order<br><br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an | |

JOINT STATUS REPORT

individual, and DOES 1-10, inclusive,

    Counterclaim Plaintiffs,

 v.

NEMAN BROTHERS & ASSOC., INC., a California Corporation,

    Counterclaim Defendant.

TO THIS HONORABLE COURT:

  Pursuant to this Court's order of February 22, 2023, Plaintiff Neman Brothers, Inc. and Defendant and Counterclaim Plaintiff InterFocus, Inc. ("InterFocus"), through their respective counsel, present the following joint status report in advance of the Scheduling Conference set for March 6, 2023. (Dkt. No. 103).

  This Court previously ruled on the parties' cross-motions for summary judgment. (Dkt. No. 102.) After that ruling, the only claim that remains to be tried is InterFocus' counterclaim for breach of contract against Neman Brothers. *Id.*

  Interfocus has moved to voluntarily dismiss its counterclaim without prejudice. Neman Brothers plans to oppose that motion, which is presently set for hearing on March 27, 2023. (Dkt. No. 105.) Depending on how the Court rules on that motion, it thereafter will either enter final judgement herein, or it should set InterFocus' counterclaim for jury trial on a date convenient to the Court's calendar.

|  |  |
|---|---|
| Dated: March 1, 2023 | RIMON, P.C. |
|  | By: /s/ Mark S. Lee |
|  | Mark S. Lee |
|  | Zheng Liu |
|  | Attorneys for Defendants and Counterclaim Plaintiffs INTERFOCUS, INC. d.b.a. www.patpat.com |
| Dated: March 1, 2023 | RIMON, P.C. |
|  | By: /s/ Chan Yong Jeong |
|  | Chan Yong Jeong |
|  | Attorneys for Plaintiffs NEMAN BROTHERS & ASSOC., INC. |