UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-11181-CAS(JPRx) | Date | March 6, 2023 |
|---|---|---|---|
| Title | *NEMAN BROTHERS AND ASSOCIATES, INC. v. INTERFOCUS, INC. DBA WWW.PATPAT.COM; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chan Jeong | Mark Lee |

**Proceedings:** ZOOM FURTHER STATUS CONFERENCE AND/OR SCHEDULING CONFERENCE

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The Court grants counsel's request to continues the pending Motion to Dismiss Counterclaim[104] is continued from March 27, 2023 to **April 3, 2023**, at **10:00 A.M**, and will be heard by Zoom. Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures.

|  | 00 : 08 |
|---|---|
| Initials of Preparer | CMJ |