**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, and individual, and DOES 1-10, inclusive.,<br><br>    Defendants. | Case No. 2:20-cv-11181-CAS-JPRx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>The Hon. Christina A. Snyder |
| INTERFOCUS, INC. d.b.a. www.patpat.com, a Delaware Corporation; CAN WANG, an individual, and DOES 1-10, inclusive,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>    Counterclaim Defendant. | |

| | |
|---|---|
| 1 | The Court, having reviewed the Stipulation and Joint Request for Order |
| 2 | Dismissing Action With Prejudice, and being fully advised in the premises, |
| 3 | IT IS ORDERED that this Court retains jurisdiction to enforce the terms of a |
| 4 | confidential settlement agreement entered into by the parties herein, but otherwise |
| 5 | dismisses with prejudice this action and all claims, counterclaims, and requests for |
| 6 | attorneys' fees made by the parties herein. |
| 7 | Dated: June 21, 2023 |

*[Signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER
JUDGE OF THE DISTRICT COURT